**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | Debtor's name | **Three Oaks Behavioral Health & Wellness, PLLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **82-3430191** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1011 Dresser Court**<br>**Raleigh, NC 27609**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Wake**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.threeoaksbehavioralhealth.com** |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor   **Three Oaks Behavioral Health & Wellness, PLLC**          Case number (*if known*) _____
          Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor   **Three Oaks Behavioral Health & Wellness, PLLC**          Case number (*if known*) _____
          Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

. *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 3

Debtor   **Three Oaks Behavioral Health & Wellness, PLLC**                     Case number (*if known*)
Name

☐ $50,001 - $100,000              ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000             ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor   **Three Oaks Behavioral Health & Wellness, PLLC**          Case number (*if known*) _____
         Name

| | |
|---|---|

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 16, 2026**
               MM / DD / YYYY

**X /s/ Casie Hall**                                          **Casie Hall**
Signature of authorized representative of debtor              Printed name

Title    **Manager**

**18. Signature of attorney**

**X /s/ Rebecca Redwine Grow**               Date    **March 16, 2026**
Signature of attorney for debtor                     MM / DD / YYYY

**Rebecca Redwine Grow**
Printed name

**Hendren, Redwine & Malone, PLLC**
Firm name

**4600 Marriott Drive**
**Suite 150**
**Raleigh, NC 27612**
Number, Street, City, State & ZIP Code

Contact phone   **(919) 420-7867**      Email address   **rredwine@hendrenmalone.com**

**NC State Bar 37012 NC**
Bar number and State

**Fill in this information to identify the case:**

Debtor name       **Three Oaks Behavioral Health & Wellness, PLLC**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

███   **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* _____

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 16, 2026**              *X* **/s/ Casie Hall**
                                                        Signature of individual signing on behalf of debtor

                                                        **Casie Hall**
                                                        Printed name

                                                        **Manager**
                                                        Position or relationship to debtor

Official Form 202                                      **Declaration Under Penalty of Perjury for Non-Individual Debtors**

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td><b>Three Oaks Behavioral Health & Wellness, PLLC</b></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the: <b>EASTERN DISTRICT OF NORTH CAROLINA</b></td></tr>
<tr><td colspan="2">Case number (if known): _____</td></tr>
</table>

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **70 East Business Park, LLC Attn: Managing Agent P.O. Box 1816 Garner, NC 27529** | | **Rent** | | | | **$3,461.30** |
| **AKF, Inc. dba FundKite Attn: Managing Agent 2 S. Biscane Blvd, 23rd Floor Miami, FL 33131** | | **MCA Loan** | **Disputed** | | | **$840,000.00** |
| **Benson Road Holdings LLC Attn: Managing Agent 500 Cardinal Drive Raleigh, NC 27605** | | **Rent** | | | | **$12,311.00** |
| **Blue Cross Blue Shield NC Attn: Managing Agent 4615 University Drive Durham, NC 27707** | | **Settlement** | | | | **$567,090.00** |
| **Carrott Fertility Attn: Managing Agent 2829 Weston Parkway, Ste 100 West Des Moines, IA 50266** | | **Business debt** | | | | **$5,500.00** |

| Debtor | **Three Oaks Behavioral Health & Wellness, PLLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Chase Attn: Managing Agent P.O. Box 15123 Wilmington, DE 19850** | | **Credit card** | | | | **$130,000.00** |
| **Chatham County Tax Attn: Managing Agent P.O. Box 908 Pittsboro, NC 27312** | | **For Notice Purposes Only** | | | | **Unknown** |
| **Corporation Service Company Attn: Managing Agent P.O. Box 2576 Springfield, IL 62703** | | **Account receivable** | **Disputed** | **Unknown** | **Unknown** | **Unknown** |
| **Dataek Properties, LLC Attn: Managing Agent 8229 Zebulon Road Youngsville, NC 27596** | | **Rent** | | | | **$6,500.00** |
| **Dresser Court Properties LLC Attn: Managing Agent 2000 Bear Cat Way, Ste 102 Morrisville, NC 27560** | | **Rent** | | | | **$7,895.48** |
| **Guardian Attn: Managing Agent 10 Hudson Yards New York, NY 10001** | | **Business debt** | | | | **$7,707.40** |
| **Henry H Sink, Jr. 3701 Holly Lane, Apt 201 Raleigh, NC 27612** | | **Rent** | | | | **$3,354.32** |
| **Jacques A El-Chayeb 3622 Shannon Road, Ste 104 Durham, NC 27707** | | **Rent** | | | | **$4,001.92** |

