**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. 26-01207-5-JNC** |
| **THREE OAKS BEHAVIORAL** | ) | |
| **HEALTH & WELLNESS, PLLC** | ) | |
| | ) | **Chapter 11** |
| Debtor. | ) | |

**APPLICATION FOR APPROVAL OF COMPENSATION**
**AND EMPLOYMENT OF CASIE HALL AS OFFICER**

Pursuant to the provision of Chapter 11 of the Bankruptcy Code, prior orders of this Court and Local Bankruptcy Rule No. 4002-1(d) E.D.N.C., Three Oaks Behavioral Health and Wellness, PLLC (herein "Three Oaks" or "Debtor") hereby makes this application for approval of compensation and employment of officer; and, in support thereof, shows unto the Court as follows:

1. Subject to specific provisions of the Local Bankruptcy Rule No. 4002-1(d) E.D.N.C., the Debtor shall not employ its principals prior to Court approval.

2. The Debtor filed its petition for relief under Chapter 11 of the United States Bankruptcy Code on March 16, 2026.

3. Three Oaks Behavioral Health & Wellness, PLLC (the "Debtor") is a North Carolina corporation which owns and operates an outpatient psychotherapy practice with locations in Wake, Durham and Chatham counties. It has been in business since 2017 and currently has 98 employees.

4. Casie Hall ("Ms. Hall") is the Owner and Chief Visionary Officer of the Debtor and has been employed by the Debtor since 2017.  Ms. Hall seeks Court approval for employment by the Debtor and for total annual salary compensation in the amount of $180,000.00, paid bi-monthly.  In addition to her salary, the Company provides Ms. Hall with a 401(k) plan and payment of medical insurance.

5.      Ms. Hall expects to perform services on behalf of the Debtor on an average of approximately 35-45 hours per week.

6.      Ms. Hall is responsible for the day-to-day management of the Debtor as well as focusing on building and maintaining an operating system within Three Oaks that upholds the practice's mission and core values. Ms. Hall works closely with the company's operations, administrative, leadership, and supervision teams.

7.      A copy of the proposed order is attached as **Exhibit A**.

WHEREFORE, the Debtor requests the following:

1.      That it be allowed to employ Ms. Hall as Owner and CVO;

2.      That the Debtor be allowed to continue to compensate Ms. Hall in the annual gross amount of $180,000.00 in the manner set out herein; and

3.      That the Debtor be allowed to continue to provide Ms. Hall with a 401(k) and payment of health insurance; and

4.      That the Court allow such other and further relief as the Court deems just and proper.

DATED: March 16, 2026             **HENDREN, REDWINE & MALONE, PLLC**

s/ *Jason L. Hendren*
Jason L. Hendren (NC State Bar No. 26869)
Rebecca Redwine Grow (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
Lydia C. Carpenter (NC State Bar No. 56697)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone:  (919) 573-1422
Facsimile:   (919) 420-0475
Email: jhendren@hendrenmalone.com
        rredwine@hendrenmalone.com
        bwaller@hendrenmalone.com
        lcarpenter@hendrenmalone.com
*Counsel for the Debtor*

## VERFICATION

Casie Hall, first being duly sworn, deposes and says that she is the Officer named in the foregoing document; that she has read the same and the contents thereof are true according to the best of her knowledge, information and belief.

_____
Casie Hall, Owner and CVO
Three Oaks Behavioral Health and Wellness, PLLC

Sworn to and subscribed
before me this 12th day
of March          , 2026.

s/_____
NOTARY PUBLIC

My commission expires: August 13, 2028

## CERTIFICATE OF SERVICE

I hereby certify that I this day have served a copy of this pleading upon the other parties to this action either electronically or by depositing a copy in the United States mail in an envelope bearing sufficient postage addressed to counsel for said parties.

DATED: March 16, 2026          **HENDREN, REDWINE & MALONE, PLLC**

s/ *Jason L. Hendren*
Jason L. Hendren (NC State Bar No. 26869)
Rebecca Redwine Grow (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
Lydia C. Carpenter (NC State Bar No. 56697)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone:  (919) 573-1422
Facsimile:   (919) 420-0475
Email: jhendren@hendrenmalone.com
        rredwine@hendrenmalone.com
        bwaller@hendrenmalone.com
        lcarpenter@hendrenmalone.com
*Counsel for the Debtor*

TO:

Brian Behr                            *(via CM/ECF)*
Office of the Bankruptcy Administrator

Three Oaks Behavioral Health and Wellness, PLLC     *(via U.S. Mail)*

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No. 26-01207-5-JNC** |
| **THREE OAKS BEHAVIORAL** | ) | |
| **HEALTH & WELLNESS, PLLC** | ) | |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |

**ORDER APPROVING COMPENSATION**
**AND EMPLOYMENT OF CASIE HALL**

THIS MATTER, coming on to be heard pursuant to the Application for Approval of Compensation and Employment of Officer Casie Hall, as filed by the above-captioned Debtor; and, it appearing to the Court as follows:

1.      Subject to specific provisions of the Local Bankruptcy Rule No. 4002-1(b)(2)(A), E.D.N.C., the Debtor shall not employ or provide compensation to its principal prior to Court approval.

2.      The Debtor filed its petition for relief under Chapter 11 of the United States Bankruptcy Code on March 16, 2026.

3.      Casie Hall ("Ms. Hall") is the Owner and Chief Visionary Officer of the Debtor, has been employed by the Debtor since 2017 and seeks Court approval for employment by the

Debtor and for total annual salary compensation in the amount of $157,204.15, paid bi-monthly. In addition to her salary, the Company provides Ms. Hall with a 401(k) and payment of health insurance.

4.      The Application for Approval of Compensation and Employment of Officer is a reasonable request, and it is in the best interest of this estate and should be allowed.

5.      This matter is a core proceeding pursuant to 28 U.S.C. Section 157; and, this Court has jurisdiction over the subject matter pursuant to 28 U.S.C. Sections 151, 157, and 1334; Now, therefore

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that the Debtor is authorized to employ Terry Wood as President of the Debtor;

IT IS FURTHER ORDERED that the Debtor is allowed to continue to compensate Ms. Hall in the annual gross amount of $180,000.00, bi-monthly as set out in the Application;

IT IS FURTHER ORDERED, that the Debtor be allowed to continue to provide Ms. Hall with a 401(k) and payment of health insurance.

**END OF DOCUMENT**