**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. 26-01207-5-JNC** |
| **THREE OAKS BEHAVIORAL** | ) | |
| **HEALTH & WELLNESS, PLLC** | ) | |
| | ) | **Chapter 11** |
| Debtor. | ) | |

**DEBTOR'S MOTION PURSUANT TO 11 U.S.C. § 365(d)(3) FOR A 60-DAY**
**DEFERRAL OF PERFORMANCE OF POST-PETITION RENT OBLIGATIONS**
**UNDER UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY**

**COMES NOW** Three Oaks Behavioral Health & Wellness, PLLC (the "Debtor"), by and through its undersigned counsel, pursuant to 11 U.S.C. § 365(d)(3), seeking entry of an order authorizing the Debtor to delay performance of post-petition rent and related monetary obligations under that certain unexpired lease of non-residential real property (the "Leases") for a period of sixty (60) days. In support of this Motion, the Debtor shows the Court the following:

**JURISDICTION AND VENUE**

1.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

**BACKGROUND**

2.    The Debtor filed a voluntary petition pursuant to Chapter 11 of the United States Bankruptcy Code on March 16, 2026.  The Debtor continues in possession of its assets, operates its business, and manages its affairs as a debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

3.      Three Oaks Behavioral Health & Wellness, PLLC is a North Carolina corporation which owns and operates an outpatient psychotherapy practice with ten (10) locations in Wake, Durham, and Orange counties. It has been in business since 2017 and currently has 98 employees.

4.      The Debtor is party to ten (10) unexpired leases of non-residential real property with various Landlords, as set forth more specifically on **Exhibit A**.

5.      Section 365(d)(3) requires timely performance of post-petition lease obligations unless the Court orders otherwise for cause. Section 365(d)(3) expressly permits the Court, for cause, to extend the time for performance of such obligations during the first sixty (60) days following the order for relief.

6.       Cause exists in this case due to liquidity constraints and the need to preserve estate value during the early stage of the case.

7.      Pre-petition, various merchant cash advance creditors were engaging in weekly and/or daily sweeps of the Debtor's bank account. As a result, the Debtor began its chapter 11 case in a depleted cash position.

8.      Accordingly, it is necessary for the Debtor to delay the time for performance under Section 365 in order to recover its cash position and successfully reorganize.

9.      The Debtor requests an extension of sixty (60) days of the Debtor's timely performance obligation under the Leases.

10.     A proposed order is attached hereto as **Exhibit B.**

WHEREFORE, the Debtor respectfully requests entry of an order granting the relief requested herein and such other and further relief as the Court deems just and proper.

DATED: March 30, 2026                    **HENDREN, REDWINE & MALONE, PLLC**


s/*Lydia C. Carpenter*

Jason L. Hendren (NC State Bar No. 26869)
Rebecca Redwine Grow (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
Lydia C. Carpenter (NC State Bar No. 56697
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone:  (919) 573-1422
Facsimile:   (919) 420-0475
Email: jhendren@hendrenmalone.com
         rredwine@hendrenmalone.com
         bwaller@hendrenmalone.com
         lcarpenter@hendrenmalone.com
*Counsel for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. 26-01207-5-JNC** |
| **THREE OAKS BEHAVIORAL** | ) | |
| **HEALTH & WELLNESS, PLLC** | ) | |
| | ) | **Chapter 11** |
| Debtor. | ) | |

### NOTICE OF MOTION

NOTICE IS HEREBY GIVEN of the *DEBTOR'S MOTION PURSUANT TO 11 U.S.C. § 365(d)(3) FOR A 60-DAY DEFERRAL OF PERFORMANCE OF POST-PETITION RENT OBLIGATIONS UNDER UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY* ("Motion") filed simultaneously herewith in the above captioned case; and,

FURTHER NOTICE IS HEREBY GIVEN that the Motion may be allowed provided no response and request for a hearing is made by a party in interest in writing to the Clerk of this Court within **FOURTEEN (14) DAYS**; and

FURTHER NOTICE IS HEREBY GIVEN that, if a response and request for a hearing is filed by a party in interest in writing within the time indicated, a hearing will be conducted on the Motion and response thereto at a date to be determined by the United States Bankruptcy Court. Any party requesting a hearing shall appear at said hearing in support of such request or he may be assessed Court costs. If no request for a hearing is timely filed, the Court may rule on the Motion and response thereto *ex parte* without further notice.

