**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

IN RE:                                    )
                                          )        **Case No. 26-01207-5-JNC**
**THREE OAKS BEHAVIORAL**                  )
**HEALTH & WELLNESS, PLLC**                )
                                          )        **Chapter 11**
                    Debtor.               )

## APPLICATION TO EMPLOY ACCOUNTANT

COMES NOW, Three Oaks Behavioral Health and Wellness, PLLC (the "Debtor"), by and through the undersigned counsel of record, and respectfully requests authority to employ Kevin Cochran and Shannon Berry (the "Accountants") and the firm of Thomas, Judy & Tucker, P.A. (the "Firm") as the Debtor's accountant pursuant to 11 U.S.C § 105, 327, 328; and, in support thereof, respectively shows unto the Court the following:

1.      The Debtor filed a voluntary petition pursuant to Chapter 11 of the United States Bankruptcy Code on March 16, 2026 (the "Petition Date"). The Debtor continues in possession of its assets, operates its business, and manages its affairs as a debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

2.      The Debtor wishes to employ the Accountants and the Firm as accountant for the Debtor's Estate. The Debtor has chosen the Firm because it is experienced and is familiar with the accounting needs of the Debtor.

3.      The Debtor scheduled a pre-petition claim owed to the Firm in the total amount of $9,000. The Firm has agreed to waive this claim in its entirety. Accordingly, the Firm does not hold an interest adverse to the Estate.

4. The Firm is disinterested within the meaning of Section 327(a) of the Bankruptcy Code. The Firm does not have any other connections to the Debtor, the Estate, creditors, or attorneys, other than as set forth herein.

5. Pursuant to 11 U.S.C. 327(d), the employment of the Firm would be in the best interest of the Estate.

6. The Debtor wishes to employ the Firm for two distinct services: first, to complete its 2025 tax return and render associated end-of-year accounting services, and second, to provide the Debtor with ongoing accountant and bookkeeping services.

7. For tax services, the Accountants shall bill a flat fee of $6,000.00. For accounting/bookkeeping services, the Accountants shall bill at rates ranging from $75.00 per hour to $160.00 per hour for Accountants and staff employed by the Firm.

8. All accounting/bookkeeping services will be paid for hourly in accordance with the Bankruptcy Administrator's traditional standards and only following approval of an Application for Compensation by this Court.

9. A copy of the proposed order has been attached as **Exhibit A**.

WHEREFORE, the Debtor requests that the Court:

1. Authorize the Debtor to employ the Accountants and the Firm pursuant to 11 U.S.C. § 327(a) as the Debtor's accountant to perform appropriate professional services in connection with this case as set forth above;

2. Authorize the Debtor to pay the Firm pursuant to 11 U.S.C. § 328 as set forth above for those accounting/bookkeeping services performed for the Debtor following appropriate application and approval by this Court;

3. Authorize the Debtor to pay the Firm a flat fee of $6,000.00 for tax preparation

services; and

4.      Grant the Debtor such other and further relief as the Court may deem necessary and

proper.

DATED: March 30, 2026                    **HENDREN, REDWINE & MALONE, PLLC**


s/*Lydia C. Carpenter*
Jason L. Hendren (NC State Bar No. 26869)
Rebecca Redwine Grow (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
Lydia C. Carpenter (NC State Bar No. 56697
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone:  (919) 573-1422
Facsimile:   (919) 420-0475
Email: jhendren@hendrenmalone.com
        rredwine@hendrenmalone.com
        bwaller@hendrenmalone.com
        lcarpenter@hendrenmalone.com
*Counsel for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

IN RE:                       )

                            )        **Case No. 26-01207-5-JNC**

**THREE OAKS BEHAVIORAL**     )
**HEALTH & WELLNESS, PLLC**     )

                            )          **Chapter 11**

        Debtor.           )

<u>**ACCOUNTANT'S AFFIDAVIT**</u>

I, Shannon Berry, on behalf of Thomas, Judy & Tucker, P.A., being duly sworn, and in view of the application of the Debtor for authority to employ my firm as the Debtor's accountant, do make this oath:

1.       I am a Certified Public Accountant.

2.       This affidavit is being given pursuant to Rule 2014 of the Bankruptcy Rules and Section 327 of the Bankruptcy Code.

3.       I am a disinterested party within the meaning of Section 327(a) of the Bankruptcy Code and have waived any prepetition claims owed by the Debtor to Thomas, Judy, & Tucker, P.A.

4.       To the best of my knowledge, this affidavit discloses all of my interests and connections with the Debtor, its creditors, any other party in interest, its respective attorneys and accountants, and the Bankruptcy Administrator.

This the 25 day of March, 2026.

                                     **Thomas, Judy & Tucker, P.A.**

                                     Shannon Berry, CPA
                                     *Director of Accounting*
                                     Thomas, Judy & Tucker, P.A.

