**SO ORDERED.**

**SIGNED this 1 day of April, 2026.**

**Joseph N. Callaway**
**United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No. 26-01207-5-JNC** |
| **THREE OAKS BEHAVIORAL** | ) | |
| **HEALTH & WELLNESS, PLLC** | ) | |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |

**ORDER APPROVING COMPENSATION**
**AND EMPLOYMENT OF CASIE HALL**

THIS MATTER, coming on to be heard pursuant to the Application for Approval of Compensation and Employment of Officer Casie Hall, as filed by the above-captioned Debtor; and, it appearing to the Court as follows:

1. Subject to specific provisions of the Local Bankruptcy Rule No. 4002-1(b)(2)(A), E.D.N.C., the Debtor shall not employ or provide compensation to its principal prior to Court approval.

2. The Debtor filed its petition for relief under Chapter 11 of the United States Bankruptcy Code on March 16, 2026.

3.      Casie Hall ("Ms. Hall") is the Owner and Chief Visionary Officer of the Debtor, has been employed by the Debtor since 2017 and seeks Court approval for employment by the Debtor and for total annual salary compensation in the amount of $157,204.15, paid bi-monthly. In addition to her salary, the Company provides Ms. Hall with a 401(k) and payment of health insurance.

4.      The Application for Approval of Compensation and Employment of Officer is a reasonable request, and it is in the best interest of this estate and should be allowed.

5.      This matter is a core proceeding pursuant to 28 U.S.C. Section 157; and, this Court has jurisdiction over the subject matter pursuant to 28 U.S.C. Sections 151, 157, and 1334; Now, therefore

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that the Debtor is authorized to employ Casie Hall as Owner and Chief Visionary Officer of the Debtor;

IT IS FURTHER ORDERED that the Debtor is allowed to continue to compensate Ms. Hall in the annual gross amount of $180,000.00, bi-monthly as set out in the Application;

IT IS FURTHER ORDERED, that the Debtor be allowed to continue to provide Ms. Hall with a 401(k) and payment of health insurance.

**END OF DOCUMENT**