**VAN–166** Order to File Plan and Notice of Status Conference (SubChapter V) – Rev. 01/06/2022

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
Three Oaks Behavioral Health & Wellness, PLLC     CASE NO.: 26–01207–5–JNC
1011 Dresser Court
Raleigh, NC 27609     DATE FILED: March 16, 2026

TaxID: 82–3430191     CHAPTER: 11

ORDER TO FILE PLAN
AND NOTICE OF STATUS CONFERENCE

The debtor(s) filed a petition for relief under Chapter 11 of the Bankruptcy Code on March 16, 2026 , electing in its petition to proceed under subchapter V pursuant to Rule 1020 of the Federal Rules of Bankruptcy Procedure. Pursuant to 11 U.S.C. § 1189, the debtor(s) must file a plan on or before June 15, 2026 . The debtor(s) may use Official Form 425A, "Plan of Reorganization for Small Business Case Under Chapter 11."

A status conference pursuant to 11 U.S.C. § 1188(a) will be held as indicated below:

DATE:     April 29, 2026
TIME:     02:00 PM
PLACE:     Randy D. Doub United States Courthouse, 2nd Floor Courtroom, 150 Reade Circle, Greenville, NC 27858

Counsel for the debtor(s), the subchapter V trustee and the bankruptcy administrator will participate in the status conference, and any objection to the procedures outlined in this order will be addressed at that time.

At the status conference, counsel for the debtor(s) must be prepared to (1) describe the nature of the debtor(s) business, (2) describe the reasons for filing the petition, (3) describe the debtor(s) strategy for reorganization, (4) give an estimate of the attorney's fees and other professional fees, (5) identify anticipated significant events in the case, (6) discuss the need for future status conferences, and (7) identify the court location or locations most convenient for parties and counsel for proceedings to be conducted.

Within 14 days prior to the status conference, the debtor(s) shall file a report detailing efforts undertaken and to be undertaken to attain a consensual plan of reorganization pursuant to 11 U.S.C. § 1188(c). A copy of the report shall be served on all parties in interest.

SO ORDERED.

Dated: Friday, April 3, 2026

           Joseph N. Callaway
           United States Bankruptcy Judge