**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | **Case No. 26-01207-5-JNC** |
| **THREE OAKS BEHAVIORAL** ) | |
| **HEALTH & WELLNESS, PLLC** ) | |
| ) | **Chapter 11** |
| Debtor. ) | |

**SECTION 1188(C) STATUS CONFERENCE REPORT**

The above-captioned debtor ("Debtor") has elected to file this case under Subchapter V of Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code").  The Debtor files this report pursuant to § 1188(c) of the Bankruptcy Code.

1.      Type of Plan of Reorganization ("Plan").  Debtor expects the Plan in this case will be:

| | |
|---|---|
| | **Consensual** |
| | **Nonconsensual** |
| **X** | **Undetermined** |

2.      Reasons for Type of Plan of Reorganization.  Explain why Debtor expects the plan will be consensual or nonconsensual, or the reason why it is undetermined at this time:

Counsel for the Debtor is unable to determine whether the plan will be consensual or nonconsensual at this time.  Counsel for the Debtor will work with parties in interest as well as the Subchapter V Trustee and Bankruptcy Administrator in an effort to obtain a consensual plan.

3.      Communications with Parties in Interest. The Debtor has had discussions with the following parties in interest concerning Debtor's plan of reorganization.  If no discussions, explain the Debtor's rationale for not discussing the plan with parties in interest:

Counsel for the Debtor is actively communicating with parties in interest to formulate a plan of reorganization, and has had communications with counsel for both secured and unsecured creditors to date. Counsel will continue to work with parties in interest as they are identified.

4.      Efforts to Formulate Plan of Reorganization.  Describe efforts undertaken by the Debtor to develop a plan of reorganization and actions contemplated to complete formulation of

1

the plan.

Counsel for the Debtor has begun drafting the plan of reorganization, including classifications and treatment for the various classes and anticipates a timely filing. Counsel for the Debtor has prepared an initial liquidation analysis. In addition, the Debtor has identified and undertaken several action items to downsize its operations as it works to formulate its plan, including seeking to reject leases, rightsizing its staff, and reduction of officer compensation, among others. The Debtor is analyzing whether further rejection of unexpired leases is necessary and is reviewing and identifying which executory contracts the Debtor will assume.

5.      Timing for Filing Plan of Reorganization.  Does Debtor intend to file a plan of reorganization within the 90-day deadline imposed by § 1189(b) of the Bankruptcy Code? (mark one)

| X | Yes |
|---|---|
|   | No |

Reason for Negative Response: Not applicable.

6.      Additional Information.  Insert any additional information Debtor would like to provide the Court concerning this chapter 11 case or the plan of reorganization.

N/A

**DATED:** April 14, 2026          By: s/Casie Hall_____

Casie Hall, Owner and CVO

**HENDREN, REDWINE & MALONE, PLLC**
s/Lydia C. Carpenter_____
Jason L. Hendren (NC State Bar No.: 26869)
Rebecca Redwine Grow (NC State Bar No.: 37012)
Benjamin E.F.B. Waller (NC State Bar No.: 27680)
Lydia C. Carpenter (NC State Bar No. 56697)
4600 Marriott Drive, Suite 150
Raleigh, NC  27612
Telephone:  (919) 573-1422
Facsimile:  (919) 420-0475
Email:  jhendren@hendrenmalone.com
           rredwine@hendrenmalone.com
           bwaller@hendrenmalone.com
           lcarpenter@hendrenmalone.com
ATTORNEYS FOR DEBTOR