**Fill in this information to identify the case:**

Debtor Name Three Oaks Behavioral Health & Wellness, PLLC

United States Bankruptcy Court for the: Eastern District of North Carolina

Case number: 26-01207-5-JNC

❑ Check if this is an amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: 3/16/26 - 3/31/26

Date report filed: 04/20/2026
MM / DD / YYYY

Line of business: Counseling

NAISC code:

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Casie Hall, Manager

Original signature of responsible party: s/ Casie Hall

Printed name of responsible party: Casie Hall, Manager

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer _No_ to any of the questions in lines 1-9, attach an explanation and label it _Exhibit A._** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ❑ | ❑ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ❑ | ❑ |
| 3. | Have you paid all of your bills on time? | ☑ | ❑ | ❑ |
| 4. | Did you pay your employees on time? | ☑ | ❑ | ❑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ❑ | ☑ | ❑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ❑ | ❑ |
| 7. | Have you timely filed all other required government filings? | ☑ | ❑ | ❑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❑ | ❑ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ❑ | ❑ |
| | **If you answer _Yes_ to any of the questions in lines 10-18, attach an explanation and label it _Exhibit B._** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ❑ | ❑ |
| 11. | Have you sold any assets other than inventory? | ❑ | ☑ | ❑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❑ | ☑ | ❑ |
| 13. | Did any insurance company cancel your policy? | ❑ | ☑ | ❑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❑ | ☑ | ❑ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❑ | ☑ | ❑ |
| 16. | Has anyone made an investment in your business? | ❑ | ☑ | ❑ |

Debtor Name __Three Oaks Behavioral Health & Wellness, PLLC__   Case number __26-01207-5-JNC__

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 90,754.43

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 569,568.55

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    – $ 382,067.01

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 187,501.54

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 278,255.97

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    *(Exhibit E)*

    $ 0.00

Debtor Name  Three Oaks Behavioral Health & Wellness, PLLC          Case number 26-01207-5-JNC

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                      $ 425,000.00

    *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?                        99
27. What is the number of employees as of the date of this monthly report?           99

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                    $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?      $ 0.00
30. How much have you paid this month in other professional fees?                                              $ 0.00
31. How much have you paid in total other professional fees since filing the case?                            $ 0.00

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | — | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ | — | $ 569,568.55 | = | $ |
| 33. **Cash disbursements** | $ | — | $ 382,067.01 | = | $ |
| 34. **Net cash flow** | $ | — | $ 187,501.54 | = | $ |

35. Total projected cash receipts for the next month:              $ 575,330.00
36. Total projected cash disbursements for the next month:        − $ 387,494.00
37. Total projected net cash flow for the next month:             = $ 187,835.00

Debtor Name  Three Oaks Behavioral Health & Wellness, PLLC          Case number 26-01207-5-JNC

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

**Exhibit A & B**

5. The Debtor filed bankruptcy on 3/16/2026, DIP accounts were opened in late March.

10. The Debtor filed bankruptcy on 3/16/2026, DIP accounts were opened in late March. On March 17, 2026, the Debtor filed a Motion to Waive the requirement to close its pre-petition operating account at Bank of America.

