**VAN–173** Order Regarding Status Conference – Rev. 01/06/2022

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
Three Oaks Behavioral Health & Wellness, PLLC          CASE NO.: 26–01207–5–JNC
1011 Dresser Court
Raleigh, NC 27609                                      DATE FILED: March 16, 2026

TaxID: 82–3430191                                      CHAPTER: 11

### ORDER REGARDING STATUS CONFERENCE

The court conducted a status conference on April 29, 2026 pursuant to 11 U.S.C. § 1188(a) and the Order to File Plan and Notice of Status Conference dated April 3, 2026. Representatives of the debtor, bankruptcy administrator and Subchapter V trustee were present.

Counsel for the debtor timely filed and served a report detailing efforts undertaken and to be undertaken to attain a consensual plan of reorganization pursuant to 11 U.S.C. § 1188(c) and reported on those efforts at the status conference. Additionally, counsel for the debtor reported on the status of the debtor's compliance with Local Rule 4002.1.

DATED: April 29, 2026

                                        Joseph N. Callaway
                                         United States Bankruptcy Judge