**SO ORDERED.**

**SIGNED this 5 day of May, 2026.**

_____
**Joseph N. Callaway**
**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. 26-01207-5-JNC** |
| THREE OAKS BEHAVIORAL | ) | |
| HEALTH & WELLNESS, PLLC | ) | |
| | ) | **Chapter 11** |
| Debtor. | ) | |

## ORDER AUTHORIZING APPLICATION TO EMPLOY ACCOUNTANT

Upon the application of Three Oaks Behavioral Health and Wellness, PLLC (the "Debtor"), praying for authority to employ Kevin Cochran and Shannon Berry (the "Accountants") and the firm of Thomas, Judy & Tucker, P.A. (the "Firm"), as the Debtor's accountant pursuant to 11 U.S.C. § 105, 327, 328, and due and adequate notice of the Application having been provided; and it appearing that the relief requested in the Application is in the best interests of the Debtor, its estate and creditors; and after due deliberation and sufficient cause appearing therefore;

**IT IS ORDERED** that the Debtor is hereby authorized to employ Kevin Cochran and Shannon Berry, and the firm of Thomas, Judy & Tucker, P.A. as the accountant for the Debtor's Estate to render professional services to it in this case; and,

**IT IS FURTHER ORDERED** that the Debtor is hereby authorized to compensate the Accountants and the Firm as set forth in the Debtor's Application.

**END OF DOCUMENT**