**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. 26-01207-5-JNC** |
| **THREE OAKS BEHAVIORAL** | ) | |
| **HEALTH & WELLNESS, PLLC** | ) | |
| | ) | **Chapter 11** |
| Debtor. | ) | |

**AMENDMENT TO THIRD INTERIM CASH COLLATERAL BUDGET**

NOW COMES Three Oaks Behavioral Health & Wellness, PLLC (the "Debtor"), by and through its undersigned counsel, and pursuant to Para. 7 of the Court's Third Interim Cash Collateral Order, D.E. 68 (the "Third Interim Order"), respectfully submits this Amended Cash Collateral budget for the Third Interim Period, as defined in the Third Interim Order. Counsel for Truist Bank does not object to the Amended Budget. A copy of the Amended Budget is attached hereto as "Exhibit A."

DATED: May 11, 2026                    **HENDREN, REDWINE & MALONE, PLLC**


                                        s/*Lydia C. Carpenter*
                                        Jason L. Hendren (NC State Bar No. 26869)
                                        Rebecca Redwine Grow (NC State Bar No. 37012)
                                        Benjamin E.F.B. Waller (NC State Bar No. 27680)
                                        Lydia C. Carpenter (NC State Bar No. 56697
                                        4600 Marriott Drive, Suite 150
                                        Raleigh, NC 27612
                                        Telephone:  (919) 573-1422
                                        Facsimile:   (919) 420-0475
                                        Email: jhendren@hendrenmalone.com
                                                rredwine@hendrenmalone.com
                                                bwaller@hendrenmalone.com
                                                lcarpenter@hendrenmalone.com
                                        *Counsel for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | **Case No. 26-01207-5-JNC** |
| **THREE OAKS BEHAVIORAL** ) | |
| **HEALTH & WELLNESS, PLLC** ) | |
| ) | **Chapter 11** |
| Debtor. ) | |

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on May 11, 2026, copies of the **Amendment to Third Interim Order Authorizing Debtor's Use of Cash Collateral** on the parties listed below and on the attached Exhibit "A" as indicated.

This the 11th day of May, 2026

**HENDREN, REDWINE & MALONE, PLLC**

s/ Lydia C. Carpenter_____
Jason L. Hendren (NC State Bar No. 26869)
Rebecca Redwine Grow (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
Lydia C. Carpenter (NC State Bar No. 56697)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone:  (919) 573-1422
Facsimile:   (919) 420-0475
Email: jhendren@hendrenmalone.com
        rredwine@hendrenmalone.com
        bwaller@hendrenmalone.com
        lcarpenter@hendrenmalone.com
Counsel for the Debtor

To:

Brian Behr
Bankruptcy Administrator                         (via CM/ECF)

George M. Oliver
Subchapter V Trustee

**Exhibit A**
**Amended May 1 - May 31 Budget**

| | | |
|---|---|---|
| **Starting Cash** | $ | 215,000.00 |
| | | |
| **Income** | | |
| Self Pay | $ | 181,250.00 |
| Insurance Collection | $ | 543,750.00 |
| Other | $ | 3,200.00 |
| **Total Income** | $ | **728,200.00** |
| | | |
| **Expenses** | | |
| Payroll | $ | 517,000.00 |
| Payroll Taxes | $ | 31,020.00 |
| Health Insurance Benefits | $ | 55,000.00 |
| Other Benefits | $ | 12,000.00 |
| Rent | $ | 41,000.00 |
| Utilities | $ | 3,000.00 |
| Repairs & Maintenance | $ | 500.00 |
| Software Subscriptions | $ | 10,500.00 |
| Office Supplies | $ | 500.00 |
| Continuing Education | $ | 1,000.00 |
| Marketing/Advertising | $ | 3,000.00 |
| *Business Insurance/Malpractice* | $ | *10,000.00* |
| Triumph Credentialing | $ | 3,000.00 |
| HR Fractional | $ | 1,800.00 |
| Independent Contractors | $ | 4,400.00 |
| Workers Comp/Liability | $ | 1,000.00 |
| Patient Reimbursements | $ | 1,500.00 |
| Misc./Other | $ | 5,000.00 |
| Accounting | $ | 3,000.00 |
| Truist Loan Service | $ | 5,000.00 |
| Chapter 11 Admins | $ | 2,500.00 |
| | $ | 711,720.00 |
| | | |
| **Net Cash Flow** | $ | **16,480.00** |
| | | |
| Ending Cash | $ | 231,480.00 |