**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

**IN RE:**

| | |
|---|---|
| **THREE OAKS BEHAVIORAL HEALTH & WELLNESS, PLLC,** | **CASE NO: 26-01207-5-JNC** **CHAPTER 11** |

**DEBTOR.**

**DRESSER COURT PROPERTIES, LLC'S APPLICATION FOR ALLOWANCE AND PAYMENT OF SECTION 503(b)(1)(A) ADMINISTRATIVE CLAIM**

COMES NOW DRESSER COURT PROPERTIES, LLC ("Claimant"), by and through its undersigned counsel, and hereby requests allowance and payment of an administrative expense pursuant to 11 U.S.C. § 503(b)(1)(A), and in support thereof respectfully shows unto the Court as follows:

1. On March 16, 2026 (the "Petition Date"), the above-captioned Debtor filed a petition for relief under Chapter 11 of the Bankruptcy Code.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

3. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

4. The Court has authority to hear and decide this matter pursuant to the General Order of Reference entered by the United States District Court for the Eastern District of North Carolina on August 3, 1984.

5. Claimant owns certain real property located at 1011-1015 Dresser Court, Raleigh, North Carolina (the "Premises").

6. Claimant leased to the Debtor, and Debtor leased from the Claimant, the Premises pursuant to a written lease agreement commencing on March 15, 2020, and extended by written agreement executed on February 19, 2025.

7. On the Petition Date, Debtor remained in possession of the Premises and the Lease remained in effect.

8. On April 8, 2026, the Debtor filed a Motion to Reject Certain Unexpired Leases, effective April 20, 2026, including the Lease of the Premises [ECF No. 52].

9. Debtor remained in possession of the Premises until April 20, 2026, and continued to conduct business on the Premises during that time.

{N0686602.DOCX; 1}

10. The use and possession of the Premises pursuant to the Lease provided an actual benefit to the estate and the rent expense was necessary to preserve the value of the estate.

11. The rent owed pursuant to the Lease for March 2026 is $5,263.68 and the rent for April 2026 is $5,421.59, for total post-petition rent of $10,685.27.

12. Debtor has not paid rent for March and April 2026.

13. The Debtor was required to "timely perform all the obligations of the debtor . . . arising from and after the order for relief . . . until the [L]ease is assumed or rejected . . ." 11 U.S.C. § 365(d)(3).

14. Pursuant to 11 U.S.C. § 503(b)(1)(A), the Court shall allow administrative expenses including the "actual, necessary costs and expenses of preserving the estate . . ."

15. Pursuant to 11 U.S.C. § 507(a)(2), administrative expenses allowed under § 503 constitute second priority unsecured claims.

16. A proposed Order is attached as **Exhibit A**.

WHEREFORE, Claimant respectfully prays the Court as follows:

1. That the Court enter its Order allowing Claimant an administrative expense claim in the amount of $10,685.27 for post-petition, pre-rejection rent pursuant to § 503(b)(1)(A) and ordering payment of the same; and

2. Enter its Order allowing such other and further relief as to the Court seems just and proper.

This the 12th day of May, 2026.

**NARRON WENZEL, P.A.**

By: */s/ David F. Mills*
David F. Mills
State Bar No. 18326

P.O. Box 1567
102 S. Third Street
Smithfield, NC 27577
Tele: (919) 934-0049
Fax: (919) 938-1058
dmills@narronwenzel.com

{N0686602.DOCX; 1}

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

IN RE:

| | |
|---|---|
| **THREE OAKS BEHAVIORAL HEALTH**<br>**& WELLNESS, PLLC,** | **CASE NO: 26-01207-5-JNC**<br>**CHAPTER 11** |
| **DEBTOR.** | |

**NOTICE OF DRESSER COURT PROPERTIES, LLC'S APPLICATION FOR**
**ALLOWANCE AND PAYMENT OF SECTION 503(b)(1)(A) ADMINISTRATIVE CLAIM**

NOTICE IS GIVEN of Dresser Court Properties, LLC's Application for Allowance and Payment of Section 503(b)(1)(A) Administrative Claim; and

FURTHER NOTICE IS GIVEN that if you fail to respond or otherwise plead or request a hearing in writing within twenty-one (21) days from the date of this Notice, the relief requested in the application may be granted without further hearing or notice; and

FURTHER NOTICE IS GIVEN that if a response and a request for a hearing is filed in writing by the debtor, Trustee, or other parties in interest within the time indicated, a hearing will be conducted at a date, time and place to be later set and all parties will be notified accordingly.

This the 12th of May, 2026.

**NARRON WENZEL, P.A.**

By:  */s/ David F. Mills*
　　　David F. Mills
　　　State Bar No. 18326

　　　P.O. Box 1567
　　　102 S. Third Street
　　　Smithfield, NC 27577
　　　Tele:  (919) 934-0049
　　　Fax:  (919) 938-1058
　　　dmills@narronwenzel.com

{N0686602.DOCX; 1}

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

IN RE:

THREE OAKS BEHAVIORAL HEALTH                    CASE NO: 26-01207-5-JNC
& WELLNESS, PLLC,                               CHAPTER 11

       DEBTOR.

## CERTIFICATE  OF SERVICE

    I, David F. Mills, Attorney at Law, P.O. Box 1567, Smithfield, North Carolina 27577, certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on the 12th day of May, 2026, I served a copy of Dresser Court Properties, LLC's Application for Allowance and Payment of Section 503(b)(1)(A) Administrative Claim on the following:

        **VIA CM/ECF**
        Brian C. Behr                    George M. Oliver
        Bankruptcy Administrator          Chapter 11 Trustee

        Rebecca Redwine Grow
        *Attorney for Debtor*

        **VIA/FIRST CLASS MAIL**
        Three Oaks Behavioral Health & Wellness, PLLC
        1011 Dresser Court
        Raleigh, NC 27609

All parties registered to receive service in this matter via CM/ECF.

I certify under penalty of perjury that the foregoing is true and correct.

This the 12th day of May, 2026.

                     **NARRON WENZEL, P.A.**

                     By: */s/ David F. Mills*
                        David F. Mills
                        State Bar No. 18326

                        P.O. Box 1567
                        102 S. Third Street
                        Smithfield, NC 27577
                        Tele:  (919) 934-0049
                        dmills@narronwenzel.com

{N0686602.DOCX; 1}

**Exhibit A**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

**IN RE:**

| | |
|---|---|
| **THREE OAKS BEHAVIORAL HEALTH**<br>**& WELLNESS, PLLC,** | **CASE NO: 26-01207-5-JNC**<br>**CHAPTER 11** |
| **DEBTOR.** | |

**ORDER ALLOWING ADMINISTRATIVE EXPENSE CLAIM**

THIS MATTER comes before the Court upon Dresser Court Properties, LLC's Application for Allowance and Payment of Section 503(b)(1)(A) Administrative Expense Claim; there being no objection and upon a review of this record, the Court finds and concludes that the Application should be ALLOWED.

IT IS, THEREFORE, ORDERED, that Dresser Court Properties, LLC, is allowed a priority administrative expense claim in the amount of $10,685.27 for post-petition, pre-rejection rent pursuant to § 503(b)(1)(A), to be paid as part of the cost of administration of this case.

**END OF DOCUMENT**

{N0686602.DOCX; 1}