**SO ORDERED.**

**SIGNED this 13 day of May, 2026.**



_____
**Joseph N. Callaway**
**United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. 26-01207-5-JNC** |
| **THREE OAKS BEHAVIORAL** | ) | |
| **HEALTH & WELLNESS, PLLC** | ) | |
| | ) | **Chapter 11** |
| Debtor. | ) | |

## ORDER ALLOWING DEBTOR'S  AMENDED MOTION PURSUANT TO 11 U.S.C. § 365(d)(3) FOR A 30-DAY DEFERRAL OF PERFORMANCE OF POST-PETITION RENT OBLIGATIONS UNDER UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY

THIS MATTER coming on for hearing before the United States Bankruptcy Court upon the Debtor's Amended Motion Pursuant to 11 U.S.C. § 365(d)(3) for a 30-Day Deferral of Performance of Post-Petition Rent Obligations Under Expired Leases of Non-Residential Real Property (the "Motion"), and it appearing to the Court as follows:

1.     Three Oaks Behavioral Health & Wellness, PLLC is a North Carolina corporation founded in 2017 that owns and operates an outpatient psychotherapy practice. As of the Petition Date, the Debtor had ten (10) locations across Wake, Durham, and Orange counties, and had 98 employees.

2.    The Debtor filed a voluntary petition for relief pursuant to Chapter 11 of the United States Code (the "Bankruptcy Code") in the Eastern District of North Carolina on March 16, 2026 (the "Petition Date") to facilitate reorganization and the continuation of its business.

3.    The Bankruptcy Court for the Eastern District of North Carolina has issued an order pursuant to 11 U.S.C. §§ 1107 and 1108 of the Bankruptcy Code authorizing the Debtor to retain its assets and operate its business as debtor-in-possession.

4.    This Court has jurisdiction to consider this motion pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding within the meaning of 28 U.S.C. § 157.

5.    The Debtor requests a thirty (30) day deferral of post-petition rent obligations.

6.    Section 365(d)(3) expressly permits the Court, for cause, to extend the time for performance of such obligations during the first sixty (60) days following the order for relief.

7.    This Court finds that cause exists in this case due to liquidity constraints and the need to preserve estate value during the early stage of the case.

WHEREFORE, based upon the foregoing Findings of Fact and Conclusions of Law, the Court hereby ORDERS:

Pursuant to 11 U.S.C. § 365(d)(3), the Debtor is authorized to defer payment of post-petition rent obligations for a period of thirty (30) days as detailed in the Motion.

**END OF DOCUMENT**