**SO ORDERED.**

**SIGNED this 18 day of May, 2026.**

_____
**Joseph N. Callaway**
**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. 26-01207-5-JNC** |
| THREE OAKS BEHAVIORAL | ) | |
| HEALTH & WELLNESS, PLLC | ) | |
| | ) | **Chapter 11** |
| Debtor. | ) | |

### ORDER ALLOWING WAIVER OF LOCAL RULE 4002-1 REQUIREMENT
### TO CLOSE ALL PRE-PETITION BANK ACCOUNTS

This matter coming before the Court upon the Motion for Waiver of Local Rule 4002-1 Requirement to Close All Prepetition Accounts ("Motion") filed by the Debtor in the above-referenced Chapter 11 bankruptcy case seeking the entry of an Order releasing the Debtor from the requirements of Local Rule 4002-1(3)(A) and its obligation to close all prepetition bank accounts as more specifically detailed in the Motion. And, it appearing that such Motion should be allowed as to the Debtor's Truist Account ending in #6698 for good cause shown;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Debtor's Motion is hereby allowed as to the Truist Account ending in #6698, as set forth in the Debtor's Motion.

IT IS FURTHER ORDERED that the Debtor is released from the requirements of Local Rule 4002-1(3)(A) and that its obligation to close all prepetition accounts is waived. The Debtor will promptly transfer any funds deposited into the Truist Account to the debtor-in-possession account on a weekly basis and will include the Truist Account on each of the Debtor's monthly operating reports.

### END OF DOCUMENT