**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No. 26-01207-5-JNC** |
| **THREE OAKS BEHAVIORAL** | ) | |
| **HEALTH & WELLNESS, PLLC** | ) | |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE**
**MONTHLY OPERATING REPORT**

**NOW COMES** The Three Oaks Behavioral Health & Wellness, PLLC (hereafter the "Debtor"), by and through its undersigned counsel of record, and hereby moves this Court for an Order allowing the Debtor an extension of time within which to file its April 2026 monthly operating report, and in support of this Motion shows unto the Court as follows:

1. The Debtor filed its Petition for relief under Chapter 11 of the United States Bankruptcy Code on March 16, 2026.

2. The Debtor is compiling the information needed for the report and requires additional time to complete its April 2026 monthly operating report.

3. Based on the foregoing, the Debtor requests an extension to May 31, 2026 to file its April 2026 monthly operating report.

4. A copy of the proposed order is attached as **Exhibit A**.

**WHEREFORE**, the Debtor prays that it be granted an extension to May 31, 2026, within which to complete and file its April 2026 monthly operating report.

This the 20th day of May, 2026.

**HENDREN, REDWINE & MALONE, PLLC**

s/ Lydia C. Carpenter
Jason L. Hendren (NC State Bar No. 26869)
Rebecca Redwine Grow (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
Lydia C. Carpenter (NC State Bar No. 56697)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone:  (919) 420-7867
Facsimile:   (919) 420-0475
Email: jhendren@hendrenmalone.com
          rredwine@hendrenmalone.com
          bwaller@hendrenmalone.com
          lcarpenter@hendrenmalone.com
*Attorneys for the Debtor*

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

IN RE:                                          )
                                                )        **Case No. 26-01207-5-JNC**
**THREE OAKS BEHAVIORAL**                       )
**HEALTH & WELLNESS, PLLC**                     )
                                                )        **Chapter 11**
              Debtor.                           )

**ORDER ALLOWING EXTENSION OF TIME TO FILE**
**MONTHLY OPERATING REPORT**

**THIS MATTER** coming before the Court upon the Motion for Extension of Time to File

Monthly Operating Report filed by the Debtor; and good cause having been shown; therefore,

**IT IS ORDERED** that the Debtor is allowed an extension to May 31, 2026 within which

to complete and file its April 2026 monthly operating report.

**END OF DOCUMENT**

## CERTIFICATE OF SERVICE

I, Lydia C. Carpenter, of 4600 Marriott Drive, Suite 150, Raleigh, North Carolina 27612, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the 20th day of May, 2026, I served copies of the foregoing pleading on the parties listed below by depositing a copy of the same in the United States mail bearing sufficient postage.

I certify under penalty of perjury that the foregoing is true and correct.

**DATED**:  May 20, 2026

**HENDREN, REDWINE & MALONE, PLLC**

s/ Lydia C. Carpenter
Jason L. Hendren (NC State Bar No. 26869)
Rebecca Redwine Grow (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
Lydia C. Carpenter (NC State Bar No. 56697)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone:  (919) 420-7867
Facsimile:   (919) 420-0475
Email: jhendren@hendrenmalone.com
           rredwine@hendrenmalone.com
           bwaller@hendrenmalone.com
           lcarpenter@hendrenmalonelcom
*Attorneys for the Debtor*

Brian Behr                                    *(via CM/ECF)*
*Office of the Bankruptcy Administrator*