**SO ORDERED.**

**SIGNED this 22 day of May, 2026.**

_____
**Joseph N. Callaway**
**United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. 26-01207-5-JNC** |
| THREE OAKS BEHAVIORAL | ) | |
| HEALTH & WELLNESS, PLLC | ) | |
| | ) | **Chapter 11** |
| Debtor. | ) | |

### ORDER ALLOWING EXTENSION OF TIME TO FILE
### MONTHLY OPERATING REPORT

**THIS MATTER** coming before the Court upon the Motion for Extension of Time to File

Monthly Operating Report filed by the Debtor; and good cause having been shown; therefore,

**IT IS ORDERED** that the Debtor is allowed an extension to May 31, 2026 within which

to complete and file its April 2026 monthly operating report.

**END OF DOCUMENT**