**SO ORDERED.**

**SIGNED this 8 day of June, 2026.**

Joseph N. Callaway
**Joseph N. Callaway**
**United States Bankruptcy Judge**

---

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:
**THREE OAKS BEHAVIORAL HEALTH**        **CASE NO: 26-01207-5-JNC**
**& WELLNESS, PLLC,**        **CHAPTER 11**

      **DEBTOR.**

### CONSENT ORDER ALLOWING ADMINISTRATIVE EXPENSE CLAIM

THIS MATTER comes before the Court upon Dresser Court Properties, LLC's Application for Allowance and Payment of Section 503(b)(1)(A) Administrative Expense Claim; there being no objection filed and the Debtor and the Applicant having reached an agreement as indicated by the signatures of counsel for both parties below; and upon a review of the record, the Court finds and concludes that the Application should be ALLOWED as set forth below.

IT IS, THEREFORE, ORDERED, that Dresser Court Properties, LLC, is allowed a priority administrative expense claim in the amount of $7,705.83 for post-petition, pre-rejection rent pursuant to 11 U.S.C. § 503(b)(1)(A), to be paid as part of the cost of administration of this case.

**CONSENTED TO:**

*/s/ Lydia C. Carpenter*
Lydia C. Carpenter
*Counsel for the Debtor*

*/s/ David F. Mills*
David F. Mills
Counsel for the Applicant

### END OF DOCUMENT