**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | )     **Case No. 26-01207-5-JNC** |
| **THREE OAKS BEHAVIORAL** | ) |
| **HEALTH & WELLNESS, PLLC** | )     **Chapter 11** |
| | ) |
| Debtor. | ) |

## MOTION TO EXTEND TIME TO FILE CHAPTER 11 PLAN

**NOW COMES** Three Oaks Behavioral Health & Wellness, PLLC (hereinafter "Debtor"), by and through its undersigned counsel, and hereby requests an extension of time within which to file its Chapter 11 Subchapter V plan of reorganization. In support of this motion, the Debtor shows unto the Court the following:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 151, 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157.

2. The Debtor filed a voluntary petition for relief pursuant to Subchapter V of Chapter 11 of the United States Bankruptcy Code on March 16, 2026 (the "Petition Date").

3. The time for filing the Debtor's Subchapter V Chapter 11 Plan has not yet passed.

4. Pursuant to 11 U.S.C. § 1189(b), the Court may extend the period within which the Debtor must file its Subchapter V Plan if the need for the extension is attributable to circumstances for which the debtor should not justly be held accountable.

5. On June 4, 2026, the Debtor filed an Emergency *Ex Parte* Motion to Enforce the Automatic Stay, Motion to Show Cause Why Damages and Other Civil Contempt Penalties Should Not Be Imposed Against Triton Recover, LLC, and Motion for Contempt and Sanctions for Violation of the Automatic Stay, D.E. 91 (the "Emergency Motion").

6.      As set forth more particularly in the Emergency Motion, the Debtor has discovered that its insurance funds have been diverted to a third party as representative of a pre-petition unsecured creditor. The Debtor is actively investigating the stay violation issue and working to determine the extent of the issue and the extend of the funds that have been diverted.

7.      In light of the unknown scope of this issue and the impact it has had on the Debtor's cash position, the Debtor is currently unable to complete and file its Chapter 11 Plan and projections of its future income. This delay is entirely attributable to circumstances for which the Debtor should not be held responsible.

8.      Based on the foregoing, the Debtor respectfully requests an extension of time within which it must file is Subchapter V Chapter 11 Plan for a period of at least thirty (30) days, up to and including July 15, 2026.

9.      The Bankruptcy Administrator and Subchapter V Trustee consent to this request for extension of time.

WHEREFORE, the Debtor respectfully requests that the Court enter an Order, in substantially the form attached hereto as Exhibit A, extending the time in which to file its Subchapter V Plan of Reorganization for a period of at least thirty (30) days, up to and including July 15, 2026.

This the 9th day of June, 2026.

**HENDREN, REDWINE & MALONE, PLLC**

s/Lydia C. Carpenter
Jason L. Hendren (NC State Bar No.: 26869)
Rebecca Redwine Grow (NC State Bar No.:  37012)
Benjamin E.F.B. Waller (NC State Bar No.: 27680)
Lydia C. Carpenter (NC State Bar No. 56697)
4600 Marriott Drive, Suite 150
Raleigh, NC  27612
Telephone:  (919) 573-1422

Facsimile:  (919) 420-0475
Email:  jhendren@hendrenmalone.com
      rredwine@hendrenmalone.com
      bwaller@hendrenmalone.com
      lcarpenter@hendrenmalone.com
ATTORNEYS FOR DEBTOR

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION**

IN RE:                                          )
                                                )         **Case No. 26-01207-5-JNC**
**THREE OAKS BEHAVIORAL**            )
**HEALTH & WELLNESS, PLLC**          )         **Chapter 11**
                                                )
               **Debtor.**

**ORDER GRANTING MOTION TO EXTEND TIME TO FILE CHAPTER 11 PLAN**

THIS MATTER coming on to be heard upon the Motion to Extend Time to File Chapter 11 Plan filed by the Debtor, Three Oaks Behavioral Health & Wellness, PLLC (the "Debtor"), by and through counsel in the above referenced case, and good cause having been shows; therefore,

IT IS ORDERED that the Debtor is allowed up to and including July 15, 2026, to complete and file its Chapter 11 Subchapter V Plan of Reorganization.

**END OF DOCUMENT**

## <u>CERTIFICATE OF SERVICE</u>

I, Lydia C. Carpenter, of 4600 Marriott Drive, Suite 150, Raleigh, NC 27612, hereby certify;

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on this day I served copies of the foregoing Motion to Extend Time to File Chapter 11 Plan on the parties listed below as indicated.

I certify under penalty of perjury that the foregoing is true and correct.

This the 9th day of June, 2026.

**HENDREN, REDWINE & MALONE, PLLC**

s/<u>Lydia C. Carpenter</u>
Jason L. Hendren (NC State Bar No.: 26869)
Rebecca Redwine Grow (NC State Bar No.: 37012)
Benjamin E.F.B. Waller (NC State Bar No.: 27680)
Lydia C. Carpenter (NC State Bar No. 56697)
4600 Marriott Drive, Suite 150
Raleigh, NC  27612
Telephone:  (919) 573-1422
Facsimile:  (919) 420-0475
Email:  jhendren@hendrenmalone.com
　　　　rredwine@hendrenmalone.com
　　　　bwaller@hendrenmalone.com
　　　　lcarpenter@hendrenmalone.com
ATTORNEYS FOR DEBTOR

TO:

Brian Behr                                                         *(via CM/ECF)*
Office of the Bankruptcy Administrator

George Oliver                                                    *(via CM/ECF)*
Subchapter V Trustee

Three Oaks Behavioral Health & Wellness, PLLC          *(via E-Mail)*