**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

```
-------------------------------------------------------- x
In re:                                          :
                                                :   Chapter 11
THREE OAKS BEHAVIORAL HEALTH                     :
& WELLNESS, PLLC                                 :   Case No.: 26-01207-5-JNC
                                                :
                              Debtor.            :
-------------------------------------------------------- x
```

**MOTION TO EXTEND DEADLINE TO FILE COMPLAINT**
**TO DETERMINE DISCHARGEABILITY OF DEBT**
**PURSUANT TO 11 U.S.C. § 523(a)**

Now comes Truist Bank ("Truist"), by and through the undersigned counsel, and respectfully submits this motion requesting that the Court extend the deadline to file a complaint seeking to have its debt excepted from discharge under 11 U.S.C. § 523(a) and in support hereof, shows the Court as follows:

1.      Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code on March 16, 2026 (the "Petition Date").

2.      On March 16, 2026, this Court entered its Notice of Chapter 11 Bankruptcy Case (the "Notice"). Pursuant to the Notice, the deadline for creditors to file a complaint seeking to except a debt from discharge pursuant to 11 U.S.C. § 523(a)(2) or (4), or to assert that the Debtor is not entitled to a discharge pursuant to 11 U.S.C. § 1328(f) is June 12, 2026 (the "Complaint Deadline").

3.      Truist needs additional time to gather facts and information to determine whether grounds exist to object to the dischargeability of debts.

4.      Truist has met and conferred with counsel for the Debtor about this Motion, and counsel advised Truist's counsel that the Debtor consents to the Motion.

WBD (US) 4917-2025-5923

5.        A copy of the proposed Order granting the Motion is attached hereto as Exhibit A.

WHEREFORE, Truist respectfully requests this Court enter an order extending the deadline for Truist to file a complaint seeking to except some or all of its debt from discharge pursuant to 11 U.S.C. § 523(a) in this case through and including Monday, July 13, 2026, and that the Court also grant such other and further relief as the Court deems just and appropriate.

Dated: June 9, 2026

**WOMBLE BOND DICKINSON (US) LLP**

By:    <u>/s/ James S. Livermon, III</u>
        James S. Livermon III
        555 Fayetteville Street, Suite 1100
        Raleigh, North Carolina 27601
        Telephone (919) 755-2148
        Facsimile  (919) 755-6048
        Email: charlie.livermon@wbd-us.com

*Counsel for Truist Bank*

WBD (US) 4917-2025-5923

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

```
----------------------------------------------------------- x
In re:                                       :
                                             :     Chapter 11
THREE OAKS BEHAVIORAL HEALTH                 :
& WELLNESS, PLLC                             :     Case No.: 26-01207-5-JNC
                                             :
                              Debtor.        :
----------------------------------------------------------- x
```

ORDER GRANTING TRUIST BANK'S MOTION TO EXTEND DEADLINE TO FILE
COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT
PURSUANT TO 11 U.S.C. § 523(a)

This matter comes before the Court upon the Motion to Extend Deadline to File Complaint to Determine Dischargeability of Debt Pursuant to 11 U.S.C. § 523(a) (the "Motion"), pursuant to Rule 4007(c) of the Federal Rules of Bankruptcy Procedure, filed by Truist Bank ("Truist"). Based upon the motion, the Court concludes as follows:

1.      Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code on March 16, 2026 (the "Petition Date").

2.      On March 16, 2026, this Court entered its Notice of Chapter 11 Bankruptcy Case (the "Notice"). Pursuant to the Notice, the deadline for creditors to file a complaint seeking to except a debt from discharge pursuant to 11 U.S.C. § 523(a)(2) or (4), or to assert that the

WBD (US) 4912-9551-7363v1

Debtor is not entitled to a discharge pursuant to 11 U.S.C. § 1328(f) is June 12, 2026 (the "Complaint Deadline").

3.      Truist needs additional time to gather facts and information to determine whether grounds exist to object to the dischargeability of debts.

4.      The Debtor consents to the Motion.

Now therefore, IT IS ORDERED, ADJUDGED AND DECREED that the deadline for Truist Bank to file a complaint to except her debt from discharge pursuant to 11 U.S.C. § 523(a) shall be, and hereby is, extended through and including Monday, July 13, 2026.

END OF DOCUMENT

WBD (US) 4912-9551-7363v1

## CERTIFICATE OF SERVICE

I, the undersigned, of Womble Bond Dickinson (US) LLP, hereby certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on this day, the foregoing Motion to Extend Deadline to File a Complaint Pursuant to 11 U.S.C. § 523(a) was served by electronic means through the Court's CM/ECF service on:

Three Oaks Behavioral Health &
Wellness, PLLC
1011 Dresser Court
Raleigh, NC 27609

Lydia C. Carpenter, Esq.
Jason L. Hendren, Esq.
Rebecca Redwine Grow, Esq.
Benjamin E.F.B. Waller, Esq.
Hendren, Redwine & Malone, PLLC
Attorneys for Debtor
*Via CM/ECF*

George M. Oliver, Esq.
Subchapter V Trustee
*Via CM/ECF*

Brian Behr
Bankruptcy Administrator
*Via CM/ECF*

I certify under penalty of perjury that the foregoing is true and correct.

Dated: June 9, 2026          **WOMBLE BOND DICKINSON (US) LLP**

<u>/s/ James S. Livermon, III</u>
James S. Livermon III
555 Fayetteville Street, Suite 1100
Raleigh, North Carolina 27601
Telephone (919) 755-2148
Facsimile  (919) 755-6048
Email: charlie.livermon@wbd-us.com

*Counsel for Truist Bank*

WBD (US) 4917-2025-5923