**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No. 26-01207-5-JNC** |
| **THREE OAKS BEHAVIORAL** | ) | |
| **HEALTH & WELLNESS, PLLC** | ) | **Chapter 11** |
| | ) | |
| **Debtor.** | ) | |

### MOTION TO CONTINUE HEARING

**NOW COMES** Three Oaks Behavioral Health & Wellness, PLLC (hereinafter "Debtor"), by and through its undersigned counsel, and respectfully moves this Court for an order continuing the hearing set for June 15, 2026, at 11:00a.m. on the *Emergency Motion to Enforce Automatic Stay, Motion to Show Cause Why Damages and Other Civil Contempt Penalties Should Not be Imposed against Triton Recovery, LLC and Motion for Contempt and Sanctions for Violation of the Automatic Stay* (the "Triton Stay Violation Motion"*)*, D.E. 91, and *Court's Order on Preliminary Hearing For Emergency Motion to Enforce Automatic Stay and Requesting Show Cause For a Civil Contempt Against Triton Recovery, LLC; and Order Issuing Show Cause and Setting Hearing* (the "Triton Order"), D.E. 102. In support thereof, the Debtor shows unto the Court as follows:

1.      On March 16, 2026, (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2.      The Debtor filed the Triton Stay Violation Motion on June 4, 2026. The Court conducted a preliminary hearing on the Triton Stay Violation Motion on June 9, 2026, and entered the Triton Order on June 9, 2026, setting the issues for hearing on June 15, 2026.

3.      Since the hearing on June 9, 2026, the Debtor has been actively investigating the issues raised in the Triton Stay Violation Motion and has identified related issues and relief the

Debtor believes it needs to pursue against third parties that materially impacts the issues raised in the Triton Stay Violation Motion. The Debtor anticipates filing subsequent related motions that it seeks to have heard at the same time as the Triton Stay Violation Motion given the interrelatedness of the issues raised.

4.      Based on the foregoing, the Debtor requests that the hearing on Triton Stay Violation Motion and the Triton Order be continued for a period of at least seven (7) days, or to the Court's next available hearing date.

WHEREFORE, the Debtor prays that the hearing on the Motion set for June 15, 2026, be continued for at least seven (7) days or to the Court's next available hearing date.

This the 12th day of June, 2026.

**HENDREN, REDWINE & MALONE, PLLC**

s/Lydia C. Carpenter
Jason L. Hendren (NC State Bar No.: 26869)
Rebecca Redwine Grow (NC State Bar No.:  37012)
Benjamin E.F.B. Waller (NC State Bar No.: 27680)
Lydia C. Carpenter (NC State Bar No. 56697)
4600 Marriott Drive, Suite 150
Raleigh, NC  27612
Telephone:  (919) 573-1422
Facsimile:  (919) 420-0475
Email:  jhendren@hendrenmalone.com
        rredwine@hendrenmalone.com
        bwaller@hendrenmalone.com
        lcarpenter@hendrenmalone.com
ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

I, Lydia C. Carpenter, of 4600 Marriott Drive, Suite 150, Raleigh, NC 27612, hereby certify:

That I am, and at all times hereinafter mentioned, was, more than eighteen (18) years of age;

That on this day I served copies of the foregoing **MOTION TO CONTINUE HEARING** on the parties listed below as indicated.

I certify under penalty of perjury that the foregoing is true and correct.

**DATED:**  June 12, 2026

**HENDREN, REDWINE & MALONE, PLLC**

s/Lydia C. Carpenter
Jason L. Hendren (NC State Bar No.: 26869)
Rebecca Redwine Grow (NC State Bar No.:  37012)
Benjamin E.F.B. Waller (NC State Bar No.: 27680)
Lydia C. Carpenter (NC State Bar No. 56697)
4600 Marriott Drive, Suite 150
Raleigh, NC  27612
Telephone:  (919) 573-1422
Facsimile:  (919) 420-0475
Email:  jhendren@hendrenmalone.com
          rredwine@hendrenmalone.com
          bwaller@hendrenmalone.com
          lcarpenter@hendrenmalone.com
ATTORNEYS FOR DEBTOR

Brian C. Behr                                                    *(via CM/ECF)*

George Oliver                                                   *(via CM/ECF)*
Subchapter V Trustee

Kylie Hamilton
Byron Saintsing                                              *(via CMECF and via E-Mail)*
*Counsel for Triton Recovery, LLC*
*d/b/a Triton Recovery Group*