**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

IN RE:                                                )
                                                       )          **Case No. 26-01207-5-JNC**
**THREE OAKS BEHAVIORAL**                )
**HEALTH & WELLNESS, PLLC**              )          **Chapter 11**
                                                       )
               **Debtor.**                            )

### EMERGENCY MOTION FOR TURNOVER

**COMES NOW** Three Oaks Behavioral Health & Wellness, PLLC (hereafter "Debtor"), by and through its undersigned counsel, and respectfully moves this Court to enter an Emergency Order for Turnover pursuant to sections 541 and 542 of the Bankruptcy Code. In support of said Motion, the Debtor shows unto the Court as follows:

1.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2).

2.      The Debtor filed a voluntary petition for relief pursuant to Subchapter V of Chapter 11 of the United States Bankruptcy Code on March 16, 2026 (the "Petition Date"). The Debtor currently operates as a debtor-in-possession.

3.      The Debtor is currently investigating improper post-petition diversion of property of the estate, namely funds owed to the Debtor by Evernorth Behavioral Health, Inc. d/b/a Cigna Health and Life Insurance Company ("Cigna").

4.      Post-petition, the Debtor has continued to provide services to its clients in the ordinary course of its business and submit claims to Cigna for payment related to those services.

5.      Upon information and belief, Cigna has reviewed and approved certain claims submitted by the Debtor, and instead of issuing payment to the Debtor, Cigna has been issuing payment via checks made payable to "Stellar Capital, LLC C/O/ Triton Recovery 311 N University

Dr STE 702 Coral Springs FL 33065".

6.      The Debtor is actively investigating the diversion of these checks and associated issues and seeking appropriate relief from the parties involved.

7.      Upon information and belief, Cigna currently owes the Debtor at least the total sum of $87,530.16, as set forth on the attached **Exhibit "A"** for approved claims properly submitted by the Debtor and processed and approved by Cigna (the "Outstanding Funds"). The information set forth in Exhibit A was provided to the Debtor by counsel for Cigna.

8.      The Debtor is informed and believes that the total amount currently owed by Cigna to the Debtor exceeds the amount set forth on Exhibit "A"; however Exhibit "A" is the best record of the amounts owed to the Debtor by Cigna as of the date of this filing.

9.      Cigna has not remitted payment to the Debtor for these outstanding amounts owed and is wrongfully retaining possession of those funds.

7.      As a result of Cigna's possession of property of the estate, the Debtor cannot properly maintain continuance of normal operations and is incurring damages due to dispossession of these funds.

8.      The above-described funds constitute property of the Estate pursuant to 11 U.S.C. § 541 as the Debtor maintains a legal or equitable interest in the Outstanding Funds.

9.      Entry of a specific Order directing the turnover of the Outstanding Funds is necessary to protect the interests of the Debtor's Estate, as well as the creditors of the Debtor, as the Outstanding Funds are necessary to the continued operations of the Debtor.

WHEREFORE, the Debtor respectfully prays this Court enter the following relief:

1.      Order the immediate turnover of the Outstanding Funds as set forth on attached Exhibit "A" to the Debtor;

2.      For an emergency hearing on all issues raised herein as soon as practicable; and

3.      For all other relief this Court deems just and proper.

This 12th day of June, 2026.

**HENDREN, REDWINE & MALONE, PLLC**

s/Lydia C. Carpenter
Jason L. Hendren (NC State Bar No.: 26869)
Rebecca Redwine Grow (NC State Bar No.: 37012)
Benjamin E.F.B. Waller (NC State Bar No.: 27680)
Lydia C. Carpenter (NC State Bar No. 56697)
4600 Marriott Drive, Suite 150
Raleigh, NC  27612
Telephone:  (919) 573-1422
Facsimile:  (919) 420-0475
Email:  jhendren@hendrenmalone.com
       rredwine@hendrenmalone.com
       bwaller@hendrenmalone.com
       lcarpenter@hendrenmalone.com
ATTORNEYS FOR DEBTOR

