**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. 26-01207-5-JNC** |
| **THREE OAKS BEHAVIORAL** | ) | |
| **HEALTH & WELLNESS, PLLC** | ) | **Chapter 11** |
| | ) | |
| Debtor. | ) | |

**MOTION FOR EXTENSION OF TIME TO ASSUME OR REJECT UNEXPIRED**
**NONRESIDENTIAL REAL PROPERTY LEASES PURSUANT TO 11 U.S.C. § 365**

**NOW COMES** Three Oaks Behavioral Health & Wellness, PLLC (hereinafter "Debtor"), and respectfully files this Motion for Extension of Time to Assume or Reject Unexpired Nonresidential Real Property Leases pursuant to 11 U.S.C. § 365(d)(4)(b). In support thereof, the Debtor shows unto the Court as follows:

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 151, 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157.

2.      The Debtor filed a voluntary petition for relief pursuant to Subchapter V of Chapter 11 of the United States Bankruptcy Code on March 16, 2026 (the "Petition Date").

3.      The Debtor currently has six (6) unexpired leases of nonresidential real property for its various office locations.

4.      The time within which the Debtor must assume or reject leases has not yet expired, and the deadline is currently July 14, 2026.

5.      The Debtor's deadline to file its chapter 11 plan was recently extended to July 15, 2026, pursuant to the Court's Order Granting the Debtor's Motion to Extend Time, D.E. 106.

6.      The Debtor requires an additional thirty (30) days, up to and including August 13, 2026, to analyze the status of the leases, discuss with lessors, and develop and file its chapter 11

Plan during such time.  Accordingly, the Debtor moves, pursuant to 11 U.S.C. §365(d)(4), for an extension of time to assume or reject the nonresidential real property leases.

7.      This motion is made within the applicable 120-day period from the petition date as required by Section 365.

WHEREFORE, the Debtor moves the Court for:

1.      Entry of an order, on or before July 14, 2026, extending the time to assume or reject the lease of non-residential real property for thirty (30) days up to and including August 13, 2026; and

2.       For such other and further relief as the Court deems proper.

This the 18th day of June, 2026.

**HENDREN, REDWINE & MALONE, PLLC**

s/Lydia C. Carpenter
Jason L. Hendren (NC State Bar No.: 26869)
Rebecca Redwine Grow (NC State Bar No.:  37012)
Benjamin E.F.B. Waller (NC State Bar No.: 27680)
Lydia C. Carpenter (NC State Bar No. 56697)
4600 Marriott Drive, Suite 150
Raleigh, NC  27612
Telephone:  (919) 573-1422
Facsimile:  (919) 420-0475
Email:  jhendren@hendrenmalone.com
         rredwine@hendrenmalone.com
         bwaller@hendrenmalone.com
         lcarpenter@hendrenmalone.com
ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

I, Lydia C. Carpenter, of 4600 Marriott Drive, Suite 150, Raleigh, NC 27612, hereby certify;

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on this day I served copies of the foregoing Motion to Extend Time to Assume or Reject Unexpired Non Residential Real Property Leases on the parties listed below as indicated.

I certify under penalty of perjury that the foregoing is true and correct.

This the 18th day of June, 2026.

<div style="margin-left:40%;">

**HENDREN, REDWINE & MALONE, PLLC**

s/Lydia C. Carpenter
Jason L. Hendren (NC State Bar No.: 26869)
Rebecca Redwine Grow (NC State Bar No.: 37012)
Benjamin E.F.B. Waller (NC State Bar No.: 27680)
Lydia C. Carpenter (NC State Bar No. 56697)
4600 Marriott Drive, Suite 150
Raleigh, NC  27612
Telephone:  (919) 573-1422
Facsimile:  (919) 420-0475
Email:  jhendren@hendrenmalone.com
        rredwine@hendrenmalone.com
        bwaller@hendrenmalone.com
        lcarpenter@hendrenmalone.com
ATTORNEYS FOR DEBTOR

</div>

TO:

| | |
|---|---|
| Brian Behr | *(via CM/ECF)* |
| Office of the Bankruptcy Administrator | |
| | |
| George Oliver | *(via CM/ECF)* |
| Subchapter V Trustee | |
| | |
| Three Oaks Behavioral Health & Wellness, PLLC | *(via E-Mail)* |