**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 26-01207-5-JNC |
| THREE OAKS BEHAVIORAL | ) | |
| HEALTH & WELLNESS, PLLC | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

## MOTION TO CONTINUE HEARING ON MOTION FOR TURNOVER

**NOW COMES** Three Oaks Behavioral Health & Wellness, PLLC (hereinafter "Debtor"), by and through its undersigned counsel, and respectfully moves this Court for an order continuing the hearing set for June 24, 2026, at 1:00 p.m. on the Debtor's *Emergency Motion for Turnover,* D.E. 109 (the "Emergency Motion"). In support thereof, the Debtor shows unto the Court as follows:

1. On March 16, 2026, (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. The Debtor filed the Emergency Motion on June 12, 2026, seeking an order of this Court directing Evernorth Behavioral Health, Inc., d/b/a Cigna Health and Life Insurance Company ("Cigna") to turnover to the Debtor certain property of the estate in its possession.

3. Counsel for the Debtor and counsel for Cigna are engaged in settlement negotiations related to the Emergency Motion for Turnover and seek additional time to work towards consensual resolution of this matter.

4. Based on the foregoing, the Debtor requests that the hearing on the Emergency Motion be continued for a period of at least seven (7) days to the Court's next available hearing date.

WHEREFORE, the Debtor prays that the hearing on the Motion set for June 24, 2026, be continued for at least seven (7) days to the Court's next available hearing date.

This the 22nd day of June, 2026.

**HENDREN, REDWINE & MALONE, PLLC**

s/Lydia C. Carpenter
Jason L. Hendren (NC State Bar No.: 26869)
Rebecca Redwine Grow (NC State Bar No.: 37012)
Benjamin E.F.B. Waller (NC State Bar No.: 27680)
Lydia C. Carpenter (NC State Bar No. 56697)
4600 Marriott Drive, Suite 150
Raleigh, NC  27612
Telephone:  (919) 573-1422
Facsimile:  (919) 420-0475
Email:  jhendren@hendrenmalone.com
         rredwine@hendrenmalone.com
         bwaller@hendrenmalone.com
         lcarpenter@hendrenmalone.com
ATTORNEYS FOR DEBTOR

## <u>CERTIFICATE OF SERVICE</u>

I, Lydia C. Carpenter, of 4600 Marriott Drive, Suite 150, Raleigh, NC 27612, hereby certify:

That I am, and at all times hereinafter mentioned, was, more than eighteen (18) years of age;

That on this day I served copies of the foregoing **MOTION TO CONTINUE HEARING** on the parties listed below as indicated.

I certify under penalty of perjury that the foregoing is true and correct.

**DATED:**  June 22, 2026

**HENDREN, REDWINE & MALONE, PLLC**

s/<u>Lydia C. Carpenter</u>
Jason L. Hendren (NC State Bar No.: 26869)
Rebecca Redwine Grow (NC State Bar No.:  37012)
Benjamin E.F.B. Waller (NC State Bar No.: 27680)
Lydia C. Carpenter (NC State Bar No. 56697)
4600 Marriott Drive, Suite 150
Raleigh, NC  27612
Telephone:  (919) 573-1422
Facsimile:  (919) 420-0475
Email:  jhendren@hendrenmalone.com
         rredwine@hendrenmalone.com
         bwaller@hendrenmalone.com
         lcarpenter@hendrenmalone.com
ATTORNEYS FOR DEBTOR

| | |
|---|---|
| Brian C. Behr | *(via CM/ECF)* |
| George Oliver<br>Subchapter V Trustee | *(via CM/ECF)* |
| Evernorth Behavioral Health, Inc., d/b/a<br>Cigna Health and Life Insurance Company<br>Attn: Jeffrey Wisler<br>Connolly Gallagher LLP<br>1201 North Market Street, 20th Floor<br>Wilmington, DE 19801 | *(via U.S. Mail and E-Mail)* |