**Fill in this information to identify the case:**

Debtor Name  Three Oaks Behavioral Health & Wellness, PLLC

United States Bankruptcy Court for the: Eastern District of North Carolina

Case number:  26-01207-5-JNC

☐ Check if this is an amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month:  May 2026

Date report filed:  06/30/2026
MM / DD / YYYY

Line of business:  Counseling

NAISC code:  _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  Casie Hall, Manager

Original signature of responsible party  s/ Casie Hall

Printed name of responsible party  Casie Hall, Manager

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.***

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.***

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Three Oaks Behavioral Health & Wellness, PLLC          Case number 26-01207-5-JNC

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 15,082.37

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 574,084.89

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    – $ 480,906.82

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 93,178.07

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 108,260.44

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    *(Exhibit E)*

    $ 0.00

Debtor Name  Three Oaks Behavioral Health & Wellness, PLLC          Case number 26-01207-5-JNC

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                          $ 513,205.66

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                       99
27. What is the number of employees as of the date of this monthly report?          98

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ 2,500.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?          $ 2,500.00
30. How much have you paid this month in other professional fees?          $ 0.00
31. How much have you paid in total other professional fees since filing the case?          $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | *Projected* | — | Actual | = | *Difference* |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. Cash receipts | $ 728,200.00 | — | $ 574,084.89 | = | $ 154,115.11 |
| 33. Cash disbursements | $ 711,720.00 | — | $ 480,906.82 | = | $ 230,813.18 |
| 34. Net cash flow | $ 16,480.00 | — | $ 93,178.07 | = | $ 76,698.07 |

35. Total projected cash receipts for the next month:          $ 693,200.00
36. Total projected cash disbursements for the next month:          - $ 690,510.00
37. Total projected net cash flow for the next month:          = $ 6,690.00

Debtor Name  Three Oaks Behavioral Health & Wellness, PLLC            Case number 26-01207-5-JNC

## ■ 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

**Exhibit A & B**

5. The Debtor filed bankruptcy on 3/16/2026, DIP accounts were opened in late March. On March 17, 2026, the Debtor filed a Motion to Waive the requirement to close its pre-petition operating account at Bank of America.

10. The Debtor filed bankruptcy on 3/16/2026, DIP accounts were opened in late March. On March 17, 2026, the Debtor filed a Motion to Waive the requirement to close its pre-petition operating account at Bank of America.

Exhibits C&D

**Truist Bank #6698**  Beginning Balance **$407.25**

| Date | Transaction | Income | Expense | Incoming Transfers | Outgoing Tranfers | Description |
|---|---|---|---|---|---|---|
| 5/1/2026 | BUS ONLINE ACH SETTLEMENT | | $ 1,800 00 | | | HR Fractional |
| 5/1/2026 | DEBCARDTX PAYLOCITY THREE OAKS BEHAVIORAL ACH CORP DEBIT | | $ 1,100.26 | | | Wages |
| 5/1/2026 | TRN Office Copper Builders Three Oaks Behavioral ACH CREDIT | $ 3,278.57 | | | | Other Income |
| 5/1/2026 | HCCLAIMPMT HNB - ECHO THREE OAKS BEHAVIORAL ACH CF | $ 465 80 | | | | Insurance Services |
| 5/4/2026 | PLAN FUND PAYLOCITY THREE OAKS BEHAVIORAL ACH CORP DEBIT | | $ 593.81 | | | Wages |
| 5/4/2026 | PLAN FUND PAYLOCITY THREE OAKS BEHAVIORAL ACH CORP DEBIT | | $ 337.61 | | | Wages |
| 5/4/2026 | HCCLAIMPMT HNB - ECHO THREE OAKS BEHAVIORAL ACH CF | $ 117.04 | | | | Insurance Services |
| 5/5/2026 | HCCLAIMPMT AETNA AS01 THREE OAKS BEHAVIORAL ACH CI | $ 4,594.24 | | | | Insurance Services |
| 5/5/2026 | HCCLAIMPMT AETNA A04 THREE OAKS BEHAVIORAL ACH CRI | $ 1,458.45 | | | | Insurance Services |
| 5/5/2026 | HCCLAIMPMT AETNA AS01 THREE OAKS BEHAVIORAL ACH CI | $ 107.48 | | | | Insurance Services |
| 5/6/2026 | WIRE REF# 20260506-00004720 BUS ONLINE DOMESTIC WIRE | | | | $ 40,000.00 | Transfer |
| 5/6/2026 | PACERPYRLC THE HARTFORD THREE OAKS BEHAVIORAL ACH CORP DEBIT | | $ 228 39 | | | Other Benefits |
| 5/6/2026 | HCCLAIMPMT NCSHP AETNACLAIM THREE OAKS BEHAVIORA | $ 41,046.13 | | | | Insurance Services |
| 5/6/2026 | HCCLAIMPMT AETNA A04 THREE OAKS BEHAVIORAL ACH CRI | $ 84.42 | | | | Insurance Services |
| 5/7/2026 | HCCLAIMPMT HNB - ECHO THREE OAKS BEHAVIORAL ACH CF | $ 66 45 | | | | Insurance Services |
| 5/8/2026 | DEBCARDTX PAYLOCITY THREE OAKS BEHAVIORAL ACH CORP DEBIT | | $ 29.64 | | | Wages |
| 5/8/2026 | HCCLAIMPMT HNB - ECHO THREE OAKS BEHAVIORAL ACH CF | $ 563.24 | | | | Insurance Services |
| 5/11/2026 | HCCLAIMPMT HNB - ECHO THREE OAKS BEHAVIORAL ACH CF | $ 92.54 | | | | Insurance Services |
| 5/11/2026 | HCCLAIMPMT HEALTHPARTNERS THREE OAKS BEHAVIORAL | $ 27.00 | | | | Insurance Services |
| 5/12/2026 | WIRE REF# 20260512-00004539 BUS ONLINE DOMESTIC WIRE | | | | $ 14,600 00 | Transfer |
| 5/12/2026 | HCCLAIMPMT AETNA AS01 THREE OAKS BEHAVIORAL ACH CI | $ 6,166.77 | | | | Insurance Services |
| 5/12/2026 | HCCLAIMPMT AETNA A04 THREE OAKS BEHAVIORAL ACH CRI | $ 1,939.77 | | | | Insurance Services |
| 5/12/2026 | HCCLAIMPMT AETNA AS01 THREE OAKS BEHAVIORAL ACH CI | $ 99.42 | | | | Insurance Services |
| 5/13/2026 | WIRE REF# 20260513-00004549 BUS ONLINE DOMESTIC WIRE | | | | $ 35,000.00 | Transfer |
| 5/13/2026 | HCCLAIMPMT NCSHP AETNACLAIM THREE OAKS BEHAVIORA | $ 34,978.73 | | | | Insurance Services |
| 5/14/2026 | WIRE REF# 20260514-00004872 BUS ONLINE DOMESTIC WIRE | | | | $ 700.00 | Transfer |
| 5/15/2026 | DEBCARDTX PAYLOCITY THREE OAKS BEHAVIORAL ACH CORP DEBIT | | $ 22.87 | | | Wages |
| 5/15/2026 | HCCLAIMPMT HNB - ECHO THREE OAKS BEHAVIORAL ACH CF | $ 97.44 | | | | Insurance Services |
| 5/18/2026 | PLAN FUND PAYLOCITY THREE OAKS BEHAVIORAL ACH CORP DEBIT | | $ 593.81 | | | Wages |
| 5/18/2026 | PLAN FUND PAYLOCITY THREE OAKS BEHAVIORAL ACH CORP DEBIT | | $ 337.61 | | | Wages |
| 5/18/2026 | WIRE REF# 20260518-00004787 INCOMING WIRE TRANSFER | | | $ 1,000.00 | | Transfer |
| 5/19/2026 | WIRE REF# 20260519-00004385 BUS ONLINE DOMESTIC WIRE | | | | $ 7,000.00 | Transfer |
| 5/19/2026 | HCCLAIMPMT AETNA AS01 THREE OAKS BEHAVIORAL ACH CI | $ 5,171.41 | | | | Insurance Services |
| 5/19/2026 | HCCLAIMPMT AETNA A04 THREE OAKS BEHAVIORAL ACH CRI | $ 1,649.17 | | | | Insurance Services |
| 5/19/2026 | HCCLAIMPMT AETNA AS01 THREE OAKS BEHAVIORAL ACH CI | $ 99.42 | | | | Insurance Services |
| 5/20/2026 | WIRE REF# 20260520-00015749 BUS ONLINE DOMESTIC WIRE | | | | $ 34,000.00 | Transfer |
| 5/20/2026 | PACERPYRLC THE HARTFORD THREE OAKS BEHAVIORAL ACH CORP DEBIT | | $ 75.51 | | | Other Benefits |
| 5/20/2026 | HCCLAIMPMT NCSHP AETNACLAIM THREE OAKS BEHAVIORA | $ 33,889 29 | | | | Insurance Services |
| 5/20/2026 | HCCLAIMPMT AETNA AS01 THREE OAKS BEHAVIORAL ACH CI | $ 107.48 | | | | Insurance Services |
| 5/20/2026 | HCCLAIMPMT AETNA A04 THREE OAKS BEHAVIORAL ACH CRI | $ 84.42 | | | | Insurance Services |
| 5/21/2026 | SERVICE CHARGES - PRIOR PERIOD | | $ 180.00 | | | Bank Fees |
| 5/21/2026 | PLAN FUND PAYLOCITY THREE OAKS BEHAVIORAL ACH CORP DEBIT | | $ 182.49 | | | Wages |
| 5/21/2026 | PLAN FUND PAYLOCITY THREE OAKS BEHAVIORAL ACH CORP DEBIT | | $ 173.77 | | | Wages |
| 5/21/2026 | WIRE REF# 20260521-00004411 INCOMING WIRE TRANSFER | | | $ 250.00 | | Transfer |
| 5/22/2026 | PACERPYRLC THE HARTFORD THREE OAKS BEHAVIORAL ACH CORP DEBIT | | $ 108 99 | | | Other Benefits |
| 5/22/2026 | WIRE REF# 20260522-00004836 INCOMING WIRE TRANSFER | | | $ 1,000.00 | | Transfer |
| 5/27/2026 | HCCLAIMPMT AETNA AS01 THREE OAKS BEHAVIORAL ACH CI | $ 4,708.33 | | | | Insurance Services |
| 5/27/2026 | HCCLAIMPMT AETNA A04 THREE OAKS BEHAVIORAL ACH CRI | $ 1,609.57 | | | | Insurance Services |
| 5/27/2026 | HCCLAIMPMT AETNA AS01 THREE OAKS BEHAVIORAL ACH CI | $ 218 84 | | | | Insurance Services |
| 5/28/2026 | WIRE REF# 20260528-00005396 BUS ONLINE DOMESTIC WIRE | | | | $ 42,200.00 | Transfer |
| 5/28/2026 | PACERPYRLC THE HARTFORD THREE OAKS BEHAVIORAL ACH CORP DEBIT | | $ 39.88 | | | Other Benefits |
| 5/28/2026 | HCCLAIMPMT NCSHP AETNACLAIM THREE OAKS BEHAVIORA | $ 35,958.30 | | | | Insurance Services |
| 5/29/2026 | DEBCARDTX PAYLOCITY THREE OAKS BEHAVIORAL ACH CORP DEBIT | | $ 562.11 | | | Wages |
| | | $ 177,679.72 | $6,366.77 | $ 2,250.00 | $ 173,500.00 | Ending Balance  $470.20 |

