**SO ORDERED.**

**SIGNED this 21 day of July, 2026.**

Joseph N. Callaway
United States Bankruptcy Judge

---

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

**IN RE:**
**THREE OAKS BEHAVIORAL HEALTH & WELLNESS, PLLC,**

**CASE NO: 26-01207-5-JNC**
**CHAPTER 11**

**DEBTOR.**

**ORDER ALLOWING MODIFICATION OF AUTOMATIC STAY**

THIS MATTER comes before the Court upon the Motion of DRESSER COURT PROPERTIES, LLC ("Lessor"), seeking relief from the automatic stay pursuant to 11 U.S.C. § 362(d) in order to effect an offset of its claim against a security deposit held by the Lessor, and in support thereof shows unto the Court as follows:

1. On March 16, 2026 (the "Petition Date"), the above-captioned Debtor filed a petition for relief under Chapter 11 of the Bankruptcy Code.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

3. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

4. The Court has authority to hear and decide this matter pursuant to the General Order of Reference entered by the United States District Court for the Eastern District of North Carolina on August 3, 1984.

5. Lessor owns certain real property located at 1011-1015 Dresser Court, Raleigh, North Carolina (the "Premises").

6. Lessor leased to the Debtor, and Debtor leased from the Lessor, the Premises pursuant to a written lease agreement commencing on March 15, 2020, and extended by written agreement executed on February 19, 2025 (the "Lease").

7. Pursuant to the terms of the Lease, Debtor deposited as security with the Lessor the sum of $9,081.00, which remains in the possession of the Lessor (the "Deposit").

8. Debtor rejected the Lease effective April 20, 2026, constituting a breach of the Lease.

9. But for § 362(a), Lessor would be allowed to apply the deposit to its damages arising from the Debtor's breach, such offset rights being preserved by § 553.

10. Cause exists to justify termination or modification of the stay to allow Lessor to offset the Deposit against its claim.

NOW, THEREFORE, IT IS ORDERED that the stay of Section 362(a) is modified such that Lessor may offset the Deposit against the Lessor's non-priority claim.

**END OF DOCUMENT.**