SO ORDERED.

SIGNED this 22 day of July, 2026.

_Joseph N. Callaway_
**Joseph N. Callaway**
**United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No. 26-01207-5-JNC** |
| **THREE OAKS BEHAVIORAL** | ) | |
| **HEALTH & WELLNESS, PLLC** | ) | |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |

**ORDER ALLOWING EXTENSION OF TIME TO FILE**
**MONTHLY OPERATING REPORT**

**THIS MATTER** coming before the Court upon the Motion for Extension of Time to File

Monthly Operating Report filed by the Debtor; and good cause having been shown; therefore,

**IT IS ORDERED** that the Debtor is allowed an extension to July 27, 2026 within which

to complete and file its June 2026 monthly operating report.

**END OF DOCUMENT**