**SO ORDERED.**

**SIGNED this 18 day of August, 2026.**




**Joseph N. Callaway**
**United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CASE NO.** |
| | ) | |
| **Three Oaks Behavioral Health & Wellness, PLLC,** | ) | **26-01207-5-JNC** |
| | ) | |
| | ) | |
| **DEBTOR** | ) | **CHAPTER 11** |

## CONSENT ORDER

**NOW COME** Lydia C. Carpenter ("Ms. Carpenter"), attorney for Three Oaks Behavioral Health & Wellness, PLLC ("Debtor"), and Kirstin E. Gardner, staff attorney for the United States Bankruptcy Administrator's Office ("BA"), who hereby agree to the following regarding Hendren, Redwine & Malone, PLLC's Second Report and Application for Approval of Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. § 503(b) of the Bankruptcy Code ("Fee Application").

This matter is a core proceeding pursuant to 28 U.S.C. § 157, and the court has jurisdiction pursuant to 28 U.S.C. §§ 151, 157, and 1334. The court has the

authority to hear this matter pursuant to the General Order of Reference entered August 3, 1984, by the United States District Court for the Eastern District of North Carolina.

The Debtor filed the above-captioned case under Chapter 11 of the United States Bankruptcy Code on March 16, 2026. The Debtor elected to proceed under Subchapter V of Title 11 of the Bankruptcy Code. On April 8, 2026, the Court entered an order approving the employment of Hendren, Redwine & Malone, PLLC as attorney for the Debtor.

On July 21, 2026, Hendren, Redwine & Malone, PLLC ("HRM") filed the Fee Application. According to the Fee Application, HRM is requesting total compensation in the amount of $34,955.00 and expense reimbursements in the amount of $624.78.

The BA has reviewed the Fee Application and believes that a fee reduction is appropriate. The BA has identified one time entry dated May 27, 2026, totaling $97.50, that was inadvertently billed to this estate. The BA has identified a second time entry dated June 9, 2026, totaling $942.50, regarding travel related services for which the hourly rate was not halved. Ms. Carpenter, on behalf of HRM, has reviewed the BA's concerns and has agreed to a fee reduction in the amount of $568.75.

NOW, THEREFORE, IT IS HEREBY ORDERED, by and with the consent of the below parties, Hendren, Redwine & Malone, PLLC's Second Report and Application for Approval of Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. § 503(b) of the Bankruptcy Code is APPROVED subject to

the reductions agreed to by the parties. Hendren, Redwine & Malone, PLLC is allowed compensation in the amount of $34,386.25 and expense reimbursements in the amount of $624.78.

**WE CONSENT:**

By: /s/ Kirstin E. Gardner
Kirstin E. Gardner
NCSB #52144
*Staff Attorney for Bankruptcy Administrator's Office*
U.S. Bankruptcy Administrator's Office
Eastern District of North Carolina
434 Fayetteville Street, Suite 640
Raleigh, North Carolina 27601
(919) 334-3889
kirstin_gardner@nceba.uscourts.gov

By: /s/ Lydia C. Carpenter
Lydia C. Carpenter
NCSB #56697
*Attorney for Debtor*
Hendren Redwine & Malone, PLLC
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
(919) 420-0941
lcarpenter@hendrenmalone.com

**END OF DOCUMENT**