**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No. 26-01207-5-JNC** |
| **THREE OAKS BEHAVIORAL** | ) | |
| **HEALTH & WELLNESS, PLLC** | ) | **Chapter 11** |
| **Debtor.** | ) | |

**THOMAS JUDY TUCKER, P.A.'S SECOND REPORT AND APPLICATION FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES PURSUANT TO 11 U.S.C. § 503(b) OF THE BANKRUPTCY CODE**

Pursuant to the provisions of the Bankruptcy Code, the Debtor hereby makes this report and application to the Court for approval of accountant's fees and reimbursement of expenses pursuant to Section 503(b) of the Bankruptcy Code, in connection with the services rendered by counsel to date in the course of this Chapter 11 proceeding; and, in support of this application, show the Court as follows:

1. Hendren, Redwine & Malone, PLLC (herein "Hendren Redwine") filed a voluntary Chapter 11 Petition on behalf of the Debtor on March 16, 2026.

2. The Application to Employ the firm Thomas Judy Tucker, P.A. as accountant for the Debtor [Dkt. No. 39] was filed on March 31, 2026. The Order Authorizing Employment of Accounting for the Debtor was entered on May 5, 2026 [Dkt No. 72].

3. Thomas Judy Tucker, P.A. has rendered general accounting services to the Debtor including accounting and bookkeeping services for the Debtor.

4. In addition, Thomas Judy Tucker, P.A. has rendered services to the Debtor including preparation and filing of the Debtor's 2025 tax return.

5. The Debtor seeks authority to pay Thomas Judy Tucker, P.A. fees in the amount of $12,529.00. A copy of the itemized accountant's bills are attached hereto and marked as **Exhibit "A"**.

6. A summary of the background and qualifications of the accountants at Thomas Judy Tucker, P.A. is attached hereto and marked as **Exhibit "B"**.

7. It is the opinion of the Debtor that the amount to be paid to Thomas Judy Tucker, P.A. is fair and reasonable.

8. Payment to Thomas Judy Tucker, P.A. is in the best interest of the estate.

9. A copy of the proposed order is attached hereto as **"Exhibit C"**.

WHEREFORE, the Debtor seeks authority to pay Thomas Judy Tucker, P.A. the total sum of $12,529.00 for services rendered in this bankruptcy estate from June 1, 2026, through July 31, 2026.

**DATED**: August 26, 2026

**HENDREN, REDWINE & MALONE, PLLC**

s/ Lydia C. Carpenter

Jason L. Hendren (NC State Bar No. 26869)
Rebecca F. Redwine (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
Lydia C. Carpenter (NC State Bar No. 56697)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: (919) 420-7867
Facsimile: (919) 420-0475
Email: jhendren@hendrenmalone.com
rredwine@hendrenmalone.com
bwaller@hendrenmalone.com
lcarpenter@hendrenmalone.com
*Attorneys for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No. 26-01207-5-JNC** |
| **THREE OAKS BEHAVIORAL** | ) | |
| **HEALTH & WELLNESS, PLLC** | ) | **Chapter 11** |
| **Debtor.** | ) | |

**NOTICE OF THOMAS JUDY TUCKER. P.A. INITIAL REPORT AND APPLICATION FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES PURSUANT TO 11 U.S.C. § 503(b) OF THE BANKRUPTCY CODE**

**NOTICE IS HEREBY GIVEN** that Thomas Judy Tucker, P.A. ("Debtor's accountant"), has filed an Initial Report and Application for Approval of Compensation and Reimbursement of Expenses pursuant to 11 U.S.C. § 503(b) of the Bankruptcy Code; and,

**FURTHER NOTICE IS HEREBY GIVEN** that Debtor's accountant has applied for compensation in the amount of **TWELVE THOUSAND FIVE HUNDRED TWENTY NINE AND 0/100 DOLLARS ($12,529.00)** and **ZERO DOLLARS ($0.00)** for reimbursement of expenses pursuant to 11 U.S.C. § 503(b), for a total of **TWELVE THOUSAND FIVE HUNDRED TWENTY NINE AND 0/100 DOLLARS ($12,529.00)** for the period of June 1, 2026, through July 31, 2026; and,

