**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No. 26-01207-5-JNC** |
| **THREE OAKS BEHAVIORAL** | ) | |
| **HEALTH & WELLNESS, PLLC** | ) | |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |

**APPLICATION FOR EMPLOYMENT OF**
**PARKER POE ADAMS & BERNSTEIN, LLP AS SPECIAL COUNSEL**
***NUNC PRO TUNC* TO THE PETITION DATE**

Pursuant to the provisions of Sections §§ 327(e) and 329 of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby submits this application for an order, substantially in the form of **Exhibit A**, authorizing the employment of the firm of Parker Poe Adams & Bernstein, LLP ("Parker Poe"), as special counsel for the Debtor in this chapter 11 proceeding *nunc pro tunc* to the Petition Date and, in support of said Application, shows unto the Court as follows:

1. The Debtor filed a voluntary petition for relief pursuant to Chapter 11 of the United States Bankruptcy Code on March 16, 2026 (the "Petition Date").

2. The Debtor seeks to employ Parker Poe *nunc pro tunc* to the Petition Date to assist the Debtor with healthcare compliance advice and representation in subpoenas issued to Three Oaks Behavioral Health and Wellness and its affiliated providers, and any related issues as they may arise.

3. In accordance with the requirements of 11 U.S.C. § 327(e) and as detailed in the attached Attorney's Affidavit (the "Affidavit"), Deborah Stern and Parker Poe do not hold or represent interests adverse to the estate with respect to the matters on which Parker Poe is to be employed.

4. The Debtor has read the Affidavit, and all matters therein are true and correct to the best of its knowledge and belief. All post-petition fees, compensation and reimbursement for expenses to said firm will be determined after application and approval by the Court.

5. As disclosed in the Affidavit of Deborah Stern, Parker Poe was owed $24,545.22 at the time the bankruptcy was filed on March 16, 2026. Parker Poe believes that it is qualified to serve as special counsel within the meaning of 11 U.S.C. § 327(e).

6. Deborah Stern of Parker Poe is willing to be compensated by the Debtor for legal services at an hourly rate of $600.00, with associate attorney Matthew Couch employed by Parker Poe being compensated at an hourly rate of $415.00 and paralegals employed by Parker Poe being compensated at an hourly rate of $300.00, after approval by the Court pursuant to the Bankruptcy Administrator's guidelines.

7. Pursuant to 11 U.S.C. § 327(e), the Debtor believes that the employment of Parker Poe is in the best interest of the estate and its creditors.

WHEREFORE, the Debtor prays that the Court grant the following relief:

1. That the Court enter an Order authorizing the Debtor to employ Parker Poe as special counsel, *nunc pro tunc* to the Petition Date, to render the necessary legal services described herein;

2. That Deborah Stern and Parker Poe be compensated by the Debtor for legal services at an hourly rate of $600.00, with associate attorney Matthew Couch employed by Parker Poe being compensated at an hourly rate of $415 and paralegals employed by Parker Poe being compensated at an hourly rate of $300.00, after approval by the Court pursuant to the Bankruptcy Administrator's guidelines, and

3. That the Debtor have and recover such other and further relief as the Court may

deem just and proper.

Dated: August 27, 2026

**HENDREN, REDWINE & MALONE, PLLC**

*/s/* Lydia C. Carpenter
Jason L. Hendren (NC State Bar No. 26869)
Rebecca Redwine Grow (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
Lydia C. Carpenter (NC State Bar No. 56697)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: (919) 420-7867
Email: jhendren@hendrenmalone.com
rredwine@hendrenmalone.com
bwaller@hendrenmalone.com
lcarpenter@hendrenmalone.com
*Counsel for the Debtor*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on August 27, 2026, the undersigned served copies of the following motion upon each of the parties listed on the attached below as indicated.

This the 27th day of August, 2026.

