UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| THREE OAKS BEHAVIORAL HEALTH | ) | |
| & WELLNESS, PLLC | ) | Bankruptcy Case No. 26-01207-5-JNC |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

**WITHDRAWAL OF PROOF OF CLAIM NO. 15 OF AKF, INC. D/B/A FUNDKITE**

NOW COMES AKF, Inc. dba Fundkite d/b/a Fundkite, through counsel, and hereby withdraws Proof of Claim No. 15 filed on July 13, 2026.

Respectfully submitted this the 1ST day of September, 2026.

DANIEL C. BRUTON
State Bar No. 22440
Attorney for AKF, Inc. d/b/a Fundkite

OF COUNSEL

BELL, DAVIS & PITT, P.A.
100 North Cherry Street, Suite 600
P. O. Box 21029
Winston-Salem, NC 27120-1029
(336) 722-3700

CERTIFICATE OF SERVICE

I hereby certify that the foregoing **WITHDRAWAL OF PROOF OF CLAIM NO. 15 OF AKF, INC. D/B/A FUNDKITE** was served upon the following parties via this Court's CM/ECF filing service and via First-Class Mail as follows:

CM/ECF

Lydia C. Carpenter (lstoney@hendrenmalone.com)
Attorney for Debtor

Brandi Richardson (george@georgeoliverlaw.com)
Subchapter V Trustee

This the 1st day of September, 2026.

DANIEL C. BRUTON
State Bar No. 22440