**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

**IN RE:**
**THREE OAKS BEHAVIORAL HEALTH & WELLNESS, PLLC,**

**DEBTOR.**

**CASE NO. 26-01207-5-JNC**

**CHAPTER 11**

**BANKRUPTCY ADMINISTRATOR'S RESPONSE TO DEBTOR'S APPLICATION FOR EMPLOYMENT OF PARKER POE ADAMS & BERNSTEIN, LLP AS SPECIAL COUNSEL *NUNC PRO TUNC* TO THE PETITION DATE**

Now comes the Bankruptcy Administrator for the Eastern District of North Carolina ("BA"), by and through undersigned counsel, who hereby responds to the Debtor's Application for Employment of Parker Poe Adams & Bernstein, LLP ("Parker Poe") as Special Counsel *Nunc Pro Tunc* to the Petition Date ("Application"); and, in support thereof, the BA shows unto the court the following:

1. The Debtor filed a bankruptcy case under Chapter 11 on March 16, 2026 ("Petition Date"). The Debtor elected to proceed under Subchapter V and George Oliver was appointed the Subchapter V Trustee.

2. The Application was filed on August 27, 2026.

3. The Application seeks *nunc pro tunc* relief by requesting the employment of Deborah Stern and Parker Poe be approved as of the Petition Date.

4. The Application was filed five months after the Petition Date. The Application does not adequately describe the reason for the delay.

5. The Bankruptcy Administrator has no objection to the employment of Parker Poe. However, the Bankruptcy Administrator believes an explanation for the retroactive relief is necessary before the Application can be granted.

WHEREFORE, the Bankruptcy Administrator requests a hearing be held on the Debtor's Application for Employment of Parker Poe Adams & Bernstein, LLP as Special Counsel *Nunc Pro Tunc* to the Petition Date, and the Court grant such other and further relief the Court may deem just and proper.

This the 10th day of September, 2026.

Brian C. Behr
Bankruptcy Administrator

By: /s/ Kirstin E. Gardner
Kirstin E. Gardner
Staff Attorney
Bar No. 52144
Eastern District of North Carolina
434 Fayetteville Street, Suite 640
Raleigh, North Carolina 27601
(919) 334-3889
kirstin_gardner@nceba.uscourts.gov

**CERTIFICATE OF SERVICE**

I, Rick P. Hinson, of 434 Fayetteville Street, Suite 640, Raleigh, North Carolina, 27601, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on this day, I served copies of the foregoing document on the following:

George M. Oliver *(via CM/ECF)*
The Law Firm of George Oliver, PLLC
P.O. Box 1548
New Bern, North Carolina 28563

Lydia Stoney *(via CM/ECF)*
Hendren, Redwine & Malone, PLLC
4600 Marriott Drive, Suite 150
Raleigh, NC 27612

I certify under penalty of perjury that the foregoing is true and correct.

Dated this the 10th day of September 2026.

By: /s/ Rick P. Hinson
Rick P. Hinson
Operations Supervisor
434 Fayetteville Street, Suite 640
Raleigh, North Carolina 27601