**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No. 26-01207-5-JNC** |
| **THREE OAKS BEHAVIORAL HEALTH & WELLNESS, PLLC** | ) | |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |

**SUPPLEMENT TO APPLICATION FOR EMPLOYMENT OF PARKER POE ADAMS & BERNSTEIN, LLP AS SPECIAL COUNSEL *NUNC PRO TUNC* TO THE PETITION DATE**

NOW COMES Three Oaks Behavioral Health & Wellness, PLLC (the "Debtor"), by and through the undersigned counsel, and respectfully supplements its *Application for Employment of Parker Poe Adams & Bernstein, LLP as Special Counsel Nunc Pro Tunc to the Petition Date*, D.E. 160, filed on August 27, 2026 (the "Application"). The Debtor supplements the Application with the following information:

1. In the Application, the Debtor seeks authority to employ Parker Poe Adams & Bernstein, LLP ("Parker Poe") to assist the Debtor with healthcare compliance advice and representation related to subpoenas issued to Three Oaks Behavioral Health and Wellness and its affiliated providers, and any related issues as they may arise. As of the date of this Supplement, the Debtor employs approximately ninety-two (92) employees.

2. The request for *nunc pro tunc* employment of Parker Poe in the Application resulted from a miscommunication between the Debtor, Debtor's counsel, and Parker Poe.

3. The Application was filed as quickly as possible following discovery by the undersigned and Parker Poe of the miscommunication.

4. The scope of work provided by Parker Poe on a post-petition basis includes representation and advice primarily regarding matters pending in State Court that are wholly

unrelated to Three Oaks Behavioral Health & Wellness, PLLC's operations or its bankruptcy case. Parker Poe provides services to Three Oaks on an *ad hoc* or as needed basis, and the varying frequency of such services contributed to the communications breakdown regarding the need for employment of Parker Poe as special counsel in the Bankruptcy Case.

5. By way of example, on a post-petition basis Parker Poe advised one of Three Oaks' clinicians related to a child custody proceeding in State Court wherein a subpoena was issued to the clinician concerning mental health care services the clinician provided to an individual involved in the State Court proceeding.

6. The services provided by Parker Poe are beneficial to the Debtor and its employees, and accordingly, the Debtor seeks authority to employ and compensate Parker Poe for such services on a nunc pro tunc basis to the Petition Date.

7. The total amount of fees incurred by Parker Poe for the post-petition period from March 16, 2026, through August 31, 2026, was approximately $11,734.50. As set forth in the Application, should the Court allow the Application, Parker Poe will seek compensation for such amounts after review and approval by the Court pursuant to the Bankruptcy Administrator's guidelines.

Dated: September 21, 2026

**HENDREN, REDWINE & MALONE, PLLC**

*/s/* Lydia C. Carpenter
Jason L. Hendren (NC State Bar No. 26869)
Rebecca Redwine Grow (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
Lydia C. Carpenter (NC State Bar No. 56697)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: (919) 420-7867
Email: jhendren@hendrenmalone.com
rredwine@hendrenmalone.com

bwaller@hendrenmalone.com
lcarpenter@hendrenmalone.com
*Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on September 21, 2026, the undersigned served copies of the following motion upon each of the parties listed on the attached below as indicated.

This the 21st day of September, 2026.

**HENDREN, REDWINE & MALONE, PLLC**

s/Lydia C. Carpenter
Jason L. Hendren (NC State Bar No.: 26869)
Rebecca Redwine Grow (NC State Bar No.: 37012)
Benjamin E.F.B. Waller (NC State Bar No.: 27680)
Lydia C. Carpenter (NC State Bar No. 56697)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: (919) 573-1422
Facsimile: (919) 420-0475
Email: jhendren@hendrenmalone.com
rredwine@hendrenmalone.com
bwaller@hendrenmalone.com
lcarpenter@hendrenmalone.com
Attorneys for Debtor

| | |
|---|---|
| Brian Behr<br>Bankruptcy Administrator | via CMECF |
| George M. Oliver<br>Subchapter V Trustee | via CMECF |
| Parker Poe Adams & Bernstein, LLP<br>Attn: Managing Agent<br>301 Fayetteville Street, Ste 1400<br>Raleigh, NC 27601 | via U.S. Mail |