**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No. 26-01207-5-JNC** |
| **THREE OAKS BEHAVIORAL** | ) | |
| **HEALTH & WELLNESS, PLLC** | ) | **Chapter 11** |
| **Debtor.** | ) | |

**HENDREN, REDWINE & MALONE, PLLC'S THIRD REPORT AND APPLICATION FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES PURSUANT TO 11 U.S.C. § 503(b) OF THE BANKRUPTCY CODE**

Pursuant to the provisions of the Bankruptcy Code, the undersigned as Counsel for the Debtor, Jason L. Hendren and Hendren, Redwine & Malone, PLLC, hereby makes this report and application to the Court for approval of attorney's fees and reimbursement of expenses pursuant to Section 503(b) of the Bankruptcy Code, in connection with the services rendered by counsel to date in the course of this Chapter 11 proceeding; and, in support of this application, show the Court as follows:

1. Hendren, Redwine & Malone, PLLC (herein "Hendren Redwine") filed a voluntary Chapter 11 Petition on behalf of the Debtor on March 16, 2026.

2. The Application to Employ the firm Hendren, Redwine & Malone, PLLC as Counsel for the Debtor [Dkt. No. 16] was filed on March 18, 2026. The Order Authorizing Employment of Counsel for the Debtor was entered on April 8, 2026 [Dkt No. 51].

3. On May 19, 2026, Hendren Redwine filed an Attorney's Initial Report and Application for Approval of Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. § 503(b) of the Bankruptcy Code [Dkt. No. 82]. An Order allowing compensation and expenses of $41,860.75 was entered on June 16, 2026 [Dkt. No. 117].

4. On July 21, 2026, Hendren Redwine filed an Attorney's Second Report and Application for Approval of Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. § 503(b) of the Bankruptcy Code [Dkt. No. 142]. A Consent Order allowing compensation and expenses of $35,011.03 was entered on August 18, 2026 [Dkt. No. 155].

5. Since filing the petition, the undersigned and members of Hendren Redwine have expended hours negotiating with various creditors and meeting with the Debtor to analyze and discuss the reorganization of the Debtor.

6. The services rendered by Debtor's counsel have been extensive, and it is vital that Debtor's counsel be allowed compensation for the services rendered to the Debtor.

7. Debtor's counsel, as referenced herein, has expended numerous hours advising the

Debtor and rendering such legal services as were necessary and proper, which services are more specifically itemized on **Exhibit A**, attached hereto. **Exhibit A** reflects post-petition services rendered by each attorney and paralegal who provided services during the applicable period and the time spent and the fee charged for services, billed at the attorney's or paralegal's hourly rate. **Exhibit A** also provides a summary of the costs incurred by Hendren Redwine.

8. Members of the law firm of Hendren Redwine have experience in the area of bankruptcy and corporate reorganization. A summary of the background and qualifications of the attorneys and professional staff rendering legal and paralegal services in this case is attached as **Exhibit B** to this application.

9. In the preparation, qualification and execution of their employment as counsel for the Debtor, counsel has complied with the provisions of Sections 327, 329 and 1107(a) of the Bankruptcy Code.

10. Counsel applies for the allowance of attorney's fees pursuant to applicable provisions of statutory and case law, and asks the Court to consider the following factors in the allowance of the same:

(a) Time and labor expended.
(b) Novelty and difficulty of the questions raised.
(c) Skill required to properly perform the legal services rendered.
(d) Customary fees for like work.
(e) Time limitations imposed by the client or circumstances.
(f) Experience, reputation and ability of the attorney.
(g) Nature and length of the professional relationship between attorney and client.
(h) Attorney's fees awards in similar cases.

11. The dates, numbers and information necessary for the Court's evaluation of the factors set forth in paragraph 10 above are set forth in this Report and Application (see **Exhibit A**).

12. All the services for which compensation is requested were performed by or on behalf of the Debtor and not on behalf of any committee, creditor or other person.

13. The services performed by counsel were services for which the attorney for Debtor held the sole responsibility, and were not services for which any other party, attorney or any person had responsibility to the exclusion of the Debtor or the Debtor's counsel.

14. No commission, fee, allowance or any other payment to the undersigned has been computed on any funds paid back to the Debtor, any exemption to which the Debtor would be entitled or any comparable payment representing a refund or reimbursement to the Debtor.

15. This Report and Application for Approval of Compensation and Reimbursement of Expenses pursuant to Section 503(b) is in compliance with the standards set forth in the Bankruptcy Code, the applicable case law and other non-bankruptcy statutes and case law.

16. Hendren Redwine has incurred post-petition fees in the amount of $16,366.50 and out-of-pocket expenses and advances in the amount of $318.73 for a total of $16,685.23 since the petition was filed, and these items are detailed on the attached **Exhibit A**.

17. A copy of the proposed order allowing this Report and Application for Approval of Compensation and Reimbursement of Expenses pursuant to Section 503(b) has been attached as **Exhibit C**.

**WHEREFORE**, Counsel for the Debtor prays that Hendren Redwine be allowed compensation in the amount of **SIXTEEN THOUSAND THREE HUNDRED SIXTY-SIX AND 50/100 DOLLARS ($16,366.50)** and **THREE HUNDRED EIGHTEEN AND 73/100 DOLLARS ($318.73)** for reimbursement of expenses pursuant to 11 U.S.C. § 503(b), for a total of **SIXTEEN THOUSAND SIX HUNDRED EIGHTY-FIVE AND 23/100 DOLLARS ($16,685.23)** for the period of July 21, 2026 through September 22, 2026.

**DATED**: September 22, 2026

**HENDREN, REDWINE & MALONE, PLLC**

s/ Jason L. Hendren
Jason L. Hendren (NC State Bar No. 26869)
Rebecca F. Redwine (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
Lydia C. Carpenter (NC State Bar No. 56697)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: (919) 420-7867
Facsimile: (919) 420-0475
Email: jhendren@hendrenmalone.com
rredwine@hendrenmalone.com
bwaller@hendrenmalone.com
lcarpenter@hendrenmalone.com
*Attorneys for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No. 26-01207-5-JNC** |
| **THREE OAKS BEHAVIORAL** | ) | |
| **HEALTH & WELLNESS, PLLC** | ) | **Chapter 11** |
| **Debtor.** | ) | |

**NOTICE OF HENDREN, REDWINE & MALONE, PLLC'S THIRD REPORT AND APPLICATION FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES PURSUANT TO 11 U.S.C. § 503(b) OF THE BANKRUPTCY CODE**

**NOTICE IS HEREBY GIVEN** that Hendren, Redwine & Malone, PLLC ("Debtor's counsel"), has filed a Third Report and Application for Approval of Compensation and Reimbursement of Expenses pursuant to 11 U.S.C. § 503(b) of the Bankruptcy Code; and,

**FURTHER NOTICE IS HEREBY GIVEN** that Debtor's counsel has applied for compensation in the amount of **SIXTEEN THOUSAND THREE HUNDRED SIXTY-SIX AND 50/100 DOLLARS ($16,366.50)** and **THREE HUNDRED EIGHTEEN AND 73/100 DOLLARS ($318.73)** for reimbursement of expenses pursuant to 11 U.S.C. § 503(b), for a total of **SIXTEEN THOUSAND SIX HUNDRED EIGHTY-FIVE AND 23/100 DOLLARS ($16,685.23)** for the period of July 21, 2026 through September 22, 2026; and,

**FURTHER NOTICE IS HEREBY GIVEN** that the Report and Application for Approval of Compensation and Reimbursement of Expenses pursuant to Section 503(b) filed by Debtor's counsel may be allowed provided no responses and request for a hearing is made by a party in interest in writing to the Clerk of this Court within **TWENTY-ONE (21) DAYS** from the date of this notice; and,

**FURTHER NOTICE IS HEREBY GIVEN**, that if a response and a request for a hearing is filed by a party in interest in writing within the time indicated, a hearing will be conducted on the Report and Application and Response thereto at a date, time and place to be later set by the Court and all interested parties will be notified accordingly. If no request for a hearing is timely filed, the Court may rule on the Report and Application and Response thereto ex parte without further notice.

**DATED**: September 22, 2026

**HENDREN, REDWINE & MALONE, PLLC**

s/ Jason L. Hendren
Jason L. Hendren (NC State Bar No. 26869)
Rebecca F. Redwine (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
Lydia C. Carpenter (NC State Bar No. 56697)

4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: (919) 420-7867
Facsimile: (919) 420-0475
Email: jhendren@hendrenmalone.com
rredwine@hendrenmalone.com
bwaller@hendrenmalone.com
lcarpenter@hendrenmalone.com
*Attorneys for the Debtor*

HENDREN REDWINE & MALONE PLLC
ATTORNEYS AT LAW

EXHIBIT A

# INVOICE

Invoice # 22897
Date: 09/22/2026
Due On: 10/22/2026

# Hendren, Redwine & Malone PLLC

4600 Marriott Dr Ste 150
Raleigh, NC 27612

Three Oaks Behavioral Health & Wellness, PLLC

## Three Oaks Behavioral Health & Wellness, PLLC-Chapter 11-07516

## Chapter 11

### Services

| Date | Attorney | Notes | Quantity | Rate (USD) | Total (USD) |
|---|---|---|---|---|---|
| 07/21/2026 | Jason Hendren | Review Cigna damages issues; review Truist loan document issue | 0.30 | $480.00 | $144.00 |
| 07/21/2026 | Jason Hendren | Finalize fee application | 0.10 | $480.00 | $48.00 |
| 07/21/2026 | Lydia Carpenter | Analysis of Truist loan documents related to interest rate and SOFR Addendum; discussion with JLH re: Truist request to execute SOFR Addendum post-petition; follow-up communications to Truist counsel re: same | 0.40 | $325.00 | $130.00 |
| 07/21/2026 | Lydia Carpenter | Review and analysis of client update re: BCBS; advise client re: communications with BCBS | 0.20 | $325.00 | $65.00 |
| 07/21/2026 | Jenny Gorman | Finalize and file fee app; edit calendar; service of same | 0.50 | $190.00 | $95.00 |
| 07/21/2026 | Jason Hendren | Evaluate settlement with Cigna | 0.30 | $480.00 | $144.00 |
| 07/21/2026 | Jenny Gorman | Review correspondence re: BCBS | 0.10 | $190.00 | $19.00 |
| 07/21/2026 | Jenny Gorman | Discussion with LC re: potential damages claim | 0.20 | $190.00 | $38.00 |
| 07/21/2026 | Lydia Carpenter | Call with Casie re: strategy related to Cigna settlement; review and analysis of attrition data and discussion re: Cigna settlement demand | 0.80 | $325.00 | $260.00 |

