**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No. 26-01207-5-JNC** |
| **THREE OAKS BEHAVIORAL** | ) | |
| **HEALTH & WELLNESS, PLLC** | ) | |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |

**APPLICATION TO SHORTEN TIME TO FILE RESPONSES AND SCHEDULE HEARING ON PARKER POE ADAMS BERNSTEIN, LLP INITIAL REPORT AND APPLICATION FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES PURSUANT TO 11 U.S.C. § 503(b) OF THE BANKRUPTCY CODE**

**NOW COMES** Three Oaks Behavioral Health & Wellness, PLLC (the "Debtor"), by and through its undersigned counsel, and respectfully files this Application to shorten time within which a party in interest must file a response to Parker Poe Adams Bernstein, LLP's Initial Report and Application for Approval of Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. § 503(b) of the Bankruptcy Code, D.E. 178 (the "Fee Application") and schedule an expedited hearing; and, in support of this Application, the Debtor shows the Court the following:

1. This Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157.

2. The Debtor filed a voluntary petition seeking relief under Chapter 11 of the Bankruptcy Code on March 16, 2026 (the "Petition Date") and, since that date, has operated as Debtor-in-Possession.

3. On September 30, 2026, the Court held a hearing on the Debtor's Application to Employ Parker Poe as Special Counsel for the Debtor, D.E. 160. Following the hearing, the Court entered an Order Allowing Employment of Parker Poe as Special Counsel for the Debtor, D.E. 177. At the hearing, the Court directed that Parker Poe's Initial Fee Application be filed as soon

as possible so that the matter could be set for hearing concurrently with the scheduled hearing on confirmation of the Debtor's Chapter 11 Plan in this case, scheduled for October 14, 2026 (the "Confirmation Hearing").

4. The Debtor filed the Fee Application on September 30, 2026.

5. Based on the Court's direction, the Debtor respectfully requests that the Court shorten this notice period for the Fee Application, as time is of the essence to allow the Fee Application to be heard concurrently with the Confirmation Hearing.

6. As time is of the essence for the Court to hear the Fee Application, the Debtor seeks to have the time shortened within which a party in interest must respond to the Fee Application to October 13 , 2026.

7. Further, the Debtor seeks to schedule a hearing on the Fee Application on October 14, 2026, or at a date and time to be set by the Court as soon as possible following expiration of the shortened notice period.

**WHEREFORE**, the Debtor requests that (i) the time within which a party must file a response or objection to the Fee Application be shortened to October 13, 2026; (ii) that the Court schedule a hearing on October 14, 2026 at 11:00a.m. at the United States Bankruptcy Court in Greenville, North Carolina, or, alternatively at a date and time to be set by the Court; and (iii) for such other and further relief as this Court deems appropriate.

Respectfully submitted, this the 30th day of September, 2026.

**HENDREN, REDWINE & MALONE, PLLC**

s/*Lydia C. Carpenter*
Jason L. Hendren (NC State Bar No. 26869)
Rebecca Redwine Grow (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
Lydia C. Carpenter (NC State Bar No. 56697
4600 Marriott Drive, Suite 150

Raleigh, NC 27612
Telephone: (919) 573-1422
Facsimile: (919) 420-0475
Email: jhendren@hendrenmalone.com
rredwine@hendrenmalone.com
bwaller@hendrenmalone.com
lcarpenter@hendrenmalone.com
*Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I, Lydia C. Carpenter, of 4600 Marriott Drive, Suite 150, Raleigh, North Carolina 27612, hereby certify;

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the 30th day of September, 2026, I served copies of the foregoing pleading on the parties listed below as indicated.

I certify under penalty of perjury that the foregoing is true and correct.

This the 30th day of September, 2026.

**HENDREN, REDWINE & MALONE, PLLC**

s/*Lydia C. Carpenter*
Jason L. Hendren (NC State Bar No. 26869)
Rebecca Redwine Grow (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
Lydia C. Carpenter (NC State Bar No. 56697
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: (919) 573-1422
Facsimile: (919) 420-0475
Email: jhendren@hendrenmalone.com
rredwine@hendrenmalone.com
bwaller@hendrenmalone.com
lcarpenter@hendrenmalone.com
*Counsel for the Debtor*

Brian Behr — ***(via CM/ECF)***
Office of the Bankruptcy Administrator

George Oliver — ***(via CM/ECF)***
Subchapter V Trustee

Three Oaks Behavioral Health & Wellness, PLLC — ***(via U.S. Mail)***
Attn: Managing Agent
1011 Dresser Court
Raleigh, NC 27609