**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No. 26-01207-5-JNC** |
| **THREE OAKS BEHAVIORAL** | ) | |
| **HEALTH & WELLNESS, PLLC** | ) | **Chapter 11** |
| | ) | |
| **Debtor.** | ) | |

**OBJECTION TO SCHEDULED CLAIM OF AFK, INC. D/B/A FUNDKITE**

**NOW COMES** Three Oaks Behavioral Health & Wellness, PLLC (the "Debtor"), by and through its undersigned counsel, and respectfully files this Objection to the Scheduled Claim of AFK, Inc. d/b/a Fundkite ("Fundkite"). In support of this Objection, the Debtor shows the Court the following:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157.

2. The Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on March 16, 2026.

3. In the Petition and Schedules, D.E. 1, the Debtor scheduled an unsecured claim owed to Fundkite in the total amount of $840,000.00. The Debtor marked such claim as disputed. *See* D.E. 1 at 22 (the "Scheduled Claim").

4. On March 24, 2026, the Debtor filed a Notice of Disputed Claim, D.E. 30 (the "Notice of Disputed Claim"), disputing a claim asserted by Corporation Service Company and expressly identifying "NC UCC File No: 20250167110G" in the Notice of Disputed Claim. At the time the Notice of Disputed Claim was filed, the Debtor was unable to determine the creditor for whom Corporation Service Company was acting as representative.

5. On July 13, 2026, Fundkite filed Claim No. 15, asserting a secured claim in the

total amount of $833,007.64, and attached as Exhibit A thereto a copy of the same UCC-1 Financing Statement that the Debtor identified in the Notice of Disputed Claim, NC UCC bearing File No. 20250167110G (the "Fundkite UCC").

6. On September 1, 2026, Fundkite withdrew Claim No. 15. D.E. 162.

7. On September 22, 2026, Fundkite file an Objection to Confirmation, D.E. 169, asserting that the Debtor did not provide Fundkite with adequate written notice that its claim was disputed, as required by the Local Rules of this Court, and asserting that the Scheduled Claim should not be disallowed.

8. As set forth above, the Notice of Disputed Claim was served on Fundkite's representative/agent, Corporation Service Company, and expressly identified the Fundkite UCC. Accordingly, the Debtor provided adequate notice to Fundkite via its representative/agent.

9. In addition, the Debtor objects to the scheduled claim of Fundkite as overstated, as further evidenced by Fundkite's withdrawn proof of claim, which listed a total claimed amount that is less than the amount of the scheduled claim.

10. Based upon on the foregoing, the Debtor objects to the scheduled claim of Fundkite, in the total amount of $840,000.00, in its entirety, and submits that the scheduled claim should be disallowed. A copy of the proposed order is attached as Exhibit "A".

This the 7th day of October, 2026.

**HENDREN, REDWINE MALONE, PLLC**

s/Lydia C. Carpenter
Jason L. Hendren (NC State Bar No. 26869)
Rebecca Redwine Grow (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
Lydia C. Carpenter (NC State Bar No. 56697)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: (919) 573-1422

Facsimile: (919) 420-0475
Email: jhendren@hendrenmalone.com
rredwine@hendrenmalone.com
bwaller@hendrenmalone.com
lcarpenter@hendrenmalone.com
*Counsel for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No. 26-01207-5-JNC** |
| **THREE OAKS BEHAVIORAL** | ) | |
| **HEALTH & WELLNESS, PLLC** | ) | **Chapter 11** |
| | ) | |
| **Debtor.** | ) | |

**NOTICE OF OBJECTION TO SCHEDULED CLAIM OF AFK, INC. D/B/A FUNDKITE**

**NOTICE IS HEREBY GIVEN** that Lydia C. Carpenter of Hendren, Redwine & Malone, PLLC, counsel for the above-captioned Debtor, has filed an Objection to Claim of AFK, Inc. d/b/a Fundkite.

**FURTHER NOTICE IS HEREBY GIVEN** that the Objection to Claim filed by Lydia C. Carpenter may be allowed provided no responses and request for a hearing is made by a party in interest in writing to the Clerk, United States Bankruptcy Court, P.O. Box 791, Raleigh, North Carolina 27602, within **THIRTY (30) DAYS** from the date of this notice; and,

**FURTHER NOTICE IS HEREBY GIVEN** that any responses to the Objection to Claim should also be mailed to Lydia C. Carpenter, attorney for the Debtor, at the address given below.

**FURTHER NOTICE IS HEREBY GIVEN**, that if a response and request for a hearing is filed by a party in interest in writing within the time indicated, a hearing will be conducted on the Objection to Claim and Response thereto at a date, time and place to be later set by the Court and all interest parties will be notified accordingly. If no request for hearing is timely filed, the Court may rule on the Objection to Claim and any Response thereto *ex parte* without further notice.

Dated: October 7, 2026

**HENDREN, REDWINE & MALONE, PLLC**

*/s/ Lydia C. Carpenter*

Jason L. Hendren (NC State Bar No. 26869)
Rebecca Redwine Grow (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
Lydia C. Carpenter (NC State Bar No. 56697)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: (919) 420-7867
Email: jhendren@hendrenmalone.com
rredwine@hendrenmalone.com
bwaller@hendrenmalone.com
lcarpenter@hendrenmalone.com
*Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I, Lydia C. Carpenter, 4600 Marriott Drive, Suite 150, Raleigh, North Carolina 27612, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the 7th day of October, 2026, I served copies of the Objection to Claim on the parties listed below electronically or by depositing a copy of the same in the United States mail bearing sufficient postage.

I certify under penalty of perjury that the foregoing is true and correct.

This the 7th day of October, 2026.

**HENDREN, REDWINE MALONE, PLLC**

s/Lydia C. Carpenter
Jason L. Hendren (NC State Bar No. 26869)
Rebecca Redwine Grow (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
Lydia C. Carpenter (NC State Bar No. 56697)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: (919) 573-1422
Facsimile: (919) 420-0475
Email: jhendren@hendrenmalone.com
rredwine@hendrenmalone.com
bwaller@hendrenmalone.com
lcarpenter@hendrenmalone.com
*Counsel for the Debtor*

Brian C. Behr **(via CM/ECF)**
*Office of the Bankruptcy Administrator*

George M. Oliver **(via CM/ECF)**
*Subchapter V Trustee*

Daniel C. Bruton ***(via CM/ECF)***
*Counsel for AFK, Inc. d/b/a Fundkite*

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No. 26-01207-5-JNC** |
| **THREE OAKS BEHAVIORAL** | ) | |
| **HEALTH & WELLNESS, PLLC** | ) | **Chapter 11** |
| | ) | |
| **Debtor.** | ) | |

**ORDER ALLOWING OBJECTION TO SCHEDULED CLAIM OF AFK, INC. D/B/A FUNDKITE**

**THIS MATTER** coming on to be heard before the United States Bankruptcy Court upon the Objection to Scheduled Claim of AFK, Inc. d/b/a Fundkite as filed by counsel for the Debtor in the above-referenced matter; and it appearing to the Court that the party in interest was served with the Objection and Notice of Objection; and it further appearing that the time has expired to file a response or a request for hearing and that no response or request for hearing has been filed with this Court; and it further appearing to the Court that this matter is a core proceeding pursuant to 11 U.S.C. § 157, and the Court has jurisdiction over the subject matter pursuant to 28 U.S.C. §§ 151, 157 and 1334.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** that the scheduled claim of AFK, Inc. d/b/a Fundkite in the total amount of $840,000.00, shall be disallowed in its entirety.

**END OF DOCUMENT**