**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No. 26-01207-5-JNC** |
| **THREE OAKS BEHAVIORAL** | ) | |
| **HEALTH & WELLNESS, PLLC** | ) | **Chapter 11** |
| | ) | |
| **Debtor.** | ) | |

**AMENDED MOTION TO CONTINUE CONFIRMATION**

**NOW COMES** Three Oaks Behavioral Health & Wellness, PLLC (the "Debtor"), by and through its undersigned counsel of record, and hereby moves this Court for an order continuing the confirmation hearing set for October 14, 2026; and, in support of said motion, the Debtor shows unto the Court as follows:

1. The Debtor filed a voluntary petition for relief pursuant to Subchapter V of Chapter 11 of the United States Bankruptcy Code on March 16, 2026 (the "Petition Date"). The Debtor continues in possession of its assets, operates its business, and manages its affairs as a debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

2. George Oliver has been appointed Subchapter V Trustee.

3. On August 12, 2026, the Debtor filed its Chapter 11 Plan of Reorganization (the "Plan"), D.E. 151.

4. The confirmation hearing on the Plan has been set for October 14, 2026, D.E. 153.

5. On September 22, 2026, an Objection to Confirmation was filed by AFK, Inc., D.E. 169. On October 7, 2026, Objections to Confirmation were filed by Truist Bank, D.E. 182, Kapitus Servicing, Inc. D.E. 185, and the Bankruptcy Administrator, D.E. 184 (collectively, the "Objections").

6. The Debor respectfully requests additional time to address the various issues raised in the Objections, negotiate with creditors, and consider whether any amendments to the Plan are appropriate in light of the Objections.

7. The Bankruptcy Administrator, Subchapter V Trustee, Kapitus Servicing, Inc., Truist Bank, and AFK, Inc. each consent to the requested continuance.

8. Accordingly, the Debtor requests that the Court continue the confirmation hearing set in this matter for a period of at least thirty (30) days, to the court's next available date thereafter.

This the 12th day of October, 2026.

**HENDREN, REDWINE & MALONE, PLLC**

s/ Lydia C. Carpenter
Jason L. Hendren (NC State Bar No. 26869)
Rebecca Redwine Grow (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
Lydia C. Carpenter (NC State Bar No. 56697)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: (919) 573-1422
Facsimile: (919) 420-0475
Email: jhendren@hendrenmalone.com
rredwine@hendrenmalone.com
bwaller@hendrenmalone.com
lcarpenter@hendrenmalone.com
COUNSEL FOR THE DEBTOR

## CERTIFICATE OF SERVICE

I, Lydia C. Carpenter, of 4600 Marriott Drive, Suite 150, Raleigh, NC 27612, certify:

That I am, and at all times hereinafter mentioned, was, more than eighteen (18) years of age;

That on this day I served copies of the **AMENDED MOTION TO CONTINUE CONFIRMATION HEARING** on the parties listed below as indicated.

I certify under penalty of perjury that the foregoing is true and correct.

**DATED:** October 12th, 2026

**HENDREN, REDWINE & MALONE, PLLC**

s/ Lydia C. Carpenter
Jason L. Hendren (NC State Bar No. 26869)
Rebecca Redwine Grow (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
Lydia C. Carpenter (NC State Bar No. 56697)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: (919) 573-1422
Facsimile: (919) 420-0475
Email: jhendren@hendrenmalone.com
rredwine@hendrenmalone.com
bwaller@hendrenmalone.com
lcarpenter@hendrenmalone.com
*Counsel for the Debtor*

Brian Behr — ***(via CM/ECF)***
*Office of the Bankruptcy Administrator*

George Oliver — ***(via CM/ECF)***
*Subchapter V Trustee*

Charlie Livermon — ***(via CM/ECF)***
*Counsel for Truist Bank*

Jill Walters — ***(via CM/ECF)***
*Counsel for Kapitus Servicing, Inc.*

Daniel Bruton — ***(via CM/ECF)***
*Counsel for AFK, Inc.*