**VAN−124** Order Continuing Hearing − Rev. 08/13/2025

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
Three Oaks Behavioral Health & Wellness, PLLC
***( debtor has no known aliases )***
1011 Dresser Court
Raleigh, NC 27609

TaxID: 82−3430191

CASE NO.: 26−01207−5−JNC

DATE FILED: March 16, 2026

CHAPTER: 11

ORDER CONTINUING HEARING

IT IS ORDERED AND NOTICE IS HEREBY GIVEN that the motion to continue is allowed. The hearing on the matter referenced below will be held as follows:

DATE: Tuesday, November 17, 2026
TIME: 11:00 AM
PLACE: Randy D. Doub United States Courthouse, 2nd Floor Courtroom, 150 Reade Circle, Greenville, NC 27858

Confirmation Hearing

and to transact all other business as may properly come before the court.

A certificate of service must be filed by the attorney for the debtor(s) evidencing service on all creditors by the following date: October 20, 2026

DATED: October 14, 2026

Joseph N. Callaway
United States Bankruptcy Judge