**SO ORDERED.**

**SIGNED this 12 day of November, 2026.**

**Joseph N. Callaway**
**United States Bankruptcy Judge**

---

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| THREE OAKS BEHAVIORAL HEALTH & WELLNESS, PLLC | ) | Case No. 26-01207-5-JNC |
| | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

**CONSENT ORDER RESOLVING OBJECTION TO SCHEDULED CLAIM OF AKF, INC. D/B/A FUNDKITE**

THIS MATTER came on for consideration before the above-signed United States Bankruptcy Judge to consider the Objection to Scheduled claim of AKF, Inc. d/b/a Fundkite [DOC# 183] (the “Claim Objection.”).

In the Claim Objection, the Debtor asserts that the scheduled claim of AKF, Inc. d/b/a Fundkite should be disallowed in full. The grounds asserted by the Debtor for such relief are that (i) a notice of disputed claim was served on Corporate Service Company, AKF, Inc. agent for the purpose of filing a UCC-1 financing statement; and (ii) the Debtor scheduled AKF, Inc.’s claim at $840,000, but AKF, Inc. filed a now withdrawn proof of claim in the amount of $833,007.64.

AKF, Inc. asserts that despite listing AKF, Inc. as having a disputed claim in the Debtor's Schedule E/F, a notice of disputed claim was not served directly on AKF, Inc. by the Debtor.

The Debtor does not dispute that, prepetition, the Debtor provided financing to AKF, Inc.

In resolution of the Claim Objection, the parties have agreed that AKF, Inc. is entitled to an allowed general unsecured claim in the amount of $493,934.64. Such claim shall be treated as a non-priority general unsecured claim in any Chapter 11 plan to be confirmed by the Debtor.

The Debtor filed a proposed Chapter 11 Plan of Reorganization on August 12, 2026. On September 22, 2026, AKF, Inc. filed an Objection to confirmation of the Debtor's Plan [DOC# 169] (the "Plan Objection"). AKF, Inc.'s Plan Objection concerned the purported disallowance of AKF, Inc. claim in the Plan. Because the Debtor and AKF, Inc. have agreed that AKF, Inc.'s claim will be allowed as a general unsecured claim, AKF, Inc. has agreed to withdraw its Plan Objection upon the entry of this Consent Order.

WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. The Claim Objection is sustained in part and denied in part such that AKF, Inc. is granted an allowed general unsecured claim in the amount of $493,934.64;

2. Upon the entry of this Consent Order, AKF, Inc. shall file a withdrawal of its Plan Objection.

Consented To:

/s/ Daniel C. Bruton
Daniel C. Bruton
Attorney for AKF, Inc.

/s/ Lydia Carpenter
Lydia Carpenter
Attorney for Debtor

No Objection:

/s/ George Oliver
George Oliver
SubchapterV Trustee

**END OF DOCUMENT**