UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| THREE OAKS BEHAVIORAL | ) | Case No. 26-01207-5-JNC |
| HEALTH & WELLNESS, PLLC | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**WITHDRAWAL OF OBJECTION BY AKF, INC. D/B/A FUNDKITE TO CONFIRMATION OF CHAPTER 11 PLAN**

COMES NOW AKF, Inc. d/b/a Fundkite, and hereby withdraws its Objection to Confirmation of Chapter 11 Plan [DOC# 169] filed on September 22, 2026.

Respectfully submitted, this the 16th day of November, 2026.

/s/ Daniel C. Bruton
DANIEL C. BRUTON
State Bar No. 22440
Attorney for AKF, Inc. d/b/a Fundkite
BELL, DAVIS & PITT, P.A.
P. O. Box 21029
Winston-Salem, NC 27120-1029
(336) 722-3700
dbruton@belldavispitt.com

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on the below date, the undersigned served a copy of the foregoing Withdrawal of Objection by AKF, Inc. d/b/a Fundkite to Confirmation of Chapter 11 Plan by this Court's CM/ECF means or by depositing the same, enclosed in a postpaid wrapper, properly addressed in a post office or official depository under the exclusive care and custody of the United States Postal Service to the following:

CM/ECF

Lydia Carpenter (lstoney@hendrenmalone.com)
Debtor's Attorney

George Oliver (george@georgeoliverlaw.com)
SubChapter V Trustee

Brian Behr
US Bankruptcy Administrator

This the 16th day of November,2026.

/s/ Daniel C. Bruton
Daniel C. Bruton