**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No. 26-01207-5-JNC** |
| **THREE OAKS BEHAVIORAL** | ) | **Chapter 11** |
| **HEALTH & WELLNESS, PLLC** | ) | |
| | ) | |
| **Debtor.** | ) | |

**SUMMARY OF BALLOTS**

| CLASS | ACCEPTED | REJECTED |
|---|---|---|
| CLASS I: Priority Non-Tax Claims | **UNIMPAIRED** | |
| CLASS II: Truist Bank | **IMPAIRED** | |
| CLASS III: Kapitus Servicing, LLC | | **IMPAIRED** |
| CLASS IV: Parkview Advance, LLC | **NO BALLOT** | |
| CLASS V: Lendero, LLC | **NO BALLOT** | |
| CLASS VI: CT Corporation System, as Representative | **NO BALLOT** | |
| CLASS VII: Corporation Service Company | **NO BALLOT** | |
| CLASS VIII: General Unsecured Creditors | | **IMPAIRED** |
| CLASS IX: Equity Security Holders | **UNIMPAIRED** | |

**DATED:** November 16, 2026 **HENDREN, REDWINE & MALONE, PLLC**

s/Lydia C. Carpenter
Jason L. Hendren (NC State Bar No. 26869)
Rebecca Redwine Grow (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
Lydia C. Carpenter (NC State Bar No. 56697)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612

Telephone: (919) 573-1422
Facsimile: (919) 420-0475
Email: jhendren@hendrenmalone.com
rredwine@hendrenmalone.com
bwaller@hendrenmalone.com
lcarpenter@hendrenmalone.com
*Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No. 26-01207-5-JNC** |
| **THREE OAKS BEHAVIORAL** | ) | **Chapter 11** |
| **HEALTH & WELLNESS, PLLC** | ) | |
| | ) | |
| **Debtor.** | ) | |

**BALLOT REPORT**

The Debtor, by and through its undersigned counsel, submits the following report of all ballots received by the undersigned in connection with the Debtor's Chapter 11 Plan of 11 filed on August 12, 2026.

**CLASS 1**
PRIORITY NON-TAX CLAIMS
Unimpaired

| Creditor Name | Accept | Reject | Amount of Claim (per ballot unless otherwise stated) |
|---|---|---|---|
| | | | NO BALLOT |

| | | |
|---|---|---|
| NUMBER ACCEPTING | (0 OF 0) | 0% |
| AMOUNT ACCEPTING | ($0.00 OF $0.00) | 0% |

**CLASS 2**
Truist Bank ("Truist")
Impaired

| Creditor Name | Accept | Reject | Amount of Claim (per ballot unless otherwise stated) |
|---|---|---|---|
| Truist Bank | X[1] | | $500,064.90 |

| | | |
|---|---|---|
| NUMBER ACCEPTING | (1 OF 1) | 100% |
| AMOUNT ACCEPTING | ($500,064.90 OF $500,064.90) | 100% |

[1] Conditional Acceptance based on revised treatment of Truist's Class II Claim.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No. 26-01207-5-JNC** |
| **THREE OAKS BEHAVIORAL HEALTH & WELLNESS, PLLC** | ) | **Chapter 11** |
| | ) | |
| **Debtor.** | ) | |

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

**Three Oaks Behavioral Health & Wellness, PLLC** (the "Debtor") filed a Plan of Reorganization (the "Plan") on **August 12, 2026** in this case. The Plan provides information to assist you in deciding how to vote your ballot. Court approval of the Plan is required.

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you should complete a ballot for each class in which you are entitled to vote.

