**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No. 26-01207-5-JNC** |
| **THREE OAKS BEHAVIORAL HEALTH & WELLNESS, PLLC** | ) | |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |

**DEBTOR'S DESIGNATION OF EXHIBITS AND POTENTIAL WITNESSES FOR NOVEMBER 17, 2026 HEARING**

Three Oaks Behavioral Health & Wellness, PLLC (the "Debtor"), the above-captioned debtor in possession, hereby files this Designation of Exhibits and Potential Witnesses. The Debtor discloses the following exhibits and potential witnesses in connection with the hearing scheduled for November 17, 2026 at 11:00 a.m. on the following matters: Confirmation of the Debtor's Chapter 11 Plan, D.E. 151.

**Designation of Exhibits**

(1) Supplement to Chapter 11 Plan, D.E. 199

**Designation of Potential Witnesses**

(1) Casie Hall, Owner and CVO of Three Oaks Behavioral Health & Wellness, PLLC.

(2) Jordan Lewis, Fractional CFO of Three Oaks Behavioral Health & Wellness, PLLC.

Respectfully submitted this the 16th day of November, 2026.

**HENDREN, REDWINE & MALONE, PLLC**
*s/ Lydia C. Carpenter*
Jason L. Hendren (NC State Bar No. 26869)
Rebecca Redwine Grow (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
Lydia C. Carpenter (NC State Bar No. 56697)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: (919) 420-7867
Facsimile: (919) 420-0475
Email: jhendren@hendrenmalone.com
rredwine@hendrenmalone.com
bwaller@hendrenmalone.com
lcarpenter@hendrenmalone.com
*Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing ***DEBTOR'S DESIGNATION OF EXHIBITS AND POTENTIAL WITNESSES FOR NOVEMBER 17, 2026 HEARING*** was filed electronically in accordance with the local rules and was therefore served electronically on those entities that have properly registered for such electronic service, and by e- mail on the parties listed below.

Brian C. Behr — ***via CMECF***
*U.S. Bankruptcy Administrator*

George M. Oliver — ***via CMECF***
*Subchapter V Trustee*

James S. Livermon, III — ***via CMECF***
Eudora F. S. Arthur
*Counsel for Truist Bank*

Jill Walters — ***via CMECF***
*Counsel for Kapitus Servicing, Inc.*

Daniel Bruton — ***via CMECF***
*Counsel for AFK, Inc.*

Respectfully submitted this the 16th day of November, 2026.

**HENDREN, REDWINE & MALONE, PLLC**
*s/ Lydia C. Carpenter*
Jason L. Hendren (NC State Bar No. 26869)
Rebecca Redwine Grow (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
Lydia C. Carpenter (NC State Bar No. 56697)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: (919) 420-7867
Facsimile: (919) 420-0475
Email: jhendren@hendrenmalone.com
rredwine@hendrenmalone.com
bwaller@hendrenmalone.com
lcarpenter@hendrenmalone.com
*Counsel for the Debtor*