**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**THREE OAKS BEHAVIORAL HEALTH & WELLNESS, PLLC,**<br><br>**DEBTOR** | **CASE NO. 26-01207-5-JNC**<br><br>**CHAPTER 11** |

**NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS**

Please take notice that, pursuant to Bankruptcy Rules 2002, 9007 and 9010, the undersigned is appearing on behalf of Kapitus Servicing, Inc. as authorized sub-servicing agent of Kapitus LLC ("Creditor"), a creditor in this case. It is hereby requested as follows:

1. Matrix/Roster. The undersigned requests that an entry be made on the electronic matrix/roster of creditors to receive notice in this case maintained by the Clerk of the United States Bankruptcy Court.

2. Receipt of Notices. The undersigned requests to be served with all documents filed with the court and all notices which the court and/or other parties are required to serve. This request includes all papers, reports, orders, notices, copies of applications, motions, petitions, disclosure statements, plans of readjustment of debts or reorganization, pleadings, appendices, exhibits, requests or demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, electronic mail, courier service, delivery service, telephone, facsimile, telegraph, telex or otherwise.

3. No Express or Implied Acceptance of Service. This Notice of Appearance does not give express or implied consent by the undersigned or Baker, Donelson, Bearman, Caldwell & Berkowitz, PC to accept service of process of any action commenced under Rule 7001 of the Federal Rules of Bankruptcy Procedure.

4. No Waiver of Rights. This Notice of Appearance shall not be deemed or construed to be a waiver of the rights of Creditor of the following:

a. To have final orders in noncore matters entered only after *de novo* review by a United States District Judge;

b. To trial by jury in any case or proceeding related to this case;

c. To have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or to seek abstention by the United States Bankruptcy Court on any matter; or

d. To any other rights, remedies, claims, actions, defenses, setoffs, or recoupments to which Creditor is or may be entitled, in law or in equity, all of which are expressly reserved.

Dated: November 16, 2026

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

By: /s/ Kylie Beresford

Kylie Beresford
NC State Bar No. 60772
2235 Gateway Access Point, Suite 220
Raleigh, North Carolina 27607
Telephone: 984.844.7934
Email: kberesford@bakerdonelson.com

*Attorney for Kapitus Servicing, Inc. as authorized sub-servicing agent of Kapitus LLC*

CERTIFICATE OF SERVICE

I, the undersigned, of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC certifies:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on this day, the foregoing Motion for Relief from Automatic Stay was served via postage paid, regular first class mail and by electronic means through the court's CM/ECF service as follows:

Three Oaks Behavioral Health & Wellness, PLLC
1011 Dresser Court
Raleigh, NC 27609

Brian C. Behr, Esq. ***(Via CM/ECF)***
*U.S. Bankruptcy Administrator – EDNC*

Lydia C. Carpenter ***(Via CM/ECF)***
Rebecca Redwine Grow ***(Via CM/ECF)***
Jason L. Hendren ***(Via CM/ECF)***
Benjamin E.F.B. Waller ***(Via CM/ECF)***
*Attorney for Debtor*

George M. Oliver ***(Via CM/ECF)***
*Capter 11 Trustee*

Service made on all other parties of interest via electronic means through the court's CM/ECF system.

Dated: November 16, 2026

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

By: /s/ Kylie Beresford
Kylie Beresford
NC State Bar No. 60772
2235 Gateway Access Point, Ste 220
Raleigh, North Carolina 27607
Telephone: 984.844.7934
Email: kberesford@bakerdonelson.com

*Attorneys for Kapitus Servicing, Inc. as authorized sub-servicing agent of Kapitus LLC*