Debtor   **Three Oaks Behavioral Health & Wellness, PLLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Kapitus, LLC Attn: Managing Agent 2500 Wilson Blvd, Ste 350 Arlington, VA 22201** | | **MCA Loan** | **Disputed** | | | **$175,000.00** |
| **Lyckan, LLC Attn: Managing Agent 3708 Lyckan Pkwy, Ste 201 Durham, NC 27707** | | **Rent** | | | | **$11,534.33** |
| **North Carolina Office I, LP Attn: Managing Agent 2900 Linden Lane, Ste 300 Silver Spring, MD 20910** | | **Rent** | | | | **$9,083.45** |
| **Skylak Investments, LLC Attn: Managing Agent 204 Glenwview Place Chapel Hill, NC 27514** | | **Rent** | | | | **$7,082.21** |
| **Stellar Capital LLC Attn: Manaing Agent 600 Summer Street, Ste 204 Stamford, CT 06901** | | **MCA Loan** | **Disputed** | | | **$225,000.00** |
| **Vault Attn: Managing Agent 26501 Rancho Parkway, Ste 104 Lake Forest, CA 92630** | | **Business debt** | | | | **$69,015.19** |
| **Wells Fargo Bank, N.A Attn: Managing Agent or Officer P.O. Box 31557 Billings, MT 59107** | | **Credit card** | | | | **$23,500.00** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Three Oaks Behavioral Health & Wellness, PLLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 206Sum

**Summary of Assets and Liabilities for Non-Individuals**                                     **12/15**

---

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................    $     **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................................    $     **424,587.64**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................................    $     **424,587.64**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $     **937,000.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $     **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$     **2,108,036.60**

4. **Total liabilities** ...................................................................................................................
Lines 2 + 3a + 3b          $     **3,045,036.60**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Three Oaks Behavioral Health & Wellness, PLLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo** | **Operating** | **4439** | **$371.54** |
| 3.2. | **Truist Bank** | **Operating** | **6698** | **$1,734.35** |
| 3.3. | **Truist Bank** | | **6701** | **$53.68** |
| 3.4. | **Bank of America** | **Operating** | | **$4,149.29** |
| 3.5. | **Bank of America** | **Savings** | | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** 

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$6,308.86**

| Part 2: | Deposits and Prepayments |
|---|---|

Debtor   **Three Oaks Behavioral Health & Wellness, PLLC**   Case number *(If known)* _____
      Name

6. **Does the debtor have any deposits or prepayments?**

  ☐ No.  Go to Part 3.

  ■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

    7.1. **Security deposits for multiple leases**            **$31,704.00**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**        **$31,704.00**

  Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

  ☐ No.  Go to Part 4.

  ■ Yes Fill in the information below.

11. **Accounts receivable**

  11a. 90 days old or less:     **379,074.78**  -  **0.00** = ....     **$379,074.78**
                        face amount                    doubtful or uncollectible accounts

12. **Total of Part 3.**        **$379,074.78**

  Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

  ■ No.  Go to Part 5.

  ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

  ■ No.  Go to Part 6.

  ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

  ■ No.  Go to Part 7.

  ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

  ☐ No.  Go to Part 8.

  ■ Yes Fill in the information below.

Debtor   **Three Oaks Behavioral Health & Wellness, PLLC**   Case number *(If known)* _____
         Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Office furniture located in 10 locations** | **Unknown** | | **$7,500.00** |

40.   **Office fixtures**

41.   **Office equipment, including all computer equipment and communication systems equipment and software**

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                                                                    **$7,500.00**
      Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ☒ No
      ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ☒ No
      ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☒ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** | | | |
| 62.   **Licenses, franchises, and royalties** | | | |
| 63.   **Customer lists, mailing lists, or other compilations** **e-mail listserv** | **Unknown** | | **$0.00** |

64.   **Other intangibles, or intellectual property**

Debtor   **Three Oaks Behavioral Health & Wellness, PLLC**          Case number *(If known)* _____
<u>Name</u>

65.     **Goodwill**

66.     **Total of Part 10.**

        Add lines 60 through 65. Copy the total to line 89.

        | |
        |---:|
        | **$0.00** |

67.     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
        ■ No
        ☐ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
        ■ No
        ☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor   **Three Oaks Behavioral Health & Wellness, PLLC**          Case number *(If known)* _____
Name

| Part 12: | **Summary** |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $6,308.86 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $31,704.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $379,074.78 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $7,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $424,587.64 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $424,587.64 |