DATED: March 30, 2026                  **HENDREN, REDWINE & MALONE, PLLC**

*/s/ Lydia C. Carpenter*
Jason L. Hendren (NC State Bar No. 26869)
Rebecca F. Redwine (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
Lydia C. Carpenter (NC State Bar No. 56697)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: (919) 420-7867
Facsimile: (919) 420-0475
Email: jhendren@hendrenmalone.com
        rredwine@hendrenmalone.com
        bwaller@hendrenmalone.com
        lcarpenter@hendrenmalone.com
*Counsel for the Debtor*

**Exhibit A**

| Location | Landlord | Address | City | State | ZIP |
|---|---|---|---|---|---|
| Apex | North Carolina Office I, LP | 56 Hunter Street, Suite 200 | Apex | NC | 27502 |
| North Raleigh | Stanley Mitchener Crocker, III and Sue Michael Crocker | 4921 Professional Ct. Suites A&B | Raleigh | NC | 27609 |
| Chapel Hill | Skylak Invetments, LLC | 314 Cloister Court | Chapel Hil | NC | 27514 |
| East Raleigh | Dresser Court Properties, LLC | 1011 Dresser Court | Raleigh | NC | 27609 |
| Downtown Raleigh | Henry H. Sink, Jr. | 1020 Washington St. | Raleigh | NC | 27605 |
| Garner | 70 East Business Park, LLC | 143 US Highway 70 West | Garner | NC | 27529 |
| Midtown Raleigh | Benson Road Holdings, LLC | 3755 Benson Drive | Raleigh | NC | 27609 |
| North Durham | Datatek Properties, LLC | 1735 Guess Rd | Durham | NC | 27701 |
| South Durham | Lyckan, LLC | 3708 Lyckan Pkwy, Suite 204, 205,206 | Durham | NC | 27707 |
| West Raleigh | Jacques A El-Chayeb | 4701 Creedmoor Rd. Ste. 101 | Raleigh | NC | 27612 |

**EXHIBIT B**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. 26-01207-5-JNC** |
| **THREE OAKS BEHAVIORAL** | ) | |
| **HEALTH & WELLNESS, PLLC** | ) | |
| | ) | **Chapter 11** |
| Debtor. | ) | |

**ORDER ALLOWING DEBTOR'S MOTION PURSUANT TO 11 U.S.C. § 365(d)(3) FOR A 60-DAY DEFERRAL OF PERFORMANCE OF POST-PETITION RENT OBLIGATIONS UNDER UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY**

THIS MATTER coming on for hearing before the United States Bankruptcy Court upon the Debtor's Motion Pursuant to 11 U.S.C. § 365(d)(3) for a 60-Day Deferral of Performance of Post-Petition Rent Obligations Under Expired Leases of Non-Residential Real Property (the "Motion"), and it appearing to the Court as follows:

1.      Three Oaks Behavioral Health & Wellness, PLLC (the "Debtor") is a North Carolina corporation which owns and operates an outpatient psychotherapy practice with locations in Wake, Durham and Chatham counties. It has been in business since 2017 and currently has 98

employees.

2.      The Debtor filed a voluntary petition for relief pursuant to Chapter 11 of the United States Code (the "Bankruptcy Code") in the Eastern District of North Carolina on March 16, 2026 (the "Petition Date") to facilitate reorganization and the continuation of its business.

3.      The Bankruptcy Court for the Eastern District of North Carolina has issued an order pursuant to 11 U.S.C. §§ 1107 and 1108 of the Bankruptcy Code authorizing the Debtor to retain its assets and operate its business as debtor-in-possession.

4.      This Court has jurisdiction to consider this motion pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding within the meaning of 28 U.S.C. § 157.

5.      The Debtor requests a sixty (60) day deferral of post-petition rent obligations.

6.      Section 365(d)(3) expressly permits the Court, for cause, to extend the time for performance of such obligations during the first sixty (60) days following the order for relief.

7.       This Court finds that cause exists in this case due to liquidity constraints and the need to preserve estate value during the early stage of the case.

WHEREFORE, based upon the foregoing Findings of Fact and Conclusions of Law, the Court hereby ORDERS:

Pursuant to 11 U.S.C. § 365(d)(3), the Debtor is authorized to defer payment of post-petition rent obligations for a period of sixty (60) days as detailed in the Motion.