State of North Carolina
County of _____Wake_____

Sworn to and subscribed before
me the _25_ day of _March_____, 2026.

_____
NOTARY PUBLIC
My Commission Expires: 9|1|2028



Wake County, North Carolina
Notary Public
Angela B. Blake
My Commission Expires September 1, 2028

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No. 26-01207-5-JNC** |
| **THREE OAKS BEHAVIORAL** | ) | |
| **HEALTH & WELLNESS, PLLC** | ) | |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |

<u>**NOTICE OF APPLICATION TO EMPLOY AND COMPENSATE ACCOUNTANT**</u>

NOTICE IS HEREBY GIVEN of the **APPLICATION TO EMPLOY AND COMPENSATE ACCOUNTANT** filed in the above captioned case (the "Application"); and,

FURTHER NOTICE IS HEREBY GIVEN that if you fail to respond or otherwise plead or request a hearing within **TWENTY-ONE (21) DAYS** of the date of this notice, the relief requested in the Application may be granted without further hearing or notice.

FURTHER NOTICE IS HEREBY GIVEN that if a response and request for a hearing is filed within the time indicated, a hearing will be conducted on the Application and response thereto at a date, time and place to be later set by this Court, and all interested parties will be notified accordingly.  If no request for a hearing is timely filed, the Court may rule on the Application and response thereto *ex parte* without further notice.

Dated: March 30, 2026

**HENDREN, REDWINE MALONE, PLLC**

s/*Lydia C. Carpenter*
Jason L. Hendren (NC State Bar No. 26869)
Rebecca Redwine Grow (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
Lydia C. Carpenter (NC State Bar No. 56697)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone:  (919) 573-1422
Facsimile:   (919) 420-0475
Email: jhendren@hendrenmalone.com
         rredwine@hendrenmalone.com
         bwaller@hendrenmalone.com
         lcarpenter@hendrenmalone.com
*Counsel for the Debtor*

<u>CERTIFICATE OF SERVICE</u>

I, Lydia C. Carpenter, 4600 Marriott Drive, Suite 150, Raleigh, North Carolina 27612, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the 30th day of March, 2026, I served copies of the foregoing pleading on the parties listed below electronically or by depositing a copy of the same in the United States mail bearing sufficient postage.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: March 30, 2026                          **HENDREN, REDWINE & MALONE, PLLC**


                                               s/*Lydia C. Carpenter*
                                               Jason L. Hendren (NC State Bar No. 26869)
                                               Rebecca Redwine Grow (NC State Bar No. 37012)
                                               Benjamin E.F.B. Waller (NC State Bar No. 27680)
                                               Lydia C. Carpenter (NC State Bar No. 56697
                                               4600 Marriott Drive, Suite 150
                                               Raleigh, NC 27612
                                               Telephone:  (919) 573-1422
                                               Facsimile:   (919) 420-0475
                                               Email: jhendren@hendrenmalone.com
                                                       rredwine@hendrenmalone.com
                                                       bwaller@hendrenmalone.com
                                                       lcarpenter@hendrenmalone.com
                                               *Counsel for the Debtor*


TO:

Brian Behr                                     *(via CM/ECF)*
Office of the Bankruptcy Administrator

Thomas, Judy & Tucker, P.A.                    *(via U.S. Mail)*
4700 Falls of Neuse Rd., Ste. 400
Raleigh, NC 27609

Three Oaks Behavioral Health & Wellness, P.A.  *(via electronic mail)*

**EXHIBIT B**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

IN RE: )
)     **Case No. 26-01207-5-JNC**
**THREE OAKS BEHAVIORAL** )
**HEALTH & WELLNESS, PLLC** )
)     **Chapter 11**
        **Debtor.** )

**ORDER AUTHORIZING APPLICATION TO EMPLOY ACCOUNTANT**

Upon the application of Three Oaks Behavioral Health and Wellness, PLLC (the "Debtor"), praying for authority to employ Kevin Cochran and Shannon Berry (the "Accountants") and the firm of Thomas, Judy & Tucker, P.A. (the "Firm"), as the Debtor's accountant pursuant to 11 U.S.C. § 105, 327, 328, and due and adequate notice of the Application having been provided; and it appearing that the relief requested in the Application is in the best interests of the Debtor, its estate and creditors; and after due deliberation and sufficient cause appearing therefore;

**IT IS ORDERED** that the Debtor is hereby authorized to employ Kevin Cochran and Shannon Berry, and the firm of Thomas, Judy & Tucker, P.A. as the accountant for the Debtor's Estate to render professional services to it in this case; and,

**IT IS FURTHER ORDERED** that the Debtor is hereby authorized to compensate the Accountants and the Firm as set forth in the Debtor's Application.

**END OF DOCUMENT**