Exhibits C&D

### Truist Bank #6698

Beginning Balance $34,542.94

| Date | Transaction | Income | Expense | Incoming Transfers | Outgoing Tranfers | Description |
|------|-------------|--------|---------|-------------------|-------------------|-------------|
| 3/16/2026 | WIRE REF# 20260316-00020966 BUS ONLINE DOMESTIC WIRE | | | | ($1,000.00) | Transfer |
| 3/16/2026 | WIRE REF# 20260316-00006095 BUS ONLINE DOMESTIC WIRE | | | | ($185,000.00) | Transfer |
| 3/16/2026 | MOBILE TO ****0002 - TRUIST ONLINE CREDIT LINE PMT | | ($2,000.00) | | | Credit Line Payment |
| 3/16/2026 | MOBILE TO ****0002 - TRUIST ONLINE CREDIT LINE PMT | | ($3,000.00) | | | Credit Line Payment |
| 3/16/2026 | MOBILE TO ****0002 - TRUIST ONLINE CREDIT LINE PMT | | ($29,000.00) | | | Credit Line Payment |
| 3/16/2026 | ONLINE FROM ****0002 - TRUIST ONLINE CREDIT LINE ADV | $184,000.00 | | | | Credit Line Pull |
| 3/16/2026 | HCCLAIMPMT CIGNA /THREE OAKS BEHAVIORAL ACH CREDIT TRN*1*26031209001 9435*1591031071 | $2,204.80 | | | | Insurance Revenue |
| 3/16/2026 | HCCLAIMPMT CIGNA /THREE OAKS BEHAVIORAL ACH CREDIT TRN*1*26031209001 9434*1411648670 | $576.00 | | | | Insurance Revenue |
| 3/16/2026 | HCCLAIMPMT BCBS-NC THREE OAKS BEHAVIORAL ACH CREDIT TRN*1*7366528*1560864904 | $267.57 | | | | Insurance Revenue |
| 3/16/2026 | HCCLAIMPMT HNB - ECHO THREE OAKS BEHAVIORAL ACH CREDIT TRN*1*12347343411341858379 | $117.04 | | | | Insurance Revenue |
| 3/16/2026 | HCCLAIMPMT HEALTHPARTNERS THREE OAKS BEHAVIORAL ACH CREDIT TRN*1*2300290545*1411629390 | $27.00 | | | | Insurance Revenue |
| 3/17/2026 | Check #1017 | | ($125.00) | | | Patient Refund |
| 3/17/2026 | WIRE REF# 20260317-00004494 BUS ONLINE DOMESTIC WIRE | | | | ($2,500.00) | Transfer |
| 3/17/2026 | FIX 337759 THREE OAK THREE OAKS BEHAVIORAL ACH CORP DEBIT | | ($5,364.43) | | | Wages |
| 3/17/2026 | SERVICING SERVICING BY KAP THREE OAKS BEHAVIORAL ACH CORP DEBIT | | ($1,586.50) | | | Bank Fees |
| 3/17/2026 | PLAN FUND PAYLOCITY THREE OAKS BEHAVIORAL ACH CORP DEBIT | | ($593.81) | | | Wages |
| 3/17/2026 | PLAN FUND PAYLOCITY THREE OAKS BEHAVIORAL ACH CORP DEBIT | | ($337.61) | | | Wages |
| 3/17/2026 | REVERSAL 337759 THREE OAK 7759 THREE OAKS BEHAVIORAL ACH CREDIT | $5,364.43 | | | | Wages |
| 3/17/2026 | HCCLAIMPMT AETNA AS01 THREE OAKS BEHAVIORAL ACH CREDIT TRN*1*82607100003 6958*1066033492 | $5,046.99 | | | | Insurance Revenue |
| 3/17/2026 | HCCLAIMPMT AETNA A04 THREE OAKS BEHAVIORAL ACH CREDIT TRN*1*926071000038904*1066033492 | $1,688.98 | | | | Insurance Revenue |
| 3/17/2026 | HCCLAIMPMT AETNA AS01 THREE OAKS BEHAVIORAL ACH CREDIT TRN*1*826071000038561*1066033492 | $198.84 | | | | Insurance Revenue |
| 3/17/2026 | HCCLAIMPMT AETNA AS01 THREE OAKS BEHAVIORAL ACH CREDIT TRN*1*826071000038675*1066033492 | $119.42 | | | | Insurance Revenue |
| 3/18/2026 | WIRE REF# 20260318-00004489 BUS ONLINE DOMESTIC WIRE | | | | ($38,700.00) | Transfer |
| 3/18/2026 | HCCLAIMPMT NCSHP AETNACLAIM THREE OAKS BEHAVIORAL ACH CREDIT TRN*1*826073000026142*1561545517 | $37,901.44 | | | | Insurance Revenue |
| 3/18/2026 | DEBIT REVERSAL | $5,364.43 | | | | Wages |
| 3/18/2026 | HCCLAIMPMT HNB - ECHO THREE OAKS BEHAVIORAL ACH CREDIT TRN*1*1235140100*1341858379 | $277.62 | | | | Insurance Revenue |
| 3/18/2026 | HCCLAIMPMT CIGNA THREE OAKS BEHAVIORAL ACH CREDIT TRN*1*26031304001977*1411646670 | $260.00 | | | | Insurance Revenue |
| 3/18/2026 | HCCLAIMPMT AETNA AS01 Three Oaks Behavioral ACH CREDIT TRN*1*882607101054274*1066033492 | $37.70 | | | | Insurance Revenue |
| 3/19/2026 | WIRE REF# 20260319-00022168 BUS ONLINE DOMESTIC WIRE | | | | ($1,000.00) | Transfer |
| 3/19/2026 | WIRE REF# 20260319-00010584 BUS ONLINE DOMESTIC WIRE | | ($5,364.43) | | | Transfer |
| 3/19/2026 | WIRE REF# 20260319-00004785 BUS ONLINE DOMESTIC WIRE | | | | ($1,000.00) | Transfer |
| 3/19/2026 | PACERPYRLC THE HARTFORD THREE OAKS BEHAVIORAL ACH CORP DEBIT | | ($211.18) | | | Benefits |
| 3/19/2026 | HCCLAIMPMT HNB - ECHO THREE OAKS BEHAVIORAL ACH CREDIT TRN*1*1235324100*1341858379 | $102.34 | | | | Insurance Revenue |
| 3/20/2026 | RETURNED ITEM FEE | | ($36.00) | | | Bank Fees |
| 3/20/2026 | BILLING 337759 THREE OAK THREE OAKS BEHAVIORAL ACH CORP DEBIT | | ($3,006.15) | | | Payroll Expense |
| 3/20/2026 | DEBCARDTX PAYLOCITY THREE OAKS BEHAVIORAL ACH CORP DEBIT | | ($84.66) | | | Wages |
| 3/20/2026 | WIRE REF# 20260320-00014603 INCOMING WIRE TRANSFER | | | $5,000.00 | | Transfer |
| 3/23/2026 | OVERDRAFT FEE | | ($36.00) | | | Bank Fees |
| 3/23/2026 | Check #3007 | | ($2,782.00) | | | Fractional Billing |
| 3/23/2026 | SERVICE CHARGES - PRIOR PERIOD | | ($157.00) | | | Bank Fees |
| 3/24/2026 | WIRE REF# 20260324-00011205 BUS ONLINE DOMESTIC WIRE | | ($5,500.00) | | | Benefits - Fertility |
| 3/24/2026 | HCCLAIMPMT AETNA AS01 THREE OAKS BEHAVIORAL ACH CREDIT TRN*1*826076000282284*1066033492 | $5,107.40 | | | | Insurance Revenue |
| 3/24/2026 | HCCLAIMPMT AETNA A04 THREE OAKS BEHAVIORAL ACH CREDIT TRN*1*826076000282286*1066033492 | $1,415.72 | | | | Insurance Revenue |
| 3/24/2026 | HCCLAIMPMT AETNA AS01 THREE OAKS BEHAVIORAL ACH CREDIT TRN*1*826076000282279*1066033492 | $198.84 | | | | Insurance Revenue |
| 3/24/2026 | HCCLAIMPMT VPAY E058337239 THREE OAKS BEHAVIORAL ACH CREDIT TRN*1*19292*1550840723 | $42.00 | | | | Insurance Revenue |
| 3/26/2026 | WIRE REF# 20260325-00004500 BUS ONLINE DOMESTIC WIRE | | | | ($52,000.00) | Transfer |
| 3/26/2026 | HCCLAIMPMT NCSHP AETNACLAIM THREE OAKS BEHAVIORAL ACH CREDIT TRN*1*826080000002784*1561545517 | $54,593.16 | | | | Insurance Revenue |
| 3/27/2026 | DEBCARDTX PAYLOCITY THREE OAKS BEHAVIORAL ACH CORP DEBIT | | ($20.00) | | | Wages |
| 3/27/2026 | HCCLAIMPMT HNB - ECHO THREE OAKS BEHAVIORAL ACH CREDIT TRN*1*1235660927*1341858379 | $483.86 | | | | Insurance Revenue |
| 3/30/2026 | HCCLAIMPMT HNB - ECHO THREE OAKS BEHAVIORAL ACH CREDIT TRN*1*1236839995*1341858379 | $117.04 | | | | Insurance Revenue |
| 3/30/2026 | HCCLAIMPMT HEALTHPARTNERS THREE OAKS BEHAVIORAL ACH CREDIT TRN*1*2300299944*1411629390 | $27.00 | | | | Insurance Revenue |
| 3/31/2026 | OVERDRAFT FEE | | ($36.00) | | | Bank Fees |
| 3/31/2026 | Check #3008 | | ($2,677.00) | | | Legal |
| 3/31/2026 | WIRE REF# 20260331-00052435 BUS ONLINE DOMESTIC WIRE | | | | ($9,000.00) | Transfer |
| 3/31/2026 | PLAN FUND PAYLOCITY THREE OAKS BEHAVIORAL ACH CORP DEBIT | | ($593.81) | | | Wages |
| 3/31/2026 | PLAN FUND PAYLOCITY THREE OAKS BEHAVIORAL ACH CORP DEBIT | | ($337.61) | | | Wages |
| 3/31/2026 | HCCLAIMPMT AETNA AS01 THREE OAKS BEHAVIORAL ACH CREDIT TRN*1*826085000515497*1066033492 | $4,985.65 | | | | Insurance Revenue |
| 3/31/2026 | HCCLAIMPMT AETNA A04 THREE OAKS BEHAVIORAL ACH CREDIT TRN*1*826085000515483*1066033492 | $1,633.96 | | | | Insurance Revenue |
| 3/31/2026 | HCCLAIMPMT AETNA AS01 THREE OAKS BEHAVIORAL ACH CREDIT TRN*1*826085000515472*1066033492 | $99.42 | | | | Insurance Revenue |

| | | $ 312,247.65 | $ (63,449.39) | $ 5,000.00 | ($290,200.00) | Ending Balance | -$1,858.80 |
|--|--|--|--|--|--|--|--|