**EHXIBIT A**

| Check # | Date Processed | Amount |
|---|---|---|
| 184677022 | 4/13/2026 | $ 155.70 |
| 184677256 | 4/13/2026 | $ 118.00 |
| 383577044 | 4/13/2026 | $ 99.90 |
| 383676889 | 4/13/2026 | $ 123.00 |
| 964883630 | 4/13/2026 | $ 86.00 |
| 964883632 | 4/13/2026 | $ 94.35 |
| 964883634 | 4/13/2026 | $ 42.00 |
| 964883636 | 4/13/2026 | $ 138.00 |
| 964883637 | 4/13/2026 | $ 62.00 |
| 964883663 | 4/13/2026 | $ 94.00 |
| 964883665 | 4/13/2026 | $ 32.00 |
| 964883673 | 4/13/2026 | $ 106.00 |
| 964883676 | 4/13/2026 | $ 93.00 |
| 964883677 | 4/13/2026 | $ 111.00 |
| 964883678 | 4/13/2026 | $ 17.00 |
| 964883679 | 4/13/2026 | $ 32.00 |
| 964883680 | 4/13/2026 | $ 135.00 |
| 964883683 | 4/13/2026 | $ 27.00 |
| 184685543 | 4/14/2026 | $ 96.00 |
| 184685875 | 4/14/2026 | $ 32.00 |
| 184686300 | 4/14/2026 | $ 212.00 |
| 184686423 | 4/14/2026 | $ 57.00 |
| 184686585 | 4/14/2026 | $ 1,476.00 |
| 184686586 | 4/14/2026 | $ 1,409.00 |
| 184686587 | 4/14/2026 | $ 1,260.00 |
| 231633126 | 4/14/2026 | $ 37.00 |
| 231633178 | 4/14/2026 | $ 91.00 |
| 383578898 | 4/14/2026 | $ 37.00 |
| 383578991 | 4/14/2026 | $ 168.00 |
| 383579055 | 4/14/2026 | $ 49.60 |
| 383579200 | 4/14/2026 | $ 49.60 |
| 383579301 | 4/14/2026 | $ 52.00 |
| 383579312 | 4/14/2026 | $ 55.80 |
| 964884839 | 4/14/2026 | $ 42.00 |
| 964885780 | 4/14/2026 | $ 99.90 |
| 964885782 | 4/14/2026 | $ 42.00 |
| 964885784 | 4/14/2026 | $ 190.70 |
| 964885785 | 4/14/2026 | $ 42.00 |
| 964885813 | 4/14/2026 | $ 91.00 |
| 964885820 | 4/14/2026 | $ 47.00 |
| 964885821 | 4/14/2026 | $ 111.00 |

| | | | |
|---|---|---|---|
| 964885823 | 4/14/2026 | $ | 32.00 |
| 964885833 | 4/14/2026 | $ | 106.00 |
| 964885837 | 4/14/2026 | $ | 44.00 |
| 964885838 | 4/14/2026 | $ | 42.00 |
| 964885842 | 4/14/2026 | $ | 27.00 |
| 964885843 | 4/14/2026 | $ | 32.00 |
| 964885846 | 4/14/2026 | $ | 153.00 |
| 964885851 | 4/14/2026 | $ | 101.00 |
| 964885853 | 4/14/2026 | $ | 37.00 |
| 184691012 | 4/15/2026 | $ | 55.80 |
| 184691139 | 4/15/2026 | $ | 32.00 |
| 184691168 | 4/15/2026 | $ | 91.00 |
| 184691522 | 4/15/2026 | $ | 302.00 |
| 184691757 | 4/15/2026 | $ | 1,626.00 |
| 184691758 | 4/15/2026 | $ | 1,098.00 |
| 184691759 | 4/15/2026 | $ | 1,135.00 |
| 184691760 | 4/15/2026 | $ | 1,194.00 |
| 184691761 | 4/15/2026 | $ | 1,028.00 |
| 231636996 | 4/15/2026 | $ | 49.60 |
| 231637328 | 4/15/2026 | $ | 27.00 |
| 383581176 | 4/15/2026 | $ | 37.00 |
| 383581231 | 4/15/2026 | $ | 62.00 |
| 383581245 | 4/15/2026 | $ | 58.50 |
| 383581448 | 4/15/2026 | $ | 49.60 |
| 383581530 | 4/15/2026 | $ | 52.00 |
| 383581551 | 4/15/2026 | $ | 0.06 |
| 964887399 | 4/15/2026 | $ | 42.00 |
| 964887402 | 4/15/2026 | $ | 129.00 |
| 964887420 | 4/15/2026 | $ | 42.00 |
| 964887438 | 4/15/2026 | $ | 42.00 |
| 964887444 | 4/15/2026 | $ | 46.50 |
| 964887446 | 4/15/2026 | $ | 93.00 |
| 964887447 | 4/15/2026 | $ | 62.00 |
| 964887451 | 4/15/2026 | $ | 111.00 |
| 964887457 | 4/15/2026 | $ | 81.00 |
| 964887458 | 4/15/2026 | $ | 123.00 |
| 964887463 | 4/15/2026 | $ | 37.00 |
| 964887464 | 4/15/2026 | $ | 12.00 |
| 964887473 | 4/15/2026 | $ | 47.00 |
| 184692708 | 4/16/2026 | $ | 96.00 |
| 184693046 | 4/16/2026 | $ | 211.50 |
| 184693380 | 4/16/2026 | $ | 268.60 |
| 184693402 | 4/16/2026 | $ | 32.00 |