**Bank of America #0937**  Beginning Balance **$9,866.83**

| Date | Transaction | Income | Expense | Incoming Transfers | Outgoing Tranfers | Description |
|---|---|---|---|---|---|---|
| 05/01/26 | Stripe Integrate – ST-K7W0C2R2M1K5 / THREE OAKS BHW | $ 7,488 99 | | | | Client Services |
| 05/04/26 | Stripe Integrate – ST-K7B7F1Z4B3W2 / THREE OAKS BHW | $ 11,843.28 | | | | Client Services |
| 05/05/26 | Stripe Integrate – ST-F7K8W5G3Q3U4 / THREE OAKS BHW | $ 9,647.34 | | | | Client Services |
| 05/06/26 | Wire In – Truist Bank (SEQ:20260506000004720) | | | $ 40,000.00 | | Transfer |
| 05/06/26 | Stripe Integrate – ST-J8T0R7P3X5R3 / THREE OAKS BHW | $ 6,750.17 | | | | Client Services |
| 05/07/26 | Stripe Integrate – ST-D2N0K7V1D6U2 / THREE OAKS BHW | $ 8,068.17 | | | | Client Services |
| 05/08/26 | Stripe Integrate – ST-M8L8Y9H1V5I5 / THREE OAKS BHW | $ 9,593.42 | | | | Client Services |
| 05/11/26 | Stripe Integrate – ST-E3A8A8F6M2Y8 / THREE OAKS BHW | $ 10,406.78 | | | | Client Services |
| 05/12/26 | Wire In – Truist Bank (SEQ 20260512000004539) | | | $ 14,600.00 | | Transfer |
| 05/12/26 | Stripe Integrate – ST-M7K4B9O1C1T9 / THREE OAKS BHW | $ 9,073.01 | | | | Client Services |
| 05/13/26 | Wire In – Truist Bank (SEQ.20260513000004549) | | | $ 35,000.00 | | Transfer |
| 05/13/26 | Stripe Integrate – ST-T4R3F5O1N0M9 / THREE OAKS BHW | $ 6,689.07 | | | | Client Services |
| 05/14/26 | Stripe Integrate – ST-Z4L9U7M3W8Z4 / THREE OAKS BHW | $ 7,850.22 | | | | Client Services |
| 05/14/26 | Wire In – Truist Bank (TRN 202605140025943) | | | $ 700.00 | | Transfer |
| 05/15/26 | Stripe Integrate – ST-Y4V6J8M6Y4K0 / THREE OAKS BHW | $ 9,744.59 | | | | Client Services |
| 05/18/26 | Stripe Integrate – ST-I4S2M9S6B5U6 / THREE OAKS BHW | $ 9,273.53 | | | | Client Services |
| 05/19/26 | Stripe Integrate – ST-S5E1T4T7G5C9 / THREE OAKS BHW | $ 8,888 09 | | | | Client Services |
| 05/19/26 | Wire In – Truist Bank (TRN 20260519000271505) | | | $ 7,000.00 | | Transfer |
| 05/20/26 | Wire In – Truist Bank (TRN 202605200004078 24) | | | $ 34,000.00 | | Transfer |
| 05/20/26 | Stripe Integrate – ST-G5J9C1B9D9M8 / THREE OAKS BHW | $ 6,402.02 | | | | Client Services |
| 05/21/26 | Stripe Integrate – ST-B6K8I8Z4H3Z9 / THREE OAKS BHW | $ 8,350.84 | | | | Client Services |
| 05/22/26 | Stripe Integrate – ST-Y5Z8F7F7U5U6 / THREE OAKS BHW | $ 9,762.51 | | | | Client Services |
| 05/26/26 | Stripe Integrate – ST-L4W1L6G1G8W4 / THREE OAKS BHW | $ 9,693.95 | | | | Client Services |
| 05/27/26 | Stripe Integrate – ST-H8A5N3X3B7U1 / THREE OAKS BHW | $ 9,518.59 | | | | Client Services |
| 05/27/26 | Fee Reversal – Account Closure FDES NMO 0006576 973414 | $ 30.00 | | | | Bank Fees |
| 05/04/26 | Wire Out – Fifth Third Bank (REF:008896) BNF:THREE OAKS | | | | $ 25,000 00 | Transfer |
| 05/07/26 | Wire Out – Fifth Third Bank (REF:005287) BNF:THREE OAKS | | | | $ 60,000.00 | Transfer |
| 05/12/26 | Wire Out – Truist Loan Services (REF:005450) May Adeq Uate Protection | | $ 5,000 00 | | | Adequate Protection - Truist |
| 05/14/26 | Wire Out – Fifth Third Bank (REF:004921) BNF:THREE OAKS | | | | $ 88,500.00 | Transfer |
| 05/15/26 | Wire Out – Fifth Third Bank (REF:006118) BNF:THREE OAKS | | | | $ 10,500.00 | Transfer |
| 05/18/26 | Wire Out – Truist Bank (REF:005477) BNF:THREE OAKS BEHAVIORAL HEAL | | | | $ 1,000.00 | Transfer |
| 05/18/26 | Wire Out – Fifth Third Bank (REF:005724) BNF:THREE OAKS | | | | $ 8,000.00 | Transfer |
| 05/18/26 | Wire Out – Fifth Third Bank (REF:006204) BNF:THREE OAKS | | | | $ 500.00 | |
| 05/19/26 | Wire Out – Fifth Third Bank (REF:004799) BNF:THREE OAKS | | | | $ 15,600.00 | |
| 05/21/26 | Wire Out – Truist Loan Services (REF:005577) | | $ 250.00 | | | Adequate Protection - Truist |
| 05/21/26 | Wire Out – Truist Bank (REF:005495) BNF:THREE OAKS BEHAVIORAL HEAL | | | | $ 250.00 | |
| 05/21/26 | Wire Out – Fifth Third Bank (REF:010107) BNF:THREE OAKS | | | | $ 40,000.00 | |
| 05/22/26 | Wire Out – Truist Bank (REF:005104) BNF:THREE OAKS BEHAVIORAL HEAL | | | | $ 1,000.00 | |
| 05/26/26 | Wire Out – Fifth Third Bank (REF:008881) BNF:THREE OAKS | | | | $ 23,000.00 | |
| 05/28/26 | Contact CTR – Official Check Issued | | $ 13,434.26 | | | Transfer- Check Issued- unclear |
| 05/04/26 | Purchase – accessIBe com 2128842500 NY (Card 8350) | | $ 49.00 | | | Software |
| 05/04/26 | Purchase – Weglot Paris 00 (Card 8350) | | $ 34.16 | | | Software |
| 05/12/26 | Purchase – SimplePractice 8339535902 CA (Card 8350) | | $ 8,002.93 | | | Software |
| 05/04/26 | Purchase – Weglot Paris INTERNATIONAL TRANSACTION FEE | | $ 1.03 | | | Bank Fees |
| 05/04/26 | Prfd Rwds for Bus-Wire Fee Waiver of $30 | | $ - | | | Bank Fees |
| 05/04/26 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | | $ - | | | Bank Fees |
| 05/06/26 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | | $ - | | | Bank Fees |
| 05/07/26 | Prfd Rwds for Bus-Wire Fee Waiver of $30 | | $ - | | | Bank Fees |
| 05/12/26 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | | $ - | | | Bank Fees |
| 05/12/26 | Prfd Rwds for Bus-Wire Fee Waiver of $30 | | $ - | | | Bank Fees |
| 05/13/26 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | | $ - | | | Bank Fees |
| 05/14/26 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | | $ - | | | Bank Fees |
| 05/14/26 | Prfd Rwds for Bus-Wire Fee Waiver of $30 | | $ - | | | Bank Fees |
| 05/15/26 | Wire Transfer Fee | | $ 30.00 | | | Bank Fees |
| 05/18/26 | Wire Transfer Fee | | $ 30.00 | | | Bank Fees |
| 05/18/26 | Wire Transfer Fee | | $ 30.00 | | | Bank Fees |