**FURTHER NOTICE IS HEREBY GIVEN** that the Report and Application for Approval of Compensation and Reimbursement of Expenses pursuant to Section 503(b) filed by Debtor's accountant may be allowed provided no responses and request for a hearing is made by a party in interest in writing to the Clerk of this Court within **TWENTY-ONE (21) DAYS** from the date of this notice; and,

**FURTHER NOTICE IS HEREBY GIVEN**, that if a response and a request for a hearing is filed by a party in interest in writing within the time indicated, a hearing will be conducted on the Report and Application and Response thereto at a date, time and place to be later set by the Court and all interested parties will be notified accordingly. If no request for a hearing is timely filed, the Court may rule on the Report and Application and Response thereto ex parte without further notice.

**DATED**: August 26, 2026

**HENDREN, REDWINE & MALONE, PLLC**

s/ Lydia C. Carpenter
Jason L. Hendren (NC State Bar No. 26869)
Rebecca F. Redwine (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)

Lydia C. Carpenter (NC State Bar No. 56697)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: (919) 420-7867
Facsimile: (919) 420-0475
Email: jhendren@hendrenmalone.com
rredwine@hendrenmalone.com
bwaller@hendrenmalone.com
lcarpenter@hendrenmalone.com
*Attorneys for the Debtor*

# Thomas Judy & Tucker, P.A.

EXHIBIT A

*4700 Falls of Neuse Road*
*Suite 400*
*Raleigh, NC 27609*
*(919) 571-7055*

*Three Oaks Behavioral Health PLLC*
*500 East Davie Street*
*Suite 140*
*Raleigh, NC 27601*

*Invoice No. 183696*

*Date 07/02/2026*
*Client No.73288.1*

---

*For Professional Services Rendered as Follows:*

| | | |
|---|---|---|
| Accounting Services for the month ending June 30, 2026. | $ | 3,270.00 |
| January to June, 2026 check cost @ .10 per check. | | 7.00 |
| Postage. | | 20.00 |
| New Charges | | 3,297.00 |
| Prior Balance | | 13,513.00 |
| Total Amount Due | $ | 16,810.00 |

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 3,297.00 | 9,013.00 | 0.00 | 0.00 | 4,500.00 | 16,810.00 |

**Payments due 10 days from date of the invoice. Please include your client number or invoice number when paying by check. Thank you!**

| | | | |
|---|---|---|---|
| **Time Period:** | **5/28-6/30** | | |
| | | | |
| **Service Code** | **Hours** | | |
| 6610 Accts Payable/ Check Writing | 4.40 | | |
| 6630 Payroll | 3.20 | | |
| 6650 Bank Reconciliation | 0.80 | | |
| 6670 Produce Financial Statement | 3.90 | | |
| 6700 Banking/Cash Mgmt. | 11.30 | | |
| 6710 Accounts Receivable | 1.70 | | |
| 7450 Client Meetings/Discussions | 1.90 | | |
| **Total** | **27.20** | | |
| | | | |
| **Billed for June Services** | | **3,297.00** | |
| | | | |
| **Realization** | | **91%** | |
| | | | |
| **Team Hours:** | **Hours** | **Rate** | |
| Kevin Cochran | 15.70 | 130.00 | 2,041.00 |
| Camden Cochran | 9.40 | 60.00 | 564.00 |
| Shannon Berry | 2.10 | 160.00 | 336.00 |
| **Total Labor** | | | **2,941.00** |
| Tech Fees - Sage Intacct | | | 660.00 |
| Semi-Annual Check Stock Fee | | | 7.00 |
| Postage | | | 20.00 |
| **Total WIP** | | | **3,628.00** |

# *Thomas Judy & Tucker, P.A.*

***4700 Falls of Neuse Road***
***Suite 400***
***Raleigh, NC 27609***
***(919) 571-7055***


*Three Oaks Behavioral Health PLLC*
*500 East Davie Street*
*Suite 140*
*Raleigh, NC 27601*