**HENDREN, REDWINE & MALONE, PLLC**

s/Lydia C. Carpenter
Jason L. Hendren (NC State Bar No.: 26869)
Rebecca Redwine Grow (NC State Bar No.: 37012)
Benjamin E.F.B. Waller (NC State Bar No.: 27680)
Lydia C. Carpenter (NC State Bar No. 56697)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: (919) 573-1422
Facsimile: (919) 420-0475
Email: jhendren@hendrenmalone.com
rredwine@hendrenmalone.com
bwaller@hendrenmalone.com
lcarpenter@hendrenmalone.com
Attorneys for Debtor

| | |
|---|---|
| Brian Behr<br>Bankruptcy Administrator | via CMECF |
| George M. Oliver<br>Subchapter V Trustee | via CMECF |
| Parker Poe Adams & Bernstein, LLP<br>Attn: Managing Agent<br>301 Fayetteville Street, Ste 1400<br>Raleigh, NC 27601 | via U.S. Mail |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No. 26-01207-5-JNC** |
| **THREE OAKS BEHAVIORAL HEALTH & WELLNESS, PLLC** | ) | |
| | ) | |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |

**ATTORNEY'S AFFIDAVIT**

I, Deborah Stern, being first duly sworn, say:

1. I am licensed to practice law in the State of North Carolina and am a Partner of the law firm Parker Poe Adams & Bernstein LLP ("Parker Poe"), 301 Fayetteville Street, Ste 1400, Raleigh, NC 27601.
2. Parker Poe wishes to be employed by the Debtor to assist the Debtor with health care related matters.
3. Neither I nor Parker Poe hold or represent interests adverse to the estate with respect to the matters on which Parker Poe is to be employed, as required by Section 327(e) of the Bankruptcy Code.
4. At the time of filing, the Debtor owed Parker Poe a total of $24,545.22.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: August 27, 2026

**PARKER POE ADAMS & BERNSTEIN LLP**

By: ______________________________
Deborah S. Stern
N.C. State Bar No. 59592
Parker Poe Adams & Bernstein LLP
301 Fayetteville Street, Ste 1400
Raleigh, NC 27601

deborahstern@parkerpoe.com

Sworn to and subscribed
Before me this the 27th day
of August, 2026.

Dominca C Cobb
Notary Public

DOMINCA C. COBB
NOTARY
PUBLIC
WAKE COUNTY, NC

My Commission Expires:
3/2/2031

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No. 26-01207-5-JNC** |
| **THREE OAKS BEHAVIORAL** | ) | |
| **HEALTH & WELLNESS, PLLC** | ) | |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |

**ORDER AUTHORIZING EMPLOYMENT OF**
**PARKER POE ADAMS & BERNSTEIN, LLP AS SPECIAL COUNSEL,**
***NUNC PRO TUNC* TO THE PETITION DATE**

THIS MATTER, coming on to be heard before the United States Bankruptcy Court, upon the Petition of the Debtor herein for leave to employ Parker Poe Adams & Bernstein, LLP ("Parker Poe"), as special counsel *nunc pro tunc* to the Petition Date, and it appearing upon the Attorney's Affidavit that Deborah Stern and Parker Poe have disclosed all business conducted in connection with the Debtor, any creditor or other party in interest in connection with the estate; and it further appearing that the appointment of said special counsel, *nunc pro tunc*, would be in the best interest of the estate; and for other good cause shown:

IT IS HEREBY ORDERED that the Debtor is authorized to employ Deborah Stern and Parker Poe as special counsel, *nunc pro tunc* to the Petition Date, to render necessary legal services

as detailed in the Application. Further, Deborah Stern of Parker Poe shall be compensated by the Debtor for legal services at an hourly rate of $600.00, with associate attorney Matthew Couch employed by Parker Poe being compensated at an hourly rate of $415.00, and paralegals employed by Parker Poe being compensated at an hourly rate of $300.00, after approval by the Court pursuant to the Bankruptcy Administrator's guidelines.

**END OF DOCUMENT**