| | | | | | |
|---|---|---|---|---|---|
| 07/21/2026 | Lydia Carpenter | Communications with counsel for Cigna re: settlement negotiations and status re: hearing on Motion for Turnover | 0.10 | $325.00 | $32.50 |
| 07/21/2026 | Lydia Carpenter | Call with SubV Trustee re: Cigna negotiations and Cigna Turnover issues | 0.20 | $325.00 | $65.00 |
| 07/21/2026 | Lydia Carpenter | Call with counsel for Cigna re: status of hearing on Motion for turnover; negotiations related to hearing continuance/adjournment | 0.20 | $325.00 | $65.00 |
| 07/21/2026 | Lydia Carpenter | Follow-up communications to Casie re: Cigna request to continue hearing on motion for turnover and strategy related to same | 0.10 | $325.00 | $32.50 |
| 07/22/2026 | Jenny Gorman | Review order modifying stay | 0.10 | $190.00 | $19.00 |
| 07/22/2026 | Jenny Gorman | Review correspondence with client re: turnover hearing and attrition damages | 0.10 | $190.00 | $19.00 |
| 07/22/2026 | Jenny Gorman | Complete review of June statements; reconcile all transactions; draft June report and send to client; meet with LC re: cash position | 0.80 | $190.00 | $152.00 |
| 07/22/2026 | Lydia Carpenter | Draft Demand to Cigna, including various categories of actual damages incurred by Debtor; reviewing cash recovery plan, prior hearing testimony and various other case issues for inclusion into demand | 0.60 | $325.00 | $195.00 |
| 07/22/2026 | Lydia Carpenter | Assist Casie with preparation of calculation of Three Oaks' team time spent on Cigna Funds Diversion issue for inclusion into settlement demand | 0.20 | $325.00 | $65.00 |
| 07/22/2026 | Lydia Carpenter | Draft proposed settlement provisions regarding reporting and review of data by Cigna, notice requirement, future audit provision, PHI related provisions and other provisions for settlement demand to Cigna | 0.40 | $325.00 | $130.00 |
| 07/22/2026 | Lydia Carpenter | Communications to Cigna counsel re: agreement to continue 8/4 hearing and agreement to drop dead date re: global settlement | 0.10 | $325.00 | $32.50 |
| 07/22/2026 | Lydia Carpenter | Draft Second Motion to Continue Hearing on Cigna Motion for Turnover; discussion with Cigna counsel re: same | 0.20 | $325.00 | $65.00 |
| 07/22/2026 | Jenny Gorman | Review correspondence from client re: calculation of attrition | 0.10 | $190.00 | $19.00 |
| 07/22/2026 | Jenny Gorman | Review Moton to Continue turnover hearing | 0.10 | $190.00 | $19.00 |

| | | | | | |
|---|---|---|---|---|---|
| 07/22/2026 | Lydia Carpenter | Review attorneys fees and all billed transactions in Clio; prepare and update spreadsheet totaling attorneys fees incurred resulting from Cigna violation of automatic stay | 0.30 | $325.00 | $97.50 |
| 07/22/2026 | Lydia Carpenter | Continue to draft and revise protective provisions for Cigna settlement demand; continued review and analysis of various actual damages incurred by client, reviewing In re North Whiteville Urgent Care opinion thereon; lengthy communications to advise client re: preparation of Cigna settlement demand | 0.70 | $325.00 | $227.50 |
| 07/22/2026 | Jenny Gorman | Review correspondence from client re: signed report; finalize and file June report; upload statements to BA and update calendar | 0.20 | $190.00 | $38.00 |
| 07/22/2026 | Lydia Carpenter | Discussion with Cigna counsel re: motion to continue 8/4 hearing on turnover motion and Cigna proposed edit to language in motion to continue | 0.10 | $325.00 | $32.50 |
| 07/23/2026 | Jason Hendren | Analyze draft proposal for Cigna | 0.20 | $480.00 | $96.00 |
| 07/23/2026 | Jenny Gorman | Review order allowing TJT fees and extension of MR; email to client re: same | 0.10 | $190.00 | $19.00 |
| 07/23/2026 | Jenny Gorman | Review negotiations outline | 0.10 | $190.00 | $19.00 |
| 07/23/2026 | Lydia Carpenter | Advise client re: TJT Fee App and impact on projections | 0.10 | $325.00 | $32.50 |
| 07/23/2026 | Lydia Carpenter | Advise client re: various provisions in Cigna settlement and various negotiating points with Cigna | 0.20 | $325.00 | $65.00 |
| 07/23/2026 | Lydia Carpenter | Revise second motion to continue Cigna hearing and communications to Cigna counsel re: same | 0.10 | $325.00 | $32.50 |
| 07/23/2026 | Lydia Carpenter | Review communications from client re: Vault issues | 0.20 | $325.00 | $65.00 |
| 07/23/2026 | Lydia Carpenter | Review client updated data re: time spent by Three Oaks Staff related to Cigna stay violation issues; update Cigna demand re: same | 0.20 | $325.00 | $65.00 |
| 07/23/2026 | Lydia Carpenter | Continue to draft and prepare opening demand to Cigna; review and analysis of Debtor's cash recovery plan and call with Casie to discuss calculation of actual damages | 0.80 | $325.00 | $260.00 |
| 07/23/2026 | Jenny Gorman | Review calculations re: breakdown of offer | 0.10 | $190.00 | $19.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | to Cigna | | | |
| 07/23/2026 | Jenny Gorman | Review correspondence re: vault coverage | 0.10 | $190.00 | $19.00 |
| 07/24/2026 | Jenny Gorman | Review correspondence from client re: admins | 0.10 | $190.00 | $19.00 |
| 07/24/2026 | Jenny Gorman | Correspondence with LC re: motion to continue turnover hearing | 0.10 | $190.00 | $19.00 |
| 07/24/2026 | Lydia Carpenter | Review client edits to settlement demand to Cigna; advise client re: various settlement related questions | 0.20 | $325.00 | $65.00 |
| 07/24/2026 | Lydia Carpenter | Continue to draft and revise demand to Cigna with settlement proposal and critical settlement terms; preparation of length communications to Cigna counsel with settlement demand, settlement narrative, and key settlement provisions | 0.80 | $325.00 | $260.00 |
| 07/24/2026 | Jenny Gorman | Review initial settlement demand to Cigna | 0.10 | $190.00 | $19.00 |
| 07/24/2026 | Lydia Carpenter | Multiple communications with Casie re: administrative claims | 0.20 | $325.00 | $65.00 |
| 07/24/2026 | Lydia Carpenter | Call with Casie re: projections update and admin claim proposal | 0.20 | $325.00 | $65.00 |
| 07/27/2026 | Jenny Gorman | Review correspondence from client re: Cigna offer | 0.10 | $190.00 | $19.00 |
| 07/27/2026 | Lydia Carpenter | Communications with Casie and Jordan re: payment of administrative claim | 0.10 | $325.00 | $32.50 |
| 07/28/2026 | Jenny Gorman | Review and save projections to file | 0.10 | $190.00 | $19.00 |
| 07/28/2026 | Lydia Carpenter | Follow-up to client re: proposal related to payment of administrative claim | 0.10 | $325.00 | $32.50 |
| 07/28/2026 | Jenny Gorman | Finalize and file Motion to Continue Turnover hearing; edit calendar | 0.20 | $190.00 | $38.00 |
| 07/28/2026 | Lydia Carpenter | Discussion with client re: payment of admin claim; draft and issue demand to counsel for landlord administrative claimant | 0.20 | $325.00 | $65.00 |
| 07/28/2026 | Lydia Carpenter | Discussion with legal team re: Truist request regarding loan document execution | 0.10 | $325.00 | $32.50 |
| 07/28/2026 | Jenny Gorman | Review correspondence from court re: continuance of hearing; edit calendar | 0.10 | $190.00 | $19.00 |
| 07/28/2026 | Lydia Carpenter | Call from Cigna counsel re: settlement proposal and additional information requested; follow-up with client re: same | 0.20 | $325.00 | $65.00 |

| | | | | | |
|---|---|---|---|---|---|
| 07/28/2026 | Lydia Carpenter | Call with Cigna Counsel re: settlement negotiations; prepare revised settlement demand with additional details and communications to client re: review and approval of same | 0.20 | $325.00 | $65.00 |
| 07/29/2026 | Jenny Gorman | Review orders continuing hearing; edit calendar | 0.10 | $190.00 | $19.00 |
| 07/29/2026 | Lydia Carpenter | Minor edit to Revised Settlement Narrative; produce same to Cigna counsel and communications to Casie re: same | 0.20 | $325.00 | $65.00 |
| 07/29/2026 | Lydia Carpenter | Negotiations with N. Raleigh landlord counsel re: payment of administrative claim; follow-up to client with landlord proposal; confirm client approval and payment of same; follow-up to landlord re: approval and payment | 0.40 | $325.00 | $130.00 |
| 07/29/2026 | Jenny Gorman | Review multiple correspondence re: HVAC repair | 0.10 | $190.00 | $19.00 |
| 07/29/2026 | Jenny Gorman | Correspondence from Triton re: Cigna checks received | 0.10 | $190.00 | $19.00 |
| 07/29/2026 | Lydia Carpenter | Review and analysis of client projections; discussion with JLH re: projections issues and strategy related to Plan filing | 0.50 | $325.00 | $162.50 |
| 07/30/2026 | Jenny Gorman | Review correspondence re: projections and client meeting; edit calendar; review feedback on projections | 0.10 | $190.00 | $19.00 |
| 07/30/2026 | Lydia Carpenter | Additional review and analysis of Projections; analysis of proposed unsecured claims payment and review of projected disposable income | 0.20 | $325.00 | $65.00 |
| 07/30/2026 | Lydia Carpenter | Continue to draft and revise chapter 11 plan addendum; revise treatment of Truist Claim; revise treatment of General Unsecured Claims | 0.40 | $325.00 | $130.00 |
| 08/03/2026 | Lydia Carpenter | Preparation for meeting with client to finalize and sign chapter 11 Plan; review and analysis of Projections and analysis of strategy related to Plan Effective Date; review EDNC Local Rules re: Effective Date; analysis of potential timelines related to Effective Date, claim objections and avoidance actions | 1.00 | $325.00 | $325.00 |
| 08/03/2026 | Jenny Gorman | Update with LC re: plan deadline; discussion re: effective date | 0.10 | $190.00 | $19.00 |
| 08/03/2026 | Jason Hendren | Assist with client meeting preparation for plan signing | 0.30 | $480.00 | $144.00 |