If your ballot is not received by **Lydia C. Carpenter, Hendren, Redwine & Malone, PLLC, 4600 Marriott Drive, Suite 150, Raleigh, NC 27612** on or before **October 7, 2026** and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

A. The undersigned, the holder of the following claim or interest against the Debtor (check one):

| | | | | | |
|---|---|---|---|---|---|
| ___ | Class I: | Priority Non-Tax Claims | ___ | Class VI: | CT Corporation System |
| X | Class II: | Truist Bank | ___ | Class VII: | Corporation Service Company |
| ___ | Class III: | Kapitus Servicing, LLC | ___ | Class VIII: | General Unsecured Claims |
| ___ | Class IV: | Parkview Advance, LLC | ___ | Class IX: | Equity Security Holder |
| ___ | Class V: | Lendero, LLC | | | |

The amount of my Claim in this Class is: $500,064.90, or, if applicable, the Number of my Shares is: N/A .

B. The undersigned votes the foregoing claim or interest as follows:

**[ X ] CONDITIONALLY ACCEPTS THE PLAN*** **[___] REJECTS THE PLAN**

Dated: November 11, 2026

Print or type name: James S. Livermon, III

Signature: /s/ James S. Livermon, III

Title (if corporation or partnership) Attorney for Truist Bank

Company Name: Womble Bond Dickinson (US) LLP

Address: 555 Fayetteville Street, Suite 1100
Raleigh, NC 27601

**Return this ballot to:** **Lydia C. Carpenter, Hendren, Redwine & Malone, PLLC**
**4600 Marriott Drive, Suite 150, Raleigh, NC 27612 or Facsimile: (919) 420-0475**

*** based on the attached revised treatment of Truist's Class II Claim**

**A. Class 2 – Truist Bank ("Truist")**

1. Description of Class. The Debtor is indebted to Truist pursuant to a certain promissory note dated approximately November 18, 2024, related to a variable rate revolving line of credit (collectively, the "Truist Note"). Truist filed a UCC-1 Financing Statement, File No. 20240138049E, with the North Carolina Secretary of State on November 18, 2024 (the "Truist Financing Statement"). On June 18, 2026, Truist filed a proof of claim, Claim No. 10, asserting a secured claim in the total amount of $500,064.90 (the "Claim").

2. Impairment. This class will be impaired.

3. Treatment. Truist's Claim shall be treated as a fully secured obligation of the Debtor in an amount equal to (i) $500,064.90, plus (ii) any post-petition interest at the contract rate, and attorneys' fees and costs incurred prior to the Effective Date which are approved by the Court pursuant to Section 506(b), less (iii) payments received after March 16, 2026 and prior to the Effective Date. Truist shall retain its lien pursuant to Section 1129(b)(2)(A)(i)(1) of the Bankruptcy Code until the secured claim is paid in full. The Debtor waives any objection to Truist's claim.

The Debtor shall amortize and pay the Claim over six (6) years, with interest accruing at the New York prime rate plus one percent (1.0%). Monthly payments shall commence on the fifteenth (15th) day of January 2027, in the approximate amount of $8,767.76 (the "Loan Payment") but the Loan Payment amount and the amount of the monthly payment for the reimbursement of Truist's legal fees (the "Legal Fee Payment") will be determined by Truist after application of the $5,000 payments described herein and approval of Truist's legal fees. The Loan Payment and Legal Fee Payment shall be paid separately. The Debtor shall pay Truist $5,000.00 per month through December 15, 2026 with such payments being applied to the principal balance of the Note. The Loan Payments and Legal Fee Payments made fifteen (15) days or more from the due date shall be considered late. The following sections of the Plan shall not apply to Truist: (1) Article X, Section C; (2) Article VIII, Section B; and (3) Article IX, Section C.

Except as expressly modified under this plan, the terms of the underlying loan documents shall remain in full force and effect and shall control. Truist shall retain all liens to the same extent and in the same priority as existed immediately prior to the Petition Date. Truist shall not be required to release any liens unless and until it is paid in full, including without limitation, all principal, interest, late fees, attorneys' fees, and costs as allowed under the loan documents.

The Debtor shall execute any and all other documentation necessary or required by Truist to otherwise evidence the indebtedness owed to Truist on its debt as modified by this Plan.