**Fill in this information to identify the case:**

Debtor name    **Three Oaks Behavioral Health & Wellness, PLLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property      **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A |
|---|---|
| | **Amount of claim** |
| | Do not deduct the value of collateral. |

| | Column B |
|---|---|
| | **Value of collateral that supports this claim** |

---

**2.1   Corporation Service Company**
Creditor's Name

**Attn: Managing Agent**
**P.O. Box 2576**
**Springfield, IL 62703**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**11/14/2025**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Account receivable**

**Describe the lien**
**UCC1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Column A: **Unknown**    Column B: **Unknown**

---

**2.2   CT Corporation System**
Creditor's Name

**Attn: Managing Agent**
**330 N. Brand Bvd., Ste 700**
**Glendale, CA 91203**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**3/27/2025**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**All assets**

**Describe the lien**
**UCC1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: **Unknown**    Column B: **Unknown**

---

Debtor    **Three Oaks Behavioral Health & Wellness, PLLC**                    Case number (if known) _____
          Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 | **CT Corporation System** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Attn: Managing Agent
330 N. Brand Bvd., Ste 700
Glendale, CA 91203**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred
2/17/2026
Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**All Assets**

_____

**Describe the lien**
**UCC1**
**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 | **Lendero LLC** | **Describe debtor's property that is subject to a lien** | **$97,000.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Attn: Managing Agent
1116 Main Street, Ste A
Branford, CT 06405**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred
3/11/2026
Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**All Assets**

_____

**Describe the lien**
**UCC-1**
**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 | **Parkview Advance LLC** | **Describe debtor's property that is subject to a lien** | **$340,000.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Attn: Managing Agent
600 Summer Street
Stamford, CT 06901**
Creditor's mailing address

**All Assets**

_____

**Describe the lien**
**UCC1**
**Is the creditor an insider or related party?**

■ No

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                    page 2 of 3

Debtor **Three Oaks Behavioral Health & Wellness, PLLC**  Case number (if known) _____
　　　　Name

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
☐ No

**2/2/2026**
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.
☐ Unliquidated

■ Disputed

---

| 2.6 | **Truist Bank** | **Describe debtor's property that is subject to a lien** | **$500,000.00** | **Unknown** |

Creditor's Name

**Attn: Managing Agent or Officer**
**P.O. Box 1626**
**Wilson, NC 27894**

**All Assets**

Creditor's mailing address

**Describe the lien**

**UCC1**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
☐ No

**11/18/2024**
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.
☐ Unliquidated

☐ Disputed

---

3.　**Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**　　**$937,000.00**

**Part 2:　List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    **Three Oaks Behavioral Health & Wellness, PLLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
|  |  | **Unknown** | **Unknown** |

**2.1**  Priority creditor's name and mailing address
**Chatham County Tax**
**Attn: Managing Agent**
**P.O. Box 908**
**Pittsboro, NC 27312**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**For Notice Purposes Only**

Is the claim subject to offset?
■ No
☐ Yes

**2.2**  Priority creditor's name and mailing address
**Durham County Tax**
**Attn: Managing Agent**
**200 E. Main Street**
**Durham, NC 27701**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**For Notice Purposes Only**

Is the claim subject to offset?
■ No
☐ Yes

Total claim **Unknown**    Priority amount **Unknown**

Debtor   **Three Oaks Behavioral Health & Wellness, PLLC**          Case number (if known)  _____
         Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**GA Dept. of Revenue**
**Attn: Managing Agent**
**2595 Century Parkway NE, Ste 339**
**Atlanta, GA 30345**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Internal Revenue Service**
**Centralized Insolvency Operations**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Iowa Dept. of Revenue**
**Attn: Bankruptct Dept.**
**1305 E. Walnut St, 1st Floor**
**Des Moines, IA 50319**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**LA Dept. of Revenue**
**Attn: Managing Agent**
**617 N 3rd Street**
**Baton Rouge, LA 70802**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Debtor **Three Oaks Behavioral Health & Wellness, PLLC**                Case number (if known) _____
_____
Name

| | | | | |
|---|---|---|---|---|
| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**2.7**

Priority creditor's name and mailing address

**Missouri Department of Revenue
Attn: Mananging Agent
301 West High Street
Jefferson City, MO 65101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

**2.8**

Priority creditor's name and mailing address

**NC Department of Revenue
Attn: Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

**Unknown**   **Unknown**

---

**2.9**

Priority creditor's name and mailing address

**Orange County Tax
Attn: Managing Agent
P.O. Box 8181
Hillsborough, NC 27278**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