**END OF DOCUMENT**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No. 26-01207-5-JNC** |
| **THREE OAKS BEHAVIORAL** | ) | |
| **HEALTH & WELLNESS, PLLC** | ) | |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |

## CERTIFICATE OF SERVICE

I, Lydia C. Carpenter, 4600 Marriott Drive, Suite 150, Raleigh, North Carolina 27612, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the 30th day of March, 2026, I served copies of the *DEBTOR'S MOTION PURSUANT TO 11 U.S.C. § 365(d)(3) FOR A 60-DAY DEFERRAL OF PERFORMANCE OF POST-PETITION RENT OBLIGATIONS UNDER UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY* on the parties listed below electronically or by depositing a copy of the same in the United States mail bearing sufficient postage.

I certify under penalty of perjury that the foregoing is true and correct.

This the 30th day of March, 2026.

HENDREN, REDWINE MALONE, PLLC

s/ Lydia C. Carpenter
Jason L. Hendren (NC State Bar No. 26869)
Rebecca F. Redwine (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
Lydia C. Carpenter (NC State Bar No. 56697)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: (919) 573-1422
Facsimile:  (919) 420-0475
Email: jhendren@hendrenmalone.com
        rredwine@hendrenmalone.com
        bwaller@hendrenmalone.com
        lcarpenter@hendrenmalone.com
*Counsel for the Debtor*

Label Matrix for local noticing
0417-5
Case 26-01207-5-JNC
Eastern District of North Carolina
Raleigh
Mon Mar 30 16:44:36 EDT 2026

70 East Business Park, LLC
Attn: Managing Agent
P.O. Box 1816
Garner, NC 27529-1816

AKF, Inc. dba FundKite
Attn: Managing Agent
2 S. Biscane Blvd, 23rd Floor
Miami, FL 33131-1824

Eudora F. S. Arthur
Womble Bond Dickinson (US) LLP
555 Fayetteville Street
Suite 1100
Raleigh, NC 27601-3034

(p)BANKRUPTCY ADMINISTRATOR EDNC
434 FAYETTEVILLE STREET
SUITE 640
RALEIGH NC 27601-1888

Bankruptcy Administrator
Two Hannover Square, Ste. 640
434 Fayetteville Street
Raleigh, NC 27601-1701

Benson Road Holdings LLC
Attn: Managing Agent
500 Cardinal Drive
Raleigh, NC 27604-2210

Blue Cross Blue Shield NC
Attn: Managing Agent
4615 University Drive
Durham, NC 27707-3458

CT Corporation System
Attn: Managing Agent
330 N. Brand Bvd., Ste 700
Glendale, CA 91203-2336

Lydia C. Carpenter
Hendren, Redwine & Malone, PLLC
4600 Marriott Drive
Suite 150
Raleigh, NC 27612-3367

Carrott Fertility
Attn: Managing Agent
2829 Weston Parkway, Ste 100
West Des Moines, IA 50266-1314

Casie Hall
5154 NC Hwy 87 N
Pittsboro, NC 27312-7281

Chase
Attn: Managing Agent
P.O. Box 15123
Wilmington, DE 19850-5123

Chatham County Tax
Attn: Managing Agent
P.O. Box 908
Pittsboro, NC 27312-0908

Corporation Service Company
Attn: Managing Agent
P.O. Box 2576
Springfield, IL 62708-2576

Dataek Properties, LLC
Attn: Managing Agent
8229 Zebulon Road
Youngsville, NC 27596-8819

Dresser Court Properties LLC
Attn: Managing Agent
2000 Bear Cat Way, Ste 102
Morrisville, NC 27560-6620

Durham County Tax
Attn: Managing Agent
200 E. Main Street
Durham, NC 27701-3649

Jaques A. El-Chayeb
3622 Shannon Rd Suite 104
Durham, NC 27707-3771

Employment Security Commission
PO Box 26504
Raleigh, NC 27611-6504

Fundkite
Attn: Managing Agent
40 Wall Street, Ste 2705
New York, NY 10005-1304

Fundkite
Attn: Managing Agent
88 Pine Street, 24th Floor
New York, NY 10005-1861

(p)GEORGIA DEPARTMENT OF REVENUE
BANKRUPTCY
2595 CENTURY PKWY NE SUITE 339
ATLANTA GA 30345-3173

Kirstin E. Gardner
Bankruptcy Administrator's Office
434 Fayetteville Street, Suite 640
Raleigh, NC 27601-1888

Guardian
Attn: Managing Agent
10 Hudson Yards
New York, NY 10001-2157

Jason L. Hendren
Hendren Redwine & Malone, PLLC
4600 Marriott Drive, Suite 150
Raleigh, NC 27612-3367