### Truist Bank #6701

Beginning Balance $53.68

| Date | Transaction | Income | Expense | Incoming Transfers | Outgoing Tranfers | Description |
|------|-------------|--------|---------|-------------------|-------------------|-------------|
| 23-Mar | Service Charges-Prior Period | | $ (15.00) | | | Bank Fees |
| 31-Mar | Interest Payment | $ 0.13 | | | | Interest Income |

| | | $ 0.13 | $ (15.00) | $ - | $ - | Ending Balance | $38.81 |
|--|--|--|--|--|--|--|--|

### Wells Fargo #4439

Beginning Balance $218.80

| Date | Transaction | Income | Expense | Incoming Transfers | Outgoing Tranfers | Description |
|------|-------------|--------|---------|-------------------|-------------------|-------------|
| 3/31/2026 | WITHDRAWAL MADE IN A BRANCH/STORE | | | | -62098.08 | Transfer |
| 3/27/2026 | VPAY E058441720 HCCLAIMPMT XXXXX0191 TRN*1*0000133482*1581449504\ | 32 | | | | Insurance Revenue |
| 3/25/2026 | PAY PLUS HCCLAIMPMT 260325 XXXXX0191 TRN*1*852038127*1363391052\ | 254 | | | | Insurance Revenue |
| 3/25/2026 | PAY PLUS HCCLAIMPMT 250325 XXXXX0191 TRN*1*849798841*1042734278\ | 86 | | | | Insurance Revenue |
| 3/25/2026 | VPAY E058300623 HCCLAIMPMT XXXXX0191 TRN*1*93077176*1522383168\ | 66.95 | | | | Insurance Revenue |
| 3/23/2026 | WT 202603230047 5397 THREE OAKS BEHAV /ORG=THREE OAKS BEHAVIORAL HEALTH WELLN SRF# 2026032300475397 TRN#260323137717 RFB# | | | $ 60,000.00 | | Transfer |
| 3/23/2026 | VPAY E058221497 HCCLAIMPMT XXXXX0191 TRN*1*93065272*1522383168\ | 30 | | | | Insurance Revenue |
| 3/23/2026 | VPAY E058157598 HCCLAIMPMT XXXXX0191 TRN*1*93054374*1522383168\ | 124.19 | | | | Insurance Revenue |
| 3/23/2026 | PAY PLUS HCCLAIMPMT 260323 XXXXX0191 TRN*1*850369102*1810400550\ | 47 | | | | Insurance Revenue |
| 3/23/2026 | VPAY E058213845 HCCLAIMPMT XXXXX0191 TRN*1*0000008099*1561449504\ | 32 | | | | Insurance Revenue |
| 3/19/2026 | WT 202603190002 0168 THREE OAKS BEHAV /ORG=THREE OAKS BEHAVIORAL HEALTH & WEL SRF# 2026031900020168 TRN#260319138196 RFB# | | | $ 1,000.00 | | Insurance Revenue |
| 3/19/2026 | WT 202603190000 4785 THREE OAKS BEHAV /ORG=THREE OAKS BEHAVIORAL HEALTH & WEL SRF# 2026031900004785 TRN#260319032407 RFB# | | | $ 1,000.00 | | Insurance Revenue |
| 3/19/2026 | VPAY E058055251 HCCLAIMPMT XXXXX0191 TRN*1*93039207*1522383168\ | 138.47 | | | | Insurance Revenue |
| 3/19/2026 | VPAY E058055252 HCCLAIMPMT XXXXX0191 TRN*1*93039235*1522383168\ | 124.09 | | | | Insurance Revenue |
| 3/19/2026 | PAY PLUS HCCLAIMPMT 260319 XXXXX0191 TRN*1*843779858*1363080057\ | 94.42 | | | | Insurance Revenue |
| 3/19/2026 | OVERDRAFT FEE FOR A TRANSACTION POSTED ON 03/18 $61.40 DOMINION ENERGY DRAFT 260317 221014021189 2 THREE OAKS BEHAVIORAL | | -35 | | | Bank Fees |
| 3/19/2026 | OVERDRAFT FEE FOR A TRANSACTION POSTED ON 03/18 $60.62 DUKEENERGY BILL PAY 910029637197 THREE OAKS BEHAVIORAL | | -35 | | | Bank Fees |
| 3/19/2026 | OVERDRAFT FEE FOR A TRANSACTION POSTED ON 03/18 $55.93 DUKEENERGY BILL PAY 910166677769 THREE OAKS BEHAVIORAL | | -35 | | | Bank Fees |
| 3/19/2026 | OVERDRAFT FEE FOR A TRANSACTION POSTED ON 03/18 $50.03 DUKEENERGY BILL PAY 910029637494 THREE OAKS BEHAVIORAL | | -35 | | | Bank Fees |
| 3/18/2026 | DOMINION ENERGY DRAFT 260317 221012403 8947 THREE OAKS BEHAVIORAL | | -248.75 | | | Utilities |
| 3/19/2026 | DOMINION ENERGY DRAFT 260317 221012403 9033 THREE OAKS BEHAVIORAL | | -182.76 | | | Utilities |
| 3/18/2026 | DUKEENERGY BILL PAY 910142512755 THREE OAKS BEHAVIORAL | | -98.46 | | | Utilities |
| 3/18/2026 | DUKEENERGY BILL PAY 910166684833 THREE OAKS BEHAVIORAL | | -82.69 | | | Utilities |
| 3/18/2026 | DOMINION ENERGY DRAFT 260317 221014021 1692 THREE OAKS BEHAVIORAL | | -61.4 | | | Utilities |
| 3/18/2026 | DUKEENERGY BILL PAY 910029637197 THREE OAKS BEHAVIORAL | | -60.62 | | | Utilities |
| 3/18/2026 | DUKEENERGY BILL PAY 910166677769 THREE OAKS BEHAVIORAL | | -55.93 | | | Utilities |
| 3/18/2026 | DUKEENERGY BILL PAY 910029637494 THREE OAKS BEHAVIORAL | | -50.03 | | | Utilities |
| 3/17/2026 | DOMINION ENERGY DRAFT 260316 221013270 1454 THREE OAKS BEHAVIORAL | | -340.7 | | | Utilities |
| 3/17/2026 | BUSINESS TO BUSINESS ACH PAY PLUS ACHTrans 260316 XXXXX3914 FeeTransfer REF#123323914 | | -1.16 | | | Bank Fees |
| 3/18/2026 | DUKEENERGY BILL PAY 910170958500 THREE OAKS BEHAVIORAL | | -775.28 | | | Utilities |
| 3/16/2026 | DUKEENERGY BILL PAY 910093031859 CASIE HALL | | -119.37 | | | Utilities |
| 3/16/2026 | DUKEENERGY BILL PAY 910093031280 CASIE HALL | | -84.71 | | | Utilities |
| 3/16/2026 | BUSINESS TO BUSINESS ACH PAY PLUS ACHtrans 260313 XXXXX6836 FeeTransfer REF#123097560 | | -3.7 | | | Bank Fees |
| 3/16/2026 | WT 202603160002 0966 THREE OAKS BEHAV /ORG=THREE OAKS BEHAVIORAL HEALTH & WEL SRF# 2026031600020966 TRN#260316157952 RFB# | | | $ 1,000.00 | | Transfer |
| 3/16/2026 | VPAY E057934302 HCCLAIMPMT XXXXX0191 TRN*1*0000008795*1561449504\ | 88.8 | | | | Insurance Revenue |
| 3/16/2026 | PAY PLUS HCCLAIMPMT 260316 XXXXX0191 TRN*1*845742319*1810400550\ | 47 | | | | Insurance Revenue |

| | | $ 1,164.82 | $ (2,265.56) | $ 63,000.00 | $ (62,098.08) | Ending Balance | $0.00 |
|--|--|--|--|--|--|--|--|