| | | | |
|---|---|---|---|
| 184693518 | 4/16/2026 | $ | 215.00 |
| 184693612 | 4/16/2026 | $ | 1,613.00 |
| 184693613 | 4/16/2026 | $ | 1,131.00 |
| 184693614 | 4/16/2026 | $ | 1,248.00 |
| 184693615 | 4/16/2026 | $ | 1,053.00 |
| 231638903 | 4/16/2026 | $ | 81.00 |
| 231638954 | 4/16/2026 | $ | 91.00 |
| 231639142 | 4/16/2026 | $ | 49.60 |
| 383583350 | 4/16/2026 | $ | 37.00 |
| 383583429 | 4/16/2026 | $ | 234.00 |
| 383583494 | 4/16/2026 | $ | 49.60 |
| 383583714 | 4/16/2026 | $ | 52.00 |
| 383583718 | 4/16/2026 | $ | 99.90 |
| 964888162 | 4/16/2026 | $ | 32.00 |
| 964888166 | 4/16/2026 | $ | 94.35 |
| 964888168 | 4/16/2026 | $ | 62.00 |
| 964888169 | 4/16/2026 | $ | 42.00 |
| 964888171 | 4/16/2026 | $ | 52.70 |
| 964888172 | 4/16/2026 | $ | 60.00 |
| 964888174 | 4/16/2026 | $ | 42.00 |
| 964888178 | 4/16/2026 | $ | 62.00 |
| 964888216 | 4/16/2026 | $ | 91.00 |
| 964888227 | 4/16/2026 | $ | 86.00 |
| 964888229 | 4/16/2026 | $ | 42.00 |
| 964888238 | 4/16/2026 | $ | 106.00 |
| 964888241 | 4/16/2026 | $ | 106.00 |
| 964888242 | 4/16/2026 | $ | 285.00 |
| 964888243 | 4/16/2026 | $ | 55.00 |
| 964888245 | 4/16/2026 | $ | 17.00 |
| 964888246 | 4/16/2026 | $ | 32.00 |
| 964888248 | 4/16/2026 | $ | 86.00 |
| 964888252 | 4/16/2026 | $ | 32.00 |
| 964888253 | 4/16/2026 | $ | 81.00 |
| 964888254 | 4/16/2026 | $ | 76.00 |
| 964888256 | 4/16/2026 | $ | 37.00 |
| 964888262 | 4/16/2026 | $ | 47.00 |
| 184705232 | 4/20/2026 | $ | 55.80 |
| 184705362 | 4/20/2026 | $ | 141.90 |
| 184705651 | 4/20/2026 | $ | 37.00 |
| 184705797 | 4/20/2026 | $ | 1,048.00 |
| 184705798 | 4/20/2026 | $ | 84.00 |
| 231649015 | 4/20/2026 | $ | 49.60 |
| 383590063 | 4/20/2026 | $ | 14.00 |