| Date | Transaction | Income | | Expense | | Incoming Transfers | Outgoing Tranfers | Description | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/18/26 | Wire Transfer Fee | | | $ | 30.00 | | | Bank Fees | | |
| 05/19/26 | Wire Transfer Fee | | | $ | 30.00 | | | Bank Fees | | |
| 05/19/26 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | | | $ | - | | | Bank Fees | | |
| 05/20/26 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | | | $ | - | | | Bank Fees | | |
| 05/21/26 | Wire Transfer Fee | | | $ | 30.00 | | | Bank Fees | | |
| 05/21/26 | Wire Transfer Fee | | | $ | 30.00 | | | Bank Fees | | |
| 05/21/26 | Wire Transfer Fee | | | $ | 30.00 | | | Bank Fees | | |
| 05/22/26 | Wire Transfer Fee | | | $ | 30.00 | | | Bank Fees | | |
| 05/26/26 | Wire Transfer Fee | | | $ | 30.00 | | | Bank Fees | | |
| | | $ | 159,254.57 | $ | 27,071.40 | $ 131,300.00 | $ 273,350.00 | Ending Balance | $ | 0.00 |

| Date | Transaction | Fifth Third #4410 Income | | Expense | | Incoming Transfers | Outgoing Tranfers | Beginning Balance Description | $ | 4,256.05 |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/29/2026 | EARLY PAY: BCBSNC HOST HCCLAIMPMT 1528563194 THREE | $ | 4,373.55 | | | | | Insurance Services | | |
| 5/29/2026 | EARLY PAY: BCBS OF NC HCCLAIMPMT 1528563194 THREE O/ | $ | 3,734.90 | | | | | Insurance Services | | |
| 5/29/2026 | EARLY PAY: BCBSNC ASO HCCLAIMPMT 1528563194 THREE C | $ | 1,259.17 | | | | | Insurance Services | | |
| 5/29/2026 | EARLY PAY: BCBS-NC 00000000000000017091 HCCLAIMPMT 1! | $ | 845.76 | | | | | Insurance Services | | |
| 5/29/2026 | EARLY PAY: CIGNA EDGE TRANS HCCLAIMPMT HCCLAIMPMT | $ | 587.79 | | | | | Insurance Services | | |
| 5/29/2026 | EARLY PAY: BCBSNC BH706022 CLAIM PAY 1528563194 THREE | $ | 139.47 | | | | | Insurance Services | | |
| 5/28/2026 | INCOMING WIRE TRANS 052826 TRN XXXXXXXXXX1473 | | | | | $ 42,200.00 | | Transfer | | |
| 5/28/2026 | EARLY PAY: BCBS OF NC HCCLAIMPMT 1528563194 THREE O/ | $ | 3,991.84 | | | | | Insurance Services | | |
| 5/28/2026 | EARLY PAY: CIGNA EDGE TRANS HCCLAIMPMT HCCLAIMPMT | $ | 789.00 | | | | | Insurance Services | | |
| 5/28/2026 | EARLY PAY: BCBSNC HOST HCCLAIMPMT 1528563194 THREE | $ | 534.32 | | | | | Insurance Services | | |
| 5/28/2026 | EARLY PAY: BCBS-NC 00000000000000017085 HCCLAIMPMT 1! | $ | 104.47 | | | | | Insurance Services | | |
| 5/28/2026 | EARLY PAY: BCBS-NC 00000000000000017086 HCCLAIMPMT 1! | $ | 104.47 | | | | | Insurance Services | | |
| 5/28/2026 | HNB - ECHO HCCLAIMPMT XXXXX0191 THREE OAKS BEHAVIO | $ | 102.34 | | | | | Insurance Services | | |
| 5/28/2026 | SPECTRUM SPECTRUM 0955350 052826 | | | $ | 819.99 | | | Utilities | | |
| 5/27/2026 | BCBSNC HOST HCCLAIMPMT 1528563194 THREE OAKS BEHAV | $ | 9,489.96 | | | | | Insurance Services | | |
| 5/27/2026 | BCBSNC ASO HCCLAIMPMT 1528563194 THREE OAKS BEHAVI | $ | 5,393.40 | | | | | Insurance Services | | |
| 5/27/2026 | EARLY PAY: BCBS OF NC HCCLAIMPMT 1528563194 THREE O/ | $ | 2,583.26 | | | | | Insurance Services | | |
| 5/27/2026 | BCBS OF NC HCCLAIMPMT 1528563194 THREE OAKS BEHAVIC | $ | 2,193.10 | | | | | Insurance Services | | |
| 5/27/2026 | EARLY PAY: BCBSNC HOST HCCLAIMPMT 1528563194 THREE | $ | 1,160.99 | | | | | Insurance Services | | |
| 5/27/2026 | EARLY PAY: BCBS-NC 00000000000000017069 HCCLAIMPMT 1! | $ | 328.55 | | | | | Insurance Services | | |
| 5/27/2026 | EARLY PAY: CIGNA HCCLAIMPMT XXXXX0191 THREE OAKS B! | $ | 280.00 | | | | | Insurance Services | | |
| 5/27/2026 | EARLY PAY: BCBSNC BH706046 CLAIM PAY 1528563194 THREE | $ | 119.47 | | | | | Insurance Services | | |
| 5/27/2026 | CIGNA HCCLAIMPMT XXXXX0191 THREE OAKS BEHAVIORAL 1 | $ | 37.00 | | | | | Insurance Services | | |
| 5/27/2026 | HNB - ECHO HCCLAIMPMT XXXXX0191 THREE OAKS BEHAVIO | $ | 35.28 | | | | | Insurance Services | | |
| 5/27/2026 | RECURRING PURCHASE AT GOOGLE ADS23740445, MOUNTAIN VIEW, CA ON 052626 F! | $ | 500.00 | | | | | Marketing | | |
| 5/27/2026 | MATRIX TRUST CO PAYMENT XXXXXXXXXXXX6011 052726 | | | $ | 50.00 | | | Other Benefits | | |
| 5/27/2026 | WEB INITIATED PAYMENT AT DOMINION ENERGY DRAFT XXXXXXXXX3589 052726 | | | $ | 38.45 | | | Utilities | | |
| 5/27/2026 | WEB INITIATED PAYMENT AT DOMINION ENERGY DRAFT XXXXXXXXX8983 052726 | | | $ | 36.40 | | | Utilities | | |