*Invoice No. 184464*

*Date 08/03/2026*
*Client No.73288.1*

---

*For Professional Services Rendered as Follows:*

| | | |
|---|---|---|
| Accounting Services for the month ending July 31, 2026. | $ | 3,850.00 |
| Postage. | | 7.00 |
| New Charges | | 3,857.00 |
| Prior Balance | | 7,797.00 |
| Total Amount Due | $ | 11,654.00 |

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 3,857.00 | 3,297.00 | 0.00 | 0.00 | 4,500.00 | 11,654.00 |

**Payments due 10 days from date of the invoice. Please include your client number or invoice number when paying by check. Thank you!**

**Time Period:** **7/1-7/31**

| **Service Code** | **Hours** |
|---|---|
| 6610 Accts Payable/ Check Writing | 5.70 |
| 6630 Payroll | 4.30 |
| 6650 Bank Reconciliation | 0.60 |
| 6670 Produce Financial Statement | 4.50 |
| 6700 Banking/Cash Mgmt. | 11.30 |
| 6710 Accounts Receivable | 2.30 |
| 7450 Client Meetings/Discussions | 1.10 |
| **Total** | **29.80** |

**Billed for July Services** **3,857.00**

**Realization** **93%**

| **Team Hours:** | **Hours** | **Rate** | |
|---|---|---|---|
| Kevin Cochran | 22.00 | 130.00 | 2,860.00 |
| Camden Cochran | 6.20 | 60.00 | 372.00 |
| Shannon Berry | 1.60 | 160.00 | 256.00 |
| **Total Labor** | | | **3,488.00** |
| Tech Fees - Sage Intacct | | | 660.00 |
| Postage | | | 7.00 |
| **Total WIP** | | | **4,155.00** |

EXHIBIT B

Thomas, Judy & Tucker
Certified Public Accountants

## Shannon L. Berry, CPA, Director of Accounting



Prior to joining TJT in 2014, Shannon completed various internships focusing on individual income tax. Her first accounting job was at a sportwear company in the accounts receivable dept in the Midwest. Shannon's focus since joining TJT has been non-profit, state agencies, and for-profits (with a high focus on landscape & service related entities). Shannon assists her clients and staff with their accounting and financial reporting needs, business analytics and other CFO related duties. As a CAS Partner, Shannon brings over 11 years experience to serve TJT clients with their accounting needs.

Shannon Berry graduated from Castleton University with a Bachelor of Business Administration, Accounting concentration with a double major in Mathematics in 2012. In 2014 she graduated from Southern New Hampshire University with her Master's Degree in Accounting. She become a North Carolina licensed Certified Public Accountant in 2018 and is a member of the AICPA and NCACPA.

## Nicholas Bucci, CPA, Tax Manager



Nick Bucci is a tax professional with a strong background in business taxation and accounting. He earned his MBA in Accounting from Rochester Institute of Technology in Rochester, New York. Following graduation, Nick began his career at a regional accounting firm in Rochester, where he gained two years of foundational experience in tax and client services.

In 2017, Nick relocated to Raleigh, North Carolina, and joined Thomas, Judy and Tucker, where he has continued to develop his expertise in business tax. Since being promoted to Tax Manager in 2022, he has focused on providing strategic tax planning and compliance services to a diverse range of business clients, helping them navigate complex tax regulations and optimize their financial outcomes.

## Kevin Cochran, Account Coordinator



Kevin began his accounting career with a non-profit organization focused on providing access to care and housing for individuals with mental illness. He joined TJT in 2010 working on various non-profits in the outsource accounting division. He is an Account Coordinator with over 20 years of finance and accounting experience with not-for-profits and service-related businesses. He oversees the day-to-day activities of several staff while also assisting clients with financial analysis, budgeting, and the implementation of semi-automated processes to improve cost efficiency.

Kevin graduated from Appalachian State University with a Bachelor of Science in Business Administration in 2003.

# James K. Tiller, CPA, Tax Partner

Thomas, Judy & Tucker
Certified Public Accountants



Jim began his career in public accounting in 1995. Before joining TJT in 2005, Jim spent over ten years with two of the Big Four accounting firms. He started his career by working on audits of publicly-held companies and middle-market companies, and then transitioned to tax where he worked on high net worth individuals, trusts, gift taxes, privately held pass-through entities, and multi-state corporations. Jim assists clients in complex transactional business, structuring/restructuring, partner redemptions, land and commercial development and other real estate dealings. He also assists our clients with income tax planning and compliance, multi-year and transaction tax matters, and conflict resolution with state and federal taxing authorities.