| | | | | | |
|---|---|---|---|---|---|
| 08/03/2026 | Lydia Carpenter | Brief meeting with JLH to review projections, revised effective date language, final plan modifications | 0.20 | $325.00 | $65.00 |
| 08/03/2026 | Lydia Carpenter | Preparation for and meeting with Jordan and Casie to finalize and sign Plan | 1.50 | $325.00 | $487.50 |
| 08/04/2026 | Jenny Gorman | Review correspondence to client re: updated projections | 0.10 | $190.00 | $19.00 |
| 08/04/2026 | Jenny Gorman | Review and save TJT invoices to file | 0.10 | $190.00 | $19.00 |
| 08/06/2026 | Jenny Gorman | Follow up with client re: July report | 0.10 | $190.00 | $19.00 |
| 08/06/2026 | Jenny Gorman | Correspondence with client re: AP payment | 0.10 | $190.00 | $19.00 |
| 08/06/2026 | Jenny Gorman | Correspondence re: Triton settlement payment | 0.10 | $190.00 | $19.00 |
| 08/10/2026 | Jenny Gorman | Review POC and edit liquidation analysis | 0.10 | $190.00 | $19.00 |
| 08/10/2026 | Jenny Gorman | Correspondence with client re: Vault | 0.10 | $190.00 | $19.00 |
| 08/10/2026 | Lydia Carpenter | Communications with TJT re: 2025 tax return and accountant's second fee application | 0.10 | $325.00 | $32.50 |
| 08/10/2026 | Lydia Carpenter | Communications with counsel for Triton re: confirmation of settlement payment and checks sent via mail | 0.10 | $325.00 | $32.50 |
| 08/10/2026 | Jenny Gorman | Brief meeting with LC re: Triton/Cigna and potential HIPPA violation | 0.10 | $190.00 | $19.00 |
| 08/10/2026 | Lydia Carpenter | Receipt and review of check images from Triton Recovery; review and analysis of HIPPA violation issues and brief research regarding PHI definitions and disclosure definitions under HIPPA | 0.20 | $325.00 | $65.00 |
| 08/10/2026 | Jenny Gorman | Call with LC re: vault invoices and post petition cure | 0.10 | $190.00 | $19.00 |
| 08/10/2026 | Lydia Carpenter | Review and analysis of Vault repayment issues; review Vault post-petition invoices and post-petition payments and calculate Vault pre-petition claims and post-petition claims | 0.40 | $325.00 | $130.00 |
| 08/10/2026 | Lydia Carpenter | Call with Casie re: case issues, projections, Vault cure and action items | 0.40 | $325.00 | $130.00 |
| 08/10/2026 | Lydia Carpenter | Call with Jordan re: Vault cure analysis and amended projections | 0.20 | $325.00 | $65.00 |
| 08/11/2026 | Lydia Carpenter | Review and analysis of client updated projections reflecting office lease rejection; | 0.30 | $325.00 | $97.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | discussion with client re: projections issues | | | |
| 08/11/2026 | Jenny Gorman | Review multiple correspondence re: projections | 0.10 | $190.00 | $19.00 |
| 08/11/2026 | Lydia Carpenter | Review and analysis of client revisions to Projections; provide client feedback re: revisions to projections | 0.20 | $325.00 | $65.00 |
| 08/11/2026 | Lydia Carpenter | Additional review and analysis of client Projections; review tax reserve calculation and propose edit, review and analysis of HRM fees and work in progress and propose edit to projections re: administrative claims | 0.30 | $325.00 | $97.50 |
| 08/11/2026 | Jenny Gorman | Review and save 2025 tax return to file | 0.10 | $190.00 | $19.00 |
| 08/11/2026 | Lydia Carpenter | Finalize Plan, addendum and Projections for final client review prior to filing; communications to client regarding executory contract and lease assumption/ rejection | 0.40 | $325.00 | $130.00 |
| 08/11/2026 | Jenny Gorman | Review client projections and make minor edits; meet with LC re: same | 0.30 | $190.00 | $57.00 |
| 08/11/2026 | Lydia Carpenter | Call with Cigna counsel re: settlement negotations | 0.40 | $325.00 | $130.00 |
| 08/11/2026 | Lydia Carpenter | Review and analysis of Vault Invoices and Debtor's proposed cure of Vault Administrative claim; draft lengthy correspondence to Vault re: admin claim payment proposal, pre-petition debt issues and related issues | 0.60 | $325.00 | $195.00 |
| 08/12/2026 | Jenny Gorman | Review correspondence with client re: final review of plan and projections | 0.10 | $190.00 | $19.00 |
| 08/12/2026 | Jenny Gorman | Review BA follow up on HRM fee app entries | 0.10 | $190.00 | $19.00 |
| 08/12/2026 | Lydia Carpenter | Revise Plan Addendum; discussion with client re: minor revision to Plan and projections | 0.20 | $325.00 | $65.00 |
| 08/12/2026 | Lydia Carpenter | Communications with Bankruptcy Administrator re: fee application | 0.10 | $325.00 | $32.50 |
| 08/12/2026 | Lydia Carpenter | Review and analysis of 1099 Contractor claim and client treatment in Projections | 0.10 | $325.00 | $32.50 |
| 08/12/2026 | Jenny Gorman | Review multiple correspondence re: 1099 company and plan; call with LC re: same | 0.10 | $190.00 | $19.00 |
| 08/12/2026 | Jason Hendren | Assist with priority claim issues | 0.10 | $480.00 | $48.00 |

| | | | | | |
|---|---|---|---|---|---|
| 08/12/2026 | Jason Hendren | Assist with finalizing plan | 0.30 | $480.00 | $144.00 |
| 08/12/2026 | Lydia Carpenter | Draft Motion to Reject Leases, Notice of Motion, Certificate of Service and Proposed Order Allowing same; brief discussion with JLH re: treatment of subelase | 0.40 | $325.00 | $130.00 |
| 08/12/2026 | Jenny Gorman | Meet with LC re: rejection of lease and motion for same; prep service of same | 0.10 | $190.00 | $19.00 |
| 08/12/2026 | Lydia Carpenter | Communications with Casie re: sublease rejection issues and vacancy date | 0.10 | $325.00 | $32.50 |
| 08/12/2026 | Jenny Gorman | Review BA CO on HRM fee app | 0.10 | $190.00 | $19.00 |
| 08/12/2026 | Jenny Gorman | Finalize and file Plan; call with LC re: NCDOR claim | 0.20 | $190.00 | $38.00 |
| 08/12/2026 | Lydia Carpenter | Call with Casie re: lease rejection motion and plan filing | 0.20 | $325.00 | $65.00 |
| 08/12/2026 | Lydia Carpenter | Review and minor revision to liquidation analysis in preparation for Plan filing; minor revision to Projections related to NCDOR claim and communications to client re: same | 0.10 | $325.00 | $32.50 |
| 08/12/2026 | Jenny Gorman | Finalize and file motion to reject Datatek & Benson Road leases; edit calendar re: same | 0.20 | $190.00 | $38.00 |
| 08/12/2026 | Lydia Carpenter | Communications with client re: Cigna check originals and potential discussion with health care attorney related to Cigna disclosure of PHI | 0.10 | $325.00 | $32.50 |
| 08/12/2026 | Lydia Carpenter | Finalize Vault repayment proposal and send to client for review | 0.10 | $325.00 | $32.50 |
| 08/12/2026 | Lydia Carpenter | Review and approve BA Consent Order regarding reduction to fee application; communications with BA's office re: consent to fee reduction and approval of consent order | 0.20 | $325.00 | $65.00 |
| 08/13/2026 | Jenny Gorman | Review correspondence with client re: Triton checks and vault correspondence | 0.10 | $190.00 | $19.00 |
| 08/13/2026 | Jenny Gorman | Correspondence from C Livermon re: SOFR | 0.10 | $190.00 | $19.00 |
| 08/13/2026 | Lydia Carpenter | Communications re: client approval of Vault cure proposal; communications to Vault re: claim breakdown and cure proposal | 0.10 | $325.00 | $32.50 |
| 08/13/2026 | Lydia Carpenter | Communications with counsel for Truist re: | 0.10 | $325.00 | $32.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | ch. 11 plan and request to sign SOFR addendum | | | |
| 08/13/2026 | Lydia Carpenter | Communications with Administrative Claimant NC Office I re: establishment of administrative claim and plan treatment of administrative claim, plus preservation of potential negotiation of payment terms as needed | 0.20 | $325.00 | $65.00 |
| 08/13/2026 | Michelle Nguyen | Scan Cigna Documents and save to file | 0.10 | $130.00 | $13.00 |
| 08/14/2026 | Lydia Carpenter | Review Cigna counter settlement offer; brief discussion with JLH re: same; communications to client with Cigna offer and advise re: settlement negotiations | 0.20 | $325.00 | $65.00 |
| 08/14/2026 | Jenny Gorman | Review Cigna offer | 0.10 | $190.00 | $19.00 |
| 08/17/2026 | Jenny Gorman | Review correspondence from client re: Cigna counter | 0.10 | $190.00 | $19.00 |
| 08/17/2026 | Jenny Gorman | Review order setting confirmation and plan deadline; edit calendar and send to client | 0.10 | $190.00 | $19.00 |
| 08/17/2026 | Lydia Carpenter | Receipt and review of order setting confirmation date, ballot deadline and objection deadline to ch. 11 Plan | 0.10 | $325.00 | $32.50 |
| 08/17/2026 | Lydia Carpenter | Draft counter demand to Cigna counsel and draft lengthy communications to Cigna with counteroffer in settlement negotiations; prepare counteroffer for client review and approval | 0.40 | $325.00 | $130.00 |
| 08/18/2026 | Lydia Carpenter | Review collections communications from Parker Poe and communications with client re: pre-petition services | 0.10 | $325.00 | $32.50 |
| 08/18/2026 | Lydia Carpenter | Review communications from client with approval of settlement counteroffer; Communications to Cigna counsel with settlement counter | 0.10 | $325.00 | $32.50 |
| 08/18/2026 | Lydia Carpenter | Review IRS Proof of Claim | 0.10 | $325.00 | $32.50 |
| 08/18/2026 | Jenny Gorman | Review POC and edit liquidation analysis | 0.10 | $190.00 | $19.00 |
| 08/18/2026 | Jenny Gorman | Correspondence from client re: Parker Poe email; review schedules and email to LC on same | 0.10 | $190.00 | $19.00 |
| 08/18/2026 | Jenny Gorman | Follow up with client re: monthly report | 0.10 | $190.00 | $19.00 |
| 08/18/2026 | Lydia Carpenter | Review communications from Parker Poe re: prepetition debt; Communications to Parker Poe counsel re: automatic stay and ceasing collections activity | 0.20 | $325.00 | $65.00 |