**CLASS 3**
Kapitus Servicing, LLC ("Kapitus")
Impaired

| Creditor Name | Accept | Reject | Amount of Claim (per ballot unless otherwise stated) |
|---|---|---|---|
| Kapitus Servicing, LLC | | X | $282,040.09 |

NUMBER ACCEPTING (0 OF 1) 0%
AMOUNT ACCEPTING ($0.00 OF $282,040.09) 0%

**CLASS 4**
Parkview Advance, LLC ("Parkview")
Impaired

| Creditor Name | Accept | Reject | Amount of Claim (per ballot unless otherwise stated) |
|---|---|---|---|
| Parkview Advance, LLC | | | NO BALLOT |

NUMBER ACCEPTING (0 OF 0) 0%
AMOUNT ACCEPTING ($0.00 OF $0.00) 0%

**CLASS 5**
Lendero, LLC ("Lendero")
Impaired

| Creditor Name | Accept | Reject | Amount of Claim (per ballot unless otherwise stated) |
|---|---|---|---|
| Lendero, LLC | | | NO BALLOT |

NUMBER ACCEPTING (0 OF 0) 0%
AMOUNT ACCEPTING ($0.00 OF $0.00) 0%

**CLASS 6**
CT Corporation System ("CT Corp.")
Impaired

| Creditor Name | Accept | Reject | Amount of Claim (per ballot unless otherwise stated) |
|---|---|---|---|
| CT Corporation System | | | NO BALLOT |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No. 26-01207-5-JNC** |
| **THREE OAKS BEHAVIORAL HEALTH & WELLNESS, PLLC** | ) | **Chapter 11** |
| | ) | |
| | ) | |
| **Debtor.** | ) | |

**BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION**

**Three Oaks Behavioral Health & Wellness, PLLC** (the "Debtor") filed a Plan of Reorganization (the "Plan") on **August 12, 2026** in this case. The Plan provides information to assist you in deciding how to vote your ballot. Court approval of the Plan is required.

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you should complete a ballot for each class in which you are entitled to vote.

If your ballot is not received by **Lydia C. Carpenter, Hendren, Redwine & Malone, PLLC, 4600 Marriott Drive, Suite 150, Raleigh, NC 27612** on or before **October 7, 2026** and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

**ACCEPTANCE OR REJECTION OF THE PLAN**

A. The undersigned, the holder of the following claim or interest against the Debtor (check one):

| | | | | | |
|---|---|---|---|---|---|
| ___ | Class I: | Priority Non-Tax Claims | ___ | Class VI: | CT Corporation System |
| ___ | Class II: | Truist Bank | ___ | Class VII: | Corporation Service Company |
| X | Class III: | Kapitus Servicing, LLC | ___ | Class VIII: | General Unsecured Claims |
| ___ | Class IV: | Parkview Advance, LLC | ___ | Class IX: | Equity Security Holder |
| ___ | Class V: | Lendero, LLC | | | |

The amount of my Claim in this Class is: $282,040.09, or, if applicable, the Number of my Shares is: ________________.

B. The undersigned votes the foregoing claim or interest as follows:

[ __ ] **ACCEPTS THE PLAN** [XX] **REJECTS THE PLAN**

Dated: 9/8/2026

Print or type name: Kapitus Servicing, Inc. as authorized sub-servicing agent of Kapitus LLC

Signature: [signature]

Title (if corporation or partnership) by Erno D. Lindner, Attorney for Creditor

Company Name: Kapitus Servicing, Inc. as authorized sub-servicing agent of Kapitus LLC

Address: 120 West 45th Street, 4th Floor
New York, NY 10036

**Return this ballot to:** **Lydia C. Carpenter, Hendren, Redwine & Malone, PLLC**
**4600 Marriott Drive, Suite 150, Raleigh, NC 27612 or Facsimile: (919) 420-0475**

| | | |
|---|---|---|
| NUMBER ACCEPTING | (0 OF 0 ) | 0% |
| AMOUNT ACCEPTING | ($0.00 OF $0.00) | 0% |

**CLASS 7**
Corporation Service Company ("CSC")
Impaired

| Creditor Name | Accept | Reject | Amount of Claim (per ballot unless otherwise stated) |
|---|---|---|---|
| Corporation Service Company | | | NO BALLOT |