**Unknown**   **Unknown**

---

**2.10**

Priority creditor's name and mailing address

**VA Dept of Revenue
Attn: Managing Agent
P.O. Box 1115
Richmond, VA 23218**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

**Unknown**   **Unknown**

Debtor    **Three Oaks Behavioral Health & Wellness, PLLC**                    Case number (if known) _____
                    Name

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Wake County Dept. of Revenue**
**Attn: Managing Agent**
**P.O. Box 2331**
**Raleigh, NC 27602**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**West Virginia Dept. of Revenue**
**Attn: Managing Agent**
**1001 Lee Street East**
**Charleston, WV 25301**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Part 2: | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,461.30 |

**70 East Business Park, LLC**
**Attn: Managing Agent**
**P.O. Box 1816**
**Garner, NC 27529**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Rent**

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $840,000.00 |

**AKF, Inc. dba FundKite**
**Attn: Managing Agent**
**2 S. Biscane Blvd, 23rd Floor**
**Miami, FL 33131**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **MCA Loan**

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,311.00 |

**Benson Road Holdings LLC**
**Attn: Managing Agent**
**500 Cardinal Drive**
**Raleigh, NC 27605**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 4 of 7

Debtor **Three Oaks Behavioral Health & Wellness, PLLC**          Case number (if known) _____
          Name

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$567,090.00** |
|---|---|---|---|

**Blue Cross Blue Shield NC**
**Attn: Managing Agent**
**4615 University Drive**
**Durham, NC 27707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/29/2025**

**Basis for the claim:** **Settlement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,500.00** |
|---|---|---|---|

**Carrott Fertility**
**Attn: Managing Agent**
**2829 Weston Parkway, Ste 100**
**West Des Moines, IA 50266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$130,000.00** |
|---|---|---|---|

**Chase**
**Attn: Managing Agent**
**P.O. Box 15123**
**Wilmington, DE 19850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Credit card**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,500.00** |
|---|---|---|---|

**Dataek Properties, LLC**
**Attn: Managing Agent**
**8229 Zebulon Road**
**Youngsville, NC 27596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,895.48** |
|---|---|---|---|

**Dresser Court Properties LLC**
**Attn: Managing Agent**
**2000 Bear Cat Way, Ste 102**
**Morrisville, NC 27560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,707.40** |
|---|---|---|---|

**Guardian**
**Attn: Managing Agent**
**10 Hudson Yards**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,354.32** |
|---|---|---|---|

**Henry H Sink, Jr.**
**3701 Holly Lane, Apt 201**
**Raleigh, NC 27612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor      **Three Oaks Behavioral Health & Wellness, PLLC**              Case number (if known) _____
            Name

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,001.92** |
|---|---|---|---|

**Jacques A El-Chayeb**
**3622 Shannon Road, Ste 104**
**Durham, NC 27707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Rent__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$175,000.00** |
|---|---|---|---|

**Kapitus, LLC**
**Attn: Managing Agent**
**2500 Wilson Blvd, Ste 350**
**Arlington, VA 22201**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __MCA Loan__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,534.33** |
|---|---|---|---|

**Lyckan, LLC**
**Attn: Managing Agent**
**3708 Lyckan Pkwy, Ste 201**
**Durham, NC 27707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Rent__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,083.45** |
|---|---|---|---|

**North Carolina Office I, LP**
**Attn: Managing Agent**
**2900 Linden Lane, Ste 300**
**Silver Spring, MD 20910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Rent__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,082.21** |
|---|---|---|---|

**Skylak Investments, LLC**
**Attn: Managing Agent**
**204 Glenwview Place**
**Chapel Hill, NC 27514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Rent__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$225,000.00** |
|---|---|---|---|

**Stellar Capital LLC**
**Attn: Manaing Agent**
**600 Summer Street, Ste 204**
**Stamford, CT 06901**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __MCA Loan__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$69,015.19** |
|---|---|---|---|

**Vault**
**Attn: Managing Agent**
**26501 Rancho Parkway, Ste 104**
**Lake Forest, CA 92630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Three Oaks Behavioral Health & Wellness, PLLC**        Case number (if known) _____
Name