Henry H Sink, Jr.
3701 Holly Lane, Apt 201
Raleigh, NC 27612-8051

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

(p)IOWA DEPARTMENT OF REVENUE
ATTN BANKRUPTCY UNIT
PO BOX 10471
DES MOINES IA 50306-0471

Jacques A El-Chayeb
3622 Shannon Road, Ste 104
Durham, NC 27707-3771

c/o Jill C. Walters Kapitus Servicing, Inc.
2235 Gateway Access Point
Suite 220
Raleigh, NC 27607-3070

Kapitus, LLC
Attn: Managing Agent
2500 Wilson Blvd, Ste 350
Arlington, VA 22201-3873

LA Dept. of Revenue
Attn: Managing Agent
617 N 3rd Street
Baton Rouge, LA 70802-5432

Lendero LLC
Attn: Managing Agent
1116 Main Street, Ste A
Branford, CT 06405-3718

James S. Livermon III
Womble Bond Dickinson (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601-3034

Lyckan, LLC
Attn: Managing Agent
3708 Lyckan Pkwy, Ste 201
Durham, NC 27707-2586

Mestechkin Law Group PC
Attn: Managing Agent
2218 Ocean Avenue
Brooklyn, NY 11229-2274

Missouri Department of Revenue
Attn: Mananging Agent
301 West High Street
Jefferson City, MO 65101-1517

Missouri Department of Revenue
PO Box 475
Jefferson City, MO 65105-0475

NC Department of Revenue
Office Services Div., Bankruptcy Unit
PO Box 1168
Raleigh, NC 27602-1168

NC Department of Revenue
Attn: Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

North Carolina Office I, LP
Attn: Managing Agent
2900 Linden Lane, Ste 300
Silver Spring, MD 20910-1265

George M. Oliver
The Law Offices of Oliver & Cheek, PLLC
PO Box 1548
New Bern, NC 28563-1548

Orange County Tax
Attn: Managing Agent
P.O. Box 8181
Hillsborough, NC 27278-8181

Parkview Advance LLC
Attn: Managing Agent
600 Summer Street
Stamford, CT 06901-4404

Rebecca Redwine Grow
Hendren Redwine & Malone, PLLC
4600 Marriott Drive, Suite 150
Raleigh, NC 27612-3367

Skylak Investments, LLC
Attn: Managing Agent
204 Glenwview Place
Chapel Hill, NC 27514-1949

Stanley & Sue Crocker
3204 Keighley Forest
Wake Forest, NC 27587-5420

Stellar Capital LLC
Attn: Manaing Agent
600 Summer Street, Ste 204
Stamford, CT 06901-1400

Three Oaks Behavioral Health & Wellness, PLL
1011 Dresser Court
Raleigh, NC 27609-7323

Truist Bank
Attn: Managing Agent or Officer
P.O. Box 1626
Wilson, NC 27894-1626

U.S. Attorney, EDNC
Attn: Civil Process Clerk
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601-2959

US Attorney
310 New Bern Avenue, Suite 800
Federal Building
Raleigh, NC 27601-1461

VA Dept of Revenue
Attn: Managing Agent
P.O. Box 1115
Richmond, VA 23218-1115

Vault
Attn: Managing Agent
26501 Rancho Parkway, Ste 104
Lake Forest, CA 92630-8359

Wake County Dept. of Revenue
Attn: Managing Agent
P.O. Box 2331
Raleigh, NC 27602-2331

Benjamin E.F.B. Waller
Hendren, Redwine & Malone, PLLC
4600 Marriott Drive, Suite 150
Raleigh, NC 27612-3367

Jill Walters
Baker Donelson
2235 Gateway Access Point
Suite 220
Raleigh, NC 27607-3070

Wells Fargo Bank, N.A
Attn: Managing Agent or Officer
P.O. Box 31557
Billings, MT 59107-1557

West Virginia Dept. of Revenue
Attn: Managing Agent
1001 Lee Street East
Charleston, WV 25301-1725

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bankruptcy Administrator
434 Fayetteville Street, Ste. 640
Raleigh, NC 27601

GA Dept. of Revenue
Attn: Managing Agent
2595 Century Parkway NE, Ste 339
Atlanta, GA 30345

Internal Revenue Service
Insolvency Support Services
320 Federal Place, Room 335
Greensboro, NC 27401

Iowa Dept. of Revenue
Attn: Bankruptct Dept.
1305 E. Walnut St, 1st Floor
Des Moines, IA 50319

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

(d)Jacques A. El-Chayeb
3622 Shannon Road Suite 104
Durham, NC 27707-3771

(u)Truist Bank

End of Label Matrix
Mailable recipients    59
Bypassed recipients     3
Total                  62