### Bank of America #0937

Beginning Balance $55,939.01

| Date | Transaction | Income | Expense | Incoming Transfers | Outgoing Tranfers | Description |
|------|-------------|--------|---------|-------------------|-------------------|-------------|
| 3/16/2026 | WIRE TYPE:WIRE OUT DATE:260316 TIME:1025 ET TRN:XXXXXXXXXX451925 SERVICE REF:010152 BNF:PAYLOCITY CORPORATION ID:XXXXX1357989 BNF BK:K EYBANK NATIONAL ASSOCI ID:XXXXX1039 PMT DET:VJKBTD 9R8 POP Other | | -23,689.44 | | | Wages |
| 3/16/2026 | WIRE TYPE:WIRE OUT DATE:260316 TIME:1035 ET TRN:XXXXXXXXXX460634 SERVICE REF:010435 BNF:PAYLOCITY CORPORATION ID:7238244 BNF BK:BEACON BANK AND TRUST ID:XXXXX1691 PMT DET:VAANTGFH2 POP Other | | -9,057.01 | | | Payroll Taxes |
| 3/16/2026 | WIRE TYPE:WIRE OUT DATE:260316 TIME:1035 ET TRN:XXXXXXXXXX460822 SERVICE REF:010472 BNF:PAYLOCITY INCORPORATION ID:XXXXX1357989 BNF BK:K EYBANK NATIONAL ASSOCI ID:XXXXX1039 PMT DET:VNAZ49 FZ8 POP Other | | -163,086.04 | | | Wages |
| 3/16/2026 | WIRE TYPE:WIRE OUT DATE:260316 TIME:1044 ET TRN:XXXXXXXXXX466002 SERVICE REF:009765 BNF:PAYLOCITY INCORPORATION ID:7238244 BNF BK:BEAC ON BANK AND TRUST ID:XXXXX1691 PMT DET:VCGH48AAQ P OP Other | | -59,270.54 | | | Payroll Taxes |
| 3/16/2026 | WIRE TYPE:WIRE IN DATE: 260316 TIME:0931 ET TRN:XXXXXXXXXX424947 SEQ:XXXXXXXXXX/006395/476072 ORIG:THREE OAKS BEHAVIORAL HEA ID:XXXXX35996696 BND BK:TRUIST BANK ID:0160 | | | 185,000.00 | | Transfer |
| 3/16/2026 | Stripe Integrate DES:TRANSFER ID:ST-T1T9L9D1R2F9 INDN:THREE OAKS BHW CO ID:XXXXX48598 CCD | 10,584.85 | | | | Client Revenue |
| 3/16/2026 | BCBSNC Host DES:HCCLAIMPMT ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX49041 CCD PMT INFO:TRN*1*26071BXXXXX8155200*XXXXX94904~ | 2,353.92 | | | | Insurance Revenue |
| 3/16/2026 | BCBS of NC DES:HCCLAIMPMT ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX94904 CCD PMT INFO:TRN*1*26071BXXXXX5423300*XXXXX94904~ | 2,198.63 | | | | Insurance Revenue |
| 3/16/2026 | BCBSNC AS0 DES:HCCLAIMPMT ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX94904 CCD PMT INFO:TRN*1*26071BXXXXX0561300*XXXXX94904~ | 1,423.66 | | | | Insurance Revenue |
| 3/16/2026 | BCBSNC BH706039 DES:CLAIM PAY ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX10766 CCD PMT INFO:TRN*1*69004215*XXXXX38233\ | 947.22 | | | | Insurance Revenue |
| 3/16/2026 | BCBSNC BH706031 DES:CLAIM PAY ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX10766 CCD PMT INFO:TRN*1*81020269*XXXXX38233\ | 296.78 | | | | Insurance Revenue |
| 3/16/2026 | BCBSNC BH706047 DES:CLAIM PAY ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX10766 CCD PMT INFO:TRN*1*97006703*XXXXX38233\ | 188.97 | | | | Insurance Revenue |