| | | | |
|---|---|---|---|
| 383590131 | 4/20/2026 | $ | 12.00 |
| 964891792 | 4/20/2026 | $ | 190.70 |
| 964891811 | 4/20/2026 | $ | 32.00 |
| 964891818 | 4/20/2026 | $ | 42.00 |
| 964891819 | 4/20/2026 | $ | 32.00 |
| 964891820 | 4/20/2026 | $ | 37.00 |
| 964891821 | 4/20/2026 | $ | 86.00 |
| 964891823 | 4/20/2026 | $ | 27.00 |
| 184713805 | 4/21/2026 | $ | 47.00 |
| 184714125 | 4/21/2026 | $ | 55.80 |
| 184714440 | 4/21/2026 | $ | 244.20 |
| 184714560 | 4/21/2026 | $ | 89.00 |
| 184714649 | 4/21/2026 | $ | 1,319.00 |
| 184714650 | 4/21/2026 | $ | 1,222.00 |
| 184714651 | 4/21/2026 | $ | 688.00 |
| 231655989 | 4/21/2026 | $ | 37.00 |
| 231655997 | 4/21/2026 | $ | 32.00 |
| 231656191 | 4/21/2026 | $ | 81.60 |
| 383592264 | 4/21/2026 | $ | 36.00 |
| 383592333 | 4/21/2026 | $ | 49.60 |
| 964892990 | 4/21/2026 | $ | 17.00 |
| 964893904 | 4/21/2026 | $ | 37.00 |
| 964893908 | 4/21/2026 | $ | 32.00 |
| 964893910 | 4/21/2026 | $ | 62.00 |
| 964893913 | 4/21/2026 | $ | 235.00 |
| 964893922 | 4/21/2026 | $ | 62.00 |
| 964893966 | 4/21/2026 | $ | 47.00 |
| 964893972 | 4/21/2026 | $ | 42.00 |
| 964893979 | 4/21/2026 | $ | 86.00 |
| 964893980 | 4/21/2026 | $ | 81.00 |
| 964893989 | 4/21/2026 | $ | 111.00 |
| 964893991 | 4/21/2026 | $ | 27.00 |
| 964893993 | 4/21/2026 | $ | 37.00 |
| 964894001 | 4/21/2026 | $ | 81.00 |
| 964894002 | 4/21/2026 | $ | 37.00 |
| 964894005 | 4/21/2026 | $ | 74.00 |
| 964894008 | 4/21/2026 | $ | 17.00 |
| 964894016 | 4/21/2026 | $ | 47.00 |
| 184721315 | 4/23/2026 | $ | 55.80 |
| 184721677 | 4/23/2026 | $ | 27.00 |
| 184721924 | 4/23/2026 | $ | 1,005.00 |
| 184721925 | 4/23/2026 | $ | 904.00 |
| 231661376 | 4/23/2026 | $ | 49.60 |

| | | | |
|---|---|---|---|
| 231662077 | 4/23/2026 | $ | 49.60 |
| 383596548 | 4/23/2026 | $ | 37.00 |
| 383597057 | 4/23/2026 | $ | 52.00 |
| 383597063 | 4/23/2026 | $ | 55.80 |
| 964896274 | 4/23/2026 | $ | 42.00 |
| 964896277 | 4/23/2026 | $ | 94.35 |
| 964896278 | 4/23/2026 | $ | 42.00 |
| 964896280 | 4/23/2026 | $ | 52.70 |
| 964896338 | 4/23/2026 | $ | 86.00 |
| 964896339 | 4/23/2026 | $ | 81.00 |
| 964896343 | 4/23/2026 | $ | 17.00 |
| 964896344 | 4/23/2026 | $ | 32.00 |
| 964896345 | 4/23/2026 | $ | 32.00 |
| 964896346 | 4/23/2026 | $ | 37.00 |
| 964896350 | 4/23/2026 | $ | 37.00 |
| 184743224 | 4/28/2026 | $ | 50.00 |
| 184743325 | 4/28/2026 | $ | 55.80 |
| 184743467 | 4/28/2026 | $ | 99.90 |
| 184743795 | 4/28/2026 | $ | 263.60 |
| 184743982 | 4/28/2026 | $ | 1,339.00 |
| 184743983 | 4/28/2026 | $ | 1,061.00 |
| 184743984 | 4/28/2026 | $ | 301.00 |
| 231679156 | 4/28/2026 | $ | 32.00 |
| 231679195 | 4/28/2026 | $ | 91.00 |
| 383605753 | 4/28/2026 | $ | 12.00 |
| 383605802 | 4/28/2026 | $ | 49.60 |
| 964901158 | 4/28/2026 | $ | 86.00 |
| 964902099 | 4/28/2026 | $ | 143.70 |
| 964902132 | 4/28/2026 | $ | 42.00 |
| 964902145 | 4/28/2026 | $ | 57.00 |
| 964902152 | 4/28/2026 | $ | 44.00 |
| 964902153 | 4/28/2026 | $ | 62.00 |
| 964902154 | 4/28/2026 | $ | 84.00 |
| 964902159 | 4/28/2026 | $ | 74.00 |
| 964902163 | 4/28/2026 | $ | 81.00 |
| 964902165 | 4/28/2026 | $ | 27.00 |
| 964902168 | 4/28/2026 | $ | 17.00 |
| 964902171 | 4/28/2026 | $ | 47.00 |
| 184748669 | 4/29/2026 | $ | 151.80 |
| 184749046 | 4/29/2026 | $ | 177.00 |
| 184749289 | 4/29/2026 | $ | 1,182.00 |
| 184749290 | 4/29/2026 | $ | 583.00 |
| 231683512 | 4/29/2026 | $ | 52.00 |