| 5/27/2026 | WEB INITIATED PAYMENT AT DOMINION ENERGY DRAFT XXXXXXXXX1692 052726 | | | $ | 22.47 | | | Utilities | | |
| 5/26/2026 | INCOMING WIRE TRANS 052626 TRN XXXXXXXXXX1881 | | | | | $ 23,000.00 | | Transfer | | |
| 5/26/2026 | EARLY PAY: BCBSNC HOST HCCLAIMPMT 1528563194 THREE | $ | 6,990.85 | | | | | Insurance Services | | |
| 5/26/2026 | EARLY PAY: BCBS OF NC HCCLAIMPMT 1528563194 THREE O/ | $ | 5,293.06 | | | | | Insurance Services | | |
| 5/26/2026 | EARLY PAY: BCBS OF NC HCCLAIMPMT 1528563194 THREE O/ | $ | 2,763.81 | | | | | Insurance Services | | |
| 5/26/2026 | EARLY PAY: BCBSNC ASO HCCLAIMPMT 1528563194 THREE C | $ | 2,255.07 | | | | | Insurance Services | | |
| 5/26/2026 | EARLY PAY: CIGNA EDGE TRANS HCCLAIMPMT HCCLAIMPMT | $ | 2,165.80 | | | | | Insurance Services | | |
| 5/26/2026 | EARLY PAY: BCBSNC ASO HCCLAIMPMT 1528563194 THREE C | $ | 1,841.89 | | | | | Insurance Services | | |
| 5/26/2026 | BCBSNC BH706039 CLAIM PAY 1528563194 THREE OAKS BEH/ | $ | 1,194.70 | | | | | Insurance Services | | |
| 5/26/2026 | BCBSNC BH706031 CLAIM PAY 1528563194 THREE OAKS BEH/ | $ | 626.29 | | | | | Insurance Services | | |
| 5/26/2026 | EARLY PAY: BCBS-NC 00000000000000017049 HCCLAIMPMT 1! | $ | 313.41 | | | | | Insurance Services | | |
| 5/26/2026 | BCBSNC BH706025 CLAIM PAY 1528563194 THREE OAKS BEH/ | $ | 223.97 | | | | | Insurance Services | | |
| 5/26/2026 | EARLY PAY: BCBS-NC 00000000000000017047 HCCLAIMPMT 1! | $ | 208.94 | | | | | Insurance Services | | |
| 5/26/2026 | HNB - ECHO HCCLAIMPMT XXXXX0191 THREE OAKS BEHAVIO | $ | 117.04 | | | | | Insurance Services | | |
| 5/26/2026 | BCBSNC BH706044 CLAIM PAY 1528563194 THREE OAKS BEH/ | $ | 114.47 | | | | | Insurance Services | | |
| 5/26/2026 | BCBSNC BH706028 CLAIM PAY 1528563194 THREE OAKS BEH/ | $ | 99.47 | | | | | Insurance Services | | |
| 5/26/2026 | HNB - ECHO HCCLAIMPMT XXXXX0191 THREE OAKS BEHAVIO | $ | 92.54 | | | | | Insurance Services | | |
| 5/26/2026 | EARLY PAY: EVERNORTH HCCLAIMPMT XXXXX0191 THREE O. | $ | 91.00 | | | | | Insurance Services | | |
| 5/26/2026 | RECURRING PURCHASE AT SQSP* WEBSIT#23586, NEW YORK, NY ON 052426 FROM C | $ | | | 36.00 | | | Software | | |
| 5/26/2026 | FUNDS TRANSFER TO CK: XXXXXX4436 REF # 00982706288 | | | | | | $ 59,000.00 | Transfer | | |
| 5/26/2026 | FUNDS TRANSFER TO CK: XXXXXX4436 REF # 00982706511 | | | | | | $ 1,000.00 | Transfer | | |
| 5/22/2026 | EARLY PAY: BCBS OF NC HCCLAIMPMT 1528563194 THREE O/ | $ | 3,976.20 | | | | | Insurance Services | | |
| 5/22/2026 | EARLY PAY: BCBSNC ASO HCCLAIMPMT 1528563194 THREE C | $ | 3,359.55 | | | | | Insurance Services | | |
| 5/22/2026 | EARLY PAY: BCBSNC HOST HCCLAIMPMT 1528563194 THREE | $ | 2,784.30 | | | | | Insurance Services | | |
| 5/22/2026 | HNB - ECHO HCCLAIMPMT XXXXX0191 THREE OAKS BEHAVIO | $ | 977.51 | | | | | Insurance Services | | |
| 5/22/2026 | EARLY PAY: BCBS-NC 00000000000000017039 HCCLAIMPMT 1! | $ | 422.88 | | | | | Insurance Services | | |
| 5/22/2026 | EARLY PAY: CIGNA EDGE TRANS HCCLAIMPMT HCCLAIMPMT | $ | 420.00 | | | | | Insurance Services | | |
| 5/22/2026 | HNB - ECHO HCCLAIMPMT XXXXX0191 THREE OAKS BEHAVIO | $ | 46.06 | | | | | Insurance Services | | |
| 5/22/2026 | RECURRING PURCHASE AT VBS*VONAGE BUSINES, ATLANTA, GA ON 052126 FROM C/ | $ | | | 163.34 | | | Software | | |
| 5/22/2026 | FUNDS TRANSFER TO CK· XXXXXX4436 REF # 00980827819 | | | | | | $ 10,000.00 | Transfer | | |
| 5/21/2026 | INCOMING WIRE TRANS 052126 TRN XXXXXXXXXX6578 | | | | | $ 40,000.00 | | Transfer | | |
| 5/21/2026 | EARLY PAY: BCBSNC HOST HCCLAIMPMT 1528563194 THREE | $ | 2,971.51 | | | | | Insurance Services | | |
| 5/21/2026 | EARLY PAY: BCBS OF NC HCCLAIMPMT 1528563194 THREE O/ | $ | 2,923.85 | | | | | Insurance Services | | |
| 5/21/2026 | EARLY PAY: CIGNA EDGE TRANS HCCLAIMPMT HCCLAIMPMT | $ | 726.80 | | | | | Insurance Services | | |
| 5/21/2026 | EARLY PAY: BCBS-NC 00000000000000017015 HCCLAIMPMT 1! | $ | 109.61 | | | | | Insurance Services | | |
| 5/21/2026 | RECURRING PURCHASE AT GOOGLE ADS23740445, MOUNTAIN VIEW, CA ON 052026 F! | $ | | | 500.00 | | | Marketing | | |
| 5/21/2026 | PYMT TO CITY OF RALEIGH - 116006 222 WEST HARGET STREET RALEIGH NC | | | $ | 46.45 | | | Utilities | | |
| 5/21/2026 | PYMT TO CITY OF RALEIGH - 116006 222 WEST HARGET STREET RALEIGH NC | | | $ | 45.47 | | | Utilities | | |