Jim's industry experience extends to the following:

- Real estate and construction
- High net worth individuals and family groups
- Professional service firms
    - Financial
    - Law
    - Medical/dental
    - Engineering

Jim is currently involved with the following community affiliations: Finance (chair) and security committees at Trinity Baptist Church and Treasurer/Board member of Raleigh Rescue Mission.

Jim earned his Bachelor of Science in Business Administration and Accounting from Appalachian State University in 1995. He is a member of the American Institute of Certified Public Accountants and a North Carolina Association of Certified Public Accountants. Jim is a North Carolina-licensed CPA.



Thomas, Judy & Tucker
Certified Public Accountants

## Camden Cochran, Staff Accountant I



Camden Cochran graduated from Western Carolina University in 2024 with a Bachelor of Science in Business Administration with a concentration in Accounting, completing his degree in just three years. During his time in college, he gained hands-on experience through an internship with a marketing group located in Asheville, North Carolina.

In October 2024, Camden began his career at TJT, where he supports both nonprofit and for-profit clients. His work focuses on accounts receivable, accounts payable, and cash flow management, along with day-to-day financial activity and account reconciliations.

**EXHIBIT C**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No. 26-01207-5-JNC** |
| **THREE OAKS BEHAVIORAL** | ) | |
| **HEALTH & WELLNESS, PLLC** | ) | **Chapter 11** |
| **Debtor.** | ) | |

**ORDER APPROVING APPLICATION**
**FOR APPROVAL TO PAY ACCOUNTANT'S FEES**

THIS MATTER, coming on to be heard upon the Application for Approval to Pay Accountant's Fees filed by the attorneys for the Debtor; and it appearing as follows:

1. Thomas Judy Tucker, P.A. (herein "TJT") was employed as the accountant for the Debtor pursuant to an Order of this Court dated May 5, 2026.

2. TJT has rendered general accounting services to the Debtor including accounting and bookkeeping services for the Debtor. In addition, TJT rendered accounting services to the Debtor including preparation of and filing of the Debtor's 2025 tax return.

3. The Debtor seeks authority to pay TJT's fees in the amount of $12,529.00.

4. TJT seeks reimbursement for services rendered from June 1, 2026 through July 31, 2026.

5. It is the opinion of the Debtor that the amount to be paid to TJT is fair and reasonable.

6. Payment to TJT is in the best interest of the estate.

7. This matter is a core proceeding and this Court has jurisdiction over the subject matter pursuant to 28 U.S.C. §§ 151, 157 and 1334. Now therefore,

IT IS ORDERED, ADJUDGED AND DECREED that the Debtor is hereby authorized to pay to Thomas Judy Tucker, P.A. the total sum of $12,529.00 for services rendered to the Debtor from June 1, 2026 through July 31, 2026.

END OF DOCUMENT

## CERTIFICATE OF SERVICE

I, Lydia C. Carpenter of 4600 Marriott Drive, Suite 150, Raleigh, North Carolina 27612, hereby certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the 26th day of August, 2026, I served copies of the foregoing **NOTICE OF THOMAS JUDY TUCKER, P.A. SECOND REPORT AND APPLICATION FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES PURSUANT TO 11 U.S.C. § 503(b) OF THE BANKRUPTCY CODE** on the parties listed below as indicated.

I certify under penalty of perjury that the foregoing is true and correct.