| | | | | | |
|---|---|---|---|---|---|
| 08/18/2026 | Lydia Carpenter | Draft TJT Second Fee Application for accounting and tax services | 0.20 | $325.00 | $65.00 |
| 08/18/2026 | Lydia Carpenter | Discussion with legal team re: Parker Poe invoice issue; follow-up with Parker Poe counsel re: same | 0.20 | $325.00 | $65.00 |
| 08/19/2026 | Jenny Gorman | Review CO allowing HRM fee app | 0.10 | $190.00 | $19.00 |
| 08/19/2026 | Lydia Carpenter | Discussions with legal team re: special counsel issue and potential nunc pro tunc employment application | 0.20 | $325.00 | $65.00 |
| 08/19/2026 | Jason Hendren | Review case status; meeting with LC | 0.20 | $480.00 | $96.00 |
| 08/20/2026 | Jenny Gorman | Review TJT fee app | 0.10 | $190.00 | $19.00 |
| 08/20/2026 | Jenny Gorman | Review and save client July report info to file | 0.10 | $190.00 | $19.00 |
| 08/20/2026 | Jenny Gorman | Draft motion to extend monthly report deadline; file same and edit calendar | 0.20 | $190.00 | $38.00 |
| 08/20/2026 | Lydia Carpenter | Initial review of client communications and spreadsheet realted to monthly report data; review and approval of motion to extend time to file monthly report | 0.20 | $325.00 | $65.00 |
| 08/20/2026 | Lydia Carpenter | Call with counsel for Cigna re: settlement negotiations | 0.20 | $325.00 | $65.00 |
| 08/20/2026 | Jenny Gorman | Draft ballot; correspondence with MN re: service of ballot package | 0.20 | $190.00 | $38.00 |
| 08/21/2026 | Jenny Gorman | Review correspondence from Vault re: balance owed | 0.10 | $190.00 | $19.00 |
| 08/21/2026 | Michelle Nguyen | Prepare and serve Ballot Packages by U.S. mail on matrix | 2.50 | $130.00 | $325.00 |
| 08/21/2026 | Lydia Carpenter | Revise TJT Fee Application; follow-up with Accountant re: same; follow-up to client re: same | 0.20 | $325.00 | $65.00 |
| 08/21/2026 | Lydia Carpenter | Review and analysis of Vault response re: cure payment; follow-up with Vault re: review and discussion of counterproposal to repayment terms; follow-up communications with JLH and Client re: same | 0.20 | $325.00 | $65.00 |
| 08/21/2026 | Lydia Carpenter | Discussion with counsel for Truist re: plan treatment and AR balance | 0.20 | $325.00 | $65.00 |
| 08/21/2026 | Lydia Carpenter | Communications with client re: case action items and AR report issues | 0.10 | $325.00 | $32.50 |
| 08/21/2026 | Lydia Carpenter | Call with Parker Poe counsel re: | 0.20 | $325.00 | $65.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | application to employ nunc pro tunc | | | |
| 08/22/2026 | Jenny Gorman | Review correspondence w Jordan re: recon. of AR | 0.10 | $190.00 | $19.00 |
| 08/22/2026 | Jenny Gorman | Review correspondence from C Livermon re: proposed terms for plan treatment | 0.10 | $190.00 | $19.00 |
| 08/24/2026 | Lydia Carpenter | Call with Casie re: case issues including Parker Poe and Vault issue | 0.10 | $325.00 | $32.50 |
| 08/24/2026 | Jenny Gorman | Call with LC re: App to Employ Parker Poe needed | 0.10 | $190.00 | $19.00 |
| 08/24/2026 | Lydia Carpenter | Draft Application to Employ Special Counsel Parker Poe; Draft Proposed Order Allowing Application to Employ; Draft Attorneys Affidavit for Parker Poe; review and analysis of 327(e) re: employment of special counsel and disinterestedness requirements | 0.60 | $325.00 | $195.00 |
| 08/24/2026 | Jenny Gorman | Draft and file COS re ballot package | 0.10 | $190.00 | $19.00 |
| 08/24/2026 | Jenny Gorman | Call with LC re: App to Employ Parker Poe | 0.10 | $190.00 | $19.00 |
| 08/24/2026 | Lydia Carpenter | Call with Casie re: Vault negotiations, Parker Poe issues, Cigna negotiations and case action items | 0.50 | $325.00 | $162.50 |
| 08/24/2026 | Lydia Carpenter | Review and analysis of Vault update re: post petition amounts due; analysis of self-funded plan issue and potential employee priority claim issues | 0.20 | $325.00 | $65.00 |
| 08/25/2026 | Jenny Gorman | Review order allowing extension of time to file July report | 0.10 | $190.00 | $19.00 |
| 08/25/2026 | Lydia Carpenter | Communications to Parker Poe re: application to employ special counsel | 0.10 | $325.00 | $32.50 |
| 08/26/2026 | Jenny Gorman | Finalize and file TJT fee app; edit calendar; service of same on matrix | 0.70 | $190.00 | $133.00 |
| 08/26/2026 | Jenny Gorman | Review and edit July transaction report from client; draft July report and email to client re: follow up information needed; email to LC on same | 0.60 | $190.00 | $114.00 |
| 08/27/2026 | Jenny Gorman | Review and edit July report re: EEs; email to LC re: final review | 0.10 | $190.00 | $19.00 |
| 08/27/2026 | Lydia Carpenter | Communications with Parker Poe counsel re: application to employ special counsel and post-petition invoices; review and approve Parker Poe edits to application to employ special counsel | 0.20 | $325.00 | $65.00 |

| | | | | | |
|---|---|---|---|---|---|
| 08/27/2026 | Lydia Carpenter | Discussion with JLH re: post-petition insurance issues; follow-up with client re: strategy related to Vault cure and request Broker contact | 0.10 | $325.00 | $32.50 |
| 08/27/2026 | Rebecca Redwine Grow | Correspondence from/to landlord in corporate matter; Respond to same | 0.20 | $450.00 | $90.00 |
| 08/27/2026 | Jenny Gorman | Review B Darer edits to App to Employ Parker Poe | 0.10 | $190.00 | $19.00 |
| 08/27/2026 | Lydia Carpenter | Inquiry from Landlord re: lease assumption and rent deferment; advise landlord re: lease intentions | 0.20 | $325.00 | $65.00 |
| 08/27/2026 | Lydia Carpenter | Finalize Application to Employ Parker Poe and prepare same for filing; communications to client and Parker Poe team re: application and action items in light of employment of Parker Poe team | 0.20 | $325.00 | $65.00 |
| 08/27/2026 | Jenny Gorman | Finalize and file App to Employ Parker Poe; email to D Stern re: same; edit calendar | 0.10 | $190.00 | $19.00 |
| 08/28/2026 | Lydia Carpenter | Communications with client re: Vault response regarding post-petition claims cure | 0.10 | $325.00 | $32.50 |
| 08/28/2026 | Lydia Carpenter | Review Washington St. Lease and renewal option; communications with landlord re: same; follow-up with Casie re: lease intentions | 0.20 | $325.00 | $65.00 |
| 08/28/2026 | Jenny Gorman | Review multiple correspondence re: renewal for Washington St lease | 0.10 | $190.00 | $19.00 |
| 08/28/2026 | Jenny Gorman | Review and save Parker Poe post petition invoice | 0.10 | $190.00 | $19.00 |
| 08/28/2026 | Lydia Carpenter | Review and approval of July Monthly Report; draft Exhibit E to July monthly report and brief discussion with legal team re: strategy related to reporting | 0.20 | $325.00 | $65.00 |
| 08/28/2026 | Lydia Carpenter | Call with Cigna counsel re: settlement negotiations and response deadline on Turnover motion | 0.20 | $325.00 | $65.00 |
| 08/28/2026 | Lydia Carpenter | Call with Casie re: Vault negotiations and cure and follow-up re: discussion with insurance broker | 0.40 | $325.00 | $130.00 |
| 08/28/2026 | Jenny Gorman | Send July report to client for review | 0.10 | $190.00 | $19.00 |
| 08/28/2026 | Lydia Carpenter | Call with Tommy Price at McGriff re: Vault negotiations and insurance issues | 0.20 | $325.00 | $65.00 |