| | | |
|---|---|---|
| NUMBER ACCEPTING | (0 OF 0) | 0% |
| AMOUNT ACCEPTING | ($0.00 OF $0.00) | 0% |

**CLASS 8**
General Unsecured Creditors
Impaired

| Creditor Name | Accept | Reject | Amount of Claim (per ballot unless otherwise stated) |
|---|---|---|---|
| Skylak Investments LLC | | X | $40,552.09 |

| | | |
|---|---|---|
| NUMBER ACCEPTING | (0 OF 1) | 0% |
| AMOUNT ACCEPTING | ($0.00 OF $40,552.09) | 0% |

**CLASS 9**
Equity Security Holders
Unimpaired

| Creditor Name | Accept | Reject | Amount of Claim (per ballot unless otherwise stated) |
|---|---|---|---|
| Casie Hall | | | |

| | | |
|---|---|---|
| NUMBER ACCEPTING | (0 OF 0) | 0% |
| AMOUNT ACCEPTING | ($0.00 OF $0.00) | 0% |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No. 26-01207-5-JNC** |
| **THREE OAKS BEHAVIORAL** | ) | **Chapter 11** |
| **HEALTH & WELLNESS, PLLC** | ) | |
| | ) | |
| **Debtor.** | ) | |

**BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION**

**Three Oaks Behavioral Health & Wellness, PLLC** (the "Debtor") filed a Plan of Reorganization (the "Plan") on **August 12, 2026** in this case. The Plan provides information to assist you in deciding how to vote your ballot. Court approval of the Plan is required.

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you should complete a ballot for each class in which you are entitled to vote.

If your ballot is not received by **Lydia C. Carpenter, Hendren, Redwine & Malone, PLLC, 4600 Marriott Drive, Suite 150, Raleigh, NC 27612** on or before **October 7, 2026** and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

**ACCEPTANCE OR REJECTION OF THE PLAN**

A. The undersigned, the holder of the following claim or interest against the Debtor (check one):

| | | | | | |
|---|---|---|---|---|---|
| ___ | Class I: | Priority Non-Tax Claims | ___ | Class VI: | CT Corporation System |
| ___ | Class II: | Truist Bank | ___ | Class VII: | Corporation Service Company |
| ___ | Class III: | Kapitus Servicing, LLC | X___ | Class VIII: | General Unsecured Claims |
| ___ | Class IV: | Parkview Advance, LLC | ___ | Class IX: | Equity Security Holder |
| ___ | Class V: | Lendero, LLC | | | |

The amount of my Claim in this Class is: $40,552.09, or, if applicable, the Number of my Shares is: ___________________.

B. The undersigned votes the foregoing claim or interest as follows:

**[___] ACCEPTS THE PLAN** **[X___] REJECTS THE PLAN**

Dated: 10/7/2026

Print or type name: Laurie Biggs

Signature: [signature]

Title (if corporation or partnership) Attorney for Skylack Investments LLC

Company Name: Biggs Law Firm, PLLC

Address: 9208 Falls of Neuse Rd., Ste.120
Raleigh, NC 27615

**Return this ballot to:** **Lydia C. Carpenter, Hendren, Redwine & Malone, PLLC**
**4600 Marriott Drive, Suite 150, Raleigh, NC 27612 or Facsimile: (919) 420-0475**

**DATED:** November 16, 2026

**HENDREN, REDWINE & MALONE, PLLC**

s/Lydia C. Carpenter
Jason L. Hendren (NC State Bar No. 26869)
Rebecca Redwine Grow (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
Lydia C. Carpenter (NC State Bar No. 56697)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: (919) 573-1422
Facsimile: (919) 420-0475
Email: jhendren@hendrenmalone.com
rredwine@hendrenmalone.com
bwaller@hendrenmalone.com
lcarpenter@hendrenmalone.com
*Attorneys for Debtor*