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$23,500.00** |

**Wells Fargo Bank, N.A**
**Attn: Managing Agent or Officer**
**P.O. Box 31557**
**Billings, MT 59107**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Credit card**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Fundkite**<br>**Attn: Managing Agent**<br>**40 Wall Street, Ste 2705**<br>**New York, NY 10005** | Line **3.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Fundkite**<br>**Attn: Managing Agent**<br>**88 Pine Street, 24th Floor**<br>**New York, NY 10005** | Line **3.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Mestechkin Law Group PC**<br>**Attn: Managing Agent**<br>**2218 Ocean Avenue**<br>**Brooklyn, NY 11229** | Line **3.2**<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 2,108,036.60 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,108,036.60 |

**Fill in this information to identify the case:**

Debtor name    **Three Oaks Behavioral Health & Wellness, PLLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                 **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 143 US Hwy 70, Garner, NC** | |
| | State the term remaining | | **70 East Business Park, LLC** |
| | List the contract number of any government contract | | **Attn: Managing Agent** **P.O. Box 1816** **Garner, NC 27529** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 3755 Benson Drive, Raleigh, NC** | |
| | State the term remaining | | **Benson Road Holdings LLC** |
| | List the contract number of any government contract | | **Attn: Managing Agent** **500 Cardinal Drive** **Raleigh, NC 27605** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 3749 Benson Drive, Raleigh** | |
| | State the term remaining | | **Benson Road Holdings LLC** |
| | List the contract number of any government contract | | **Attn: Managing Agent** **500 Cardinal Drive** **Raleigh, NC 27605** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 1735 Guess Road, Durham, NC** | |
| | State the term remaining | | **Dataek Properties, LLC** |
| | List the contract number of any government contract | | **Attn: Managing Agent** **8229 Zebulon Road** **Youngsville, NC 27596** |

Debtor 1 **Three Oaks Behavioral Health & Wellness, PLLC**  Case number *(if known)* _____

First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>**Lease of 1011-1015 Dresser Court, Raleigh, NC** | **Dresser Court Properties LLC**<br>**Attn: Managing Agent**<br>**2000 Bear Cat Way, Ste 102**<br>**Morrisville, NC 27560** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>**Lease of 1020 Washington Street, Raleigh, NC** | **Henry H Sink, Jr.**<br>**3701 Holly Lane, Apt 201**<br>**Raleigh, NC 27612** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>**Lease of 4701 Creedmoor Road, Ste 101, Raleigh, NC** | **Jacques A El-Chayeb**<br>**3622 Shannon Road, Ste 104**<br>**Durham, NC 27707** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>**Lease of 3708 Lyckan Pkwy, Ste 204 - 206, Durham, NC** | **Lyckan, LLC**<br>**Attn: Managing Agent**<br>**3708 Lyckan Pkwy, Ste 201**<br>**Durham, NC 27707** |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>**Lease of 56 Hunter Street, Ste 200, Apex, NC** | **North Carolina Office I, LP**<br>**Attn: Managing Agent**<br>**2900 Linden Lane, Ste 300**<br>**Silver Spring, MD 20910** |

| Debtor 1 | **Three Oaks Behavioral Health & Wellness, PLLC** | Case number *(if known)* | |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.10.** State what the contract or lease is for and the nature of the debtor's interest

**Lease of 314 Cloister Court, Chapel Hill, NC**

State the term remaining

List the contract number of any government contract

**Skylak Investments, LLC**
**Attn: Managing Agent**
**204 Glenwview Place**
**Chapel Hill, NC 27514**

---

**2.11.** State what the contract or lease is for and the nature of the debtor's interest

**Lease of 4921 Professional Court, Ste A & B, Raleigh, NC**

State the term remaining

List the contract number of any government contract

**Stanley & Sue Crocker**
**3204 Keighley Forest**
**Wake Forest, NC 27587**

---

Official Form 206G        **Schedule G: Executory Contracts and Unexpired Leases**        Page 3 of 3