| Date | Description | Amount | | | Category |
|---|---|---|---|---|---|
| | BCBSNC BH706022 DES:CLAIM PAY ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX10766 CCD PMT | | | | |
| 3/16/2026 | INFO:TRN*1*72017594*XXXXX38233\ | 124.19 | | | Insurance Revenue |
| | BCBSNC BH706028 DES:CLAIM PAY ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX10766 CCD PMT | | | | |
| 3/16/2026 | INFO:TRN*1*75017529*XXXXX38233\ | 84.19 | | | Insurance Revenue |
| | BCBSNC BH706032 DES:CLAIM PAY ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX10766 CCD PMT | | | | |
| 3/16/2026 | INFO:TRN*1*82007734*XXXXX38233\ | 84.19 | | | Insurance Revenue |
| | BCBSNC BH706044 DES:CLAIM PAY ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX10766 CCD PMT | | | | |
| 3/16/2026 | INFO:TRN*1*94009478*XXXXX38233\ | 39.03 | | | Insurance Revenue |
| 3/16/2026 | Wire Transfer Fee | | -30 | | Bank Fees |
| 3/16/2026 | Wire Transfer Fee | | -30 | | Bank Fees |
| 3/16/2026 | Wire Transfer Fee | | -30 | | Bank Fees |
| 3/16/2026 | Wire Transfer Fee | | -30 | | Bank Fees |
| 3/16/2026 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | 0 | | | Bank Fees |
| 3/17/2026 | Stripe Integrate DES:TRANSFER ID:ST-E8C4C5S4R1J4 INDN:THREE OAKS BHW CO ID:XXXXX48598 CCD | 9,011.24 | | | Client Revenue |
| | BCBS of NC DES:HCCLAIMPMT ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX94904 CCD PMT | | | | |
| 3/17/2026 | INFO:TRN*1*26072BXXXXX4554400*XXXXX94904~ | 4,278.24 | | | Insurance Revenue |
| | BCBSNC Host DES:HCCLAIMPMT ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX49041 CCD PMT | | | | |
| 3/17/2026 | INFO:TRN*1*26072BXXXXX6429400*XXXXX94904~ | 3,871.46 | | | Insurance Revenue |
| | BCBS of NC DES:HCCLAIMPMT ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX94904 CCD PMT | | | | |
| 3/17/2026 | INFO:TRN*1*26073BXXXXX4331000*XXXXX94904~ | 2,575.10 | | | Insurance Revenue |
| | WIRE TYPE:WIRE IN DATE: 260317 TIME:0853 ET TRN:XXXXXXXXXX292532 SEQ:XXXXXXXXXX004494/366277 ORIG:THREE OAKS BEHAVIORAL | | | | |
| 3/17/2026 | HEA ID:XXXXX35996698 SND BK:TRUIST BANK ID:0160 | | | 2,500.00 | Transfer |
| | BCBSNC ASO DES:HCCLAIMPMT ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX94904 CCD PMT | | | | |
| 3/17/2026 | INFO:TRN*1*26073BXXXXX6019400*XXXXX94904~ | 1,874.45 | | | Insurance Revenue |
| | BCBSNC ASO DES:HCCLAIMPMT ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX94904 CCD PMT | | | | |
| 3/17/2026 | INFO:TRN*1*26072BXXXXX8767600*XXXXX94904~ | 1,518.01 | | | Insurance Revenue |
| | BCBSNC BH706025 DES:CLAIM PAY ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX10766 CCD PMT | | | | |
| 3/17/2026 | INFO:TRN*1*75138349*XXXXX38233\ | 830.37 | | | Insurance Revenue |
| | BCBS-NC DES:HCCLAIMPMT ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX94904 CCD PMT | | | | |
| 3/17/2026 | INFO:TRN*1*7370913*XXXXX94904~ | 505.48 | | | Insurance Revenue |
| | BCBS-NC DES:HCCLAIMPMT ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:FXXXXX94904 CCD PMT | | | | |
| 3/17/2026 | INFO:TRN*1*7370914*1XXXXX4904~ | 114.13 | | | Insurance Revenue |
| 3/17/2026 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | 0 | | | Bank Fees |
| | WIRE TYPE:WIRE IN DATE: 260318 TIME:1024 ET TRN:XXXXXXXXXX347755 SEQ:XXXXXXXXXX004469/471588 ORIG:THREE OAKS BEHAVIORAL | | | | |
| 3/18/2026 | HEA ID:XXXXX35996698 SND BK:TRUIST BANK ID:0160 | | | 39,700.00 | Transfer |
| 3/18/2026 | Stripe Integrate DES:TRANSFER ID:ST-S8C4X3H8C7F6 INDN:THREE OAKS BHW CO ID:XXXXX65600 CCD | 6,999.54 | | | Client Revenue |
| | BCBSNC Host DES:HCCLAIMPMT ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX49041 CCD PMT | | | | |
| 3/18/2026 | INFO:TRN*1*26075BXXXXX2859300*XXXXX94904~ | 5,150.15 | | | Insurance Revenue |
| | BCBSNC ASO DES:HCCLAIMPMT ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX94904 CCD PMT | | | | |
| 3/18/2026 | INFO:TRN*1*26075BXXXXX3609700*XXXXX94904~ | 4,628.23 | | | Insurance Revenue |
| | BCBS of NC DES:HCCLAIMPMT ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX94904 CCD PMT | | | | |
| 3/18/2026 | INFO:TRN*1*26075BXXXXX0278200*XXXXX94904~ | 2,407.99 | | | Insurance Revenue |
| | BCBSNC BH706046 DES:CLAIM PAY ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX10766 CCD PMT | | | | |
| 3/18/2026 | INFO:TRN*1*96007113*XXXXX38233\ | 119.47 | | | Insurance Revenue |
| 3/18/2026 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | 0 | | | Bank Fees |
| 3/19/2026 | Stripe Integrate DES:TRANSFER ID:ST-J7V4A8G1S1T4 INDN:THREE OAKS BHW CO ID:XXXXX65600 CCD | 8,231.27 | | | Client Revenue |
| | BCBSNC Host DES:HCCLAIMPMT ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX49041 CCD PMT | | | | |
| 3/19/2026 | INFO:TRN*1*26076BXXXXX7522800*XXXXX94904~ | 3,383.02 | | | Insurance Revenue |
| | BCBS of NC DES:HCCLAIMPMT ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX94904 CCD PMT | | | | |
| 3/19/2026 | INFO:TRN*1*26076BXXXXX7462400*XXXXX94904~ | 2,336.15 | | | Insurance Revenue |
| | BCBS-NC DES:HCCLAIMPMT ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX94904 CCD PMT | | | | |
| 3/19/2026 | INFO:TRN*1*7373658*XXXXX94904~ | 188.38 | | | Insurance Revenue |
| | CIGNA DES:HCCLAIMPMT ID:XXXXX0191 INDN:THREE OAKS BEHAVIORAL CO ID:NXXXXX7627 CCD PMT | | | | |
| 3/19/2026 | INFO:TRN*1*XXXXXXXXXX00304*XXXXX48670\ | 37 | | | Insurance Revenue |
| 3/20/2026 | Stripe Integrate DES:TRANSFER ID:ST-V4K8D1F8E5Q5 INDN:THREE OAKS BHW CO ID:XXXXX65600 CCD | 9,241.92 | | | Client Revenue |
| | BCBSNC Host DES:HCCLAIMPMT ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX49041 CCD PMT | | | | |
| 3/20/2026 | INFO:TRN*1*26077BXXXXX510800*XXXXX94904~ | 3,587.36 | | | Insurance Revenue |
| | BCBS of NC DES:HCCLAIMPMT ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX94904 CCD PMT | | | | |
| 3/20/2026 | INFO:TRN*1*26077BXXXXX4738900*XXXXX94904~ | 2,101.20 | | | Insurance Revenue |
| | CIGNA DES:HCCLAIMPMT ID:XXXXX0191 INDN:/THREE OAKS BEHAVIORAL CO ID:XXXXX77627 CCD PMT | | | | |
| 3/20/2026 | INFO:TRN*1*XXXXXXXXXX18799*XXXXX31071\ | 1,188.10 | | | Insurance Revenue |
| | CIGNA DES:HCCLAIMPMT ID:XXXXX0191 INDN:/THREE OAKS BEHAVIORAL CO ID:XXXXX77627 CCD PMT | | | | |
| 3/20/2026 | INFO:TRN*1*XXXXXXXXXX18798*XXXXX48670\ | 200 | | | Insurance Revenue |
| | CIGNA EDGE TRANS DES:HCCLAIMPMT ID:XXXXX1223263 INDN:CASIE HALL CO ID:XXXXX44582 CCD PMT | | | | |
| 3/20/2026 | INFO:TRN*1*XXXXX1223263*XXXXX31071~ | 111 | | | Insurance Revenue |
| | CIGNA EDGE TRANS DES:HCCLAIMPMT ID:XXXXX1223167 INDN:SARA CROW CO ID:XXXXX44582 CCD PMT | | | | |
| 3/20/2026 | INFO:TRN*1*XXXXX1223167*XXXXX31071~ | 101 | | | Insurance Revenue |
| | CIGNA EDGE TRANS DES:HCCLAIMPMT ID:XXXXX0844439 INDN:AMANDA WOOD CO ID:XXXXX44582 CCD PMT | | | | |
| 3/20/2026 | INFO:TRN*1*XXXXX0844439*XXXXX31071~ | 52 | | | Insurance Revenue |
| | WIRE TYPE:WIRE OUT DATE:260320 TIME:1134 ET TRN:XXXXXXXXXX354323 SERVICE REF:010050 BNF:THREE OAKS BEHAVIORAL HEAL | | | | |
| 3/20/2026 | ID:XXXXX35996698 BNF BK:TRUIST BANK ID:XXXXX1121 PMT DET:XXXXX7502 | | | -5,000.00 | Transfer |
| 3/20/2026 | TPA BILLING-DIST DES:ACH ID: INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX89380 CCD PMT INFO:MAR26 INSURANCE PREMIUM DRAFT | | -55,000.00 | | Benefits |
| 3/20/2026 | Wire Transfer Fee | | -30 | | Bank Fees |