| | | | |
|---|---|---|---|
| 383607694 | 4/29/2026 | $ | 62.00 |
| 383607717 | 4/29/2026 | $ | 108.50 |
| 964903701 | 4/29/2026 | $ | 141.70 |
| 964903702 | 4/29/2026 | $ | 62.00 |
| 964903737 | 4/29/2026 | $ | 37.00 |
| 964903751 | 4/29/2026 | $ | 57.00 |
| 964903756 | 4/29/2026 | $ | 12.00 |
| 964903758 | 4/29/2026 | $ | 55.00 |
| 964903759 | 4/29/2026 | $ | 42.00 |
| 964903768 | 4/29/2026 | $ | 37.00 |
| 964903775 | 4/29/2026 | $ | 27.00 |
| 184750600 | 4/30/2026 | $ | 55.80 |
| 184751117 | 4/30/2026 | $ | 54.00 |
| 184751329 | 4/30/2026 | $ | 1,238.00 |
| 184751330 | 4/30/2026 | $ | 364.00 |
| 231684850 | 4/30/2026 | $ | 32.00 |
| 383610014 | 4/30/2026 | $ | 12.00 |
| 383610318 | 4/30/2026 | $ | 52.00 |
| 383610321 | 4/30/2026 | $ | 55.80 |
| 964904420 | 4/30/2026 | $ | 37.00 |
| 964904421 | 4/30/2026 | $ | 32.00 |
| 964904430 | 4/30/2026 | $ | 42.00 |
| 964904431 | 4/30/2026 | $ | 25.00 |
| 964904440 | 4/30/2026 | $ | 47.00 |
| 964904442 | 4/30/2026 | $ | 42.00 |
| 964904469 | 4/30/2026 | $ | 47.00 |
| 964904478 | 4/30/2026 | $ | 125.00 |
| 964904489 | 4/30/2026 | $ | 37.00 |
| 964904493 | 4/30/2026 | $ | 12.00 |
| 964904499 | 4/30/2026 | $ | 47.00 |
| 184771388 | 5/4/2026 | $ | 338.00 |
| 964909671 | 5/4/2026 | $ | 91.00 |
| 964909676 | 5/4/2026 | $ | 32.00 |
| 964909687 | 5/4/2026 | $ | 32.00 |
| 964909693 | 5/4/2026 | $ | 32.00 |
| 184775600 | 5/5/2026 | $ | 47.00 |
| 184775866 | 5/5/2026 | $ | 32.00 |
| 184775891 | 5/5/2026 | $ | 62.00 |
| 184776228 | 5/5/2026 | $ | 199.60 |
| 184776422 | 5/5/2026 | $ | 1,184.00 |
| 184776423 | 5/5/2026 | $ | 1,219.00 |
| 184776424 | 5/5/2026 | $ | 242.00 |
| 231704154 | 5/5/2026 | $ | 49.60 |