| 5/21/2026 | FUNDS TRANSFER TO CK: XXXXXX4436 REF # 00980228896 | | | | | | $ 16,000.00 | Transfer | | |
| 5/20/2026 | EARLY PAY: BCBS OF NC HCCLAIMPMT 1528563194 THREE O/ | $ | 3,584.13 | | | | | Insurance Services | | |
| 5/20/2026 | CIGNA EDGE TRANS HCCLAIMPMT HCCLAIMPMT 6009013500( | $ | 2,054.15 | | | | | Insurance Services | | |
| 5/20/2026 | EARLY PAY: BCBS-NC 00000000000000017005 HCCLAIMPMT 1! | $ | 338.41 | | | | | Insurance Services | | |
| 5/20/2026 | EARLY PAY: BCBSNC HOST HCCLAIMPMT 1528563194 THREE | $ | 238.94 | | | | | Insurance Services | | |
| 5/20/2026 | EARLY PAY: BCBS-NC 00000000000000017004 HCCLAIMPMT 1! | $ | 104.47 | | | | | Insurance Services | | |
| 5/20/2026 | HNB - ECHO HCCLAIMPMT XXXXX0191 THREE OAKS BEHAVIO | $ | 102.34 | | | | | Insurance Services | | |
| 5/20/2026 | 5/3 ONLINE TRANSFER TO CK: XXXXXX4436 REF # 01251560594 | | | | | | $ 1,500.00 | Transfer | | |
| 5/20/2026 | MATRIX TRUST CO PAYMENT XXXXXXXXXXXX2117 052026 | | | $ | 1,323.08 | | | Wages | | |
| 5/20/2026 | MATRIX TRUST CO PAYMENT XXXXXXXXXXXX2684 052026 | | | $ | 79.69 | | | Wages | | |
| 5/19/2026 | EARLY PAY: BCBSNC HOST HCCLAIMPMT 1528563194 THREE | $ | 4,058.00 | | | | | Insurance Services | | |
| 5/19/2026 | EARLY PAY: BCBSNC ASO HCCLAIMPMT 1528563194 THREE C | $ | 3,242.97 | | | | | Insurance Services | | |
| 5/19/2026 | EARLY PAY: BCBS OF NC HCCLAIMPMT 1528563194 THREE O/ | $ | 916.29 | | | | | Insurance Services | | |
| 5/19/2026 | EARLY PAY: BCBS-NC 00000000000000016991 HCCLAIMPMT 1! | $ | 318.41 | | | | | Insurance Services | | |
| 5/19/2026 | EARLY PAY: CIGNA HCCLAIMPMT XXXXX0191 THREE OAKS B! | $ | 110.00 | | | | | Insurance Services | | |
| 5/19/2026 | EARLY PAY: EVERNORTH HCCLAIMPMT XXXXX0191 THREE O. | $ | 91.00 | | | | | Insurance Services | | |
| 5/19/2026 | MATRIX TRUST CO PAYMENT XXXXXXXXXXXX0106 051926 | | | $ | 11,318.90 | | | Wages | | |
| 5/19/2026 | MATRIX TRUST CO PAYMENT XXXXXXXXXXXX0085 051926 | | | $ | 9,995.82 | | | Wages | Reversed in June (double payment) | |
| 5/18/2026 | INCOMING WIRE TRANS 051826 TRN XXXXXXXXXX1098 | | | | | $ 8,000.00 | | Transfer | | |
| 5/18/2026 | INCOMING WIRE TRANS 051826 TRN XXXXXXXXXX2154 | | | | | $ 500.00 | | Transfer | | |
| 5/18/2026 | EARLY PAY: BCBS OF NC HCCLAIMPMT 1528563194 THREE O/ | $ | 5,093.71 | | | | | Insurance Services | | |
| 5/18/2026 | EARLY PAY: BCBSNC HOST HCCLAIMPMT 1528563194 THREE | $ | 4,905.50 | | | | | Insurance Services | | |
| 5/18/2026 | EARLY PAY: BCBS OF NC HCCLAIMPMT 1528563194 THREE O/ | $ | 2,062.32 | | | | | Insurance Services | | |
| 5/18/2026 | EARLY PAY: BCBSNC ASO HCCLAIMPMT 1528563194 THREE C | $ | 1,823.38 | | | | | Insurance Services | | |
| 5/18/2026 | EARLY PAY: BCBSNC ASO HCCLAIMPMT 1528563194 THREE C | $ | 1,742.05 | | | | | Insurance Services | | |
| 5/18/2026 | EARLY PAY: BCBSNC BH706025 CLAIM PAY 1528563194 THREE | $ | 631.43 | | | | | Insurance Services | | |
| 5/18/2026 | DEPOSIT | $ | 482.84 | | | | | Insurance Services | | |
| 5/18/2026 | EARLY PAY: BCBSNC BH706039 CLAIM PAY 1528563194 THREE | $ | 477.88 | | | | | Insurance Services | | |
| 5/18/2026 | EARLY PAY: BCBSNC BH706031 CLAIM PAY 1528563194 THREE | $ | 268.41 | | | | | Insurance Services | | |
| 5/18/2026 | EARLY PAY: BCBSNC BH706046 CLAIM PAY 1528563194 THREE | $ | 191.15 | | | | | Insurance Services | | |
| 5/18/2026 | HNB - ECHO HCCLAIMPMT XXXXX0191 THREE OAKS BEHAVIO | $ | 117.04 | | | | | Insurance Services | | |
| 5/18/2026 | EARLY PAY: BCBSNC BH706023 CLAIM PAY 1528563194 THREE | $ | 114.47 | | | | | Insurance Services | | |
| 5/18/2026 | MATRIX TRUST CO PAYMENT XXXXXXXXXXXX1539 051826 | | | $ | 745.00 | | | Wages | | |
| 5/18/2026 | SPECTRUM 6934060 051826 | | | $ | 130.00 | | | Utilities | | |
| 5/18/2026 | FUNDS TRANSFER TO CK: XXXXXX4436 REF # 00978495935 | | | | | | $ 12,426.81 | Transfer | | |
| 5/15/2026 | INCOMING WIRE TRANS 051526 TRN XXXXXXXXXX1480 | | | | | $ 10,500.00 | | Transfer | | |
| 5/15/2026 | EARLY PAY: BCBSNC HOST HCCLAIMPMT 1528563194 THREE | $ | 3,245.17 | | | | | Insurance Services | | |
| 5/15/2026 | EARLY PAY: BCBS OF NC HCCLAIMPMT 1528563194 THREE O/ | $ | 2,173.00 | | | | | Insurance Services | | |
| 5/15/2026 | EARLY PAY: BCBSNC ASO HCCLAIMPMT 1528563194 THREE C | $ | 1,883.77 | | | | | Insurance Services | | |