**DATED**: August 26, 2026 **HENDREN, REDWINE & MALONE, PLLC**

s/ Lydia C. Carpenter
Jason L. Hendren (NC State Bar No. 26869)
Rebecca F. Redwine (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
Lydia C. Carpenter (NC State Bar No. 56697)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: (919) 420-7867
Facsimile: (919) 420-0475
Email: jhendren@hendrenmalone.com
rredwine@hendrenmalone.com
bwaller@hendrenmalone.com
lcarpenter@hendrenmalone.com
*Attorneys for the Debtor*

Brian Behr — ***(via CM/ECF)***
*Office of the Bankruptcy Administrator*

George M. Oliver — ***(via CM/ECF)***
*Subchapter V Trustee*

Label Matrix for local noticing
0417-5
Case 26-01207-5-JNC
Eastern District of North Carolina
Raleigh
Thu Aug 20 19:02:30 EDT 2026

70 East Business Park, LLC
Attn: Managing Agent
P.O. Box 1816
Garner, NC 27529-1816

AFK, Inc. dba Fundkite
c/o Daniel C. Bruton
Bell, Davis & Pitt, P.A
PO Box 21029
Winston-Salem, NC 27120-1029

AKF Inc, d/b/a FundKite
c/o Kaminski Law PLLC
P.O. Box 247
Grass Lake, MI 49240-0247

AKF, Inc. dba FundKite
Attn: Managing Agent
2 S. Biscane Blvd, 23rd Floor
Miami, FL 33131-1824

Eudora F. S. Arthur
Womble Bond Dickinson (US) LLP
555 Fayetteville Street
Suite 1100
Raleigh, NC 27601-3034

(p)BANKRUPTCY ADMINISTRATOR EDNC
434 FAYETTEVILLE STREET
SUITE 640
RALEIGH NC 27601-1888

Bankruptcy Administrator
Two Hannover Square, Ste. 640
434 Fayetteville Street
Raleigh, NC 27601-1701

Benson Road Holdings LLC
Attn: Managing Agent
500 Cardinal Drive
Raleigh, NC 27604-2210

Benson Road Holdings, LLC
Attn: Managing Agent
3749 Bneson Drive
Raleigh, NC 27609-7324

(p)BIGGS LAW FIRM PLLC
ATTN LAURIE BIGGS
9208 FALLS OF NEUSE RD
STE 120
RALEIGH NC 27615-2438

John C. Bircher III
Davis Hartman Wright LLP
209 Pollock Street
New Bern, NC 28560-4942

Blue Cross Blue Shield NC
Attn: Managing Agent
4615 University Drive
Durham, NC 27707-3458

Daniel C. Bruton
Bell Davis & Pitt, P.A.
PO Box 21029
Winston-Salem, NC 27120-1029

CT Corporation System
Attn: Managing Agent
330 N. Brand Blvd.
Glendale, CA 91203-2308

CT Corporation System
Attn: Managing Agent
330 N. Brand Bvd., Ste 700
Glendale, CA 91203-2336

Lydia C. Carpenter
Hendren, Redwine & Malone, PLLC
4600 Marriott Drive
Suite 150
Raleigh, NC 27612-3367

Carrott Fertility
Attn: Managing Agent
2829 Weston Parkway, Ste 100
West Des Moines, IA 50266-1314

Casie Hall
5154 NC Hwy 87 N
Pittsboro, NC 27312-7281

Chase
Attn: Managing Agent
P.O. Box 15123
Wilmington, DE 19850-5123

Chatham County Tax
Attn: Managing Agent
P.O. Box 908
Pittsboro, NC 27312-0908

Corporation Service Company
Attn: Managing Agent
P.O. Box 2576
Springfield, IL 62708-2576

Dataek Properties, LLC
Attn: Managing Agent
8229 Zebulon Road
Youngsville, NC 27596-8819

Datatek Properties, LLC
Attn: Managing Agent
1735 Guess Rd
Durham, NC 27701-1163

Dresser Court Properties LLC
Attn: Managing Agent
2000 Bear Cat Way, Ste 102
Morrisville, NC 27560-6620

Dresser Court Properties, LLC
2000 Bearcat Way, Suite 102
Morrisville, NC 27560-6620

Durham County Tax
Attn: Managing Agent
200 E. Main Street
Durham, NC 27701-3649

Jaques A. El-Chayeb
3622 Shannon Rd Suite 104
Durham, NC 27707-3771

Employment Security Commission
PO Box 26504
Raleigh, NC 27611-6504

Eudora F. S. Arthur
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601-3034

Evernorth Behavioral Health Inc.
dba Cigna Health and Life Insurance
Attn: Kevin Horbatiuk/Russo & Gould, LLP
33 Whitehall Street, 16th Floor
New York, NY 10004-3604