| | | | | | |
|---|---|---|---|---|---|
| 08/28/2026 | Lydia Carpenter | Additional analysis of Vault Invoice issues and Vault negotiation issues; draft lengthy correspondence to Vault re: cure proposal and communications to client for approval/ review of same | 0.40 | $325.00 | $130.00 |
| 08/28/2026 | Lydia Carpenter | Communications to Cigna counsel with settlement negotiation demand | 0.10 | $325.00 | $32.50 |
| 08/28/2026 | Lydia Carpenter | Call with Casie re: final vault counter and negotiations; issue communications to Vault re: cure issue | 0.20 | $325.00 | $65.00 |
| 08/31/2026 | Jenny Gorman | Review counter to Vault | 0.10 | $190.00 | $19.00 |
| 08/31/2026 | Jenny Gorman | Follow up with client re: July report review | 0.10 | $190.00 | $19.00 |
| 08/31/2026 | Jenny Gorman | Finalize and file July report; upload bank statements to BA | 0.20 | $190.00 | $38.00 |
| 08/31/2026 | Lydia Carpenter | Receipt of returned mail re: lease rejection motion; delegation of action items re: service to legal team for service on Benson Road Holdings | 0.10 | $325.00 | $32.50 |
| 09/01/2026 | Lydia Carpenter | Review Cigna counteroffer and advise client re: next steps in settlement negotiations | 0.20 | $325.00 | $65.00 |
| 09/01/2026 | Jenny Gorman | Call with LC and review correspondence re: Cigna offer | 0.10 | $190.00 | $19.00 |
| 09/01/2026 | Lydia Carpenter | Call with Cigna counsel re: settlement negotiations and follow-up via email with formal counteroffer | 0.20 | $325.00 | $65.00 |
| 09/02/2026 | Jenny Gorman | Review withdrawal of AFK claim; edit liquidation analysis | 0.10 | $190.00 | $19.00 |
| 09/02/2026 | Lydia Carpenter | Review and analysis of Fundkite withdrawal of proof of claim; analysis of impact on liquidation analysis and potential disbursement | 0.10 | $325.00 | $32.50 |
| 09/02/2026 | Lydia Carpenter | Multiple communications from Washington St. Landlord re: lease renewal terms; advise client re: negotiations related to lease renewal | 0.20 | $325.00 | $65.00 |
| 09/02/2026 | Lydia Carpenter | Call with Cigna counsel re: final settlement negotiations | 0.20 | $325.00 | $65.00 |
| 09/02/2026 | Jenny Gorman | Update with LC re: Cigna negotiations | 0.10 | $190.00 | $19.00 |
| 09/02/2026 | Jason Hendren | Review issues re resolution of turnover motion | 0.30 | $480.00 | $144.00 |
| 09/02/2026 | Lydia Carpenter | Call with Casie re: approval of settlement | 0.20 | $325.00 | $65.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | with Cigna; follow-up to counsel for Cigna re: acceptance of settlement proposal | | | |
| 09/02/2026 | Lydia Carpenter | Draft Consent Order Resolving Cigna Turnover Motion; discussion with JLH related to strategy regarding Consent Order and procedural requirements | 0.50 | $325.00 | $162.50 |
| 09/03/2026 | Jenny Gorman | Review lease rejection order and edit calendar re: admin bar date | 0.10 | $190.00 | $19.00 |
| 09/03/2026 | Jason Hendren | Review Order resolving Cigna | 0.20 | $480.00 | $96.00 |
| 09/03/2026 | Lydia Carpenter | Receipt and review of Order Allowing Motion to Reject Leases; follow-up communications to client with same | 0.10 | $325.00 | $32.50 |
| 09/03/2026 | Lydia Carpenter | Communications to Cigna counsel with proposed Consent Order and discussion re: procedure for resolution of 9/8 hearing | 0.10 | $325.00 | $32.50 |
| 09/03/2026 | Lydia Carpenter | Review inquiry from Carrot Fertility re: invoice; follow up to Carrot with Chapter 11 Plan and notice of contract rejection | 0.20 | $325.00 | $65.00 |
| 09/03/2026 | Lydia Carpenter | Call with Truist counsel re: plan treatment | 0.20 | $325.00 | $65.00 |
| 09/04/2026 | Lydia Carpenter | Communications with Cigna counsel re: consent order and settlement payment | 0.10 | $325.00 | $32.50 |
| 09/04/2026 | Lydia Carpenter | Communications with Cigna Counsel and Court staff re: 9/8 hearing resolution | 0.10 | $325.00 | $32.50 |
| 09/04/2026 | Lydia Carpenter | Review and approval of Cigna redlines to consent order on Turnover Motion; brief discussion with JLH re: same; further communications to Court re: consent order | 0.20 | $325.00 | $65.00 |
| 09/08/2026 | Jenny Gorman | Review multiple correspondence re: CO re: Cigna and removal of hearing | 0.10 | $190.00 | $19.00 |
| 09/08/2026 | Jenny Gorman | Review CO with Evernorth; send to counsel with payment instructions; edit calendar | 0.10 | $190.00 | $19.00 |
| 09/08/2026 | Lydia Carpenter | Communications with Vault re: post-petition premium cure | 0.10 | $325.00 | $32.50 |
| 09/08/2026 | Jenny Gorman | Review correspondence with Vault | 0.10 | $190.00 | $19.00 |
| 09/08/2026 | Lydia Carpenter | Call with Casie and Jordan re: payroll issues and Vault issues; advise client re payroll issues and general prohibition on incurring debt without court authority | 0.20 | $325.00 | $65.00 |
| 09/08/2026 | Lydia Carpenter | Follow-up negotiations with Truist re: plan treatment; advise client re: Truist request for document execution related to loan | 0.20 | $325.00 | $65.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | package | | | |
| 09/08/2026 | Jenny Gorman | Review correspondence with Truist counsel re: edit to plan treatment | 0.10 | $190.00 | $19.00 |
| 09/08/2026 | Jenny Gorman | Correspondence to client re: Aug report | 0.10 | $190.00 | $19.00 |
| 09/08/2026 | Lydia Carpenter | Call with Casie re: Vault issues regarding client enrollment in COBRA; advise re: strategy and next steps in Vault negotiations | 0.20 | $325.00 | $65.00 |
| 09/09/2026 | Jenny Gorman | Correspondence with client re: Truist AP payment | 0.10 | $190.00 | $19.00 |
| 09/10/2026 | Lydia Carpenter | Follow-up communications to Vault re: cure negotiations | 0.10 | $325.00 | $32.50 |
| 09/10/2026 | Jenny Gorman | Review BA follow up on TJT fee app | 0.10 | $190.00 | $19.00 |
| 09/11/2026 | Jenny Gorman | Review BA obj to Parker Poe employment | 0.10 | $190.00 | $19.00 |
| 09/11/2026 | Lydia Carpenter | Receipt and review of BA Objection to Application to Employ Parker Poe | 0.10 | $325.00 | $32.50 |
| 09/11/2026 | Lydia Carpenter | Communications to BA re: objection to application to employ Parker Poe | 0.10 | $325.00 | $32.50 |
| 09/11/2026 | Lydia Carpenter | Review and respond to BA inquiries related to TJT fee application; provide BA Time Detail | 0.20 | $325.00 | $65.00 |
| 09/11/2026 | Jenny Gorman | Correspondence with BA re: obj to Parker Poe employment and TJT fee app | 0.10 | $190.00 | $19.00 |
| 09/14/2026 | Lydia Carpenter | Follow-up to Vault counsel re: call to finalize cure arrangement | 0.10 | $325.00 | $32.50 |
| 09/14/2026 | Lydia Carpenter | Receipt and review of rejection ballot from Kapitus Servicing, Inc.; analysis of unsecured class claims pool and potential balloting issues | 0.20 | $325.00 | $65.00 |
| 09/15/2026 | Jenny Gorman | Correspondence from C Livermon re: plan treatment offer | 0.10 | $190.00 | $19.00 |
| 09/15/2026 | Jenny Gorman | Review notice of hearing on Parker Poe employment | 0.10 | $190.00 | $19.00 |
| 09/15/2026 | Lydia Carpenter | Receipt and review of notice of hearing and call to Bankruptcy Administrator re: App to Employ Parker Poe | 0.10 | $325.00 | $32.50 |
| 09/15/2026 | Lydia Carpenter | Call with Bankruptcy Administrator re: application to employ issues | 0.20 | $325.00 | $65.00 |
| 09/15/2026 | Lydia Carpenter | Negotiations with counsel for Truist re: plan treatment | 0.10 | $325.00 | $32.50 |

| | | | | | |
|---|---|---|---|---|---|
| 09/15/2026 | Lydia Carpenter | Communications to TJT re: BA inquiry regarding fee application | 0.10 | $325.00 | $32.50 |
| 09/15/2026 | Jenny Gorman | Review correspondence with TJT re: fee app objection | 0.10 | $190.00 | $19.00 |
| 09/15/2026 | Jason Hendren | Review status of bank treatment negotiations; review status of settlement funds | 0.20 | $480.00 | $96.00 |
| 09/16/2026 | Jenny Gorman | Follow up with client re: Aug report | 0.10 | $190.00 | $19.00 |
| 09/16/2026 | Lydia Carpenter | Communications with Vault counsel and Casie re: settlement negotiations | 0.10 | $325.00 | $32.50 |
| 09/16/2026 | Lydia Carpenter | Call with Vault re: post-petition invoice negotaitions | 0.50 | $325.00 | $162.50 |
| 09/16/2026 | Lydia Carpenter | Discussion with BA's office re: TJT Fee Application and BA issues related to fees requested | 0.20 | $325.00 | $65.00 |
| 09/17/2026 | Jenny Gorman | Correspondence with Darer re: Parker Poe employment hearing | 0.10 | $190.00 | $19.00 |
| 09/17/2026 | Lydia Carpenter | Discussion with Parker Poe re: BA objection to application to employ | 0.10 | $325.00 | $32.50 |
| 09/17/2026 | Lydia Carpenter | Call with Casie re: Vault negotiations and Plan issues | 0.60 | $325.00 | $195.00 |
| 09/17/2026 | Lydia Carpenter | Draft Supplement to Application to Employ Parker Poe; discussion with Brian Darer re: same; communications to client regarding Parker Poe employment, hearing date, and advise regarding special counsel | 0.70 | $325.00 | $227.50 |
| 09/17/2026 | Jenny Gorman | Correspondence to Parker Poe re: supplement; review response to client re: same | 0.10 | $190.00 | $19.00 |
| 09/17/2026 | Lydia Carpenter | Review client analysis of Vault cure issues; advise re: math breakdown between claims premium amounts and advise re: review of Vault data | 0.50 | $325.00 | $162.50 |
| 09/17/2026 | Lydia Carpenter | Update to client re: plan treatment negotiations with Truist | 0.10 | $325.00 | $32.50 |
| 09/18/2026 | Lydia Carpenter | Communications to Bankruptcy Administrator regarding objection to application to employ Parker Poe; provide post-petition invoices; update to legal team re: same | 0.20 | $325.00 | $65.00 |
| 09/18/2026 | Lydia Carpenter | Discussions with Casie re: Vault cure and analysis of Vault post-petition invoices due | 0.20 | $325.00 | $65.00 |