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Three Oaks Behavioral Health & Wellness, PLLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NORTH CAROLINA</td></tr>
<tr><td>Case number (if known)</td><td>_____</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Casie Hall** | **5154 NC Hwy 87 N**<br>**Pittsboro, NC 27312** | **AKF, Inc. dba FundKite** | ☐ D _____<br>■ E/F __**3.2**__<br>☐ G _____ |
| 2.2 | **Casie Hall** | **5154 NC Hwy 87 N**<br>**Pittsboro, NC 27312** | **Kapitus, LLC** | ☐ D _____<br>■ E/F __**3.12**__<br>☐ G _____ |
| 2.3 | **Casie Hall** | **5154 NC Hwy 87 N**<br>**Pittsboro, NC 27312** | **Parkview Advance LLC** | ■ D __**2.5**__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Casie Hall** | **5154 NC Hwy 87 N**<br>**Pittsboro, NC 27312** | **Stellar Capital LLC** | ☐ D _____<br>■ E/F __**3.16**__<br>☐ G _____ |
| 2.5 | **Casie Hall** | **5154 NC Hwy 87 N**<br>**Pittsboro, NC 27312** | **Lendero LLC** | ■ D __**2.4**__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Three Oaks Behavioral Health & Wellness, PLLC** | Case number *(if known)* | |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Casie Hall** | **5154 NC Hwy 87 N**<br>**Pittsboro, NC 27312** | **Truist Bank** | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Casie Hall** | **5154 NC Hwy 87 N**<br>**Pittsboro, NC 27312** | **Henry H Sink, Jr.** | ☐ D _____<br>☐ E/F _____<br>■ G __2.6__ |
| 2.8 | **Casie Hall** | **5154 NC Hwy 87 N**<br>**Pittsboro, NC 27312** | **Dresser Court<br>Properties LLC** | ☐ D _____<br>☐ E/F _____<br>■ G __2.5__ |
| 2.9 | **Casie Hall** | **5154 NC Hwy 87 N**<br>**Pittsboro, NC 27312** | **Skylak Investments,<br>LLC** | ☐ D _____<br>☐ E/F _____<br>■ G __2.10__ |
| 2.10 | **Casie Hall** | **5154 NC Hwy 87 N**<br>**Pittsboro, NC 27312** | **Jacques A El-Chayeb** | ☐ D _____<br>☐ E/F _____<br>■ G __2.7__ |

**Fill in this information to identify the case:**

Debtor name   **Three Oaks Behavioral Health & Wellness, PLLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2026** to **Filing Date** | ■ Operating a business <br> ☐ Other _____ | **$1,343,283.00** |
| **For prior year:** From **1/01/2025** to **12/31/2025** | ■ Operating a business <br> ☐ Other _____ | **$11,792,865.00** |
| **For year before that:** From **1/01/2024** to **12/31/2024** | ■ Operating a business <br> ☐ Other _____ | **$13,734,925.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

Debtor  **Three Oaks Behavioral Health & Wellness, PLLC**          Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Admin Vault** | **12/17/2025 - 3/16/2026** | **$132,107.90** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Benefits** |
| 3.2. | **Apaventures** | **12/17/2025 - 3/16/2026** | **$16,185.73** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.3. | **Benson Road Holdings LLC** | **12/17/2025 - 3/16/2026** | **$12,311.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.4. | **Blue Cross Blue Shield NC** | **12/17/2025 - 3/16/2026** | **$9,451.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Settlement payment** |
| 3.5. | **Chase** | **12/17/2025 - 3/16/2026** | **$98,000.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other __ |
| 3.6. | **Coleman & Associates** | **12/17/2025 - 3/16/2026** | **$11,550.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.7. | **Dresser Court Properties LLC** | **12/17/2025 - 3/16/2026** | **$14,395.56** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.8. | **AKF, Inc. dba FundKite** | **12/17/2025 - 3/16/2026** | **$195,395.58** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **MCA payments** |

Debtor **Three Oaks Behavioral Health & Wellness, PLLC**          Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. **Guardian** | 12/17/2025 - 3/16/2026 | $26,101.90 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Health Insurance** |
| 3.10. **Kapitus, LLC** | 12/17/2025 - 3/16/2026 | $47,676.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **MCA Payments** |
| 3.11. **Lendero LLC** | 12/17/2025 - 3/16/2026 | $17,799.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **MCA Payments** |
| 3.12. **Lyckan, LLC** | 12/17/2025 - 3/16/2026 | $11,534.33 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.13. **Parkview Advance LLC** | 12/17/2025 - 3/16/2026 | $88,320.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **MCA Payments** |
| 3.14. **Paylocity** | 12/17/2025 - 3/16/2026 | $1,208,326.61 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Payroll, payroll taxes and processing fees** |
| 3.15. **Signify Business** | 12/17/2025 - 3/16/2026 | $41,692.32 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.16. **Skylak Investments, LLC** | 12/17/2025 - 3/16/2026 | $14,328.98 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |

Debtor   **Three Oaks Behavioral Health & Wellness, PLLC**   Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.17. | **SSB Trust Ops** | **12/17/2025 - 3/16/2026** | **$63,128.47** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **401(k) contributions** |
| 3.18. | **Stellar Capital LLC** | **12/17/2025 - 3/16/2026** | **$40,833.32** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **MCA Payments** |
| 3.19. | **Thomas Judy Tucker** | **12/17/2025 - 3/16/2026** | **$9,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other __ |
| 3.20. | **Triumphant Health** | **12/17/2025 - 3/16/2026** | **$13,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other __ |
| 3.21. | **Truist Bank** | **12/17/2025 - 3/16/2026** | **$874,466.56** | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other __ |
| 3.22. | **York Properties** | **12/17/2025 - 3/16/2026** | **$9,083.45** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Rent** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Debtor   **Three Oaks Behavioral Health & Wellness, PLLC** _____   Case number *(if known)* _____

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:** **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:** **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:** **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **Three Oaks Behavioral Health & Wellness, PLLC**     Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Hendren, Redwine & Malone, PLLC** **4600 Marriott Drive, Ste 150 Raleigh, NC 27612** | **Retainer** | **3/4/2026** | **$5,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Hendren, Redwine & Malone, PLLC** **4600 Marriott Drive, Suite 150 Raleigh, NC 27612** | **Retainer** | **3/12/2026** | **$30,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **500 E. Davie Street Suite 140 Raleigh, NC 27601** | **12/2022 - 12/2025** |

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:

Debtor   **Three Oaks Behavioral Health & Wellness, PLLC**          Case number *(if known)* _____

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■  No. Go to Part 9.
☐  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐  No.

■  Yes. State the nature of the information collected and retained.

**Names, address, SSN, medical history**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐  No. Go to Part 10.

■  Yes. Does the debtor serve as plan administrator?

  ■ No Go to Part 10.
  ☐ Yes. Fill in below:

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor   **Three Oaks Behavioral Health & Wellness, PLLC**    Case number *(if known)* _____

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:   Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN.  Dates business existed |
|---|---|---|

Debtor   **Three Oaks Behavioral Health & Wellness, PLLC**      Case number *(if known)* _____

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Thomas Judy & Tucker, P.A.**<br>**Attn: Managing Agent**<br>**4700 Falls of Neuse Road, Ste 400**<br>**Raleigh, NC 27609** | **2025 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Thomas Judy & Tucker, P.A.**<br>**Attn: Managing Agent**<br>**4700 Falls of Neuse Road, Ste 400**<br>**Raleigh, NC 27609** | **2025 - present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Thomas Judy & Tucker, P.A.**<br>**Attn: Managing Agent**<br>**4700 Falls of Neuse Road, Ste 400**<br>**Raleigh, NC 27609** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Casie Hall** | **5154 NC Hwy 87 N**<br>**Pittsboro, NC 27312** | **Manager** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

| Debtor | **Three Oaks Behavioral Health & Wellness, PLLC** | Case number *(if known)* |
|---|---|---|

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Casie Hall**<br>**5154 NC Hwy 87 N**<br>**Pittsboro, NC 27312** | **$157,204.15** | **3/2025 -**<br>**3/2026** | **W2 Wages** |
| | **Relationship to debtor**<br>**Manager** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **March 16, 2026**

**/s/ Casie Hall**                                         **Casie Hall**
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor     **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   **Three Oaks Behavioral Health & Wellness, PLLC**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Casie Hall**<br>**5154 NC Hwy 87 N**<br>**Pittsboro, NC 27312** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **March 16, 2026**

Signature   **/s/ Casie Hall**

**Casie Hall**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In re   **Three Oaks Behavioral Health & Wellness, PLLC**
                                                        Debtor(s)

Case No. _____
Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:   **March 16, 2026**                    **/s/ Casie Hall**
                                              **Casie Hall**/**Manager**
                                              Signer/Title

70 East Business Park, LLC
Attn: Managing Agent
P.O. Box 1816
Garner, NC 27529

AKF, Inc. dba FundKite
Attn: Managing Agent
2 S. Biscane Blvd, 23rd Floor
Miami, FL 33131

Bankruptcy Administrator, EDNC
434 Fayetteville Street
Suite 640
Raleigh, NC 27601

Benson Road Holdings LLC
Attn: Managing Agent
500 Cardinal Drive
Raleigh, NC 27605

Blue Cross Blue Shield NC
Attn: Managing Agent
4615 University Drive
Durham, NC 27707

Carrott Fertility
Attn: Managing Agent
2829 Weston Parkway, Ste 100
West Des Moines, IA 50266