| 3/23/2026 | Stripe Integrate DES:TRANSFER ID:ST-I8T6V9R9E3F1 INDN:THREE OAKS BHW CO ID:XXXXX65600 CCD | 10,952.30 | | | Client Revenue |
| | CIGNA DES:HCCLAIMPMT ID:XXXXX0191 INDN:/THREE OAKS BEHAVIORAL CO ID:XXXXX77627 CCD PMT | | | | |
| 3/23/2026 | INFO:TRN*1*XXXXXXXXXX18529*XXXXX31071\ | 3,825.70 | | | Insurance Revenue |
| | BCBS of NC DES:HCCLAIMPMT ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX94904 CCD PMT | | | | |
| 3/23/2026 | INFO:TRN*1*26078BXXXXX5160100*XXXXX94904~ | 2,641.26 | | | Insurance Revenue |
| | BCBSNC Host DES:HCCLAIMPMT ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX49041 CCD PMT | | | | |
| 3/23/2026 | INFO:TRN*1*26078BXXXXX5980000*XXXXX94904~ | 1,606.80 | | | Insurance Revenue |
| | BCBSNC ASO DES:HCCLAIMPMT ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX94904 CCD PMT | | | | |
| 3/23/2026 | INFO:TRN*1*26078BXXXXX0138300*XXXXX94904~ | 1,141.09 | | | Insurance Revenue |
| | CIGNA DES:HCCLAIMPMT ID:XXXXX0191 INDN:/THREE OAKS BEHAVIORAL CO ID:XXXXX77627 CCD PMT | | | | |
| 3/23/2026 | INFO:TRN*1*XXXXXXXXXX18527*XXXXX48670\ | 722.7 | | | Insurance Revenue |
| | BCBS-NC DES:HCCLAIMPMT ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX94904 CCD PMT | | | | |
| 3/23/2026 | INFO:TRN*1*7387131*XXXXX94904~ | 471.3 | | | Insurance Revenue |
| | CIGNA EDGE TRANS DES:HCCLAIMPMT ID:XXXXX0853525 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX44582 CCD PMT | | | | |
| 3/23/2026 | INFO:TRN*1*XXXXX0853525*XXXXX31071~ | 354 | | | Insurance Revenue |
| | BCBS-NC DES:HCCLAIMPMT ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:FXXXXX94904 CCD PMT | | | | |
| 3/23/2026 | INFO:TRN*1*7387114*1XXXXX4904~ | 89.19 | | | Insurance Revenue |
| | CIGNA EDGE TRANS DES:HCCLAIMPMT ID:XXXXX0890787 INDN:VICTORIA OROPELLO CO ID:XXXXX44582 CCD PMT | | | | |
| 3/23/2026 | INFO:TRN*1*XXXXX0890787*XXXXX31071~ | 32 | | | Insurance Revenue |
| | CIGNA EDGE TRANS DES:HCCLAIMPMT ID:XXXXX0890271 INDN:MARIE MILLS CO ID:XXXXX44582 CCD PMT | | | | |
| 3/23/2026 | INFO:TRN*1*XXXXX0890271*XXXXX31071~ | 2 | | | Insurance Revenue |
| | WIRE TYPE:WIRE OUT DATE:260323 TIME:1044 ET TRN:XXXXXXXXXX475397 SERVICE REF:598398 BNF:THREE OAKS BEHAVIORAL HEAL | | | | |
| 3/23/2026 | ID:XXXXX14439 BNF BK:WELLS FARGO BANK NA ID:0407 PMT DET:60340015 14 | | | -50,000.00 | Transfer |
| 3/23/2026 | Prfd Rwds for Bus-Wire Fee Waiver of $30 | 0 | | | |
| 3/24/2026 | Stripe Integrate DES:TRANSFER ID:ST-P3Q4S1B9Q7X6 INDN:THREE OAKS BHW CO ID:XXXXX48598 CCD | 10,471.87 | | | Client Revenue |
| | BCBSNC Host DES:HCCLAIMPMT ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX49041 CCD PMT | | | | |
| 3/24/2026 | INFO:TRN*1*26079BXXXXX8437700*XXXXX94904~ | 3,726.26 | | | Insurance Revenue |
| | BCBS of NC DES:HCCLAIMPMT ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX94904 CCD PMT | | | | |
| 3/24/2026 | INFO:TRN*1*26079BXXXXX5125300*XXXXX94904~ | 3,569.36 | | | Insurance Revenue |
| | BCBS of NC DES:HCCLAIMPMT ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX94904 CCD PMT | | | | |
| 3/24/2026 | INFO:TRN*1*26080BXXXXX4205100*XXXXX94904~ | 3,349.96 | | | Insurance Revenue |
| | BCBSNC ASO DES:HCCLAIMPMT ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX94904 CCD PMT | | | | |
| 3/24/2026 | INFO:TRN*1*26080BXXXXX7844700*XXXXX94904~ | 2,216.25 | | | Insurance Revenue |
| | BCBSNC ASO DES:HCCLAIMPMT ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX94904 CCD PMT | | | | |
| 3/24/2026 | INFO:TRN*1*26079BXXXXX9732300*XXXXX94904~ | 1,696.99 | | | Insurance Revenue |
| | BCBSNC BH706039 DES:CLAIM PAY ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX10765 CCD PMT | | | | |
| 3/24/2026 | INFO:TRN*1*99005013*XXXXX38233\ | 635.23 | | | Insurance Revenue |
| | BCBSNC BH706031 DES:CLAIM PAY ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX10768 CCD PMT | | | | |
| 3/24/2026 | INFO:TRN*1*8102091*XXXXX38233\ | 370.95 | | | Insurance Revenue |
| | BCBS-NC DES:HCCLAIMPMT ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:FXXXXX4904 CCD PMT | | | | |
| 3/24/2026 | INFO:TRN*1*7381185*1XXXXX4904~ | 304.78 | | | Insurance Revenue |
| | BCBSNC BH706025 DES:CLAIM PAY ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX10768 CCD PMT | | | | |
| 3/24/2026 | INFO:TRN*1*75137470*XXXXX38233\ | 222.57 | | | Insurance Revenue |
| | BCBS-NC DES:HCCLAIMPMT ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX94904 CCD PMT | | | | |
| 3/24/2026 | INFO:TRN*1*7391171*XXXXX94904~ | 186.52 | | | Insurance Revenue |
| | BCBSNC BH706048 DES:CLAIM PAY ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX10768 CCD PMT | | | | |
| 3/24/2026 | INFO:TRN*1*98022848*XXXXX38233\ | 114.19 | | | Insurance Revenue |
| | WIRE TYPE:WIRE IN DATE: 260325 TIME:0900 ET TRN:XXXXXXXXXX345756 SEQ:XXXXXXXXXX004600/447455 ORIG:THREE OAKS BEHAVIORAL | | | | |
| 3/25/2026 | HEA ID:XXXXX35996698 SND BK:TRUIST BANK ID:0160 | | | 52,000.00 | Transfer |
| 3/25/2026 | Stripe Integrate DES:TRANSFER ID:ST-U6F9B0Z9C0T2 INDN:THREE OAKS BHW CO ID:XXXXX65600 CCD | 8,098.69 | | | Client Revenue |
| | BCBSNC Host DES:HCCLAIMPMT ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX49041 CCD PMT | | | | |
| 3/25/2026 | INFO:TRN*1*26082BXXXXX6385100*XXXXX94904~ | 8,071.32 | | | Insurance Revenue |
| | BCBSNC ASO DES:HCCLAIMPMT ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX84904 CCD PMT | | | | |
| 3/25/2026 | INFO:TRN*1*26082BXXXXX3930100*XXXXX94904~ | 5,147.65 | | | Insurance Revenue |
| | CIGNA DES:HCCLAIMPMT ID:XXXXX0191 INDN:/THREE OAKS BEHAVIORAL CO ID:XXXXX77627 CCD PMT | | | | |
| 3/25/2026 | INFO:TRN*1*XXXXXXXXXX16162*XXXXX31071\ | 4,042.63 | | | Insurance Revenue |
| | BCBS of NC DES:HCCLAIMPMT ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX94904 CCD PMT | | | | |
| 3/25/2026 | INFO:TRN*1*26082BXXXXX6430000*XXXXX94904~ | 1,902.16 | | | Insurance Revenue |
| | CIGNA DES:HCCLAIMPMT ID:XXXXX0191 INDN:/THREE OAKS BEHAVIORAL CO ID:XXXXX77627 CCD PMT | | | | |
| 3/25/2026 | INFO:TRN*1*XXXXXXXXXX16181*XXXXX48670\ | 1,199.35 | | | Insurance Revenue |
| | CIGNA EDGE TRANS DES:HCCLAIMPMT ID:XXXXX0870475 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX44582 CCD PMT | | | | |
| 3/25/2026 | INFO:TRN*1*XXXXX0870475*XXXXX31071~ | 669 | | | Insurance Revenue |
| | BCBS-NC DES:HCCLAIMPMT ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX94904 CCD PMT | | | | |
| 3/25/2026 | INFO:TRN*1*7393925*XXXXX94904~ | 289.98 | | | Insurance Revenue |
| | CIGNA DES:HCCLAIMPMT ID:XXXXX0191 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX77627 CCD PMT | | | | |
| 3/25/2026 | INFO:TRN*1*XXXXXXXXXX01977*XXXXX48670\ | 275 | | | Insurance Revenue |
| | BCBSNC BH706046 DES:CLAIM PAY ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX10766 CCD PMT | | | | |
| 3/25/2026 | INFO:TRN*1*96007222*XXXXX38233\ | 104.19 | | | Insurance Revenue |
| | EVERNORTH DES:HCCLAIMPMT ID:XXXXX0191 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX50300 CCD PMT | | | | |
| 3/25/2026 | INFO:TRN*1*XXXXXXXXXX04006*XXXXX48670\ | 91 | | | Insurance Revenue |
| 3/25/2026 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | 0 | | | Bank Fees |
| | BCBS of NC DES:HCCLAIMPMT ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX94904 CCD PMT | | | | |
| 3/26/2026 | INFO:TRN*1*26083BXXXXX7025700*XXXXX94904~ | 2,201.71 | | | Insurance Revenue |