| | | | |
|---|---|---|---|
| 231704722 | 5/5/2026 | $ | 32.00 |
| 383619687 | 5/5/2026 | $ | 55.80 |
| 964910849 | 5/5/2026 | $ | 32.00 |
| 964910850 | 5/5/2026 | $ | 94.35 |
| 964910856 | 5/5/2026 | $ | 89.00 |
| 964910919 | 5/5/2026 | $ | 86.00 |
| 964910920 | 5/5/2026 | $ | 93.00 |
| 964910928 | 5/5/2026 | $ | 17.00 |
| 964910935 | 5/5/2026 | $ | 74.00 |
| 964910951 | 5/5/2026 | $ | 37.00 |
| 964910952 | 5/5/2026 | $ | 17.00 |
| 184779978 | 5/6/2026 | $ | 55.80 |
| 184780141 | 5/6/2026 | $ | 195.90 |
| 184780542 | 5/6/2026 | $ | 111.00 |
| 184780756 | 5/6/2026 | $ | 1,232.00 |
| 184780757 | 5/6/2026 | $ | 254.00 |
| 231708211 | 5/6/2026 | $ | 49.60 |
| 383621986 | 5/6/2026 | $ | 58.50 |
| 383622038 | 5/6/2026 | $ | 62.00 |
| 383622129 | 5/6/2026 | $ | 49.60 |
| 964912417 | 5/6/2026 | $ | 91.00 |
| 964912459 | 5/6/2026 | $ | 46.50 |
| 964912461 | 5/6/2026 | $ | 62.00 |
| 964912463 | 5/6/2026 | $ | 62.00 |
| 964912465 | 5/6/2026 | $ | 111.00 |
| 964912468 | 5/6/2026 | $ | 32.00 |
| 964912475 | 5/6/2026 | $ | 27.00 |
| 184781922 | 5/7/2026 | $ | 155.70 |
| 184782373 | 5/7/2026 | $ | 312.60 |
| 184782620 | 5/7/2026 | $ | 1,084.00 |
| 184782621 | 5/7/2026 | $ | 42.00 |
| 231709504 | 5/7/2026 | $ | 91.00 |
| 964913146 | 5/7/2026 | $ | 62.00 |
| 964913149 | 5/7/2026 | $ | 42.00 |
| 964913187 | 5/7/2026 | $ | 57.00 |
| 964913196 | 5/7/2026 | $ | 86.00 |
| 964913197 | 5/7/2026 | $ | 55.00 |
| 964913198 | 5/7/2026 | $ | 42.00 |
| 964913200 | 5/7/2026 | $ | 131.00 |
| 964913205 | 5/7/2026 | $ | 101.00 |
| 964913206 | 5/7/2026 | $ | 35.00 |
| 964913207 | 5/7/2026 | $ | 37.00 |
| 964913208 | 5/7/2026 | $ | 37.00 |