| Date | Transaction | Income | Expense | Incoming Transfers | Outgoing Tranfers | Description |
|---|---|---|---|---|---|---|
| 5/15/2026 | EARLY PAY: CIGNA EDGE TRANS HCCLAIMPMT HCCLAIMPMT $ | 1,084.60 | | | | Insurance Services |
| 5/15/2026 | EARLY PAY: BCBS-NC 00000000000000016975 HCCLAIMPMT 1! $ | 377.34 | | | | Insurance Services |
| 5/15/2026 | EARLY PAY: CIGNA HCCLAIMPMT XXXXX0191 THREE OAKS BI $ | 37.00 | | | | Insurance Services |
| 5/15/2026 | PYMT TO ORKIN LLC 002 - 002001 2170 PEIDMONT ROAD NE ATLANTA GA | | $ 96.26 | | | Office Supplies |
| 5/15/2026 | ELECTRONIC IMAGE | | $ 6,500.08 | | | Rent |
| 5/15/2026 | ELECTRONIC IMAGE | | $ 1,984.00 | | | Office Supplies |
| 5/15/2026 | FUNDS TRANSFER TO CK: XXXXXX4436 REF # 00976884058 | | | | $ 163,291.71 | Transfer |
| 5/14/2026 | INCOMING WIRE TRANS 051426 TRN XXXXXXXXXX0425 | | | $ 88,500.00 | | Transfer |
| 5/14/2026 | EARLY PAY: BCBSNC HOST HCCLAIMPMT 1528563194 THREE $ | 3,054.77 | | | | Insurance Services |
| 5/14/2026 | EARLY PAY: BCBS OF NC HCCLAIMPMT 1528563194 THREE O/ $ | 3,000.04 | | | | Insurance Services |
| 5/14/2026 | EARLY PAY: CIGNA EDGE TRANS HCCLAIMPMT HCCLAIMPMT $ | 697.00 | | | | Insurance Services |
| 5/14/2026 | EARLY PAY: BCBS-NC 00000000000000016969 HCCLAIMPMT 1! $ | 213.94 | | | | Insurance Services |
| 5/14/2026 | EARLY PAY: CIGNA HCCLAIMPMT XXXXX0191 /THREE OAKS B $ | 12.00 | | | | Insurance Services |
| 5/14/2026 | RECURRING PURCHASE AT GOOGLE ADS23740445, MOUNTAIN VIEW, CA ON 051326 FI $ | 500.00 | | | | Marketing |
| 5/13/2026 | EARLY PAY: BCBS OF NC HCCLAIMPMT 1528563194 THREE O/ $ | 1,486.03 | | | | Insurance Services |
| 5/13/2026 | EARLY PAY: BCBSNC HOST HCCLAIMPMT 1528563194 THREE $ | 398.41 | | | | Insurance Services |
| 5/13/2026 | EARLY PAY: BCBS-NC 00000000000000016958 HCCLAIMPMT 1! $ | 377.48 | | | | Insurance Services |
| 5/13/2026 | ELECTRONIC IMAGE | | $ 2,500.00 | | | Legal Fees |
| 5/13/2026 | ELECTRONIC IMAGE | | $ 3,461.33 | | | Rent |
| 5/12/2026 | SERVICE CHARGE | | $ 62.00 | | | Bank Fees |
| 5/12/2026 | EARLY PAY: BCBSNC HOST HCCLAIMPMT 1528563194 THREE $ | 7,168.02 | | | | Insurance Services |
| 5/12/2026 | EARLY PAY: BCBSNC ASO HCCLAIMPMT 1528563194 THREE C $ | 4,295.93 | | | | Insurance Services |
| 5/12/2026 | EARLY PAY: BCBS OF NC HCCLAIMPMT 1528563194 THREE O/ $ | 2,220.99 | | | | Insurance Services |
| 5/12/2026 | EARLY PAY: CIGNA HCCLAIMPMT XXXXX0191 /THREE OAKS B $ | 814.00 | | | | Insurance Services |
| 5/12/2026 | EARLY PAY: CIGNA EDGE TRANS HCCLAIMPMT HCCLAIMPMT $ | 716.00 | | | | Insurance Services |
| 5/12/2026 | EARLY PAY: BCBS-NC 00000000000000016955 HCCLAIMPMT 1! $ | 427.88 | | | | Insurance Services |
| 5/12/2026 | EARLY PAY: BCBSNC BH706046 CLAIM PAY 1528563194 THREI $ | 238.94 | | | | Insurance Services |
| 5/12/2026 | EARLY PAY: BCBS-NC 00000000000000016954 HCCLAIMPMT 1! $ | 104.47 | | | | Insurance Services |
| 5/12/2026 | BCBSNC BH706028 CLAIM PAY 1528563194 THREE OAKS BEH/ $ | 99.47 | | | | Insurance Services |
| 5/12/2026 | EARLY PAY: EVERNORTH HCCLAIMPMT XXXXX0191 THREE O. $ | 91.00 | | | | Insurance Services |
| 5/12/2026 | EARLY PAY: CIGNA HCCLAIMPMT XXXXX0191 THREE OAKS BI $ | 55.00 | | | | Insurance Services |
| 5/12/2026 | PYMT TO ORKIN LLC 002 - 002001 2170 PEIDMONT ROAD NE ATLANTA GA | | $ 81.84 | | | Office Supplies |
| 5/12/2026 | ELECTRONIC IMAGE | | $ 11,765.01 | | | Rent |
| 5/12/2026 | ELECTRONIC IMAGE | | $ 75.00 | | | Rent |
| 5/11/2026 | EARLY PAY: BCBS OF NC HCCLAIMPMT 1528563194 THREE O/ $ | 6,360.82 | | | | Insurance Services |
| 5/11/2026 | CIGNA HCCLAIMPMT XXXXX0191 /THREE OAKS BEHAVIORAL ` $ | 6,290.20 | | | | Insurance Services |
| 5/11/2026 | EARLY PAY: BCBSNC ASO HCCLAIMPMT 1528563194 THREE C $ | 3,671.26 | | | | Insurance Services |
| 5/11/2026 | EARLY PAY: BCBS OF NC HCCLAIMPMT 1528563194 THREE O/ $ | 3,429.52 | | | | Insurance Services |
| 5/11/2026 | EARLY PAY: BCBSNC HOST HCCLAIMPMT 1528563194 THREE $ | 3,058.67 | | | | Insurance Services |
| 5/11/2026 | EARLY PAY: BCBSNC ASO HCCLAIMPMT 1528563194 THREE C $ | 1,929.68 | | | | Insurance Services |
| 5/11/2026 | EARLY PAY: BCBSNC BH706039 CLAIM PAY 1528563194 THREI $ | 716.82 | | | | Insurance Services |
| 5/11/2026 | EARLY PAY: BCBSNC BH706031 CLAIM PAY 1528563194 THREI $ | 357.88 | | | | Insurance Services |
| 5/11/2026 | EARLY PAY: BCBS-NC 00000000000000016942 HCCLAIMPMT 1! $ | 313.41 | | | | Insurance Services |
| 5/11/2026 | EARLY PAY: BCBSNC BH706025 CLAIM PAY 1528563194 THREI $ | 290.09 | | | | Insurance Services |
| 5/11/2026 | EARLY PAY: BCBSNC BH706022 CLAIM PAY 1528563194 THREI $ | 278.94 | | | | Insurance Services |
| 5/11/2026 | EARLY PAY: BCBSNC BH706048 CLAIM PAY 1528563194 THREI $ | 129.47 | | | | Insurance Services |
| 5/11/2026 | EARLY PAY: BCBS-NC 00000000000000016940 HCCLAIMPMT 1! $ | 104.47 | | | | Insurance Services |
| 5/11/2026 | RECURRING PURCHASE AT SIMPLISAFE, BOSTON, MA ON 050926 FROM CARD# XXXX $ | 296.91 | | | | Office Supplies |
| 5/8/2026 | EARLY PAY: BCBSNC HOST HCCLAIMPMT 1528563194 THREE $ | 4,012.32 | | | | Insurance Services |
| 5/8/2026 | EARLY PAY: BCBS OF NC HCCLAIMPMT 1528563194 THREE O/ $ | 2,149.68 | | | | Insurance Services |
| 5/8/2026 | EARLY PAY: BCBSNC ASO HCCLAIMPMT 1528563194 THREE C $ | 1,189.70 | | | | Insurance Services |
| 5/8/2026 | EARLY PAY: BCBS-NC 00000000000000016935 HCCLAIMPMT 1! $ | 741.29 | | | | Insurance Services |
| 5/8/2026 | EARLY PAY: CIGNA EDGE TRANS HCCLAIMPMT HCCLAIMPMT $ | 493.00 | | | | Insurance Services |
| 5/8/2026 | DEPOSIT $ | 332.28 | | | | Insurance Services |
| 5/8/2026 | WEB INITIATED PAYMENT AT DOMINION ENERGY DRAFT XXXXXXXXX1454 050826 | | $ 94.64 | | | Utilities |
| 5/8/2026 | ELECTRONIC IMAGE | | $ 3,354.32 | | | rent |
| 5/8/2026 | ELECTRONIC IMAGE | | $ 3,190.50 | | | Rent |
| 5/8/2026 | ELECTRONIC IMAGE | | $ 9,120.50 | | | rent |
| 5/8/2026 | FUNDS TRANSFER TO CK: XXXXXX4436 REF # 00972938640 | | | | $ 80,247.32 | Transfer |