Fundkite
Attn: Managing Agent
40 Wall Street, Ste 2705
New York, NY 10005-1304

Fundkite
Attn: Managing Agent
88 Pine Street, 24th Floor
New York, NY 10005-1861

(p)GEORGIA DEPARTMENT OF REVENUE
BANKRUPTCY
2595 CENTURY PKWY NE SUITE 339
ATLANTA GA 30345-3173

Kirstin E. Gardner
Bankruptcy Administrator's Office
434 Fayetteville Street, Suite 640
Raleigh, NC 27601-1888

Guardian
Attn: Managing Agent
10 Hudson Yards
New York, NY 10001-2157

Jason L. Hendren
Hendren Redwine & Malone, PLLC
4600 Marriott Drive, Suite 150
Raleigh, NC 27612-3367

Hendren, Redwine & Malone, PLLC
4600 Marriott Drive, Suite 150
Raleigh, NC 27612-3367

Henry H Sink, Jr.
3701 Holly Lane, Apt 201
Raleigh, NC 27612-8051

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

(p)IOWA DEPARTMENT OF REVENUE
ATTN BANKRUPTCY UNIT
PO BOX 10471
DES MOINES IA 50306-0471

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

Jacques A El-Chayeb
3622 Shannon Road, Ste 104
Durham, NC 27707-3771

James S. Livermon, III
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601-3034

John Charles Bircher III
209 Pollock Street
New Bern, NC 28560-4942

Kapitus Servicing, Inc.
120 West 45th Street
4th Floor
New York, NY 10036-4041

c/o Jill C. Walters Kapitus Servicing, Inc.
2235 Gateway Access Point
Suite 220
Raleigh, NC 27607-3070

Kapitus, LLC
Attn: Managing Agent
2500 Wilson Blvd, Ste 350
Arlington, VA 22201-3873

LA Dept. of Revenue
Attn: Managing Agent
617 N 3rd Street
Baton Rouge, LA 70802-5432

Laurie B. Biggs
Biggs Law Firm, PLLC
9208 Falls of Neuse Rd., Ste. 120
Raleigh, NC 27615-2438

Lendero LLC
Attn: Managing Agent
1116 Main Street, Ste A
Branford, CT 06405-3718

James S. Livermon III
Womble Bond Dickinson (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601-3034

Louisiana Department of Revenue
Bankruptcy Division
P.O. Box 66658
Baton Rouge, LA 70896-6658

Lyckan, LLC
Attn: Managing Agent
3708 Lyckan Pkwy, Ste 201
Durham, NC 27707-2586

Mestechkin Law Group PC
Attn: Managing Agent
2218 Ocean Avenue
Brooklyn, NY 11229-2274

David F. Mills
Narron Wenzel, P.A.
PO Box 1567
Smithfield, NC 27577-1567

Missouri Department of Revenue
Attn: Mananging Agent
301 West High Street
Jefferson City, MO 65101-1517

Missouri Department of Revenue
PO Box 475
Jefferson City, MO 65105-0475

NC Department of Revenue
Office Services Div., Bankruptcy Unit
PO Box 1168
Raleigh, NC 27602-1168

NC Department of Revenue
Attn: Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

North Carolina Department of Revenue
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

North Carolina Office I, LP
c/o John C. Bircher III, Esquire
209 Pollock Street
New Bern, NC 28560-4942

North Carolina Office I, LP
Attn: Managing Agent
2900 Linden Lane, Ste 300
Silver Spring, MD 20910-1265

George M. Oliver
The Law Offices of Oliver & Cheek, PLLC
PO Box 1548
New Bern, NC 28563-1548

Orange County Tax
Attn: Managing Agent
P.O. Box 8181
Hillsborough, NC 27278-8181

Parker Poe
Attn: Managing Agent
301 Fayetteville Street, Ste 1400
Raleigh, NC 27601-2172

Parkview Advance LLC
Attn: Managing Agent
600 Summer Court
Stamford, CT 06901-4404

Parkview Advance LLC
Attn: Managing Agent
600 Summer Street
Stamford, CT 06901-4404