| | | | | | |
|---|---|---|---|---|---|
| 09/18/2026 | Jenny Gorman | Review correspondence with Parker Poe and client re: engagement | 0.10 | $190.00 | $19.00 |
| 09/18/2026 | Lydia Carpenter | Additional review and analysis of client data regarding Vault invoices and Vault cure; create spreadsheet summarizing client position vs. Vault position; follow up with client re: review and analysis for Vault negotiations | 0.40 | $325.00 | $130.00 |
| 09/18/2026 | Lydia Carpenter | Review and analysis of BA additional inquiries re: TJT fee application; follow-up to Accountant and BA re: same | 0.20 | $325.00 | $65.00 |
| 09/18/2026 | Lydia Carpenter | Additional discussion with Casie re: Vault cure | 0.10 | $325.00 | $32.50 |
| 09/21/2026 | Lydia Carpenter | Follow-up with Casie re: lease renewal issue | 0.10 | $325.00 | $32.50 |
| 09/21/2026 | Lydia Carpenter | Follow-up with client re: amended projections and Truist treatment; revise Truist Plan treatment to reflect 506(b) language; brief discussion with JLH re: Truist treatment; discussion with Jordan re: approval of Truist treatment; communications to counsel for Truist with plan language and ballot for execution | 0.40 | $325.00 | $130.00 |
| 09/21/2026 | Jenny Gorman | Review and save Aug report info; request statements and save | 0.20 | $190.00 | $38.00 |
| 09/21/2026 | Jason Hendren | Review secured creditor plan treatment | 0.20 | $480.00 | $96.00 |
| 09/21/2026 | Lydia Carpenter | Call with TJT re: BA questions regarding fee application ; follow-up with BA re: same | 0.20 | $325.00 | $65.00 |
| 09/21/2026 | Lydia Carpenter | Follow-up with Bankruptcy Administrator re: supplement to application to employ Parker Poe | 0.10 | $325.00 | $32.50 |
| 09/21/2026 | Jenny Gorman | Review Aug statements and draft report and email follow up to client; call with LC on same | 0.80 | $190.00 | $152.00 |
| 09/21/2026 | Jenny Gorman | Correspondence with C Livermon re: plan | 0.10 | $190.00 | $19.00 |
| 09/21/2026 | Jason Hendren | Assist with fee application; review time entries | 0.30 | $480.00 | $144.00 |
| 09/21/2026 | Lydia Carpenter | Discussion with legal team re: monthly performance in August and monthly report issues; update spreadsheet tracking monthly performance and communications to client re: same | 0.20 | $325.00 | $65.00 |
| 09/21/2026 | Jenny Gorman | Finalize and file supplement to app to | 0.10 | $190.00 | $19.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | employ Parker Poe | | | |
| 09/21/2026 | Jenny Gorman | Review correspondence re: BA no obj to TJT fee app | 0.10 | $190.00 | $19.00 |
| 09/21/2026 | Lydia Carpenter | Review and approve Monthly Report | 0.20 | $325.00 | $65.00 |
| 09/21/2026 | Jenny Gorman | Finalize and file Aug report; edit calendar and email statements to BA | 0.10 | $190.00 | $19.00 |
| 09/21/2026 | Lydia Carpenter | Discussion with JG re: preference analysis and action items related to potential avoidance actions | 0.20 | $325.00 | $65.00 |
| 09/21/2026 | Jenny Gorman | Call with LC re: preference analysis | 0.10 | $190.00 | $19.00 |
| 09/22/2026 | Jenny Gorman | Review BA no obj to fee app | 0.10 | $190.00 | $19.00 |
| 09/22/2026 | Lydia Carpenter | Communications from Three Oaks Landlord; follow-up with client re: lease renewal issues | 0.10 | $325.00 | $32.50 |
| 09/22/2026 | Jenny Gorman | Draft HRM fee app and send to JLH for review | 0.60 | $190.00 | $114.00 |

**Services Subtotal $16,366.50 USD**

## Expenses

| Date | Notes | Type | Quantity | Rate (USD) | Total (USD) |
|---|---|---|---|---|---|
| 07/21/2026 | Postage: Service of HRM fee app | Expense | 67.00 | $0.78 | $52.26 |
| 07/29/2026 | Copy charges | Expense | 69.00 | $0.20 | $13.80 |
| 08/12/2026 | Wire fee | Expense | 1.00 | $19.74 | $19.74 |
| 08/24/2026 | Postage: Service of Ballot Packages on matrix by U.S. mail | Expense | 86.00 | $1.65 | $141.90 |
| 08/26/2026 | Postage: Service of TJT fee app | Expense | 72.00 | $0.78 | $56.16 |
| 08/28/2026 | Copy Charges: Copy charges | Expense | 79.00 | $0.20 | $15.80 |
| 09/18/2026 | Wire Fee | Expense | 1.00 | $19.07 | $19.07 |

**Expenses Subtotal $318.73 USD**

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Lydia Carpenter | 35.9 | $325.00 | $11,667.50 |
| Jason Hendren | 3.0 | $480.00 | $1,440.00 |
| Rebecca Redwine Grow | 0.2 | $450.00 | $90.00 |

| | | | |
|---|---|---|---|
| Jenny Gorman | 14.9 | $190.00 | $2,831.00 |
| Michelle Nguyen | 2.6 | $130.00 | $338.00 |
| | | **Subtotal** | **$16,685.23 USD** |
| | | **Total** | **$16,685.23 USD** |

## Statement of Account

| | Outstanding Balance | | New Charges | | Payments Received | | Total Amount Outstanding |
|---|---|---|---|---|---|---|---|
| ( | $40,839.53 | + | $16,685.23 | ) - ( | $0.00 | ) = | **$57,524.76** |

| Account | Balance |
|---|---|
| Suntrust Administrative Trust Balance | $4,250.00 |
| **Total Account Balance** | **$4,250.00** |

Please make all amounts payable to: Hendren, Redwine & Malone PLLC

Please pay within 30 days.

EXHIBIT B

**BIOGRAPHICAL INFORMATION**
**HENDREN, REDWINE & MALONE, PLLC**

## JASON L. HENDREN

Jason L. Hendren is a Board Certified Specialist in Business Bankruptcy. Mr. Hendren was admitted to the North Carolina Bar in 1999. He attended Lee University where he earned a Bachelor of Arts degree, magna cum laude, in History and received the departmental award. He received his J.D., magna cum laude, from the University of Tennessee School of Law in 1999. While in law school, Mr. Hendren served on the Tennessee Law Review as an Editor of Student Materials from 1997 through 1999 and was inducted into the Order of the Coif. Mr. Hendren is a partner with Hendren, Redwine & Malone, PLLC where he focuses his practice on Chapter 11 and Chapter 7 bankruptcy cases. Mr. Hendren specializes in solving complex business problems including financial workouts, business reorganizations and commercial disputes. He also serves as Unsecured Creditors Committee Counsel in Chapter 11 bankruptcies and as a state court Receiver. Mr. Hendren also works with bankruptcy trustees to investigate cryptocurrency assets in bankruptcy cases. In addition to his bankruptcy practice, Mr. Hendren regularly serves as a Certified Mediator in bankruptcy and other debtor/creditor cases. Mr. Hendren has been named a North Carolina Super Lawyer consecutively since 2012. Additionally, he was recognized as a "Legal Elite" in Bankruptcy for 2010 and then from 2012 to 2024 and received Legal Elite's Hall of Fame Award for Bankruptcy in 2025. He was also recognized by Best Lawyers in America in Bankruptcy and Creditor Debtor Rights from 2016-2025. Mr. Hendren has consecutively received a Ranking in Chambers USA since 2023. Mr. Hendren is frequently selected to speak at bankruptcy related seminars including the Eastern Bankruptcy Institute and the Annual Bankruptcy Institute. Mr. Hendren is also the President of the Eastern Bankruptcy Institute. He also co-authored the North Carolina Bankruptcy Practice Manual updates on Chapter 11 Reorganization in 2012, 2017, and 2022.

## REBECCA REDWINE GROW

Rebecca Redwine Grow is a Board Certified Specialist in Business Bankruptcy. Ms. Redwine earned a Phi Beta Kappa key from North Carolina State University, where she graduated *summa cum laude* with a Bachelor of Arts in English in 2004. She then graduated from the University Of North Carolina School Of Law in 2007, where she was a client coordinator with the *pro bono* Community Legal Project and served on the executive board of the Domestic Violence Advocacy Project. She also served as a research assistant to Administrative Law Judge James J. Brown. Ms. Redwine is a partner at Hendren, Redwine & Malone, PLLC, focusing her practice on Chapter 11 and Chapter 7 bankruptcies for both businesses and individuals and civil litigation. Additionally, she counsels clients experiencing insolvency, and assists them in workouts and settlements with various lenders. Ms. Redwine was appointed to the Local Rules Committee for the United States Bankruptcy Court for the Eastern District of North Carolina in 2018 and has been Chair of the Bankruptcy Law Specialty Committee for the North Carolina State Bar Board of Legal Specialization since 2023. Currently, Ms. Redwine holds various leadership roles with the American Bankruptcy Institute (ABI), the International Women's Insolvency and Restructuring Confederation (IWIRC), the American Board of Certification and

the North Carolina Bar Association. She is a frequent presenter at bankruptcy conferences and is a guest lecturer in bankruptcy classes at the University of North Carolina School of Law and Campbell University School of Law. Ms. Redwine is frequently selected to speak at bankruptcy related seminars including the Eastern Bankruptcy Institute, the Annual Bankruptcy Institute, the Annual Southeast Bankruptcy Workshop and the NABT Annual Conference. Ms. Redwine was included in Super Lawyers magazine as a North Carolina Rising Star for consecutive years 2012 to 2026. Additionally, Ms. Redwine was selected as Legal Elite in Bankruptcy from 2013 through 2021 and received Legal Elite's Hall of Fame Award for Bankruptcy in 2022. She was selected for the 24th to 32nd Editions of Best Lawyers in America in Bankruptcy and Creditor and Debtor Rights. In 2021, 2022, and 2026 Rebecca was named Best Lawyers in America- Lawyer of the Year for Bankruptcy and Creditor Debtor Rights. In 2024, Rebecca was named Best Lawyers in America- Lawyer of the Year for Litigation- Bankruptcy. She has been consecutively ranked in Chambers USA since 2021 and in 2018 she was in the American Bankruptcy Institutes 40 Under 40 Class. In 2026, Rebecca was inducted into the 37th Class of the American College of Bankruptcy.