Casie Hall
5154 NC Hwy 87 N
Pittsboro, NC 27312

Chase
Attn: Managing Agent
P.O. Box 15123
Wilmington, DE 19850

Chatham County Tax
Attn: Managing Agent
P.O. Box 908
Pittsboro, NC 27312

Corporation Service Company
Attn: Managing Agent
P.O. Box 2576
Springfield, IL 62703

CT Corporation System
Attn: Managing Agent
330 N. Brand Bvd., Ste 700
Glendale, CA 91203

Dataek Properties, LLC
Attn: Managing Agent
8229 Zebulon Road
Youngsville, NC 27596

Dresser Court Properties LLC
Attn: Managing Agent
2000 Bear Cat Way, Ste 102
Morrisville, NC 27560

Durham County Tax
Attn: Managing Agent
200 E. Main Street
Durham, NC 27701

Fundkite
Attn: Managing Agent
40 Wall Street, Ste 2705
New York, NY 10005

Fundkite
Attn: Managing Agent
88 Pine Street, 24th Floor
New York, NY 10005

GA Dept. of Revenue
Attn: Managing Agent
2595 Century Parkway NE, Ste 339
Atlanta, GA 30345

Guardian
Attn: Managing Agent
10 Hudson Yards
New York, NY 10001

Henry H Sink, Jr.
3701 Holly Lane, Apt 201
Raleigh, NC 27612

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Iowa Dept. of Revenue
Attn: Bankruptct Dept.
1305 E. Walnut St, 1st Floor
Des Moines, IA 50319

Jacques A El-Chayeb
3622 Shannon Road, Ste 104
Durham, NC 27707

Kapitus, LLC
Attn: Managing Agent
2500 Wilson Blvd, Ste 350
Arlington, VA 22201

LA Dept. of Revenue
Attn: Managing Agent
617 N 3rd Street
Baton Rouge, LA 70802

Lendero LLC
Attn: Managing Agent
1116 Main Street, Ste A
Branford, CT 06405

Lyckan, LLC
Attn: Managing Agent
3708 Lyckan Pkwy, Ste 201
Durham, NC 27707

Mestechkin Law Group PC
Attn: Managing Agent
2218 Ocean Avenue
Brooklyn, NY 11229

Missouri Department of Revenue
Attn: Mananging Agent
301 West High Street
Jefferson City, MO 65101

NC Department of Revenue
Attn: Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

North Carolina Office I, LP
Attn: Managing Agent
2900 Linden Lane, Ste 300
Silver Spring, MD 20910

Orange County Tax
Attn: Managing Agent
P.O. Box 8181
Hillsborough, NC 27278

Parkview Advance LLC
Attn: Managing Agent
600 Summer Street
Stamford, CT 06901

Skylak Investments, LLC
Attn: Managing Agent
204 Glenwview Place
Chapel Hill, NC 27514

Stanley & Sue Crocker
3204 Keighley Forest
Wake Forest, NC 27587

Stellar Capital LLC
Attn: Manaing Agent
600 Summer Street, Ste 204
Stamford, CT 06901

Truist Bank
Attn: Managing Agent or Officer
P.O. Box 1626
Wilson, NC 27894

U.S. Attorney, EDNC
Attn: Civil Process Clerk
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601

VA Dept of Revenue
Attn: Managing Agent
P.O. Box 1115
Richmond, VA 23218

Vault
Attn: Managing Agent
26501 Rancho Parkway, Ste 104
Lake Forest, CA 92630

Wake County Dept. of Revenue
Attn: Managing Agent
P.O. Box 2331
Raleigh, NC 27602

Wells Fargo Bank, N.A
Attn: Managing Agent or Officer
P.O. Box 31557
Billings, MT 59107

West Virginia Dept. of Revenue
Attn: Managing Agent
1001 Lee Street East
Charleston, WV 25301

# United States Bankruptcy Court
## Eastern District of North Carolina

In re    **Three Oaks Behavioral Health & Wellness, PLLC** _____

Debtor(s)

Case No. _____

Chapter    **11** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Three Oaks Behavioral Health & Wellness, PLLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 16, 2026** _____

Date

**/s/ Rebecca Redwine Grow** _____

**Rebecca Redwine Grow**

Signature of Attorney or Litigant

Counsel for    **Three Oaks Behavioral Health & Wellness, PLLC** _____

**Hendren, Redwine & Malone, PLLC**

**4600 Marriott Drive**
**Suite 150**
**Raleigh, NC 27612**
**(919) 420-7867 Fax:(919) 420-0475**
**rredwine@hendrenmalone.com**