| Date | Transaction | Income | Expense | Incoming Transfers | Outgoing Tranfers | Description |
|---|---|---|---|---|---|---|
| | BCBSNC Host DES:HCCLAIMPMT ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX49041 CCD PMT | | | | | |
| 3/26/2026 | INFO:TRN*1*26083BXXXXX5591400*XXXXX94904~ | 611.28 | | | | Insurance Revenue |
| | BCBS-NC DES:HCCLAIMPMT ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:FXXXXX4904 CCD PMT | | | | | |
| 3/26/2026 | INFO:TRN*1*7397503*1XXXXX4904~ | 93.26 | | | | Insurance Revenue |
| | CIGNA DES:HCCLAIMPMT ID:XXXXX0191 INDN:THREE OAKS BEHAVIORAL CO ID:NXXXXX7627 CCD PMT | | | | | |
| 3/26/2026 | INFO:TRN*1*XXXXXXXXXX0251*XXXXX48570\ | 37 | | | | Insurance Revenue |
| 3/26/2026 | SQSP* WEBSITR2277 03/25 PURCHASE NEW YORK NY DEBIT CARD *8350 | | -36 | | | Software |
| 3/26/2026 | VBS*VONAGE BUSINE 03/25 PURCHASE XXXXX10242 QA DEBIT CARD *8350 | | -163.8 | | | Software |
| | BCBS of NC DES:HCCLAIMPMT ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX94904 CCD PMT | | | | | |
| 3/27/2026 | INFO:TRN*1*26084BXXXXX4555400*XXXXX94904~ | 2,677.73 | | | | Insurance Revenue |
| | BCBSNC Host DES:HCCLAIMPMT ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX49041 CCD PMT | | | | | |
| 3/27/2026 | INFO:TRN*1*26084BXXXXX3492000*XXXXX94904~ | 2,644.28 | | | | Insurance Revenue |
| | CIGNA DES:HCCLAIMPMT ID:XXXXX0191 INDN:/THREE OAKS BEHAVIORAL CO ID:XXXXX77627 CCD PMT | | | | | |
| 3/27/2026 | INFO:TRN*1*XXXXXXXXXX16753*XXXXX31071\ | 1,286.30 | | | | Insurance Revenue |
| | CIGNA EDGE TRANS DES:HCCLAIMPMT ID:XXXXX0815340 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX44582 CCD PMT | | | | | |
| 3/27/2026 | INFO:TRN*1*XXXXX0815340*XXXXX31071~ | 891.6 | | | | Insurance Revenue |
| | CIGNA DES:HCCLAIMPMT ID:XXXXX0191 INDN:/THREE OAKS BEHAVIORAL CO ID:XXXXX7627 CCD PMT | | | | | |
| 3/27/2026 | INFO:TRN*1*XXXXXXXXXX16752*XXXXX48570\ | 516.75 | | | | Insurance Revenue |
| | BCBS-NC DES:HCCLAIMPMT ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX94904 CCD PMT | | | | | |
| 3/27/2026 | INFO:TRN*1*7401161*XXXXX84904~ | 231.21 | | | | Insurance Revenue |
| | WIRE TYPE:WIRE OUT DATE:260327 TIME:1243 ET TRN:XXXXXXXXXX455533 SERVICE REF:012938 BNF:PAYLOCITY CORPORATION | | | | | |
| 3/27/2026 | ID:XXXXX1357968 BNF BK:K EYBANK NATIONAL ASSOCI ID:XXXXX1039 PMT DET:604156 076 | | -5,364.43 | | | Wages / Payroll Expense |
| 3/27/2026 | Prfd Rwds for Bus-Wire Fee Waiver of $30 | 0 | | | | |
| 3/30/2026 | Stripe Integrate DES:TRANSFER ID:ST-O5V8O3A9U1P7 INDN:THREE OAKS BHW CO ID:XXXXX65600 CCD | 27,866.97 | | | | Client Revenue |
| | BCBS of NC DES:HCCLAIMPMT ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX94904 CCD PMT | | | | | |
| 3/30/2026 | INFO:TRN*1*26085BXXXXX4793300*XXXXX94904~ | 2,368.91 | | | | Insurance Revenue |
| | BCBSNC Host DES:HCCLAIMPMT ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX49041 CCD PMT | | | | | |
| 3/30/2026 | INFO:TRN*1*26085BXXXXX6709600*XXXXX94904~ | 1,878.73 | | | | Insurance Revenue |
| | BCBSNC ASO DES:HCCLAIMPMT ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX94904 CCD PMT | | | | | |
| 3/30/2026 | INFO:TRN*1*26085BXXXXX9741700*XXXXX94904~ | 638.69 | | | | Insurance Revenue |
| | CIGNA EDGE TRANS DES:HCCLAIMPMT ID:XXXXX1221663 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX44582 CCD PMT | | | | | |
| 3/30/2026 | INFO:TRN*1*XXXXX1221663*XXXXX31071~ | 516 | | | | Insurance Revenue |
| | BCBS-NC DES:HCCLAIMPMT ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX94904 CCD PMT | | | | | |
| 3/30/2026 | INFO:TRN*1*7405109*XXXXX84904~ | 393.04 | | | | Insurance Revenue |
| 3/30/2026 | GOOGLE *ADS237 03/30 PURCHASE Mountain View CA DEBIT CARD *8350 | | -500 | | | Marketing |
| 3/31/2026 | Stripe Integrate DES:TRANSFER ID:ST-J6L5P8G6Q4G8 INDN:THREE OAKS BHW CO ID:XXXXX65600 CCD | 9,810.44 | | | | Client Revenue |
| | WIRE TYPE:WIRE IN DATE: 260331 TIME:1767 ET TRN:XXXXXXXXXX709105 SEQ:XXXXXXXXXX052435/016901 ORIG:THREE OAKS BEHAVIORAL | | | | | |
| 3/31/2026 | HEA ID:XXXXX35996698 SND BK:TRUIST BANK ID:XXXXX1121 PMT DET:/CATPURP/C TRC /LOCINS/CTRC | | | 9,000.00 | | Transfer |
| | BCBS of NC DES:HCCLAIMPMT ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX94904 CCD PMT | | | | | |
| 3/31/2026 | INFO:TRN*1*26086BXXXXX4583100*XXXXX94904~ | 3,950.38 | | | | Insurance Revenue |
| | BCBSNC Host DES:HCCLAIMPMT ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX49041 CCD PMT | | | | | |
| 3/31/2026 | INFO:TRN*1*26086BXXXXX6759700*XXXXX94904~ | 3,195.27 | | | | Insurance Revenue |
| | BCBS of NC DES:HCCLAIMPMT ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX94904 CCD PMT | | | | | |
| 3/31/2026 | INFO:TRN*1*26087BXXXXX4647500*XXXXX94904~ | 2,778.12 | | | | Insurance Revenue |
| | BCBSNC ASO DES:HCCLAIMPMT ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX94904 CCD PMT | | | | | |
| 3/31/2026 | INFO:TRN*1*26087BXXXXX8412900*XXXXX94904~ | 2,676.15 | | | | Insurance Revenue |
| | BCBSNC ASO DES:HCCLAIMPMT ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX94904 CCD PMT | | | | | |
| 3/31/2026 | INFO:TRN*1*26088BXXXXX8900100*XXXXX94904~ | 1,811.55 | | | | Insurance Revenue |
| | BCBSNC BH706039 DES:CLAIM PAY ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX10766 CCD PMT | | | | | |
| 3/31/2026 | INFO:TRN*1*89005646*XXXXX38233\ | 636.55 | | | | Insurance Revenue |
| | BCBSNC BH706025 DES:CLAIM PAY ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX10766 CCD PMT | | | | | |
| 3/31/2026 | INFO:TRN*1*75138599*XXXXX38233\ | 536.63 | | | | Insurance Revenue |
| | BCBSNC BH706031 DES:CLAIM PAY ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX10766 CCD PMT | | | | | |
| 3/31/2026 | INFO:TRN*1*81021030*XXXXX38233\ | 323.25 | | | | Insurance Revenue |
| | BCBS-NC DES:HCCLAIMPMT ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX94904 CCD PMT | | | | | |
| 3/31/2026 | INFO:TRN*1*7408853*XXXXX94904~ | 186.52 | | | | Insurance Revenue |
| | BCBS-NC DES:HCCLAIMPMT ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:FXXXXX4904~ | | | | | |
| 3/31/2026 | INFO:TRN*1*7408599*1XXXXX4904~ | 118.26 | | | | Insurance Revenue |
| | BCBSNC BH706047 DES:CLAIM PAY ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX10766 CCD PMT | | | | | |
| 3/31/2026 | INFO:TRN*1*97007184*XXXXX38233\ | 102.81 | | | · | Insurance Revenue |
| | BCBSNC BH706032 DES:CLAIM PAY ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX10766 CCD PMT | | | | | |
| 3/31/2026 | INFO:TRN*1*82007835*XXXXX38233\ | 88.26 | | | | Insurance Revenue |
| | BCBSNC BH706028 DES:CLAIM PAY ID:XXXXX63194 INDN:THREE OAKS BEHAVIORAL CO ID:XXXXX10766 CCD PMT | | | | | |
| 3/31/2026 | INFO:TRN*1*78017895*XXXXX38233\ | 88.26 | | | | Insurance Revenue |
| 3/31/2026 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | 0 | | | | |