| | | | |
|---|---|---|---|
| 184795264 | 5/11/2026 | $ | 99.90 |
| 184795679 | 5/11/2026 | $ | 977.00 |
| 231719437 | 5/11/2026 | $ | 131.00 |
| 964916897 | 5/11/2026 | $ | 22.00 |
| 964916900 | 5/11/2026 | $ | 47.00 |
| 964916901 | 5/11/2026 | $ | 62.00 |
| 964916943 | 5/11/2026 | $ | 32.00 |
| 964916957 | 5/11/2026 | $ | 32.00 |
| 184804089 | 5/12/2026 | $ | 143.00 |
| 184804208 | 5/12/2026 | $ | 55.80 |
| 184804314 | 5/12/2026 | $ | 32.00 |
| 184804330 | 5/12/2026 | $ | 208.80 |
| 184804500 | 5/12/2026 | $ | 418.60 |
| 184804511 | 5/12/2026 | $ | 32.00 |
| 184804554 | 5/12/2026 | $ | 32.00 |
| 184804571 | 5/12/2026 | $ | 1,211.00 |
| 184804572 | 5/12/2026 | $ | 1,039.00 |
| 184804573 | 5/12/2026 | $ | 1,393.00 |
| 184804574 | 5/12/2026 | $ | 363.00 |
| 231726934 | 5/12/2026 | $ | 49.60 |
| 383633082 | 5/12/2026 | $ | 37.00 |
| 383633123 | 5/12/2026 | $ | 62.00 |
| 383633283 | 5/12/2026 | $ | 52.00 |
| 964919202 | 5/12/2026 | $ | 37.00 |
| 964919204 | 5/12/2026 | $ | 99.90 |
| 964919206 | 5/12/2026 | $ | 94.35 |
| 964919208 | 5/12/2026 | $ | 143.70 |
| 964919245 | 5/12/2026 | $ | 125.00 |
| 964919247 | 5/12/2026 | $ | 17.00 |
| 964919249 | 5/12/2026 | $ | 37.00 |
| 964919250 | 5/12/2026 | $ | 49.60 |
| 184812003 | 5/14/2026 | $ | 42.00 |
| 184812421 | 5/14/2026 | $ | 233.00 |
| 184812725 | 5/14/2026 | $ | 983.00 |
| 231732863 | 5/14/2026 | $ | 111.00 |
| 231733483 | 5/14/2026 | $ | 32.00 |
| 231733786 | 5/14/2026 | $ | 32.00 |
| 383638173 | 5/14/2026 | $ | 52.00 |
| 964921605 | 5/14/2026 | $ | 282.70 |
| 964921607 | 5/14/2026 | $ | 42.00 |
| 964921642 | 5/14/2026 | $ | 32.00 |
| 964921655 | 5/14/2026 | $ | 57.00 |
| 964921660 | 5/14/2026 | $ | 12.00 |

| | | | |
|---|---|---|---|
| 964921662 | 5/14/2026 | $ | 72.00 |
| 964921665 | 5/14/2026 | $ | 32.00 |
| 964921668 | 5/14/2026 | $ | 37.00 |
| 184868612 | 5/27/2026 | $ | 99.90 |
| 184868890 | 5/27/2026 | $ | 135.60 |
| 184869050 | 5/27/2026 | $ | 1,978.00 |
| 184869051 | 5/27/2026 | $ | 1,439.00 |
| 231778734 | 5/27/2026 | $ | 86.00 |
| 231778783 | 5/27/2026 | $ | 91.00 |
| 383662639 | 5/27/2026 | $ | 61.00 |
| 383662666 | 5/27/2026 | $ | 111.00 |
| 383662750 | 5/27/2026 | $ | 111.00 |
| 964936319 | 5/27/2026 | $ | 37.00 |
| 964936320 | 5/27/2026 | $ | 99.90 |
| 964936322 | 5/27/2026 | $ | 32.00 |
| 964936324 | 5/27/2026 | $ | 111.00 |
| 964936340 | 5/27/2026 | $ | 101.00 |
| 964936341 | 5/27/2026 | $ | 111.00 |
| 964936394 | 5/27/2026 | $ | 153.00 |
| 964936396 | 5/27/2026 | $ | 73.00 |
| 964936401 | 5/27/2026 | $ | 258.00 |
| 184870567 | 5/28/2026 | $ | 628.50 |
| 184870921 | 5/28/2026 | $ | 316.80 |
| 184871046 | 5/28/2026 | $ | 101.00 |
| 184871161 | 5/28/2026 | $ | 2,184.00 |
| 184871162 | 5/28/2026 | $ | 589.00 |
| 231780171 | 5/28/2026 | $ | 42.00 |
| 383664936 | 5/28/2026 | $ | 111.00 |
| 383665234 | 5/28/2026 | $ | 99.90 |
| 964937363 | 5/28/2026 | $ | 91.00 |
| 964937411 | 5/28/2026 | $ | 83.25 |
| 964937412 | 5/28/2026 | $ | 106.00 |
| 964937417 | 5/28/2026 | $ | 86.00 |
| 964937428 | 5/28/2026 | $ | 81.00 |
| 964937436 | 5/28/2026 | $ | 81.00 |
| 964937440 | 5/28/2026 | $ | 76.00 |
| 964937444 | 5/28/2026 | $ | 86.00 |
| 184893951 | 6/1/2026 | $ | 182.00 |
| 184900909 | 6/1/2026 | $ | 99.90 |
| 231797722 | 6/1/2026 | $ | 111.00 |
| 231798237 | 6/1/2026 | $ | 101.00 |
| 964943055 | 6/1/2026 | $ | 81.00 |
| 964943063 | 6/1/2026 | $ | 61.00 |