| 5/7/2026 | INCOMING WIRE TRANS 050726 TRN XXXXXXXXXX1067 | | | $ 60,000.00 | | Transfer |
| 5/7/2026 | EARLY PAY: BCBSNC HOST HCCLAIMPMT 1528563194 THREE $ | 5,466.98 | | | | Insurance Services |
| 5/7/2026 | EARLY PAY: BCBS OF NC HCCLAIMPMT 1528563194 THREE O/ $ | 2,334.95 | | | | Insurance Services |
| 5/7/2026 | EARLY PAY: CIGNA EDGE TRANS HCCLAIMPMT HCCLAIMPMT $ | 1,064.60 | | | | Insurance Services |
| 5/7/2026 | EARLY PAY: BCBS-NC 00000000000000016915 HCCLAIMPMT 1! $ | 104.47 | | | | Insurance Services |
| 5/7/2026 | THE GUARDIAN MAY GP INS 06900100ZZD0000 050726 | | $ 8,838.48 | | | Other Benefits |
| 5/7/2026 | RECURRING PURCHASE AT GOOGLE ADS23740445, MOUNTAIN VIEW, CA ON 050626 F/ $ | 500.00 | | | | Marketing |
| 5/7/2026 | WEB INITIATED PAYMENT AT DOMINION ENERGY DRAFT XXXXXXXXX8983 050726 | | $ 218.52 | | | Utilities |
| 5/7/2026 | ELECTRONIC IMAGE | | $ 4,328.48 | | | Rent |
| 5/6/2026 | EARLY PAY: BCBS OF NC HCCLAIMPMT 1528563194 THREE O/ $ | 1,858.20 | | | | Insurance Services |
| 5/6/2026 | EARLY PAY: BCBSNC HOST HCCLAIMPMT 1528563194 THREE $ | 1,015.37 | | | | Insurance Services |
| 5/6/2026 | EARLY PAY: BCBS-NC 00000000000000016904 HCCLAIMPMT 1! $ | 169.50 | | | | Insurance Services |
| 5/6/2026 | EARLY PAY: BCBS-NC 00000000000000016902 HCCLAIMPMT 1! $ | 104.47 | | | | Insurance Services |
| 5/6/2026 | EARLY PAY. CIGNA HCCLAIMPMT XXXXX0191 THREE OAKS BI $ | 37.00 | | | | Insurance Services |
| 5/6/2026 | DUKEENERGYCORPOR WEB_PAY XXXXXXXXXX0526 1102678746 050626 | | $ 418.58 | | | Utilities |
| 5/6/2026 | PYMT TO ORKIN LLC 002 - 002001 2170 PEIDMONT ROAD NE ATLANTA GA | | $ 75.20 | | | Office Supplies |
| 5/6/2026 | ELECTRONIC IMAGE | | $ 2,049.60 | | | Fractional Billing |
| 5/5/2026 | EARLY PAY: BCBSNC HOST HCCLAIMPMT 1528563194 THREE $ | 7,144.22 | | | | Insurance Services |
| 5/5/2026 | EARLY PAY: BCBSNC ASO HCCLAIMPMT 1528563194 THREE C $ | 6,936.37 | | | | Insurance Services |
| 5/5/2026 | EARLY PAY: BCBS OF NC HCCLAIMPMT 1528563194 THREE O/ $ | 2,738.87 | | | | Insurance Services |
| 5/5/2026 | EARLY PAY: CIGNA EDGE TRANS HCCLAIMPMT HCCLAIMPMT $ | 1,166.00 | | | | Insurance Services |
| 5/5/2026 | EARLY PAY: BCBS-NC 00000000000000016893 HCCLAIMPMT 1! $ | 631.82 | | | | Insurance Services |
| 5/5/2026 | EARLY PAY: BCBSNC BH706046 CLAIM PAY 1528563194 THREI $ | 119.47 | | | | Insurance Services |
| 5/5/2026 | BCBSNC BH706023 CLAIM PAY 1528563194 THREE OAKS BEH/ $ | 114.47 | | | | Insurance Services |
| 5/5/2026 | BCBSNC BH706044 CLAIM PAY 1528563194 THREE OAKS BEH/ $ | 114.47 | | | | Insurance Services |
| 5/5/2026 | BCBSNC BH706047 CLAIM PAY 1528563194 THREE OAKS BEH/ $ | 111.58 | | | | Insurance Services |
| 5/5/2026 | BCBS-NC 00000000000000016886 HCCLAIMPMT 1528563194 TI $ | 104.47 | | | | Insurance Services |
| 5/5/2026 | BCBS-NC 00000000000000016887 HCCLAIMPMT 1528563194 TI $ | 104.47 | | | | Insurance Services |
| 5/5/2026 | MATRIX TRUST CO PAYMENT XXXXXXXXXXXXX4376 050526 $ | (11,799.19) | | | | Wages |
| 5/5/2026 | MATRIX TRUST CO PAYMENT XXXXXXXXXXXXX4389 050526 $ | (615.84) | | | | wages |
| 5/5/2026 | PYMT TO ORKIN LLC 002 - 002001 2170 PEIDMONT ROAD NE ATLANTA GA | | $ 76.31 | | | Office Supplies |
| 5/4/2026 | INCOMING WIRE TRANS 050426 TRN XXXXXXXXXX4483 | | | $ 25,000.00 | | Transfer |
| 5/4/2026 | EARLY PAY: BCBSNC HOST HCCLAIMPMT 1528563194 THREE $ | 6,054.41 | | | | Insurance Services |
| 5/4/2026 | EARLY PAY: BCBS OF NC HCCLAIMPMT 1528563194 THREE O/ $ | 4,986.79 | | | | Insurance Services |
| 5/4/2026 | BCBSNC HOST HCCLAIMPMT 1528563194 THREE OAKS BEHA\ $ | 4,396.55 | | | | Insurance Services |
| 5/4/2026 | EARLY PAY: BCBS OF NC HCCLAIMPMT 1528563194 THREE O/ $ | 2,839.14 | | | | Insurance Services |
| 5/4/2026 | EARLY PAY: BCBSNC ASO HCCLAIMPMT 1528563194 THREE C $ | 2,794.45 | | | | Insurance Services |
| 5/4/2026 | BCBSNC ASO HCCLAIMPMT 1528563194 THREE OAKS BEHAVI $ | 2,608.48 | | | | Insurance Services |
| 5/4/2026 | BCBS OF NC HCCLAIMPMT 1528563194 THREE OAKS BEHAVIC $ | 2,130.21 | | | | Insurance Services |
| 5/4/2026 | EARLY PAY: BCBSNC BH706031 CLAIM PAY 1528563194 THREI $ | 626.29 | | | | Insurance Services |
| 5/4/2026 | EARLY PAY: BCBSNC BH706025 CLAIM PAY 1528563194 THREI $ | 363.02 | | | | Insurance Services |
| 5/4/2026 | EARLY PAY: BCBSNC BH706039 CLAIM PAY 1528563194 THREI $ | 358.41 | | | | Insurance Services |
| 5/4/2026 | EARLY PAY: BCBSNC ASO HCCLAIMPMT 1528563194 THREE C $ | 266.94 | | | | Insurance Services |
| 5/4/2026 | BCBS-NC 00000000000000016869 HCCLAIMPMT 1528563194 TI $ | 213.94 | | | | Insurance Services |
| 5/4/2026 | CIGNA EDGE TRANS HCCLAIMPMT HCCLAIMPMT 60370134305 $ | 175.00 | | | | Insurance Services |
| 5/4/2026 | EARLY PAY: BCBSNC BH706022 CLAIM PAY 1528563194 THREI $ | 139.47 | | | | Insurance Services |
| 5/4/2026 | EARLY PAY: BCBSNC BH706048 CLAIM PAY 1528563194 THREI $ | 129.47 | | | | Insurance Services |
| 5/4/2026 | RECURRING PURCHASE AT GOOGLE WORKSPACE_T, MOUNTAIN VIEW, CA ON 050126 $ | | $ 2,520.00 | | | Software |
| 5/4/2026 | RECURRING PURCHASE AT GOOGLE ADS23740445, MOUNTAIN VIEW, CA ON 050126 FI $ | | $ 401.60 | | | Marketing |
| 5/4/2026 | HANOVER INS BILLPAY BILLPAY INS PMNT THREE OAKS BEHAVIORAL 050426 | | $ 131.26 | | | Business Insurance |
| 5/4/2026 | PYMT TO ORKIN LLC 002 - 002001 2170 PEIDMONT ROAD NE ATLANTA GA | | $ 81.84 | | | Office Supplies |
| 5/1/2026 | BCBS OF NC HCCLAIMPMT 1528563194 THREE OAKS BEHAVIC $ | 2,451.24 | | | | Insurance Services |
| 5/1/2026 | BCBSNC HOST HCCLAIMPMT 1528563194 THREE OAKS BEHA\ $ | 2,230.97 | | | | Insurance Services |
| 5/1/2026 | BCBS-NC 00000000000000016863 HCCLAIMPMT 1528563194 TI $ | 506.61 | | | | Insurance Services |
| 5/1/2026 | CIGNA EDGE TRANS HCCLAIMPMT HCCLAIMPMT 60290126265 $ | 313.60 | | | | Insurance Services |
| | $ | 237,113.50 | $ 88,573.32 | $ 297,700.00 | $ 343,465.84 | Ending Balance $107,030.39 |