Rebecca Redwine Grow
Hendren Redwine & Malone, PLLC
4600 Marriott Drive, Suite 150
Raleigh, NC 27612-3367

Byron L. Saintsing
Smith Debnam Narron Drake Saintsing & My
4601 Six Forks Road, Ste 400
Raleigh, NC 27609-5270

Skylack Investments, LLC
c/o Laurie B. Biggs
Biggs Law Firm, PLLC
9208 Falls of Neuse Rd., Ste. 120
Raleigh, NC 27615-2438

Skylak Investments, LLC
Attn: Managing Agent
204 Glenwview Place
Chapel Hill, NC 27514-1949

Skylak Properties, LLC
Attn: Laurie B. Biggs
9208 Falls of Neuse Road Suite 120
Raleigh, NC 27615-2438

Stanley & Sue Crocker
3204 Keighley Forest
Wake Forest, NC 27587-5420

Stellar Capital LLC
Attn: Manaing Agent
600 Summer Street, Ste 204
Stamford, CT 06901-1400

Three Oaks Behavioral Health & Wellness, PLL
1011 Dresser Court
Raleigh, NC 27609-7323

Triton Recovery, LLC d/b/a Triton Recovery G
Attn: Managing Agent
3111 N University Dr.
Coral Springs, FL 33065-5060

Truist Bank
Attn: Managing Agent or Officer
P.O. Box 1626
Wilson, NC 27894-1626

Truist Bank C/O Eudora F. S. Arthur
Womble Bond Dickinson (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601-3034

Truist Bank C/O James S. Livermon, III
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601-3034

U.S. Attorney, EDNC
Attn: Civil Process Clerk
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601-2959

US Attorney
310 New Bern Avenue, Suite 800
Federal Building
Raleigh, NC 27601-1461

VA Dept of Revenue
Attn: Managing Agent
P.O. Box 1115
Richmond, VA 23218-1115

Vault
Attn: Managing Agent
26501 Rancho Parkway, Ste 104
Lake Forest, CA 92630-8359

Wake County Dept. of Revenue
Attn: Managing Agent
P.O. Box 2331
Raleigh, NC 27602-2331

Benjamin E.F.B. Waller
Hendren, Redwine & Malone, PLLC
4600 Marriott Drive, Suite 150
Raleigh, NC 27612-3367

Jill Walters
Baker Donelson
2235 Gateway Access Point
Suite 220
Raleigh, NC 27607-3070

Wells Fargo Bank, N.A
Attn: Managing Agent or Officer
P.O. Box 31557
Billings, MT 59107-1557

Wells Fargo Bank, N.A.
PO Box 10438 MAC F8235-02F
Des Moines, IA 50306-0438

West Virginia Dept. of Revenue
Attn: Managing Agent
1001 Lee Street East
Charleston, WV 25301-1725

Your Savvy Support
Attn: Managing Agent
2914 Senak Road
Abington, PA 19001-2231

Your Savvy Support LLC
2914 Senak Rd
2914 Senak Rd
Abington, PA 19001-2231

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bankruptcy Administrator
434 Fayetteville Street, Ste. 640
Raleigh, NC 27601

Laurie Biggs
Biggs Law Firm PLLC
9208 Falls of Neuse Road
Suite 120
Raleigh, NC 27615

GA Dept. of Revenue
Attn: Managing Agent
2595 Century Parkway NE, Ste 339
Atlanta, GA 30345

(d)Georgia Department of Revenue
Bankruptcy
2595 Century Parkway, NE Suite 339
Atlanta, Georgia 30345

Internal Revenue Service
Insolvency Support Services
320 Federal Place, Room 335
Greensboro, NC 27401

Iowa Dept. of Revenue
Attn: Bankruptct Dept.
1305 E. Walnut St, 1st Floor
Des Moines, IA 50319

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

(d)Jacques A. El-Chayeb
3622 Shannon Road Suite 104
Durham, NC 27707-3771

(u)Thomas, Judy & Tucker, P.A.
Kevin Cochran and Shannon Berry

(u)Truist Bank

End of Label Matrix
Mailable recipients 91
Bypassed recipients 4
Total 95