**BENJAMIN E.F.B. WALLER**

Benjamin E.F.B. Waller earned his Bachelor of Arts degree in Chemistry with honors from Goucher College in 1992. After obtaining a Master's in Chemistry from Washington University in St. Louis in 1995, Mr. Waller attended Duke University School of Law where he served as the Year-in-Review Editor of the Alaska Law Review, graduating in 1998. He was admitted to the Alabama State Bar in 1998 and admitted to the North Carolina State Bar in 2001. Mr. Waller clerked for Judge James A. Wynn, Jr. on the North Carolina Court of Appeals. Mr. Waller has served as a member of the North Carolina Bar Association Bankruptcy Section Council. He has extensive experience in debtor/creditor rights and bankruptcy matters and has been selected for annual inclusion in Best Lawyers in America in Bankruptcy and Creditor Debtor Rights/Insolvency and Reorganization Law since 2018. Mr. Waller co-authored the North Carolina Bankruptcy Practice Manual updates on Jurisdiction, Venue, and Removal in 2012, 2017, and 2022. He has also spoken often at various bankruptcy seminars and has appeared frequently in Super Lawyers Magazine.

**LYDIA C. CARPENTER**

Lydia C. Carpenter earned a Bachelor of Arts degree in English from the University of North Carolina at Chapel Hill in 2013. She graduated *cum laude* from Campbell University School of Law, where she was a member of the Campbell Law Review and the National Mock Trial Team, and was admitted to the North Carolina Bar in 2020. Prior to joining HRM, Lydia was a law clerk to the Honorable Judge Pamela W. McAfee at the United States Bankruptcy Court for the Eastern District of North Carolina. Lydia is admitted to practice in all state and federal courts in North Carolina. She focuses her practice on Chapter 7 and Chapter 11 bankruptcy cases for both individuals and businesses. She regularly represents debtors navigating insolvency and restructuring issues and is experienced at counseling clients related to commercial disputes as well as pre-bankruptcy workouts and settlements. She has been recognized by Super Lawyers as a North Carolina Rising Star, and Business North Carolina's Legal Elite in Bankruptcy.

Lydia is a member of the North Carolina Bar Association and serves on the NCBA's Bankruptcy Section Council. Lydia is an alumna of the National Conference of Bankruptcy Judges' Next Generation Program (2024) and Trial Skills Program (2025) and is a frequent presenter at various bankruptcy conferences. She is a member of the Carolinas Chapter of the International Women's Insolvency and Restructuring Confederation (IWIRC), the American Bankruptcy Institute, and the Order of the Barristers.

**JENNY GORMAN**

Jenny Gorman is a 2010 graduate of UNC-Wilmington with a Bachelor of Science in Criminal Justice. Ms. Gorman is a 2012 graduate of the Meredith College Paralegal Program and a North Carolina Certified Paralegal. Ms. Gorman was employed with Butler & Butler, LLP from 2006 to 2010, focusing in the area of Chapter 7 bankruptcy. Prior to joining Hendren, Redwine & Malone in 2012, Ms. Gorman was a paralegal with the United States Bankruptcy Administrator's Office, focusing on Chapter 11 bankruptcies in the Eastern District of North Carolina. Ms. Gorman has over a decade of experience in all aspects of Chapter 11 and Chapter 7 bankruptcy proceedings, including consumer and business bankruptcies. Specifically, Ms. Gorman is proficient in preparing bankruptcy schedules and all required pleadings of the Court. On a daily basis, she meets and works closely with the firm's Chapter 11 clients to enable timely filing of monthly reports and to ensure compliance with all document production requirements. In addition to her bankruptcy experience, Ms. Gorman is solely responsible for the firm's daily calendar management system and case management, which requires extensive communications with attorneys, paralegals, clients, creditors and court staff.

**MICHELLE NGUYEN**

Michelle Nguyen is a graduate of Meredith College located in Raleigh, where she earned a Bachelor of Arts in Business Administration and concentrated in Marketing and Finance. Ms. Nguyen also became a North Carolina Notary Public in October of 2022. Prior to joining Hendren, Redwine & Malone in 2024, Ms. Nguyen was employed as an Estate Planning Legal Assistant to a member attorney and associate Attorney at Walker Lambe from 2022-2024, where she worked closely with attorneys to draft legal documents which included Revocable Trusts, Wills and Powers of Attorney's. In addition to drafting, Ms. Nguyen also handled scheduling, managed attorney calendars and assisted with answering client questions. Ms. Nguyen was also employed by Triangle Law Group where she regularly provided administrative support, handled marketing matters and assisted attorneys with litigation in Landlord/Tenant matters. As a Paralegal at Hendren, Redwine & Malone, Ms. Nguyen focuses on assisting attorneys with Bankruptcy matters, specifically concentrating on Chapter 7 and Chapter 11 proceedings.

**EXHIBIT C**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No. 26-01207-5-JNC** |
| **THREE OAKS BEHAVIORAL** | ) | |
| **HEALTH & WELLNESS, PLLC** | ) | **Chapter 11** |
| **Debtor.** | ) | |

**ORDER ALLOWING COMPENSATION AND REIMBURSEMENT OF EXPENSES**

**THIS MATTER**, coming on to be heard upon Hendren, Redwine & Malone, PLLC's Third Report and Application for Approval of Compensation and Reimbursement of Expenses pursuant to 11 U.S.C. § 503(b) of the Bankruptcy Code filed by Jason L. Hendren of Hendren, Redwine & Malone, PLLC (herein "Hendren Redwine"), Counsel for the Debtor.

**IT APPEARING TO THE COURT** that Hendren Redwine has requested compensation in the amount of **SIXTEEN THOUSAND THREE HUNDRED SIXTY-SIX AND 50/100 DOLLARS ($16,366.50)** and **THREE HUNDRED EIGHTEEN AND 73/100 DOLLARS ($318.73)** for reimbursement of expenses pursuant to 11 U.S.C. § 503(b), for a total of **SIXTEEN THOUSAND SIX HUNDRED EIGHTY-FIVE AND 23/100 DOLLARS ($16,685.23)** for the period of July 21, 2026 through September 22, 2026; and

**IT FURTHER APPEARING TO THE COURT** that the rates charged and services rendered by counsel for the Debtor are reasonable and just considering the guidelines for determining the appropriateness of attorney's fees set out in Barber v. Kimbrells, Inc., 577 F.2d 216 (4th Cir. 1978), *cert. denied*, 439 U.S. 934 (1978);

**NOW THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** that the firm of Hendren Redwine is hereby allowed compensation in the amount of $16,366.50 and out-of-pocket expenses and advances in the amount of $318.73 for a total of $16,685.23 for the period of July 21, 2026 through September 22, 2026.

**END OF DOCUMENT**

**CERTIFICATE OF SERVICE**

I, Jason L. Hendren, of 4600 Marriott Drive, Suite 150, Raleigh, North Carolina 27612, hereby certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the 22nd day of September, 2026, I served copies of the foregoing **NOTICE OF HENDREN, REDWINE & MALONE, PLLC'S THIRD REPORT AND APPLICATION FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES PURSUANT TO SECTION 503(B) OF THE BANKRUPTCY CODE** on the parties listed below as indicated.

I certify under penalty of perjury that the foregoing is true and correct.

**DATED**: September 22, 2026

**HENDREN, REDWINE & MALONE, PLLC**

s/ Jason L. Hendren
Jason L. Hendren (NC State Bar No. 26869)
Rebecca F. Redwine (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
Lydia C. Carpenter (NC State Bar No. 56697)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: (919) 420-7867
Facsimile: (919) 420-0475
Email: jhendren@hendrenmalone.com
rredwine@hendrenmalone.com
bwaller@hendrenmalone.com
lcarpenter@hendrenmalone.com
*Attorneys for the Debtor*

Brian Behr — ***(via CM/ECF)***
*Office of the Bankruptcy Administrator*

George M. Oliver — ***(via CM/ECF)***
*Subchapter V Trustee*

Label Matrix for local noticing
0417-5
Case 26-01207-5-JNC
Eastern District of North Carolina
Raleigh
Tue Sep 22 12:39:10 EDT 2026

70 East Business Park, LLC
Attn: Managing Agent
P.O. Box 1816
Garner, NC 27529-1816

AFK, Inc. dba Fundkite
c/o Daniel C. Bruton
Bell, Davis & Pitt, P.A
PO Box 21029
Winston-Salem, NC 27120-1029

AKF Inc, d/b/a FundKite
c/o Kaminski Law PLLC
P.O. Box 247
Grass Lake, MI 49240-0247

AKF, Inc. dba FundKite
Attn: Managing Agent
2 S. Biscane Blvd, 23rd Floor
Miami, FL 33131-1824

Eudora F. S. Arthur
Womble Bond Dickinson (US) LLP
555 Fayetteville Street
Suite 1100
Raleigh, NC 27601-3034

(p)BANKRUPTCY ADMINISTRATOR EDNC
434 FAYETTEVILLE STREET
SUITE 640
RALEIGH NC 27601-1888

Bankruptcy Administrator
Two Hannover Square, Ste. 640
434 Fayetteville Street
Raleigh, NC 27601-1701

Benson Road Holdings LLC
Attn: Managing Agent
500 Cardinal Drive
Raleigh, NC 27604-2210

Benson Road Holdings, LLC
Attn: Managing Agent
3749 Bneson Drive
Raleigh, NC 27609-7324

(p)BIGGS LAW FIRM PLLC
ATTN LAURIE BIGGS
9208 FALLS OF NEUSE RD
STE 120
RALEIGH NC 27615-2438

John C. Bircher III
Davis Hartman Wright LLP
209 Pollock Street
New Bern, NC 28560-4942