| | | $  243,013.83 | $  (316,317.06) | $  287,200.00 | $ (65,000.00) | Ending Balance | $204,835.78 |
|---|---|---|---|---|---|---|---|

| | Fifth Third #4410 | | | | | Beginning Balance | $0.00 |
|---|---|---|---|---|---|---|---|
| Date | Transaction | Income | Expense | Incoming Transfers | Outgoing Tranfers | Description | |
| 3/26/2026 | DEPOSIT | 5499.65 | | | | Wages | |
| 3/24/2026 | DEPOSIT | 893 | | | | Wages | |

| | | $  6,392.65 | $   - | $   - | $   - | Ending Balance | $6,392.65 |
|---|---|---|---|---|---|---|---|

| | Fifth Third #4438 | | | | | Beginning Balance | $0.00 |
|---|---|---|---|---|---|---|---|
| Date | Transaction | Income | Expense | Incoming Transfers | Outgoing Tranfers | Description | |
| 3/31/2026 | DEPOSIT | $  1,385.04 | | 62098.06 | | Insurance Revenue and Transfer | |
| 3/30/2026 | INCOMING WIRE TRANS 033026 TRN XXXXXXXXXX5517 | $  5,000.00 | | | | Wages | |
| 3/30/2026 | INCOMING WIRE TRANS 033026 TRN XXXXXXXXXX6798 | $  364.43 | | | | Wages | |

| | | $  6,749.47 | $   - | $  62,098.06 | $   - | Ending Balance | $68,847.53 |
|---|---|---|---|---|---|---|---|

| Opening Balance All Accounts | $90,754.43 |
|---|---|
| Total Cash Receipts | $589,568.65 |
| Total Cash Disbursements | -$382,067.01 |
| Net Cash Flow | $187,501.54 |
| Cash on Hand | $278,255.97 |

| Note | Payroll to be paid on 4/1 |
|---|---|