| | | | |
|---|---|---|---|
| 964943068 | 6/1/2026 | $ | 86.00 |
| 964943069 | 6/1/2026 | $ | 101.00 |
| 184893722 | 6/2/2026 | $ | 76.00 |
| 184895525 | 6/2/2026 | $ | 96.00 |
| 184895868 | 6/2/2026 | $ | 210.90 |
| 184896156 | 6/2/2026 | $ | 402.80 |
| 184896241 | 6/2/2026 | $ | 81.00 |
| 184896318 | 6/2/2026 | $ | 2,164.00 |
| 184896319 | 6/2/2026 | $ | 2,189.00 |
| 184896320 | 6/2/2026 | $ | 177.00 |
| 383674356 | 6/2/2026 | $ | 131.00 |
| 383674363 | 6/2/2026 | $ | 86.00 |
| 383674442 | 6/2/2026 | $ | 199.80 |
| 383674488 | 6/2/2026 | $ | 111.00 |
| 964943731 | 6/2/2026 | $ | 94.35 |
| 964943738 | 6/2/2026 | $ | 94.35 |
| 964943805 | 6/2/2026 | $ | 162.00 |
| 964943806 | 6/2/2026 | $ | 111.00 |
| 964943807 | 6/2/2026 | $ | 91.00 |
| 964943809 | 6/2/2026 | $ | 66.00 |
| 964943812 | 6/2/2026 | $ | 86.00 |
| 964943815 | 6/2/2026 | $ | 88.80 |
| 964943816 | 6/2/2026 | $ | 258.00 |
| 964943821 | 6/2/2026 | $ | 86.00 |
| 964943823 | 6/2/2026 | $ | 86.00 |
| 964943824 | 6/2/2026 | $ | 88.80 |
| 184898966 | 6/3/2026 | $ | 290.80 |
| 184899280 | 6/3/2026 | $ | 258.00 |
| 184899479 | 6/3/2026 | $ | 2,052.00 |
| 184899480 | 6/3/2026 | $ | 182.00 |
| 231801376 | 6/3/2026 | $ | 91.00 |
| 383676703 | 6/3/2026 | $ | 61.00 |
| 964945020 | 6/3/2026 | $ | 188.70 |
| 964945021 | 6/3/2026 | $ | 81.00 |
| 964945079 | 6/3/2026 | $ | 91.00 |
| 964945080 | 6/3/2026 | $ | 111.00 |
| 964945084 | 6/3/2026 | $ | 101.00 |
| 964945086 | 6/3/2026 | $ | 81.00 |
| 184901364 | 6/4/2026 | $ | 292.00 |
| 184901688 | 6/4/2026 | $ | 2,174.00 |
| 184901689 | 6/4/2026 | $ | 475.00 |
| 184901689 | 6/4/2026 | $ | 475.00 |
| 231803657 | 6/4/2026 | $ | 27.00 |

| | | | |
|---|---|---|---|
| 231804129 | 6/4/2026 | $ | 81.00 |
| 383678983 | 6/4/2026 | $ | 99.90 |
| 383679326 | 6/4/2026 | $ | 99.90 |
| 964945779 | 6/4/2026 | $ | 111.00 |
| 964945781 | 6/4/2026 | $ | 91.00 |
| 964945783 | 6/4/2026 | $ | 172.00 |
| 964945784 | 6/4/2026 | $ | 111.00 |
| 964945812 | 6/4/2026 | $ | 106.00 |
| 964945816 | 6/4/2026 | $ | 86.00 |
| 964945817 | 6/4/2026 | $ | 81.00 |
| 964945820 | 6/4/2026 | $ | 73.00 |
| 964945826 | 6/4/2026 | $ | 81.00 |
| 964945836 | 6/4/2026 | $ | 86.00 |
| 184913694 | 6/8/2026 | $ | 77.70 |
| 184914404 | 6/8/2026 | $ | 172.00 |

| | |
|---|---|
| $ | 87,530.16 |