| | | Fifth Third #4436 | | | Beginning Balance | $552.24 |
|---|---|---|---|---|---|---|
| Date | Transaction | Income | Expense | Incoming Transfers | Outgoing Tranfers | Description |
| 5/26/2026 | FUNDS TRANSFER FROM CK: XXXXXX4410 REF # 00982706288 | | | $ 59,000.00 | | |

| Date | Description | | | | | Category | |
|---|---|---|---|---|---|---|---|
| 5/26/2026 | FUNDS TRANSFER FROM CK: XXXXXX4410 REF # 00982706511 | | | $ | 1,000.00 | | |
| 5/26/2026 | OUTGOING WIRE TRANS 052626 TRN XXXXXXXXXX4902 | $ | 60,361.01 | | | Payroll Taxes | |
| 5/22/2026 | FUNDS TRANSFER FROM CK: XXXXXX4410 REF # 00980827819 | | | $ | 10,000.00 | | |
| 5/22/2026 | OUTGOING WIRE TRANS 052226 TRN XXXXXXXXXX4308 | $ | 5,147.75 | | | Payroll Taxes | |
| 5/22/2026 | OUTGOING WIRE TRANS 052226 TRN XXXXXXXXXX4176 | $ | 4,309.27 | | | Payroll Taxes | |
| 5/21/2026 | FUNDS TRANSFER FROM CK: XXXXXX4410 REF # 00980228896 | | | $ | 16,000.00 | | |
| 5/21/2026 | OUTGOING WIRE TRANS 052126 TRN XXXXXXXXXX8106 | $ | 10,164.27 | | | Wages | |
| 5/21/2026 | OUTGOING WIRE TRANS 052126 TRN XXXXXXXXXX7999 | $ | 5,439.38 | | | Wages | |
| 5/20/2026 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX4410 REF # 01251560594 | | | $ | 1,500.00 | | |
| 5/20/2026 | 337759 THREE OAK XXXXX0191 (PC) BILLING 337759 THREE OAKS BEHAVIORAL INV38( | $ | 2,732.57 | | | Payroll Expenses | |
| 5/19/2026 | INCOMING WIRE TRANS 051926 TRN XXXXXXXXXX2130 | | | $ | 15,600.00 | | |
| 5/19/2026 | OUTGOING WIRE TRANS 051926 TRN XXXXXXXXXX7175 | $ | 14,550.24 | | | Wages | |
| 5/18/2026 | FUNDS TRANSFER FROM CK: XXXXXX4410 REF # 00978495935 | | | $ | 12,426.81 | | |
| 5/18/2026 | OUTGOING WIRE TRANS 051826 TRN XXXXXXXXXX4906 | $ | 12,426.81 | | | Wages | |
| 5/15/2026 | FUNDS TRANSFER FROM CK: XXXXXX4410 REF # 00976884058 | | | $ | 163,291.71 | | |
| 5/15/2026 | OUTGOING WIRE TRANS 051528 TRN XXXXXXXXXX4102 | $ | 163,291.71 | | | Wages | |
| 5/12/2026 | SERVICE CHARGE | $ | 225.00 | | | Bank Fees | |
| 5/8/2026 | FUNDS TRANSFER FROM CK: XXXXXX4410 REF # 00972938640 | | | $ | 80,247.32 | | |
| 5/8/2026 | OUTGOING WIRE TRANS 050826 TRN XXXXXXXXXX5841 | $ | 72,082.28 | | | Payroll Taxes | |
| 5/8/2026 | OUTGOING WIRE TRANS 050826 TRN XXXXXXXXXX5829 | $ | 8,165.04 | | | Payroll Taxes | |
| 5/6/2026 | 337759 THREE OAK XXXXX0191 (PC) FIX 337759 THREE OAKS | $ | 37.10 | | | Wages | |
| | | $ | 37.10 | $  358,895.33 | $  359,065.84  $   - | Ending Balance | $759.85 |

| | |
|---|---|
| Opening Balance All Accounts | $15,082.37 |
| Total Cash Receipts | $574,084.89 |
| Total Cash Disbursements | $480,906.82 |
| Net Cash Flow | $93,178.07 |
| Cash on Hand | $108,260.44 |

**Three Oaks Behavioral Health & Wellness**

AR Report                                                         5-Jun

**Client Payments:**

| | | |
|---|---|---|
| Current | $ | 3,575.91 |
| 1-30 | $ | 6,382.15 |
| 31-60 | $ | 2,867.65 |
| 61+ | $ | 73,027.96 |

**Insurance Payments:**

| | |
|---|---|
| Jul-25 | $9,577.81 |
| Aug-25 | $10,480.94 |
| Sep-25 | $14,628.71 |
| Oct-25 | $15,598.82 |
| Nov-25 | $8,001.02 |
| Dec-25 | $6,647.32 |
| Jan-26 | $706.84 |
| Feb-26 | $2,063.22 |
| 26-Mar | $4,837.24 |
| 26-Apr | $133,478.16 |
| 26-May | $69,506.40 |
| 26-Jun | $151,825.51 |