Blue Cross Blue Shield NC
Attn: Managing Agent
4615 University Drive
Durham, NC 27707-3458

Daniel C. Bruton
Bell Davis & Pitt, P.A.
PO Box 21029
Winston-Salem, NC 27120-1029

CT Corporation System
Attn: Managing Agent
330 N. Brand Blvd.
Glendale, CA 91203-2308

CT Corporation System
Attn: Managing Agent
330 N. Brand Bvd., Ste 700
Glendale, CA 91203-2336

Lydia C. Carpenter
Hendren, Redwine & Malone, PLLC
4600 Marriott Drive
Suite 150
Raleigh, NC 27612-3367

Carrott Fertility
Attn: Managing Agent
2829 Weston Parkway, Ste 100
West Des Moines, IA 50266-1314

Casie Hall
5154 NC Hwy 87 N
Pittsboro, NC 27312-7281

Chase
Attn: Managing Agent
P.O. Box 15123
Wilmington, DE 19850-5123

Chatham County Tax
Attn: Managing Agent
P.O. Box 908
Pittsboro, NC 27312-0908

Corporation Service Company
Attn: Managing Agent
P.O. Box 2576
Springfield, IL 62708-2576

Dataek Properties, LLC
Attn: Managing Agent
8229 Zebulon Road
Youngsville, NC 27596-8819

Datatek Properties, LLC
Attn: Managing Agent
1735 Guess Rd
Durham, NC 27701-1163

Dresser Court Properties LLC
Attn: Managing Agent
2000 Bear Cat Way, Ste 102
Morrisville, NC 27560-6620

Dresser Court Properties, LLC
2000 Bearcat Way, Suite 102
Morrisville, NC 27560-6620

Durham County Tax
Attn: Managing Agent
200 E. Main Street
Durham, NC 27701-3649

Jaques A. El-Chayeb
3622 Shannon Rd Suite 104
Durham, NC 27707-3771

Employment Security Commission
PO Box 26504
Raleigh, NC 27611-6504

Eudora F. S. Arthur
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601-3034

Evernorth Behavioral Health Inc.
dba Cigna Health and Life Insurance
Attn: Kevin Horbatiuk/Russo & Gould, LLP
33 Whitehall Street, 16th Floor
New York, NY 10004-3604

Fundkite
Attn: Managing Agent
40 Wall Street, Ste 2705
New York, NY 10005-1304

Fundkite
Attn: Managing Agent
88 Pine Street, 24th Floor
New York, NY 10005-1861

(p)GEORGIA DEPARTMENT OF REVENUE
BANKRUPTCY
2595 CENTURY PKWY NE SUITE 339
ATLANTA GA 30345-3173

Kirstin E. Gardner
Bankruptcy Administrator's Office
434 Fayetteville Street, Suite 640
Raleigh, NC 27601-1888

Guardian
Attn: Managing Agent
10 Hudson Yards
New York, NY 10001-2157

Jason L. Hendren
Hendren Redwine & Malone, PLLC
4600 Marriott Drive, Suite 150
Raleigh, NC 27612-3367

Hendren, Redwine & Malone, PLLC
4600 Marriott Drive, Suite 150
Raleigh, NC 27612-3367

Henry H Sink, Jr.
3701 Holly Lane, Apt 201
Raleigh, NC 27612-8051

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

(p)IOWA DEPARTMENT OF REVENUE
ATTN BANKRUPTCY UNIT
PO BOX 10471
DES MOINES IA 50306-0471

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

Jacques A El-Chayeb
3622 Shannon Road, Ste 104
Durham, NC 27707-3771

James S. Livermon, III
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601-3034

John Charles Bircher III
209 Pollock Street
New Bern, NC 28560-4942

Kapitus Servicing, Inc.
120 West 45th Street
4th Floor
New York, NY 10036-4041

c/o Jill C. Walters Kapitus Servicing, Inc.
2235 Gateway Access Point
Suite 220
Raleigh, NC 27607-3070

Kapitus, LLC
Attn: Managing Agent
2500 Wilson Blvd, Ste 350
Arlington, VA 22201-3873

LA Dept. of Revenue
Attn: Managing Agent
617 N 3rd Street
Baton Rouge, LA 70802-5432

Laurie B. Biggs
Biggs Law Firm, PLLC
9208 Falls of Neuse Rd., Ste. 120
Raleigh, NC 27615-2438

Lendero LLC
Attn: Managing Agent
1116 Main Street, Ste A
Branford, CT 06405-3718

James S. Livermon III
Womble Bond Dickinson (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601-3034

Louisiana Department of Revenue
Bankruptcy Division
P.O. Box 66658
Baton Rouge, LA 70896-6658

Lyckan, LLC
Attn: Managing Agent
3708 Lyckan Pkwy, Ste 201
Durham, NC 27707-2586

Mestechkin Law Group PC
Attn: Managing Agent
2218 Ocean Avenue
Brooklyn, NY 11229-2275

David F. Mills
Narron Wenzel, P.A.
PO Box 1567
Smithfield, NC 27577-1567

Missouri Department of Revenue
Attn: Mananging Agent
301 West High Street
Jefferson City, MO 65101-1517

Missouri Department of Revenue
PO Box 475
Jefferson City, MO 65105-0475

NC Department of Revenue
Office Services Div., Bankruptcy Unit
PO Box 1168
Raleigh, NC 27602-1168

NC Department of Revenue
Attn: Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

North Carolina Department of Revenue
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

North Carolina Office I, LP
c/o John C. Bircher III, Esquire
209 Pollock Street
New Bern, NC 28560-4942

North Carolina Office I, LP
Attn: Managing Agent
2900 Linden Lane, Ste 300
Silver Spring, MD 20910-1265

George M. Oliver
The Law Offices of Oliver & Cheek, PLLC
PO Box 1548
New Bern, NC 28563-1548

Orange County Tax
Attn: Managing Agent
P.O. Box 8181
Hillsborough, NC 27278-8181

Parker Poe
Attn: Managing Agent
301 Fayetteville Street, Ste 1400
Raleigh, NC 27601-2172

Parkview Advance LLC
Attn: Managing Agent
600 Summer Court
Stamford, CT 06901-4404

Parkview Advance LLC
Attn: Managing Agent
600 Summer Street
Stamford, CT 06901-4404

Rebecca Redwine Grow
Hendren Redwine & Malone, PLLC
4600 Marriott Drive, Suite 150
Raleigh, NC 27612-3367

Byron L. Saintsing
Smith Debnam Narron Drake Saintsing & My
4601 Six Forks Road, Ste 400
Raleigh, NC 27609-5270

Skylack Investments, LLC
c/o Laurie B. Biggs
Biggs Law Firm, PLLC
9208 Falls of Neuse Rd., Ste. 120
Raleigh, NC 27615-2438

Skylak Investments, LLC
Attn: Managing Agent
204 Glenwview Place
Chapel Hill, NC 27514-1949

Skylak Properties, LLC
Attn: Laurie B. Biggs
9208 Falls of Neuse Road Suite 120
Raleigh, NC 27615-2438

Stanley & Sue Crocker
3204 Keighley Forest
Wake Forest, NC 27587-5420

Stellar Capital LLC
Attn: Manaing Agent
600 Summer Street, Ste 204
Stamford, CT 06901-1400

Three Oaks Behavioral Health & Wellness, PLL
1011 Dresser Court
Raleigh, NC 27609-7323

Triton Recovery, LLC d/b/a Triton Recovery G
Attn: Managing Agent
3111 N University Dr.
Coral Springs, FL 33065-5060

Truist Bank
Attn: Managing Agent or Officer
P.O. Box 1626
Wilson, NC 27894-1626

Truist Bank C/O Eudora F. S. Arthur
Womble Bond Dickinson (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601-3034

Truist Bank C/O James S. Livermon, III
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601-3034

U.S. Attorney, EDNC
Attn: Civil Process Clerk
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601-2959

US Attorney
310 New Bern Avenue, Suite 800
Federal Building
Raleigh, NC 27601-1461

VA Dept of Revenue
Attn: Managing Agent
P.O. Box 1115
Richmond, VA 23218-1115

Vault
Attn: Managing Agent
26501 Rancho Parkway, Ste 104
Lake Forest, CA 92630-8359

Wake County Dept. of Revenue
Attn: Managing Agent
P.O. Box 2331
Raleigh, NC 27602-2331

Benjamin E.F.B. Waller
Hendren, Redwine & Malone, PLLC
4600 Marriott Drive, Suite 150
Raleigh, NC 27612-3367

Jill Walters
Baker Donelson
2235 Gateway Access Point
Suite 220
Raleigh, NC 27607-3070

Wells Fargo Bank, N.A
Attn: Managing Agent or Officer
P.O. Box 31557
Billings, MT 59107-1557

Wells Fargo Bank, N.A.
PO Box 10438 MAC F8235-02F
Des Moines, IA 50306-0438

West Virginia Dept. of Revenue
Attn: Managing Agent
1001 Lee Street East
Charleston, WV 25301-1725

Your Savvy Support
Attn: Managing Agent
2914 Senak Road
Abington, PA 19001-2231

Your Savvy Support LLC
2914 Senak Rd
2914 Senak Rd
Abington, PA 19001-2231

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bankruptcy Administrator
434 Fayetteville Street, Ste. 640
Raleigh, NC 27601

Laurie Biggs
Biggs Law Firm PLLC
9208 Falls of Neuse Road
Suite 120
Raleigh, NC 27615

GA Dept. of Revenue
Attn: Managing Agent
2595 Century Parkway NE, Ste 339
Atlanta, GA 30345

(d)Georgia Department of Revenue
Bankruptcy
2595 Century Parkway, NE Suite 339
Atlanta, Georgia 30345

Internal Revenue Service
Insolvency Support Services
320 Federal Place, Room 335
Greensboro, NC 27401

Iowa Dept. of Revenue
Attn: Bankruptct Dept.
1305 E. Walnut St, 1st Floor
Des Moines, IA 50319

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

(d)Jacques A. El-Chayeb
3622 Shannon Road Suite 104
Durham, NC 27707-3771

(u)Thomas, Judy & Tucker, P.A.
Kevin Cochran and Shannon Berry

(u)Truist Bank

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 91 |
| Bypassed recipients | 4 |
| Total | 95 |